**Fill in this information to identify your case:**

| Debtor 1 | **M. Burton Marshall** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... $ 17,652,173.00

   1b. Copy line 62, Total personal property, from Schedule A/B............................................... $ 4,201,836.89

   1c. Copy line 63, Total of all property on Schedule A/B........................................................ $ 21,854,009.89

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 2,284,642.33

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ 90,462,230.73

   Your total liabilities $ 92,746,873.06

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................ $ 287,879.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................ $ 268,524.47

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    **M. Burton Marshall**                                                Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **M. Burton Marshall** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number _____

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

*Note:  All referenced real property values represent the Madison County assessed value.*

1.1

**15 Pine Street**

Street address, if available, or other description

**Hamilton        NY    13346-0000**

City            State    ZIP Code

**Madison**

County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.35-1-74**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $210,000.00 | $210,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

Debtor 1   **M. Burton Marshall**                                                Case number *(if known)* _____

**If you own or have more than one, list here:**

1.2

**21 Pine Street**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$34,000.00** | **$34,000.00** |

**Hamilton      NY   13346-0000**
City            State   ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Madison**
_____
County

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Tax Map No. 168.35-1-75**

---

**If you own or have more than one, list here:**

1.3

**25-27 Milford Street**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home

■ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200,000.00** | **$200,000.00** |

**Hamilton      NY   13346-0000**
City            State   ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Madison**
_____
County

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Tax Map No. 168.35-1-4**

---

Official Form 106A/B                    Schedule A/B: Property                                    page 2

Debtor 1    **M. Burton Marshall**                                          Case number *(if known)*

**1.4**    **If you own or have more than one, list here:**

**37 Milford Street**
Street address, if available, or other description

| | |
|---|---|
| **Hamilton** | **NY** | **13346-0000** |
| City | State | ZIP Code |

**Madison**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    **Storage**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No 168.35-1-9**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$272,000.00** | **$272,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.5**    **If you own or have more than one, list here:**

**21-23 West Kendrick Avenue**
Street address, if available, or other description

| | |
|---|---|
| **Hamilton** | **NY** | **13346-0000** |
| City | State | ZIP Code |

**Madison**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.43-1-17**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$191,000.00** | **$191,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**                                                    Case number *(if known)*

---

**If you own or have more than one, list here:**

1.6

**66 Utica Street**

Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**

City                State    ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other    **Residence with Commercial Use**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153-83-1-28**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $218,000.00 | $218,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.7

**68 Utica Street**

Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**

City                State    ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 158.83-1-29**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $148,000.00 | $148,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**                                      Case number *(if known)*

---

**If you own or have more than one, list here:**

1.8

**15 Wylie Street**

Street address, if available, or other description

| | | |
|---|---|---|
| **Hamilton** | **NY** | **13346-0000** |
| City | State | ZIP Code |

**Madison**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.83-1-32**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$129,000.00** | **$129,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.9

**13 Wylie Street**

Street address, if available, or other description

| | | |
|---|---|---|
| **Hamilton** | **NY** | **13346-0000** |
| City | State | ZIP Code |

**Madison**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.83-1-33**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$65,000.00** | **$65,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.10

**73 Utica Street**

Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**

City                State        ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.19-1-41**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$165,000.00** | **$165,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.11

**12 East Lake Road**

Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**

City                State        ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 154.17-1-6**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$245,000.00** | **$245,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1   **M. Burton Marshall**                                   Case number *(if known)*

**1.12**

**If you own or have more than one, list here:**

**15 Maple Avenue**

Street address, if available, or other description

**Hamilton          NY     13346-0000**

City              State     ZIP Code

**Madison**

County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.28-1-22**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$175,000.00** | **$175,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.13**

**If you own or have more than one, list here:**

**14 Montgomery Street**

Street address, if available, or other description

**MA     01334-6000**

City              State     ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.27-1-18**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$180,000.00** | **$180,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

Debtor 1   **M. Burton Marshall**                                                    Case number *(if known)*

**1.14**

**If you own or have more than one, list here:**

**4 West Pleasant Street**
_____
Street address, if available, or other description

| | |
|---|---|
| **Hamilton** | **NY** | **13346-0000** |
City   State   ZIP Code

**Madison**
_____
County

**What is the property?** *Check all that apply*

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.28-1-29**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$235,000.00** | **$235,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.15**

**If you own or have more than one, list here:**

**99 Lebanon Street**
_____
Street address, if available, or other description

| | |
|---|---|
| **Hamilton** | **NY** | **13346-0000** |
City   State   ZIP Code

**Madison**
_____
County

**What is the property?** *Check all that apply*

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.35-1-47**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$167,000.00** | **$167,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **M. Burton Marshall**                                             Case number *(if known)* _____

**1.16**

**If you own or have more than one, list here:**

**11 Pine Street**
_____
Street address, if available, or other description

**Hamilton          NY      13346-0000**
_____
City            State        ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.35-1-72**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$185,000.00** | **$185,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.17**

**If you own or have more than one, list here:**

**19 West Kendrick Avenue**
_____
Street address, if available, or other description

**Hamilton          NY      13346-0000**
_____
City            State        ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.43-1-18**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$202,000.00** | **$202,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**    Case number *(if known)*

### If you own or have more than one, list here:

1.18

**13 Hamilton Street**

Street address, if available, or other description

**Hamilton**    **NY**    **13346-0000**

City    State    ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.36-1-53**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**$220,000.00**    **$220,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

### If you own or have more than one, list here:

1.19

**87 College Street**

Street address, if available, or other description

**Hamilton**    **NY**    **13346-0000**

City    State    ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.15-2-6**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

**Unknown**    **Unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1    **M. Burton Marshall**                                              Case number *(if known)* _____

### If you own or have more than one, list here:

1.20

**67 Utica Street**
_____
Street address, if available, or other description

**Hamilton          NY    13346-0000**
_____
City              State    ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.19-1-44**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$149,500.00**

Current value of the portion you own?  **$149,500.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

### If you own or have more than one, list here:

1.21

**48 Madison Street**
_____
Street address, if available, or other description

**Hamilton          NY    13346-0000**
_____
City              State    ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.20-1-35**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$185,000.00**

Current value of the portion you own?  **$185,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1   **M. Burton Marshall**                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.2
2

**75 Utica Street**
Street address, if available, or other description

**Hamilton**      **NY**   **13346-0000**
City                State     ZIP Code

**Madison**
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.19-1-40**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$160,000.00** | **$160,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.2
3

**32-34 Eaton Street**
Street address, if available, or other description

**Hamilton**      **NY**   **13346-0000**
City                State     ZIP Code

**Madison**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.83-1-5**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$185,000.00** | **$185,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**                                          Case number *(if known)* _____

**If you own or have more than one, list here:**

1.2
4

**28-30 Eaton Street**
_____
Street address, if available, or other description


**Hamilton**          **NY**    **13346-0000**
_____
City                    State        ZIP Code




**Madison**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.83-1-6**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.2
5

**22 Eaton Street**
_____
Street address, if available, or other description


**Hamilton**          **NY**    **13346-0000**
_____
City                    State        ZIP Code




**Madison**
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.83-1-9**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$135,000.00** | **$135,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **M. Burton Marshall**                                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.2
6

**36 Madison Street**
Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**
City                  State    ZIP Code

**Madison**
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**Tax Map No. 153.20-1-40**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$190,000.00** | **$190,000.00** |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.2
7

**82 Lebanon Street**
Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**
City                  State    ZIP Code

**Madison**
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**Tax Map No. 168.7-1-26**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$400,000.00** | **$400,000.00** |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.2
8

**134 Lebanon Street**
Street address, if available, or other description

**Hamilton**    **NY**    **13346-0000**
City    State    ZIP Code

**Madison**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.11-1-10**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$198,500.00** | **$198,500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.2
9

**28 Madison Street**
Street address, if available, or other description

**Hamilton**    **NY**    **13346-0000**
City    State    ZIP Code

**Madison**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.84-1-3**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$185,000.00** | **$185,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**                                                    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.30

**26 Madison Street**
_____
Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**
_____
City                State      ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.84-1-4**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200,000.00** | **$200,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.31

**39 Montgomery Street**
_____
Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**
_____
City                State      ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.27-1-33**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$163,000.00** | **$163,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1   **M. Burton Marshall**                                    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.3.2

**11 Madison Street**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Hamilton          NY    13346-0000**
City          State     ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $249,500.00 | $249,500.00 |

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**Madison**
_____
County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.27-1-86**

---

**If you own or have more than one, list here:**

1.3.3

**59-61 Lebanon Street**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Hamilton          NY    13346-0000**
City          State     ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $250,000.00 | $250,000.00 |

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**Madison**
_____
County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.27-1-52**

---

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)*

### If you own or have more than one, list here:

1.34

**53 Lebanon Street**
_____
Street address, if available, or other description

**Hamilton**      **NY**    **13346-0000**
_____
City            State        ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.27-1-53**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$165,000.00**                              **$165,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

### If you own or have more than one, list here:

1.35

**34 Lebanon Street**
_____
Street address, if available, or other description

**Hamilton**      **NY**    **13346-0000**
_____
City            State        ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.27-1-46**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$190,000.00**                              **$190,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1    **M. Burton Marshall**                                          Case number *(if known)*

---

**1.3
6**

**If you own or have more than one, list here:**

**175 Lebanon Street**

Street address, if available, or other description

**Hamilton          NY      13346-0000**

City          State      ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.11-1-37.2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$155,000.00** | **$155,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.3
7**

**If you own or have more than one, list here:**

**135 Lebanon Street**

Street address, if available, or other description

**Hamilton          NY      13346-0000**

City          State      ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.11-1-24**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$161,000.00** | **$161,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)*

**1.38**

**If you own or have more than one, list here:**

**173 Lebanon Street**
Street address, if available, or other description

**Hamilton          NY      13346-0000**
City          State      ZIP Code

**Madison**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.11-1-37.4**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$155,000.00** | **$155,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.39**

**If you own or have more than one, list here:**

**7 Charles Street**
Street address, if available, or other description

**Hamilton          NY      13346-0000**
City          State      ZIP Code

**Madison**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.28-1-56**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$233,500.00** | **$233,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.40

**45 Lebanon Street**
Street address, if available, or other description

| **Hamilton** | **NY** | **13346-0000** |
|---|---|---|
| City | State | ZIP Code |

**Madison**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.27-1-56**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$150,000.00** | **$150,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.41

**33-37 Lebanon Street**
Street address, if available, or other description

| **Hamilton** | **NY** | **13346-0000** |
|---|---|---|
| City | State | ZIP Code |

**Madison**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.28-1-17**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$450,000.00** | **$450,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.4
2

**11 Maple Avenue**
_____
Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**
_____
City                State        ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    **Office Building**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**Tax Map No. 168.28-1-20**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$435,000.00** | **$435,000.00** |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.4
3

**16 Pine Street**
_____
Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**
_____
City                State        ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other    _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**Tax Map No. 168.35-1-59**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$175,000.00** | **$175,000.00** |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **M. Burton Marshall**                                          Case number *(if known)* _____

**If you own or have more than one, list here:**

1.4
4

**8 Montgomery Street**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Hamilton          NY      13346-0000**
City                State       ZIP Code

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$175,000.00** | **$175,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**Madison**
_____
County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.35-1-18**

---

**If you own or have more than one, list here:**

1.4
5

**24 College Street**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Hamilton          NY      13346-0000**
City                State       ZIP Code

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$174,500.00** | **$174,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**Madison**
_____
County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.52-1-2**

Debtor 1    **M. Burton Marshall**                                      Case number *(if known)* _____

**1.46** | **If you own or have more than one, list here:**

**89-91 Lebanon Street**
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$165,000.00**                              **$165,000.00**

**Hamilton          NY     13346-0000**
City          State          ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Madison**
County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:
**Tax Map No. 168.35-1-44.1**

---

**1.47** | **If you own or have more than one, list here:**

**71 Lebanon Street**
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$275,000.00**                              **$275,000.00**

**Hamilton          NY     13346-0000**
City          State          ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Madison**
County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:
**Tax Map No. 168.35-1-24.11**

---

Debtor 1    **M. Burton Marshall**                                      Case number *(if known)* _____

**1.48**

**If you own or have more than one, list here:**

| What is the property? Check all that apply | |
|---|---|

**34 Montgomery Street**
_____
Street address, if available, or other description

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Hamilton        NY      13346-0000**
_____
City            State       ZIP Code

**Madison**
_____
County

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$178,000.00**

Current value of the portion you own? **$178,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.27-1-8**

---

**1.49**

**If you own or have more than one, list here:**

| What is the property? Check all that apply | |
|---|---|

**131 Lebanon Street**
_____
Street address, if available, or other description

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Hamilton        NY      13346-0000**
_____
City            State       ZIP Code

**Madison**
_____
County

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$260,000.00**

Current value of the portion you own? **$260,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.11-1-23.1**

---

Debtor 1    **M. Burton Marshall**                                          Case number *(if known)* _____

**If you own or have more than one, list here:**

1.50

**29 Pine Street**
_____
Street address, if available, or other description

| What is the property? Check all that apply |
|---|
| ☐ Single-family home |
| ☑ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ☐ Land |
| ☐ Investment property |
| ☐ Timeshare |
| ☐ Other _____ |

**Hamilton        NY    13346-0000**
_____
City          State    ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$165,000.00                    $165,000.00

**Madison**
_____
County

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:
**Tax Map No. 168.35-1-77**

---

**If you own or have more than one, list here:**

1.51

**Preston Hill Road**
_____
Street address, if available, or other description

| What is the property? Check all that apply |
|---|
| ☐ Single-family home |
| ☐ Duplex or multi-unit building |
| ☐ Condominium or cooperative |
| ☐ Manufactured or mobile home |
| ☑ Land |
| ☐ Investment property |
| ☐ Timeshare |
| ☐ Other _____ |

**Hamilton        NY    13346-0000**
_____
City          State    ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$27,000.00                    $27,000.00

**Madison**
_____
County

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:
**Tax Map No. 183.1-8-1**

---

Debtor 1    **M. Burton Marshall**    Case number *(if known)*

**1.5
2**

### If you own or have more than one, list here:

**Horton Road**

Street address, if available, or other description

**Hamilton    NY    13346-0000**

City    State    ZIP Code

**Madison**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 183.1-8.7**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$27,900.00**    **$27,900.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.5
3**

### If you own or have more than one, list here:

**7019 Payne Street**

Street address, if available, or other description

**Hamilton    NY    13346-0000**

City    State    ZIP Code

**Madison**

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 154.17-2-9**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$145,000.00**    **$145,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**                                      Case number *(if known)*

**1.54**

**If you own or have more than one, list here:**

**Preston Hill Road**
_____
Street address, if available, or other description

**Hamilton**          **NY**      **13346-0000**
_____
City                     State         ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**Tax Map No. 183.1-8.2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$27,100.00** | **$27,100.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.55**

**If you own or have more than one, list here:**

**Preston Hill Road**
_____
Street address, if available, or other description

**Hamilton**          **NY**      **13346-0000**
_____
City                     State         ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**Tax Map No. 183.-1-8.3**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$27,300.00** | **$27,300.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ **Check if this is community property** (see instructions)

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)*

---

| 1.56 | **If you own or have more than one, list here:** |

**Preston Hill Road**

Street address, if available, or other description

**Hamilton**     **NY**    **13346-0000**

City        State     ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**tax Map No. 183.-1-8.4**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$31,300.00** | **$31,300.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

| 1.57 | **If you own or have more than one, list here:** |

**Horton Road**

Street address, if available, or other description

**Hamilton**     **NY**    **13346-0000**

City        State     ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 183.-1-8.5**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$29,500.00** | **$29,500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)* _____

## If you own or have more than one, list here:

**1.58**

**Horton Road**
Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**
City                         State        ZIP Code

**Madison**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 183.1-8.6**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$28,300.00** | **$28,300.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

## If you own or have more than one, list here:

**1.59**

**Horton Road**
Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**
City                         State        ZIP Code

**Madison**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 183.-1-8.8**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$26,900.00** | **$26,900.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)* _____

### If you own or have more than one, list here:

**1.60**

**2000 Randallsville Road**
Street address, if available, or other description

**Hamilton**          **NY**      **13346-0000**
City                          State        ZIP Code

**Madison**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.-1-6**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$130,000.00** | **$130,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

### If you own or have more than one, list here:

**1.61**

**2032 Spring Street**
Street address, if available, or other description

**Hamilton**          **NY**      **13346-0000**
City                          State        ZIP Code

**Madison**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 169.-1-13**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$330,000.00** | **$330,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.6 2

**2024 Spring Street**
_____
Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**
_____
City                          State        ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 169.-1-4**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?
**$300,000.00**                              **$300,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.6 3

**Route 12B**
_____
Street address, if available, or other description

**Hamilton**          **NY**    **13346-0000**
_____
City                          State        ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other    **Mini-Warehouse/Self Storage**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.-1-28.2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?
**$340,000.00**                              **$340,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)*

**1.64**

**If you own or have more than one, list here:**

**1873 Preston Hill Road**

Street address, if available, or other description

**Hamilton**            **NY**    **13346-0000**

City                State        ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.-1-37**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$232,500.00** | **$232,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☐ **Check if this is community property**
  (see instructions)

---

**1.65**

**If you own or have more than one, list here:**

**84 West Main Street**

Street address, if available, or other description

**Lebanon**            **NY**    **13332-0000**

City                State        ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 213.19-1-5**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$115,789.00** | **$115,789.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☐ **Check if this is community property**
  (see instructions)

---

Debtor 1    **M. Burton Marshall**                                          Case number *(if known)*

**1.66**

**If you own or have more than one, list here:**

**Reservoir Road**

Street address, if available, or other description

**Morrisville**        **NY**    **13408-0000**

City                State    ZIP Code

**Madison**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 111.18-1-29**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$211.00** | **$211.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.67**

**If you own or have more than one, list here:**

**Marshall Heights**

Street address, if available, or other description

**Morrisville**        **NY**    **13408-0000**

City                State    ZIP Code

**Madison**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 111.18-1-37**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$33,474.00** | **$33,474.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   **M. Burton Marshall**                                   Case number *(if known)*

**1.68**

**If you own or have more than one, list here:**

**4097 Route 26 Street**
Street address, if available, or other description

**Eaton**          **NY**     **13334-0000**
City              State      ZIP Code

**Madison**
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 136.18-1-68**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$152,632.00** | **$152,632.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.69**

**If you own or have more than one, list here:**

**2804 River Road**
Street address, if available, or other description

**Eaton**          **NY**     **13334-0000**
City              State      ZIP Code

**Madison**
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 152.6-1-34**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$89,474.00** | **$89,474.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **M. Burton Marshall**                                                    Case number *(if known)*

**1.70**

**If you own or have more than one, list here:**

**Route 12B**

Street address, if available, or other description

**Eaton**                    **NY**    **13334-0000**

City                          State        ZIP Code

**Madison**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map. No. 137.-1-42**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$11,579.00** | **$11,579.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.71**

**If you own or have more than one, list here:**

**4101 Route 26**

Street address, if available, or other description

**Eaton**                    **NY**    **13334-0000**

City                          State        ZIP Code

**Madison**

County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 136.18-1-69**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$152,632.00** | **$152,632.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)*

**1.7 2**

### If you own or have more than one, list here:

**Reservoir Road**
Street address, if available, or other description

**Eaton**          **NY**    **13334-0000**
City            State    ZIP Code

**Madison**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 111.18-2-32**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,421.00** | **$2,421.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.7 3**

### If you own or have more than one, list here:

**35 Fayette Street**
Street address, if available, or other description

**Earlville**       **NY**    **13332-0000**
City            State    ZIP Code

**Madison**
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 213.20-1-5**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$110,000.00** | **$110,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)* _____

1.74    **If you own or have more than one, list here:**

What is the property? Check all that apply

**83-85 East Main Street**
Street address, if available, or other description

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Earlville          NY    13332-0000**
City                State        ZIP Code

Who has an interest in the property? Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Madison**
County

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$90,000.00** | **$90,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 214.17-1-38**

---

1.75    **If you own or have more than one, list here:**

What is the property? Check all that apply

**16 North Main Street**
Street address, if available, or other description

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Earlville          NY    13332-0000**
City                State        ZIP Code

Who has an interest in the property? Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Madison**
County

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$140,000.00** | **$140,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 213.20-3-26**

Debtor 1    **M. Burton Marshall**                                     Case number *(if known)*

---

1.76

**If you own or have more than one, list here:**

**6 Madison Street**

Street address, if available, or other description

**Earlville**              **NY**    **13332-0000**

City                State        ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 213.20-3-43**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100,000.00** | **$100,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

1.77

**If you own or have more than one, list here:**

**Fayette Street**

Street address, if available, or other description

**Earlville**              **NY**    **13332-0000**

City                State        ZIP Code

**Madison**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 213.20-3-23**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$18,400.00** | **$18,400.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1   **M. Burton Marshall**                                          Case number *(if known)* _____

**1.78**   **If you own or have more than one, list here:**

**60-62 Fayette Street**

Street address, if available, or other description

| | | |
|---|---|---|
| **Earlville** | **NY** | **13332-0000** |
| City | State | ZIP Code |

**Madison**

County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 213.20-2-23.1**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$120,000.00** | **$120,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.79**   **If you own or have more than one, list here:**

**4 Fayette Street**

Street address, if available, or other description

| | | |
|---|---|---|
| **Earlville** | **NY** | **13332-0000** |
| City | State | ZIP Code |

**Madison**

County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 213.20-2-2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$90,000.00** | **$90,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)*

---

1.8 0

**If you own or have more than one, list here:**

**1 Clark Street**

Street address, if available, or other description

**Earlville**          **NY**    **13332-0000**

City                  State    ZIP Code

**Madison**

County

**What is the property?** *Check all that apply*

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 213.20-3-13**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100,000.00** | **$100,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

1.8 1

**If you own or have more than one, list here:**

**5 East Main Street**

Street address, if available, or other description

**Earlville**          **NY**    **13332-0000**

City                  State    ZIP Code

**Madison**

County

**What is the property?** *Check all that apply*

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 213-20-3-29**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$190,000.00** | **$190,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **M. Burton Marshall**                                Case number *(if known)* _____

**If you own or have more than one, list here:**

1.82

**15-21 East Main Street**
_____
Street address, if available, or other description

**Earlville**          **NY**    **13332-0000**
_____
City                State      ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 213-20-3-45**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$210,000.00** | **$210,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.83

**45 Clyde Street**
_____
Street address, if available, or other description

**Earlville**          **NY**    **13332-0000**
_____
City                State      ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 214.17-1-11**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$83,000.00** | **$83,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ **Check if this is community property** (see instructions)

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)*

---

1.84

**If you own or have more than one, list here:**

**40 Clyde Street**
Street address, if available, or other description

**Earlville**          **NY**    **13332-0000**
City                State      ZIP Code

**Madison**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other    **Residence with Commercial Use**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 214.17-1-19**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$85,000.00**                **$85,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

1.85

**If you own or have more than one, list here:**

**34 Clyde Street**
Street address, if available, or other description

**Earlville**          **NY**    **13332-0000**
City                State      ZIP Code

**Madison**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 213-17-1-19**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$65,000.00**                **$65,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **M. Burton Marshall**                                          Case number *(if known)* _____

**If you own or have more than one, list here:**

1.8 6

**101-103 North Main Street**
_____
Street address, if available, or other description

| **What is the property?** Check all that apply |
| Single-family home |
| ■ Duplex or multi-unit building |
| Condominium or cooperative |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Earlville          NY    13332-0000**
_____
City          State    ZIP Code

| Manufactured or mobile home |
| Land |
| Investment property |
| Timeshare |
| Other _____ |

**Current value of the entire property?**    **Current value of the portion you own?**
$200,000.00                $200,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**Madison**
_____
County

**Who has an interest in the property?** Check one
■ Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 213.16-1-6.1**

---

**If you own or have more than one, list here:**

1.8 7

**Off North Main Street**
_____
Street address, if available, or other description

| **What is the property?** Check all that apply |
| Single-family home |
| Duplex or multi-unit building |
| Condominium or cooperative |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Earlville          NY    13332-0000**
_____
City          State    ZIP Code

| Manufactured or mobile home |
| ■ Land |
| Investment property |
| Timeshare |
| Other _____ |

**Current value of the entire property?**    **Current value of the portion you own?**
$2,100.00                $2,100.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**Madison**
_____
County

**Who has an interest in the property?** Check one
■ Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 213.16-1-6.5**

Debtor 1    **M. Burton Marshall**                          Case number *(if known)* _____

**1.88**

**If you own or have more than one, list here:**

**7336 Route 20**
<u>Street address, if available, or other description</u>

**Madison**          **NY**    **13402-0000**
City                    State      ZIP Code

**Madison**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 114.15-1.72**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$184,496.00** | **$184,496.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.89**

**If you own or have more than one, list here:**

**3618 South Street**
<u>Street address, if available, or other description</u>

**Madison**          **NY**    **13402-0000**
City                    State      ZIP Code

**Madison**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 114.15-1-75**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$100,000.00** | **$100,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1  **M. Burton Marshall**                                    Case number *(if known)* _____

### If you own or have more than one, list here:

**1.90**

**7382 Route 20**

Street address, if available, or other description

**Madison**          **NY**    **13402-0000**

City                State        ZIP Code

**Madison**

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 114.15-1-61**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$105,191.00** | **$105,191.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

### If you own or have more than one, list here:

**1.91**

**7407 Route 20**

Street address, if available, or other description

**Madison**          **NY**    **13402-0000**

City                State        ZIP Code

**Madison**

County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 114.15-1-48**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$106,870.00** | **$106,870.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

Debtor 1    **M. Burton Marshall**                                                Case number *(if known)* _____

**If you own or have more than one, list here:**

**1.9 2**

| | | |
|---|---|---|
| **2649 Route 12B** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| **Madison        NY     13402-0000** | ☐ Manufactured or mobile home | **Current value of the entire property?**   **Current value of the portion you own?** |
| City          State    ZIP Code | ☐ Land | $259,542.00            $259,542.00 |
| | ☐ Investment property | |
| | ☐ Timeshare | |
| | ■ Other   **Small Commercial Building** | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| **Madison** | **Who has an interest in the property?** Check one | **Fee simple** |
| County | ■ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ **Check if this is community property** (see instructions) |
| | ☐ At least one of the debtors and another | |
| | **Other information you wish to add about this item, such as local property identification number:** | |
| | **Tax Map No. 153.-2-1** | |

**If you own or have more than one, list here:**

**1.9 3**

| | | |
|---|---|---|
| **5227 English Avenue** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Single-family home | |
| | ■ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| **Madison        NY     13402-0000** | ☐ Manufactured or mobile home | **Current value of the entire property?**   **Current value of the portion you own?** |
| City          State    ZIP Code | ☐ Land | $221,374.00            $221,374.00 |
| | ☐ Investment property | |
| | ☐ Timeshare | |
| | ☐ Other | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| **Madison** | **Who has an interest in the property?** Check one | **Fee simple** |
| County | ■ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ **Check if this is community property** (see instructions) |
| | ☐ At least one of the debtors and another | |
| | **Other information you wish to add about this item, such as local property identification number:** | |
| | **Tax Map No. 153.11-1-9** | |

Debtor 1   **M. Burton Marshall**                                    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.9
4

**7531 Route 20**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other   **Residential/Mobile Home Park**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Madison**        **NY**    **13402-0000**
City          State      ZIP Code

Current value of the entire property?   **$328,244.00**

Current value of the portion you own?   **$328,244.00**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Madison**
County

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 114.-2-16**

**If you own or have more than one, list here:**

1.9
5

**2677 Lake Moraine Road**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Madison**        **NY**    **13402-0000**
City          State      ZIP Code

Current value of the entire property?   **$167,481.00**

Current value of the portion you own?   **$167,481.00**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Madison**
County

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 154.-2-8**

Debtor 1   **M. Burton Marshall**                                                Case number *(if known)* _____

**1.9 6**

**If you own or have more than one, list here:**

**Route 12B**

Street address, if available, or other description

City                     State         ZIP Code

County

| | **What is the property?** Check all that apply |
|---|---|
| ☐ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ■ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ☐ | Other _____ |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.-2-2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$10,687.00** | **$10,687.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.9 7**

**If you own or have more than one, list here:**

**6767 Airport Road**

Street address, if available, or other description

**Madison**              **NY**        **13402-0000**
City                     State         ZIP Code

**Madison**

County

| | **What is the property?** Check all that apply |
|---|---|
| ■ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ☐ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ☐ | Other _____ |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.2-32**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$122,443.00** | **$122,443.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **M. Burton Marshall**                                            Case number *(if known)*

## If you own or have more than one, list here:

1.98

**2405 Johnny Cake Hill Road**
_____
Street address, if available, or other description


**Madison**          **NY**     **13402-0000**
_____
City              State      ZIP Code




**Madison**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.-2-44**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$163,206.00** | **$163,206.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

## If you own or have more than one, list here:

1.99

**7220 Butternut Lane**
_____
Street address, if available, or other description


**Madison**          **NY**     **13402-0000**
_____
City              State      ZIP Code




**Madison**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 154.-2-34.2**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$209,969.00** | **$209,969.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   **M. Burton Marshall**                                    Case number *(if known)* _____

**1.100**

**If you own or have more than one, list here:**

**4332 East Lake Road**
_____
Street address, if available, or other description

**Madison**          **NY**      **13402-0000**
_____
City                State      ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 154.6-3-42**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$158,473.00** | **$158,473.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.101**

**If you own or have more than one, list here:**

**7209 Butternut Lane**
_____
Street address, if available, or other description

**Madison**          **NY**      **13402-0000**
_____
City                State      ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 154.6-3-45**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$206,107.00** | **$206,107.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

Debtor 1   **M. Burton Marshall**                                          Case number *(if known)*

## If you own or have more than one, list here:

1.102

**4250 East Lake Road**

Street address, if available, or other description

| | | |
|---|---|---|
| **Madison** | **NY** | **13402-0000** |
| City | State | ZIP Code |

**Madison**

County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 154.2-30**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$229,008.00** | **$229,008.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

## If you own or have more than one, list here:

1.103

**2674 Route 12B**

Street address, if available, or other description

| | | |
|---|---|---|
| **Madison** | **NY** | **13402-0000** |
| City | State | ZIP Code |

**Madison**

County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 137.-3-10**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$267,176.00** | **$267,176.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **M. Burton Marshall**                                                Case number *(if known)* _____

**If you own or have more than one, list here:**

1.1
04

**2521 Lake Moraine Road**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$133,130.00                 $133,130.00

**Madison        NY    13402-0000**
City        State    ZIP Code

**Madison**
_____
County

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 153.12-1-14**

---

**If you own or have more than one, list here:**

1.1
05

**3530 Route 12B**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other **Vacant Land w/ Improvements**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$68,550.00                 $68,550.00

**Madison        NY    13402-0000**
City        State    ZIP Code

**Madison**
_____
County

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 126.-1-74.1**

Debtor 1    **M. Burton Marshall**                                  Case number *(if known)* _____

**1.106**

**If you own or have more than one, list here:**

**3534 Route 12B**

Street address, if available, or other description

**Madison**          **NY**      **13402-0000**

City          State      ZIP Code

**Madison**

County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map. No. 126.-1-7.111**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$167,939.00** | **$167,939.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.107**

**If you own or have more than one, list here:**

**20 Payne Street**

Street address, if available, or other description

**Hamilton**          **NY**      **13346-0000**

City          State      ZIP Code

**Madison**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.28-1-52**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$475,000.00** | **$475,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

☐ **Check if this is community property** (see instructions)

Debtor 1   **M. Burton Marshall**                              Case number *(if known)* _____

**If you own or have more than one, list here:**

1.1
08

**918 Taylor Grove Road**
_____
Street address, if available, or other description

**Madison**            **NY**      **13402-0000**
_____
City            State      ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other   **Seasonal Residential**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 138.14-1-12**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$244,275.00** | **$244,275.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint tenant**

- ☐ **Check if this is community property**
  (see instructions)

---

**If you own or have more than one, list here:**

1.1
09

**98 College Street**
_____
Street address, if available, or other description

**Hamilton**          **NY**      **13346-0000**
_____
City            State      ZIP Code

**Madison**
_____
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Map No. 168.11-1-37.3**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$155,000.00** | **$155,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

- ☐ **Check if this is community property**
  (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>**

| **$17,652,173.00** |
|---|

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **M. Burton Marshall** | | Case number *(if known)* | |

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

☑ Yes

| 3.1 | Make: | **Dodge** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Caravan** | ☑ Debtor 1 only | |
| | Year: | **2016** | ☐ Debtor 2 only | |
| | Approximate mileage: **55,587** | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | **$11,031.00** / **$11,031.00** |

| 3.2 | Make: | **Subaru** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Forester** | ☐ Debtor 1 only | |
| | Year: | **2016** | ☐ Debtor 2 only | |
| | Approximate mileage: **71,986** | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☑ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | **$15,143.00** / **$15,143.00** |

| 3.3 | Make: | **Ford** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **F250** | ☑ Debtor 1 only | |
| | Year: | **2019** | ☐ Debtor 2 only | |
| | Approximate mileage: **13,157** | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | **$35,613.00** / **$35,613.00** |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

| 5 | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................=> | **$61,787.00** |

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe.....

| Appliances and Household Goods | $28,000.00 |

Debtor 1    **M. Burton Marshall**                                   Case number *(if known)*

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes. Describe.....

| Television and Computer | $6,000.00 |
|---|---|

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
■ Yes. Describe.....

| Painting | $5,000.00 |
|---|---|

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes. Describe.....

| Miscellaneous | $2,000.00 |
|---|---|

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| Clothes | $12,000.00 |
|---|---|

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| Jewelry | $5,001.00 |
|---|---|

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................

| $58,001.00 |
|---|

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?                    Current value of the

Debtor 1    **M. Burton Marshall**    _____    Case number *(if known)* _____

|  | **portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes.............................................................................................................

| | | **Money in Cash Box used for change** | **$75.00** |
|---|---|---|---|

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Berkshire Bank Account x2301** | **$396,636.91** |
| 17.2. | **Checking** | **M. Burton Marshall d/b/a M&M Press - Berkshire Bank Account x8128** | **$910.63** |
| 17.3. | **Checking** | **M. Burton Marshall d/b/a Marshall Tax Service - Berkshire Bank Account x0522** | **$276.97** |
| 17.4. | **Checking** | **M. Burton Marshall d/b/a Marshall Moving - Berkshire Bank Account x1246** | **$230.10** |
| 17.5. | **Checking** | **M. Burton Marshall d/b/a Marshall Storage - Berkshire Bank Account x8136** | **$3,812.80** |
| 17.6. | **Checking** | **M. Burton Marshall d/b/a Marshall Maintenance - Berkshire Bank Account x2218** | **$214.74** |
| 17.7. | **Checking** | **M. Burton Marshall d/b/a Marshall Rentals - Berkshire Bank Account x8400** | **$1,532.21** |
| 17.8. | **Rental Security Deposits** | **Berkshire Bank - see attached list of tenant security deposits and accounts for same.** | **$246,218.27** |
| 17.9. | **Storage Units Security Deposits** | **Berkshire Bank Account x2301- see attached list of storage tenants security deposits** | **$8,770.00** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them....................

Name of entity:                                    % of ownership:

| Debtor 1 | **M. Burton Marshall** | Case number *(if known)* | |
|---|---|---|---|

| **Miles B. Marshall, Inc.** | 100 | % | $3,000,000.00 |
|---|---|---|---|

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                 Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
              Type of account:          Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

                                             _____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)* _____

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
            benefits; unpaid loans you made to someone else

   ☐ No
   ■ Yes.  Give specific information..

| | |
|---|---|
| **Mortgage to Penny Strong Collins, 1233 Earlville Road, Earlville, NY 13332**<br>**Monthly Payment $650.00** | **$60,970.58** |
| **Mortgage to Randy Miller, 62 East Main Street, Earlville, NY 13332**<br>**Monthly Payment $562.02** | **$43,541.20** |
| **Mortgage to Julia Ostrander, 7923 Larkin Road, Hubbardsville, NY 13355**<br>**Monthly Payment $1,000.00** | **$127,695.73** |
| **Mortgage to James Jones, 2663 Smith Road, Hamilton, NY 13346**<br>**Monthly Payment $625.00** | **$70,663.75** |

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **First United American Life Insurance Company $50,000 Term Life Insuance Policy x2318** | | **Unknown** |
| **Allstate Life Insurance Company of New York $6,000,000 Term Life Insurance Policy x6208** | | **Unknown** |
| **The United States Life Insurance Company in the City of New York $6,000,000 Term Life Policy x0070** | | **Unknown** |
| **Globe Life Insurance Company of New York $5,000 Term Life Insurance Increase Endorsement  x2899** | | **Unknown** |
| **Allstate Life Insurance Company of New York $6,000,000 Term Life Insurance Policy x7888** | | **Unknown** |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.

   ■ No
   ☐ Yes.  Give specific information..

Debtor 1    **M. Burton Marshall**                                      Case number *(if known)*

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**

| | |
|---|---|
| | **$3,961,548.89** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☐ No
    ■ Yes.  Describe.....

| **Accounts Receivable** | **$2,500.00** |
|---|---|

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ■ Yes. Describe.....

| **Office Equipment and Miscellaneous** | **$18,000.00** |
|---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes.  Describe.....

| **M&M Press Equipment** | **$35,000.00** |
|---|---|

41. **Inventory**
    ☐ No
    ■ Yes.  Describe.....

| **M&M Press Inventory** | **$65,000.00** |
|---|---|

42. **Interests in partnerships or joint ventures**
    ■ No

| Debtor 1 | **M. Burton Marshall** | | Case number *(if known)* | |

☐ Yes.  Give specific information about them....................

              Name of entity:                        % of ownership:

43. **Customer lists, mailing lists, or compilations**

    ■ No.

    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        ■ No

        ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**

    ■ No

    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..................................................................................................................

| | |
|---|---|
| | **$120,500.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ■ No. Go to Part 7.

    ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ■ No

    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| | |
|---|---|
| | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .......................................................................................... | **$17,652,173.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$61,787.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$58,001.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$3,961,548.89** | |
| 59. | **Part 5: Total business-related property, line 45** | **$120,500.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$4,201,836.89** | Copy personal property total | **$4,201,836.89** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$21,854,009.89** |

Schedule A/B Question 17.8

| Tenant | Unit # | Leased Property Address | Original Deposit | Current Balance | Berkshire Bank Escrow Account # |
|---|---|---|---|---|---|
| Zomber, Gabriella M. | 3 | 15 Pine St Hamilton, NY 13346 | $985.00 | $985.00 | 617022464 |
| Zbock, Jason | 1 | 66 Utica St Hamilton, NY 13346 | $1,200.00 | $1,201.63 | 401191083 |
| Young, Cheyenne R. | 1 | 6 Madison St Earlville, NY 13332 | $362.50 | $362.52 | 493647494 |
| Yendell, Roma | 3 | 6 Madison St Earlville, NY 13332 | $591.00 | $595.82 | 592987837 |
| Wormuth, Krystal R. | 2 | 45 Clyde St Earlville, NY 13332 | $612.50 | $612.56 | 490373912 |
| Worden, Robin M. | 2 | 5 East Main St Earlville, NY 13332 | $550.00 | $550.22 | 446111977 |
| Wootton, Marietta L. | 1 | 4097 State Route 26, Eaton, NY 13334 | $810.00 | $810.00 | 217635955 |
| Woodruff, Bayleigh E. | 1 | 35 Fayette St Earlville, NY 13332 | $570.00 | $570.01 | 794809151 |
| Wingate, Bennett | 3 | 11 Madison St Hamilton, NY 13346 | $1,044.00 | $1,045.45 | 508817389 |
| Windhausen, Josh | 2 | 7209 Butternut Ln Hamilton, NY 13346 | $1,000.00 | $1,002.83 | 118782144 |
| Weyant, Karen | house | 39 Montgomery St Hamilton, NY 13346 | $675.00 | $679.92 | 670042953 |
| Welch, Kristin | 7 | 82 Lebanon St Hamilton, NY 13346 | $915.00 | $917.45 | 561532392 |
| Warunek, Emily B. | 1 | 4 Fayette Street, Earlville, NY 13332 | $575.00 | $575.11 | 767603251 |
| Warner, Katherine M. | 3 | 82 Lebanon St Hamilton, NY 13346 | $600.00 | $600.11 | 727692270 |
| Warner, Bobbi | 2 | 5227 English Ave Hamilton, NY 13346 | $1,150.00 | $1,153.45 | 541961455 |
| Ward, Hunter C. | 1 | 6 Madison St Earlville, NY 13332 | $362.50 | $362.52 | 660046800 |
| Wang, Weijia | 1 | 59-61 Lebanon St Hamilton, NY 13346 | $1,325.00 | $1,326.96 | 290321411 |
| Walsh, Thomas Joseph | 1 | Future tenant at 11 Madison Street, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,066.50 | $1,066.20 | 159511280 |
| Walsh, Brandon P. | 2 | 4 Fayette Street, Earlville, NY 13332 | $525.00 | $525.22 | 779499616 |
| Wakharkar, Pallavi V. | 1 | 4 W Pleasant St Hamilton, NY 13346 | $1,500.00 | $1,500.29 | 456790459 |
| Village Clay LLC | Space #3 | 37 Milford St Hamilton, NY 13346 | $450.00 | $450.02 | 177724942 |
| Verbitsky, Krisa L. | Space #2 | 37 Milford St Hamilton, NY 13346 | $400.00 | $400.00 | Not yet set up |
| VanLinder, Joseph | 1 | 26 Madison St Hamilton, NY 13346 | $900.00 | $900.73 | 458177943 |
| VanAuken, Megan M. | 2 | Future tenant at 15 Pine Street, Hamilton, NY 13346 - lease starts 5/1/2023 | $900.00 | $900.00 | Not yet set up |
| Usborne, Elisa M. | house | 36 Clyde St Earlville, NY 13332 | $383.33 | $383.34 | 259013504 |
| Tyndale, Cristen D. | 2 | 4097 State Route 26, Eaton, NY 13334 | $330.00 | $330.23 | 303625043 |
| Turner, Eileen | 6 | 16 N Main St Earlville, NY 13332 | $600.00 | $602.24 | 497938936 |
| Turk, Seth | 5 | 7541 State Route 20, Madison, NY 13303 (co-signor of Shelli Gage lease) | $235.00 | $236.05 | 300012084 |
| Tseng, Linda | 3 | 2024-2032 Spring St Hamilton, NY 13346 | $1,175.00 | $1,181.12 | 955603418 |
| Tolase, Ajibola R. | 3 | 13 Hamilton St Hamilton, NY 13346 | $1,025.00 | $1,025.00 | Not yet set up |
| Tobiasz, Olivia L. | 3 | 101-103 N Main St Earlville, NY 13332 | $362.50 | $362.50 | Not yet set up |
| The Church of Jesus Christ of Latter-day Saints, a Utah sole corporation | 2 | 134 Lebanon St Hamilton, NY 13346 | $660.00 | $667.99 | 157365276 |
| Terry, Timothy | 2 | 34 Montgomery St Hamilton, NY 13346 | $1,250.00 | $1,251.58 | 745067880 |
| Taylor, Herbert F. | 1 | 7531-7541 State Route 20 Madison, NY 13402 | $432.50 | $432.62 | 600205755 |
| Taylor, Cassidy A. | 7 | 2024-2032 Spring St Hamilton, NY 13346 | $682.50 | $682.57 | 303375306 |
| Taylor, Alicia N. | 1 | 7531-7541 State Route 20 Madison, NY 13402 | $432.50 | $432.62 | 479934752 |
| Taiwo, Christina | house | 6767 Airport Rd Hamilton, NY 13346 | $1,275.00 | $1,278.85 | 197595557 |
| Sykes, Jadyn A. | 3 | 5227 English Ave Hamilton, NY 13346 | $835.00 | $835.18 | 514436199 |
| Swan, Audrey | house | 173 Lebanon St Hamilton, NY 13346 | $1,300.00 | $1,305.29 | 355062790 |
| Strong, Reanna | 2 | 4250 E Lake Rd Hamilton, NY 13346 | $625.00 | $626.53 | 848163119 |
| Street, Bridgette K. | 1 | 7334-7336 State Route 20 Madison, NY 13402 | $985.00 | $985.29 | 709139377 |
| Strain, Tim M. | 2 | 2405 Johnny Cake Hill Rd Hamilton, NY 13346 | $450.00 | $450.04 | 26965234 |
| Straight, Bradley S. | 3 | 4250 E Lake Rd Hamilton, NY 13346 | $685.00 | $685.01 | 793691142 |
| Stiner, Stephen A. | 2 | 12 E Lake Rd Hamilton, NY 13346 | $1,000.00 | $1,000.19 | 217685758 |
| Stillwaggon, Elizabeth | house | 87 College St Hamilton, NY 13346 | $497.50 | $499.12 | 738211507 |
| Stile, Theresa L. | 1 | 12 E Lake Rd Hamilton, NY 13346 | $1,600.00 | $1,600.42 | 340621587 |
| Stiegler, Sam | 2 | 28 Madison St Hamilton, NY 13346 | $1,300.00 | $1,302.33 | 320531251 |
| Stevens, Derrick R. | house | 22 Eaton St Hamilton, NY 13346 | $750.00 | $750.30 | 642072577 |
| Stahl, Kathleen | 2 | 4 W Pleasant St Hamilton, NY 13346 | $1,150.00 | $1,156.33 | 779421668 |

| Tenant | Unit # | Leased Property Address | Original Deposit | Current Balance | Berkshire Bank Escrow Account # |
|--------|--------|-------------------------|------------------|-----------------|--------------------------------|
| Sposita, Jacob | 2 | Future tenant at 11 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,066.50 | $1,067.12 | 125009826 |
| Spaven, Brandon T. | 3 | 15-21 E Main St Earlville, NY 13332 | $800.00 | $800.13 | 479036444 |
| Sonne, Devin E. | house | 22 Eaton St Hamilton, NY 13346 | $750.00 | $750.30 | 628020577 |
| Smith, Patricia | 4 | 2024-2032 Spring St Hamilton, NY 13346 | $500.00 | $521.29 | 725313156 |
| Smith, Mary A. | 10 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $850.00 | $850.16 | 670805485 |
| Smith, Caleb D. | 2 | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $1,088.10 | 186308043 |
| Smith, Allison M. | 1 | 82 Lebanon St Hamilton, NY 13346 | $1,425.00 | $1,425.37 | 766974497 |
| Sklyar, Aleksandr | 12 | 2024-2032 Spring St Hamilton, NY 13346 | $1,250.00 | $1,252.55 | 591073940 |
| Sint, Kyaw | 3 | 71 Lebanon St Hamilton, NY 13346 | $875.00 | $875.88 | 102624395 |
| Shiminski, Lesa | 5 | 16 N Main St Earlville, NY 13332 | $200.00 | $210.83 | 255550356 |
| Shattuck, Douglas | house | 2521 Lake Moraine Rd Hamilton, NY 13346 | $1,100.00 | $1,106.18 | 709205124 |
| Seo, Gunog | house | 2677 Lake Moraine Rd Hamilton, NY 13346 | $1,250.00 | $1,259.59 | 462770717 |
| Schneider, David | house | 15 Wylie St Hamilton, NY 13346 | $550.00 | $557.89 | 491812932 |
| Saracino, Daniel | 6 | 2024-2032 Spring St Hamilton, NY 13346 | $1,000.00 | $1,008.47 | 718678154 |
| Santos, Tomas L. | 1 | 16 Pine St Hamilton, NY 13346 | $1,022.00 | $1,022.30 | 585235525 |
| Sanders, Stephen | house | 34 Lebanon St Hamilton, NY 13346 | $1,150.00 | $1,156.95 | 957064703 |
| Samson, Patricia | 1 | 45 Lebanon St Hamilton, NY 13346 | $750.00 | $751.63 | 241787704 |
| Salvaggio, Adam | 3 | 11 Madison St Hamilton, NY 13346 | $1,000.00 | $1,001.39 | 350022861 |
| Salas, Raymond R. | 2 | 4097 State Route 26, Eaton, NY 13334 | $330.00 | $330.23 | 200749411 |
| Saeed, Timothy D. | 2 | 2024-2032 Spring St Hamilton, NY 13346 | $1,350.00 | $1,350.30 | 769589291 |
| Rusch, Douglas M. | house | 135 Lebanon Street, Hamilton, NY 13346 | $1,500.00 | $1,500.41 | 160479336 |
| Ruppenstein, Colin | 1 | Future tenant at 11 Madison Street, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,066.50 | $1,066.60 | 752263639 |
| Romero, Jenna M. | 6 | 84 W Main St Earlville, NY 13332 | $1,000.00 | $1,000.50 | 781924783 |
| Roberts, Colton E. | 1 | 35 Fayette St Earlville, NY 13332 | $570.00 | $570.01 | 763461538 |
| Rizzo-Bonafine, Antonio S. | 2 | 82 Lebanon St Hamilton, NY 13346 | $618.75 | $618.79 | 783351929 |
| Ries, Nancy V. | 1 | 8 Montgomery St Hamilton, NY 13346 | $1,450.00 | $1,450.21 | 607501370 |
| Reynolds, Melinda | 2 | 16 N Main St Earlville, NY 13332 | $775.00 | $778.23 | 424035588 |
| Relyea, Justin M. | house | 73 Utica St Hamilton, NY 13346 | $1,400.00 | $1,400.42 | 831955473 |
| Raymond, Tabisha | 2 | 13 Hamilton St Hamilton, NY 13346 | $1,000.00 | $1,000.20 | 694208894 |
| Randall, Cory L. | 4 | 7334-7336 State Route 20 Madison, NY 13402 | $487.50 | $487.58 | 275930108 |
| Popli, Ritika | 2 | 32-34 Eaton St Hamilton, NY 13346 | $1,500.00 | $1,500.30 | 195170254 |
| Policelli, Diane M. | 4 | 7220 Butternut Ln Hamilton, NY 13346 | $875.00 | $875.02 | 247895663 |
| Pistorius, Alexander C. | 1 | 11 Madison St Hamilton, NY 13346 | $1,044.00 | $1,044.18 | 486890909 |
| Pinchevsky, Shabtai | 1 | 32-34 Eaton St Hamilton, NY 13346 | $700.00 | $700.33 | 528777603 |
| Piliero, Luis R. | 3 | 7220 Butternut Ln Hamilton, NY 13346 | $865.00 | $865.23 | 491661403 |
| Peters, Tommy A. | 5 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $785.00 | $785.11 | 344613460 |
| Perkes, Jennifer | 3 | 7334-7336 State Route 20 Madison, NY 13402 | $950.00 | $951.98 | 573818075 |
| Paul, William R. | 4 | 7531-7541 State Route 20 Madison, NY 13402 | $600.00 | $600.00 | 491272202 |
| Pasco, Leslie | house | 4332 East Lake Road, Hamilton, NY 13346 (co-signor of Fred Goldby lease) | $1,000.00 | $1,009.27 | 434626640 |
| Pardi, Dylan M. | 1 | 15-21 E Main St Earlville, NY 13332 | $1,175.00 | $1,175.31 | 565893808 |
| OrMoren, Natalie S. f/k/a Natalie S. Ormen | 1 | 28-30 Eaton St Hamilton, NY 13346 | $475.00 | $475.12 | 437289326 |
| OrMoren, Marie E. f/k/a Marie E. Moren | 1 | 28-30 Eaton St Hamilton, NY 13346 | $475.00 | $475.12 | 362058815 |
| O'Brien-Steele, Chase | 2 | 16 Pine St Hamilton, NY 13346 | $1,050.00 | $1,050.31 | 574985966 |
| Noble, Ashley | 1 | 4101 State Route 26 Eaton, NY 13334 | $625.00 | $630.48 | 655495850 |
| Niles, Logan J. | 2 | 4101 State Route 26 Eaton, NY 13334 | $875.00 | $875.00 | Not yet set up |
| Nasreen, Farzana | 2 | 28-30 Eaton St Hamilton, NY 13346 | $950.00 | $950.21 | 135229429 |
| Mosher, Amy | 2 | 1 Clark St Earlville, NY 13332 | $965.00 | $969.22 | 331669004 |
| Morris, Dulcie L. | 2 | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,050.00 | $1,050.44 | 450612739 |

| Tenant | Unit # | Leased Property Address | Original Deposit | Current Balance | Berkshire Bank Escrow Account # |
|---|---|---|---|---|---|
| Moran, Lauren | 2 | 84 W Main St Earlville, NY 13332 | $625.00 | $629.45 | 128850107 |
| Moot, Amanda M. | 4 | 7334-7336 State Route 20 Madison, NY 13402 | $487.50 | $487.58 | 173104383 |
| Moore, Patrick D. | 1 | 131-133 Lebanon Street, Hamilton, NY 13346 | $737.50 | $737.63 | 135259573 |
| Mitton, Ross C. | 2 | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.41 | 104580320 |
| Minicus, Michael | 3 | Future tenant at 11 Madison Street, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,066.50 | $1,067.42 | 690895719 |
| Miller, Ryan | 1 | 53 Lebanon St Hamilton, NY 13346 | $500.00 | $503.31 | 477106302 |
| Miller, Miranda S. | 2 | 6 Madison St Earlville, NY 13332 | $625.00 | $625.13 | 658739385 |
| Miller, Karl K. | 3 | 4101 State Route 26 Eaton, NY 13334 | $370.00 | $370.09 | 427139553 |
| Miller, Ashley | 1 | 53 Lebanon St Hamilton, NY 13346 | $500.00 | $503.32 | 837913290 |
| Meek, Deanna C. | 1 | 13 Hamilton St Hamilton, NY 13346 | $1,025.00 | $1,025.04 | 168423489 |
| McKenna, Matthew | 1 | 9-11 Maple Ave Hamilton, NY 13346 | $1,022.00 | $1,022.82 | 224342397 |
| McHale, Thomas A. | 2 | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $1,088.10 | 242925457 |
| Maxwell, Katharine P. | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2023 | $1,088.00 | $1,088.11 | 698600379 |
| Matuszczak, Alyssa L. | 2 | 175 Lebanon St Hamilton, NY 13346 | $1,500.00 | $1,500.01 | 604417248 |
| Marris, Jaden I. | 7 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $785.00 | $785.17 | 286179690 |
| Manzourolajdad, Amirhossein | 4 | 15 Pine St Hamilton, NY 13346 | $900.00 | $900.17 | 761056056 |
| Manning, Sean W. | 3 | 1 Clark St Earlville, NY 13332 | $1,050.00 | $1,050.36 | 461471345 |
| Manning, John | 1 | 2804 River Rd Eaton, NY 13334 | $600.00 | $609.19 | 351415979 |
| Malozzi, Rocco A. | 4 | 33-37 Lebanon St Hamilton, NY 13346 | $500.00 | $500.17 | 303305596 |
| Maggio, Girolamo B. | 2 | 82 Lebanon St Hamilton, NY 13346 | $483.33 | $483.38 | 376789526 |
| Ma, Zichen | 11 | 2024-2032 Spring St Hamilton, NY 13346 | $1,365.00 | $1,365.20 | 103971370 |
| Lyons-Schroer, Jessica M. | 1 | 83-85 E Main St Eariville, NY 13332 | $575.00 | $575.03 | 502829182 |
| Lynch, Jessey T. | 6 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $375.00 | $375.23 | 101067275 |
| Lucey-McCabe, Calvin P. | 4 | 4097 State Route 26, Eaton, NY 13334 | $345.00 | $345.19 | 747373469 |
| Lucey, Kate | 1 | 4250 E Lake Rd Hamilton, NY 13346 | $1,325.00 | $1,327.71 | 419195410 |
| Louks, Charlotte G. | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.44 | 617920616 |
| Livni, Tova H. | 2 | 4 Fayette Street, Earlville, NY 13332 | $525.00 | $525.23 | 247117121 |
| Limo Cueva , Bertha A. | 2 | 11 Pine St Hamilton, NY 13346 | $1,000.00 | $1,000.31 | 390023426 |
| Lee, Sinhaeng | 2 | 3618 South St Madison, NY 13402 | $960.00 | $960.29 | 340371750 |
| LaRuffa, Bill | 1 | 11 Pine St Hamilton, NY 13346 | $1,000.00 | $1,005.32 | 560424514 |
| Kwarta, Daniel J. | 3 | 84 W Main St Earlville, NY 13332 | $395.00 | $395.07 | 527370368 |
| Krause, Nicholas S. | house | 67 Utica St Hamilton, NY 13346 | $1,025.00 | $1,025.00 | Not yet set up |
| Kopelman, Ben | 2 | 45 Lebanon St Hamilton, NY 13346 | $1,000.00 | $1,001.78 | 545614062 |
| Kirley, Jessica L. | 3 | 16 N Main St Earlville, NY 13332 | $900.00 | $900.09 | 348296163 |
| Kinsey, Robert Seth | 5 | 15-21 E Main St Earlville, NY 13332 | $1,175.00 | $1,177.30 | 551312902 |
| Kinne, Larry | house | 68 Utica St Hamilton, NY 13346 | $425.00 | $429.41 | 430985691 |
| Kincaid, Jessica | Space #7 | 37 Milford St Hamilton, NY 13346 | $355.00 | $355.05 | 265700161 |
| Kevorkian, Theresa R. | 1 | 7 Charles St Hamilton, NY 13346 | $1,050.00 | $1,050.04 | 800936835 |
| Kawall, Jason | 1 | 21 W Kendrick Ave Hamilton, NY 13346 | $1,175.00 | $1,185.48 | 833063068 |
| Kaminski, Louis V. | 2 | 7531-7541 State Route 20 Madison, NY 13402 | $950.00 | $950.00 | Not yet set up |
| Jimenez-Kubo, Naomi R. | 2 | 45 Clyde St Earlville, NY 13332 | $612.50 | $612.56 | 647741231 |
| Jerry, Patrick M. | 2 | 53 Lebanon St Hamilton, NY 13346 | $1,200.00 | $1,200.08 | 328675288 |
| Jayson, Evelyn K. | 1 | 29 Pine St Hamilton, NY 13346 | $600.00 | $600.07 | 345441988 |
| Jayson, Andrea D. | 1 | 29 Pine St Hamilton, NY 13346 | $600.00 | $600.07 | 229023240 |
| Jackson, Ben | house | 87 College St Hamilton, NY 13346 | $497.50 | $499.13 | 341978787 |
| Israel, Robert A. | 8 | 2024-2032 Spring St Hamilton, NY 13346 | $1,300.00 | $1,300.28 | 567081498 |
| Isakovic, Abdel | 10 | 2024-2032 Spring St Hamilton, NY 13346 | $1,150.00 | $1,152.41 | 283943862 |

| Tenant | Unit # | Leased Property Address | Original Deposit | Current Balance | Berkshire Bank Escrow Account # |
|---|---|---|---|---|---|
| Ingianni, Kayla M. | 1 | 2024-2032 Spring Street, Hamilton, NY 13346 | $1,365.00 | $1,365.20 | 243264817 |
| Iacobucci, Marisa T. | house | 48 Madison Street, Hamilton, NY 13346 | $1,000.00 | $1,000.17 | 497430096 |
| Hurley, Patrick J. | 2 | 101-103 N Main St Earlville, NY 13332 | $1,300.00 | $1,300.47 | 414903938 |
| Hughes, Wayne A. | 4 | 5 E Main St Earlville, NY 13332 | $1,200.00 | $1,200.58 | 830108908 |
| Huff, Noah | 4 | 84 W Main St Earlville, NY 13332 | $840.00 | $840.85 | 115119321 |
| Huddleston, Declan T. | 4 | 13 Hamilton St Hamilton, NY 13346 | $975.00 | $975.01 | 124979754 |
| Holmes, Brenna C. | 4 | 7531-7541 State Route 20 Madison, NY 13402 | $600.00 | $600.00 | 393875821 |
| Hendrix, Phyllis | 2 | 7407 State Route 20 Madison, NY 13402 | $1,000.00 | $1,003.62 | 672841325 |
| Heinike, Linda R. | | 87 College St Hamilton, NY 13346 | $1,000.00 | $1,000.00 | Not yet set up |
| Hedlund, Carol | 5 | 101-103 N Main St Earlville, NY 13332 | $650.00 | $654.44 | 223749578 |
| Hedberg, Masha | 3 | 36 Madison St Hamilton, NY 13346 | $1,125.00 | $1,128.66 | 749938199 |
| Headley, Dean | 2 | 9-11 Maple Ave Hamilton, NY 13346 | $1,022.00 | $1,022.81 | 474794780 |
| Hayman, Emma L. | 7 | 2024-2032 Spring St Hamilton, NY 13346 | $682.50 | $682.56 | 689029302 |
| Hayduke-Toomath, Victoria C. | 3 | 3534 State Route 12B Bouckville, NY 13310 | $1,050.00 | $1,050.11 | 625595286 |
| Haughwout, Margaretha | 2 | 21 W Kendrick Ave Hamilton, NY 13346 | $1,300.00 | $1,302.87 | 207775420 |
| Hatch, Edward | 4 | 101-103 N Main St Earlville, NY 13332 | $650.00 | $656.71 | 255091300 |
| Hanyon, April A. | 4 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $785.00 | $785.12 | 552909704 |
| Hansen, Jeanne N. | 2 | 7220 Butternut Ln Hamilton, NY 13346 | $850.00 | $850.18 | 164281773 |
| Hakimi, Efrat | 1 | 32-34 Eaton St Hamilton, NY 13346 | $700.00 | $700.33 | 508258460 |
| Guldur, Berkay | house | 19 W Kendrick Ave Hamilton, NY 13346 | $1,075.00 | $1,088.15 | 664388205 |
| Guile, Carolyn | house | 1873 Preston Hill Rd Hamilton, NY 13346 | $1,000.00 | $1,000.83 | 554556380 |
| Grove, Brittany | 1 | 16 N Main St Earlville, NY 13332 | $840.00 | $841.72 | 344982865 |
| Gregory, Sarah | 1 | 2405 Johnny Cake Hill Rd Hamilton, NY 13346 | $850.00 | $852.97 | 443466996 |
| Gonzalez, Angelo C. | 1 | 7209 Butternut Ln Hamilton, NY 13346 | $600.00 | $600.06 | 703301050 |
| Goguen, Jennifer | 2 | 91 Lebanon St Hamilton, NY 13346 | $750.00 | $752.87 | 828562048 |
| Giddings, Dawn | 1 | 99 Lebanon St Hamilton, NY 13346 | $985.00 | $988.73 | 773421714 |
| Gibson, Natalie | 5 | 82 Lebanon St Hamilton, NY 13346 | $900.00 | $902.44 | 445622696 |
| Garrow, Kaly | 3 | 4097 State Route 26, Eaton, NY 13334 | $300.00 | $302.04 | 659946798 |
| Garrow, Daniel | 3 | 4097 State Route 26, Eaton, NY 13334 | $300.00 | $302.04 | 266133178 |
| Garrett, Peter J. | 1 | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.41 | 636762999 |
| Gallogly, Briana R. | 2 | 7334-7336 State Route 20 Madison, NY 13402 | $512.50 | $512.64 | 655835295 |
| Furstein, Jessica | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $1,088.15 | 679358403 |
| Fultz, Michael S. | 7 | 84 W Main St Earlville, NY 13332 | $975.00 | $975.21 | 500573625 |
| Frary, Jayme M. | 2 | 6 Madison St Earlville, NY 13332 | $625.00 | $625.13 | 111875940 |
| Franklin, Mildred | 1 | 34 Montgomery St Hamilton, NY 13346 | $1,350.00 | $1,354.03 | 822723726 |
| Fowler, Charles W. | house | 48 Madison St Hamilton, NY 13346 | $1,000.00 | $1,000.17 | 668360297 |
| Fonseca Malavasi, Marisol | 1 | 134 Lebanon St Hamilton, NY 13346 | $1,500.00 | $1,500.27 | 527061179 |
| Flour and Salt Bakery LLC | 1 | 33-37 Lebanon St Hamilton, NY 13346 | $1,750.00 | $1,750.52 | 814020849 |
| Findlay, Sherry L. | 2 | 3534 State Route 12B Bouckville, NY 13310 | $1,190.00 | $1,190.02 | 520274598 |
| Fellows, Mary | 1 | 3618 South St Madison, NY 13402 | $1,073.00 | $1,077.04 | 504795385 |
| Faulx, Gregory | 1 | 13-15 Maple Avenue, Hamilton, NY 13346 (co-signor of Owen Gordon lease) | $992.00 | $992.24 | 445503042 |
| Fasanaro, Nathan | 2 | Future tenant at 11 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,066.50 | $1,067.12 | 137924240 |
| Evans, Timothy C. | 1 | 83-85 E Main St Earivlle, NY 13332 | $575.00 | $575.03 | 526502213 |
| Estrada, Jennelyn | 2 | 131-133 Lebanon St Hamilton, NY 13346 | $500.00 | $501.59 | 546342631 |
| Estrada, Brian | 2 | 131-133 Lebanon St Hamilton, NY 13346 | $500.00 | $501.59 | 347158356 |
| Essensa, Ryan | 3 | Future tenant at 11 Madison Street, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,066.00 | $1,066.33 | 427209314 |
| Eichele, Michelle E. | 3 | 4101 State Route 26 Eaton, NY 13334 | $370.00 | $370.09 | 731285497 |
| Eastman, Carrie F. | 1 | 7220 Butternut Ln Hamilton, NY 13346 | $865.00 | $865.04 | 699537231 |

| Tenant | Unit # | Leased Property Address | Original Deposit | Current Balance | Berkshire Bank Escrow Account # |
|---|---|---|---|---|---|
| Eager, George | 6 | 82 Lebanon St Hamilton, NY 13346 | $890.00 | $897.23 | 505884973 |
| Dygert, Esther M. | 1 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $785.00 | $785.02 | 660705642 |
| Dunning, Dale | 1 | 9-11 Maple Ave Hamilton, NY 13346 | $1,022.00 | $1,022.83 | 463237741 |
| Duarte, Emma E. | 1 | 7047 State Route 20, Madison, NY 13402 | $1,200.00 | $1,200.00 | Not yet set up |
| Diaz Gonzalez, Fernando | 2 | 25 Milford St Hamilton, NY 13346 | $1,050.00 | $1,050.42 | 215819509 |
| Dhayer, Ryan J. | house | 36 Clyde St Earlville, NY 13332 | $383.33 | $383.34 | 260570608 |
| DeSantolo, Payne C. | 2 | 7334-7336 State Route 20 Madison, NY 13402 | $512.50 | $512.64 | 544915569 |
| Decker, Tiffani | 4 | 4101 State Route 26 Eaton, NY 13334 | $392.50 | $392.79 | 261249222 |
| Dawson, Martin J. | 1 | 4 Fayette Street, Earlville, NY 13332 | $575.00 | $575.11 | 593229665 |
| Davoudian, Armen A. | 3 | 13 Hamilton St Hamilton, NY 13346 | $1,025.00 | $1,025.19 | 766585261 |
| Davis, Robert T. | 1 | 28 Madison St Hamilton, NY 13346 | $1,185.00 | $1,185.26 | 650016650 |
| Dauber, Noah | 2 | 36 Madison St Hamilton, NY 13346 | $1,150.00 | $1,152.37 | 673859356 |
| Dart, Jared J. | 2 | 26 Madison St Hamilton, NY 13346 | $900.00 | $900.02 | 614616941 |
| Dart, Caroline L. | 2 | 26 Madison St Hamilton, NY 13346 | $900.00 | $900.02 | 657551742 |
| Darling, William | 4 | 4101 State Route 26 Eaton, NY 13334 | $392.50 | $392.79 | 240630163 |
| Dann, Alexis | 1 | 45 Clyde St Earlville, NY 13332 | $700.00 | $703.51 | 430985756 |
| Currie, Colin J. | 3 | 82 Lebanon St Hamilton, NY 13346 | $600.00 | $600.11 | 338385808 |
| Cross, Alison J. | 2 | 29 Pine St Hamilton, NY 13346 | $1,050.00 | $1,052.29 | 657242561 |
| CreamCycle | Space #1 | 37 Milford St Hamilton, NY 13346 | $425.00 | $426.95 | 517709659 |
| Courtney, Sarah | 1 | 36 Madison St Hamilton, NY 13346 | $1,100.00 | $1,106.47 | 810380020 |
| Cordone, Paige A. | 1 | 2405 Johnny Cake Hill Rd Hamilton, NY 13346 | $450.00 | $450.04 | 461710757 |
| Conroe, Emily M. | 1 | 131-133 Lebanon St Hamilton, NY 13346 | $737.50 | $737.63 | 693580157 |
| Compoli, Morgan | 4 | 4097 State Route 26, Eaton, NY 13334 | $345.00 | $345.19 | 100249101 |
| Colvin, Harris T. | 2 | 9-11 Maple Ave Hamilton, NY 13346 | $1,022.00 | $1,022.77 | 408406640 |
| Colucci, Thomas | 2 | 11 Madison St Hamilton, NY 13346 | $1,044.00 | $1,045.45 | 511022963 |
| Cohn, Sarah D. | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.44 | 267686185 |
| Cohen, Amelia J. | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $1,088.15 | 392029289 |
| Codiroli, Amber J. | 1 | 25 Milford St Hamilton, NY 13346 | $1,425.00 | $1,425.21 | 139012020 |
| Clare, Mike | 5 | 2024-2032 Spring St Hamilton, NY 13346 | $1,100.00 | $1,108.50 | 592700481 |
| Chretien, Alexandra F. | 1 | 14 Montgomery St Hamilton, NY 13346 | $750.00 | $750.11 | 337757136 |
| Chen, Joe | 9 | 2024-2032 Spring St Hamilton, NY 13346 | $1,165.00 | $1,171.10 | 593802209 |
| Chapman, Angelica | 1 | 84 W Main St Earlville, NY 13332 | $775.00 | $777.31 | 633527558 |
| Cerra, JoAnn B. | 5 | 84 West Main Street, Earlville, NY 13332 (Co-signor on Emily & Roy Cullen lease) | $1,000.00 | $1,000.05 | 292696806 |
| Cavert, Mariah A. | house | 7382 State Route 20 Madison, NY 13402 | $2,750.00 | $2,750.70 | 389803731 |
| Cavallo, James D. | 2 | 16 Pine St Hamilton, NY 13346 | $994.00 | $994.30 | 167016298 |
| Casler, Alyson R. | 1 | 7047 State Route 20, Madison, NY 13402 | $1,200.00 | $1,200.00 | Not yet set up |
| Casciano, Bethann | 9 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $825.00 | $825.17 | 844839635 |
| Carter, Warwick M. | 1 | 13-15 Maple Ave Hamilton, NY 13346 | $1,050.00 | $1,053.39 | 469974398 |
| Carr, Elise | 1 | 60-62 Fayette St Earlville, NY 13332 | $1,225.00 | $1,226.32 | 365344338 |
| Carlton, Christopher R. | 1 | 5 East Main St Earlville, NY 13332 | $420.00 | $420.09 | 138942311 |
| Capluzzi, Joseph M. | 3 | 101-103 N Main St Earlville, NY 13332 | $362.50 | $362.50 | Not yet set up |
| Canelli, Tamara S. | 3 | 84 W Main St Earlville, NY 13332 | $395.00 | $395.07 | 309603007 |
| Camp, Ian D. | 1 | 3534 State Route 12B Bouckville, NY 13310 | $1,325.00 | $1,325.20 | 158500654 |
| Camelo-Cenicola, Kelly | 2 | 7 Charles St Hamilton, NY 13346 | $985.00 | $986.05 | 765636990 |
| Buys, Brian P. | 1 | 16 Pine St Hamilton, NY 13346 | $1,022.00 | $1,022.31 | 541522273 |
| Burns, Christopher | 1 | 11 Madison St Hamilton, NY 13346 | $1,044.00 | $1,045.45 | 609876641 |
| Burnett, Renata C. | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $1,088.15 | 521871375 |
| Buell, Brett E. | 3 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $660.00 | $660.04 | 105698232 |
| Brown, Shanea N. | 2 | 82 Lebanon St Hamilton, NY 13346 | $483.33 | $483.38 | 451630761 |

| Tenant | Unit # | Leased Property Address | Original Deposit | Current Balance | Berkshire Bank Escrow Account # |
|---|---|---|---|---|---|
| Brown, Minda A. | 6 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $375.00 | $375.23 | 664288375 |
| Brook, Conner | 2 | 11 Madison St Hamilton, NY 13346 | $977.00 | $998.29 | 447010178 |
| Brittenham, Charles H. | 2 | 14 Montgomery St Hamilton, NY 13346 | $1,400.00 | $1,400.28 | 849420634 |
| Bristol, Charlotte H. | 3 | 4 W Pleasant St Hamilton, NY 13346 | $1,285.00 | $1,285.03 | 514436229 |
| Brink, Alexander H. | 1 | 14 Montgomery St Hamilton, NY 13346 | $750.00 | $750.11 | 840019255 |
| Bratt, Scott R. | 2 | 66 Utica St Hamilton, NY 13346 | $1,025.00 | $1,025.30 | 197475780 |
| Brandon, Pierson W. | 2 | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.41 | 416280949 |
| Brandes, Jacob | 1 | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $10,881.00 | Not yet set up |
| Braman, Martin | 2 | 83-85 E Main St Earlville, NY 13332 | $1,088.00 | $1,088.11 | 164471211 |
| Braman, Jennifer | 2 | 83-85 E Main St Earlville, NY 13332 | $975.00 | $978.76 | 126995881 |
| Bonet, Sally | 2 | 99 Lebanon St Hamilton, NY 13346 | $965.00 | $968.11 | 769369607 |
| Boeve, Thomas E. | house | 24 College St Hamilton, NY 13346 | $900.00 | $900.19 | 489136228 |
| Boeve, Katherine A. | house | 24 College St Hamilton, NY 13346 | $900.00 | $900.19 | 348635472 |
| Bloomquist, Timothy M. | 2 | 71 Lebanon St Hamilton, NY 13346 | $900.00 | $900.10 | 739618755 |
| Blackmore, Melody J. | Space #6 | 37 Milford St Hamilton, NY 13346 | $325.00 | $325.12 | 653340172 |
| Belgrad, Joshua | 2 | 13-15 Maple Ave Hamilton, NY 13346 | $1,022.00 | $1,022.80 | 286469060 |
| Bari, Zarah | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.44 | 506581563 |
| Baker-Berie, Deborah A. | house | 75 Utica St Hamilton, NY 13346 | $1,650.00 | $1,650.17 | 504116747 |
| Bagnall, Annette N. | 1 | 71 Lebanon St Hamilton, NY 13346 | $1,300.00 | $1,300.65 | 287337202 |
| Babcock, Ryan | 4 | 71 Lebanon St Hamilton, NY 13346 | $975.00 | $978.05 | 221098860 |
| Austin, Meghan N. | 1 | 7209 Butternut Ln Hamilton, NY 13346 | $600.00 | $600.04 | 361360333 |
| Anderson, Nicholas J. | 1 | Future tenant at 9 Maple Avenue Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.42 | 395811858 |
| Alter, Adam I. | | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $1,088.11 | 837933275 |
| Alessio, Theresa M. | 4 | 16 N Main St Earlville, NY 13332 | $900.00 | $900.12 | 115049633 |
| Aguilar, Fabian F. | house | 7019 Payne St Hamilton, NY 13346 | $1,450.00 | $1,450.20 | 455363445 |
| Ackerman, Luke | 2 | 13-15 Maple Ave Hamilton, NY 13346 | $1,022.00 | $1,022.82 | 228364382 |
| TOTAL | | | $236,026.57 | $246,218.27 | |

Schedule A/B Question 17.9

**Marshall Self-Storage**

| Unit | Tenant | Security Deposit |
|---|---|---|
| 1 | Tori Coles | $75.00 |
| 2 | Betsy Mukamel | $75.00 |
| 3 | Bayley McDermott | $75.00 |
| 4 | Emily Balog | $75.00 |
| 5 | Nick Frey | $75.00 |
| 6 | Kathianne Snaden | $75.00 |
| 9 | Alexander Huggles | $75.00 |
| 11 | Andrew Jaworski | $110.00 |
| 12 | HCS Masquers | $110.00 |
| 13 | Timothy Collins | $110.00 |
| 14 | Charles Howgate | $110.00 |
| 15 | Paul McLoughlin | $110.00 |
| 18 | Cynthia Conkling | $110.00 |
| 20 | Bruno Brun | $85.00 |
| 23 | Ann Palmiter | $85.00 |
| 25 | Grace Marshall | $85.00 |
| 26 | Albert Taylor | $85.00 |
| 28 | Taylor West | $85.00 |
| 29 | Melissa Berkowitz | $85.00 |
| 31 | Kacey Fink | $75.00 |
| 32 | Seth Noble | $85.00 |
| 33 | Randi Desnoes | $80.00 |
| 34 | Maureen Sweeney | $85.00 |
| 36 | Kerra Hunter | $95.00 |
| 37 | David Dorrance | $95.00 |
| 38 | Steven Baker | $90.00 |
| 39 | Marla Gilbert | $75.00 |
| 40 | Halle Kuhar-Pitters | $75.00 |
| 41 | Susan Lee | $75.00 |
| 42 | Elizabeth Collins | $75.00 |
| 43 | Emily Marcellus-Freeth | $75.00 |
| 45 | Robert Merrick | $55.00 |
| 46 | Melissa Downen | $75.00 |
| 47 | Jonathan Alt | $75.00 |
| 48 | Dana Hayson | $75.00 |
| 49 | Courtney Hollander | $75.00 |
| 50 | Gray Purcell | $75.00 |
| 51 | Oliver Townend | $75.00 |
| 52 | Andrew Dymond | $75.00 |
| 53 | Peyton Sundberg | $75.00 |
| 54 | Kenneth Valente | $75.00 |
| 55 | Georgina Maisto | $75.00 |
| 56 | Marci Rubenstein | $75.00 |
| 63 | Nicholas West | $85.00 |
| 64 | Abigail Riley | $85.00 |
| 65 | Scott Hoover | $75.00 |
| 66 | Rebekah Zamzan | $75.00 |
| 67 | Yolanda VanKempen | $75.00 |
| 68 | Nancy Pier | $75.00 |
| 70 | Thomas Lemery | $85.00 |

| Unit | Tenant | Security Deposit |
|------|--------|------------------|
| 102 | Linda Gorton | $95.00 |
| 104 | Paul Verbitsky | $95.00 |
| 105 | Kerra Hunter | $95.00 |
| 106 | Maya Neckles | $95.00 |
| 107 | Melody Blackmore | $110.00 |
| 112 | Sean Manning | $110.00 |
| 114 | Johanna Shiffer | $75.00 |
| 118 | Joyce Rhoades | $80.00 |
| 121 | Carolyn Spector | $85.00 |
| 123 | Marcus LaBarbera | $85.00 |
| 126 | Tammy Simpson | $85.00 |
| 127 | Heather Simons | $85.00 |
| 128 | Elke Ambach | $85.00 |
| 131 | Rebecca Upton | $95.00 |
| 133 | Marcus LaBarbera | $95.00 |
| 136 | Patrick Hurley | $110.00 |
| 138 | Kim Powrie | $110.00 |
| 139 | Johanna Shiffer | $110.00 |
| 142 | Beth Mettler | $105.00 |
| 145 | Heather Jennings | $90.00 |
| 146 | Chris Parrott | $95.00 |
| 148 | Samuel Butterfield | $95.00 |
| 150 | Laurie Church | $85.00 |
| 151 | Grattan Johnson | $75.00 |
| 153 | Mary Helmer | $75.00 |
| 155 | Mary Helmer | $85.00 |
| 156 | Ronald Tallman | $85.00 |
| 158 | Calvin Johnson | $95.00 |
| 159 | Ryan Phillips | $95.00 |
| 160 | Paul Verbitsky | $110.00 |
| 161 | Jill Baker | $110.00 |
| 162 | Jill Baker | $110.00 |
| 167 | Sigma Chi Foundation | $105.00 |
| 170 | Sigma Chi Foundation | $105.00 |
| 171 | Ingrid Vorbrich | $85.00 |
| 173 | Paul Verbitsky | $95.00 |
| 174 | Sharon Stratton | $85.00 |
| 175 | Sarah Stenovic | $85.00 |
| 176 | Sadie Orrison | $85.00 |
| 177 | David Fidura | $85.00 |
| 178 | Adelina Andrews-Martineau | $85.00 |
| 179 | Sandra Schultz | $80.00 |
| 180 | Morgan Biedermann | $85.00 |
| 181 | Claudia Caretti | $75.00 |
| 182 | Cassandra Rudwall | $95.00 |
| 183 | Nancy Hughes | $95.00 |
| 184 | Carol Krehel | $85.00 |
| 57 &76 | Charles Howgate | $110.00 |
| 59 &74 | Jessamyn Harter | $105.00 |
| 61 &72 | Charles Carroccio | $105.00 |
| **TOTAL** | | **$8,770.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **M. Burton Marshall** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **20 Payne Street Hamilton, NY 13346 Madison County Tax Map No. 168.28-1-52**<br>Line from *Schedule A/B*: **1.107** | $475,000.00 | ☑ $89,975.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5206 |
| **2016 Dodge Caravan 55,587 miles**<br>Line from *Schedule A/B*: **3.1** | $11,031.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(8) |
| **Appliances and Household Goods**<br>Line from *Schedule A/B*: **6.1** | $28,000.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(1) |
| **Clothes**<br>Line from *Schedule A/B*: **11.1** | $12,000.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $5,001.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(6) |

Debtor 1    **M. Burton Marshall**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **M&M Press Equipment**<br>Line from *Schedule A/B*: **40.1** | $35,000.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(7)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **M. Burton Marshall** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number | |
| (if known) | |

☐ Check if this is an
  amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

| 2.1 | **Apex Mortgage Corp.** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

| **Apex Mortgage Corp.** | Describe the property that secures the claim: | $235,692.88 | $267,176.00 | $0.00 |
|---|---|---|---|---|

**A Subsidiary of Firstrust Bank**
**1 Walnut Grove Drive, Suite 300**
**Horsham, PA 19044**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

2674 Route 12B Madison, NY 13402
Madison County
Tax Map No. 137.-3-10

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
  community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
  car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred    12/22/2017          Last 4 digits of account number    6844

Debtor 1    **M. Burton Marshall**                                                Case number (if known) _____

First Name         Middle Name         Last Name

---

| 2.2 | **Apex Mortgage Corp.** | Describe the property that secures the claim: | $328,769.70 | $630,000.00 | $0.00 |

Creditor's Name

**a Subsidiary of Firstrust
Bank
1300 Virginia Drive, Suite
400
Fort Washington, PA
19034**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

Date debt was incurred  **3/18/2015**

**2024 and 2032  Spring Street
Hamilton, NY 13346  Madison
County
Tax Map No. 169.-1-4**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    **2998**

---

| 2.3 | **Edward Ray** | Describe the property that secures the claim: | $16,654.97 | $178,000.00 | $0.00 |

Creditor's Name

**5339 English Avenue
Hamilton, NY 13346**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

Date debt was incurred  **1/9/2017**

**34 Montgomery Street Hamilton, NY
13346  Madison County
Tax Map No. 168.27-1-8**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

---

| 2.4 | **George E. Bullock, Sr.** | Describe the property that secures the claim: | $79,832.82 | $155,000.00 | $0.00 |

Creditor's Name

**801 Wayne Avnue
Kennett Square, PA
19348**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

Date debt was incurred  **1/24/2023**

**98 College Street Hamilton, NY
13346  Madison County
Tax Map No. 168.11-1-37.3**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

---

Debtor 1   **M. Burton Marshall**                                          Case number (if known) _____

First Name            Middle Name            Last Name

| 2.5 | **KCMI-Quaint Oak Bank** | Describe the property that secures the claim: | $220,235.56 | $459,469.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

> **11 Madison Street, Hamilton, NY and 7220 Butternut Lane, Hamilton, NY**

**501 Knowles Avenue
Southampton, PA 18966**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **7/8/2020**          Last 4 digits of account number   **6368**

---

| 2.6 | **KCMI-Quaint Oak Bank** | Describe the property that secures the claim: | $315,586.37 | $486,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

> **4 West Pleasant Street, Hamilton, NY, 16 North Main Street, Earlville, NY, and 84 West Main Street, Earlville, NY**

**501 Knowles Avenue
Southampton, PA 18966**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **12/13/2018**          Last 4 digits of account number   **5501**

---

| 2.7 | **Mr. Cooper** | Describe the property that secures the claim: | $19,431.42 | $475,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

> **20 Payne Street Hamilton, NY 13346 Madison County
> Tax Map No. 168.28-1-52**

**P.O. Box 650783
Dallas, TX 75265**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **9/10/2014**          Last 4 digits of account number   **7553**

---

Debtor 1  **M. Burton Marshall**

First Name    Middle Name    Last Name    Case number (if known) _____

| 2.8 | **Peter T. Darby and Margaret F. Darby** | | $58,707.26 | $165,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**29 Pine Street Hamilton, NY 13346 Madison County Tax Map No. 168.35-1-77**

**537 Earlville Road Earlville, NY 13332**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **1/3/2017**    Last 4 digits of account number _____

| 2.9 | **PHH Mortgage Services** | | $215,530.92 | $400,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**82 Lebanon Street Hamilton, NY 13346  Madison County Tax Map No. 168.7-1-26**

**P.O. Box 24738 West Palm Beach, FL 33416**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **9/29/2016**    Last 4 digits of account number    **3658**

| 2.10 | **PHH Mortgage Services** | | $57,279.08 | $145,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**7019 Payne Street Hamilton, NY 13346  Madison County Tax Map No. 154.17-2-9**

**P.O. Box 24738 West Palm Beach, FL 33416**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **4/5/2005**    Last 4 digits of account number    **0779**

Debtor 1    **M. Burton Marshall**

First Name        Middle Name        Last Name

Case number (if known) _____

| 2.1 1 | **PHH Mortgage Services** | Describe the property that secures the claim: | $59,193.41 | $175,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**16 Pine Street Hamilton, NY 13346 Madison County Tax Map No. 168.35-1-59**

**P.O. Box 24738 West Palm Beach, FL 33416**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 4/5/2005        **Last 4 digits of account number** 0712

---

| 2.1 2 | **Select Portfolio Services** | Describe the property that secures the claim: | $126,106.85 | $245,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**12 East Lake Road Hamilton, NY 13346  Madison County Tax Map No. 154.17-1-6**

**P.O. Box 65250 Salt Lake City, UT 84165**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 6/28/2019        **Last 4 digits of account number** 6574

---

| 2.1 3 | **Select Portfolio Services** | Describe the property that secures the claim: | $153,897.37 | $190,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**36 Madison Street Hamilton, NY 13346  Madison County Tax Map No. 153.20-1-40**

**P.O. Box 65250 Salt Lake City, UT 84165**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 1/10/2020        **Last 4 digits of account number** 4265

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 9

Debtor 1  **M. Burton Marshall**                                    Case number (if known) _____

First Name        Middle Name          Last Name

| 2.1 4 | **Select Portfolio Services** | Describe the property that secures the claim: | $144,122.55 | $210,000.00 | $0.00 |

Creditor's Name

**15 Pine Street Hamilton, NY 13346**
**Madison County**
**Tax Map No. 168.35-1-74**

**P.O. Box 65250**
**Salt Lake City, UT 84165**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **6/28/2019**        Last 4 digits of account number    **6582**

| 2.1 5 | **Select Portfolio Services** | Describe the property that secures the claim: | $78,601.17 | $129,000.00 | $0.00 |

Creditor's Name

**15 Wylie Street Hamilton, NY 13346**
**Madison County**
**Tax Map No. 153.83-1-32**

**P.O. Box 65250**
**Salt Lake City, UT 84165**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **1/10/2020**        Last 4 digits of account number    **6778**

Debtor 1    **M. Burton Marshall**                                          Case number (if known) _____

　　　　　First Name　　　　Middle Name　　　　Last Name

| 2.16 | | | |
|---|---|---|---|

**W. Jackson Loop**

Creditor's Name

**Describe the property that secures the claim:**    $175,000.00    $191,000.00    $0.00

> 21-23 West Kendrick Avenue
> Hamilton, NY 13346  Madison
> County
> Tax Map No. 168.43-1-17

**27 West Kendrick Avenue**
**Hamilton, NY 13346**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
　 community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
　 car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **7/18/2013**    Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $2,284,642.33

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    $2,284,642.33

### Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**Accredited Home Lenders, Inc.**
**15090 Avenue of Science**
**San Diego, CA 92128**

On which line in Part 1 did you enter the creditor?    **2.10**

Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code
**Accredited Home Lenders, Inc.**
**15090 Avenue of Science**
**San Diego, CA 92128**

On which line in Part 1 did you enter the creditor?    **2.11**

Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code
**Cherrywood Commerical Lending, LLC**
**20955 Pathfinder Road #205**
**Diamond Bar, CA 91765**

On which line in Part 1 did you enter the creditor?    **2.9**

Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code
**Homebridge Financial Services, Inc.**
**194 Wood Avenue South, 9th Floor**
**Iselin, NJ 08830**

On which line in Part 1 did you enter the creditor?    **2.13**

Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code
**Homebridge Financial Services, Inc.**
**194 Wood Avenue South, 9th Floor**
**Iselin, NJ 08830**

On which line in Part 1 did you enter the creditor?    **2.14**

Last 4 digits of account number ___

Debtor 1  **M. Burton Marshall**

    First Name            Middle Name          Last Name

Case number (*if known*) _____

---

[ ]   Name, Number, Street, City, State & Zip Code
**Homebridge Financial Services, Inc.**
**194 Wood Avenue South, 9th Floor**
**Iselin, NJ 08830**

On which line in Part 1 did you enter the creditor? **2.15**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**KCMI Capital Inc.**
**22 West State Street, 3rd Floor**
**Media, PA 19063**

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**KCMI Capital Inc.**
**22 West State Street, 3rd Floor**
**Media, PA 19063**

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**MERS, as nominee of Accredited**
**Home Lenders, Inc.**
**P.O. Box 2026**
**Flint, MI 48501-2026**

On which line in Part 1 did you enter the creditor? **2.10**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**MERS, as nominee of Accredited**
**Home Lenders, Inc.**
**P.O. Box 2026**
**Flint, MI 48501-2026**

On which line in Part 1 did you enter the creditor? **2.11**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**MERS, as nominee of Homebridge**
**Financial Services, Inc.**
**P.O. Box 2026**
**Flint, MI 48501-2026**

On which line in Part 1 did you enter the creditor? **2.12**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**MERS, as nominee of Homebridge**
**Financial Services, Inc.**
**P.O. Box 2026**
**Flint, MI 48501-2026**

On which line in Part 1 did you enter the creditor? **2.13**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**MERS, as nominee of Homebridge**
**Financial Services, Inc.**
**P.O. Box 2026**
**Flint, MI 48501-2026**

On which line in Part 1 did you enter the creditor? **2.14**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**MERS, as nominee of Homebridge**
**Financial Services, Inc.**
**P.O. Box 2026**
**Flint, MI 48501-2026**

On which line in Part 1 did you enter the creditor? **2.15**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**MERS, as nominee of Nationstar**
**Mortgage, LLC**
**P.O. Box 2026**
**Flint, MI 48501-2026**

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

First Name          Middle Name          Last Name

[ ]   Name, Number, Street, City, State & Zip Code
      **Nationstar Mortgage, LLC**
      **350 Highland Drive, 1st Floor**
      **Lewisville, TX 75067-4177**

On which line in Part 1 did you enter the creditor? __2.7__

Last 4 digits of account number ___

**Fill in this information to identify your case:**

Debtor 1    **M. Burton Marshall**

        First Name       Middle Name       Last Name

Debtor 2

(Spouse if, filing)    First Name       Middle Name       Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.

   ☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
| --- | --- |

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **Abbott, Linn A.** | Last 4 digits of account number _____ | $134,442.19 |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

**34 Madison Street**

**Hamilton, NY 13346-1136**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Promissory Notes**

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.2 | **Abbuhl, Frederick A.** | Last 4 digits of account number _____ | $13,606.34 |

Nonpriority Creditor's Name
**and Laurie B. Ochsie**
**22950 Scott Road**
**Calhan, CO 80808-9208**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.3 | **Abrams, Gail E.** | Last 4 digits of account number _____ | $59,748.86 |

Nonpriority Creditor's Name
**1084 Giles Road**
**West Edmeston, NY 13485-1746**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.4 | **Alicia Krouse Supplemental Needs Trust** | Last 4 digits of account number _____ | $67,913.17 |

Nonpriority Creditor's Name
**Attn:  Eileen Krouse**
**32 Howard Street**
**Norwich, NY 13815-1237**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.5 | **Allen, James G.** | **Last 4 digits of account number** _____ | **$372,201.15** |

Nonpriority Creditor's Name
**and Victoria Stockton**
**P.O. Box 121**
**Stittville, NY 13469-0121**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

| 4.6 | **Allen, Lana Aubury** | **Last 4 digits of account number** _____ | **$284.26** |

Nonpriority Creditor's Name
**c/o Deb Welsh**
**1844 Bonney Road**
**Hamilton, NY 13346**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

| 4.7 | **Ammerman, Albert J.** | **Last 4 digits of account number** _____ | **$73,000.01** |

Nonpriority Creditor's Name
**81 Hamilton Street**
**Hamilton, NY 13346-1328**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.8 | **Anderson, Marla L.** | Last 4 digits of account number ____ ____ ____ ____ | $36,739.33 |

Nonpriority Creditor's Name

**P.O. Box 81673**
**Haiku, HI 96708-1673**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Note** _____

---

| 4.9 | **Andrews, Catherine** | Last 4 digits of account number ____ ____ ____ ____ | $56,898.21 |

Nonpriority Creditor's Name

**3511 English Avenue**
**Morrisville, NY 13408-1919**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Note** _____

---

| 4.10 | **Andrews, Daniel P. and Patricia E.** | Last 4 digits of account number ____ ____ ____ ____ | $208,452.36 |

Nonpriority Creditor's Name

**P.O. Box 211**
**Sherburne, NY 13460-0211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**                                              Case number (if known) _____

---

**4.1**
**1**

**Asma, Joan M.**
Nonpriority Creditor's Name
**574 Aeolian Drive**
**New Smyrna Beach, FL 32168-2405**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____           **$41,208.84**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.1**
**2**

**Asma, Michael J.**
Nonpriority Creditor's Name
**13 East Street North**
**Sherburne, NY 13460-5722**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____           **$38,416.60**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes**

---

**4.1**
**3**

**Asma, Ryan M.**
Nonpriority Creditor's Name
**c/o Amy Buschor**
**249 Billings Road**
**Sherburne, NY 13460-5507**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____           **$9,962.13**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.1 4 | **Atkinson, Marilyn** | Last 4 digits of account number _____ | $43,305.77 |

Nonpriority Creditor's Name

**2 Hill Road**
**Agia Galini, Crete 74-056, GREECE**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.1 5 | **Augusta Cemetery Association** | Last 4 digits of account number _____ | $15,842.79 |

Nonpriority Creditor's Name

**c/o Maridee Dukett**
**2444 Huth Sayer Road**
**Oriskany Falls, NY 13425-4332**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.1 6 | **Austin. Gerald A.** | Last 4 digits of account number _____ | $84,817.48 |

Nonpriority Creditor's Name

**4480 Sholtz Road**
**Oneida, NY 13421-3825**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1    **M. Burton Marshall**                                                    Case number (if known) _____

---

**4.1 7**

**Aveni. Anthony F. and Lorraine R.**        Last 4 digits of account number _____        **$111,814.50**
Nonpriority Creditor's Name
**7047 Payne Street**
**Hamilton, NY 13346-9508**                  When was the debt incurred? _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.        **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **Promissory Note**

---

**4.1 8**

**Baddeley, Donna C.**                        Last 4 digits of account number _____        **$14,925.00**
Nonpriority Creditor's Name
**2499 Brookview Drive**
**Hamilton, NY 13346-2222**                  When was the debt incurred? _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.        **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **Promissory Notes**

---

**4.1 9**

**Bailey, Michele W.**                        Last 4 digits of account number _____        **$231,911.47**
Nonpriority Creditor's Name
**40 East Main Street**
**Earlville, NY 13332-3214**                  When was the debt incurred? _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.        **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*)

---

| 4.2 0 | |
|---|---|

**Baker, Jill H.**
Nonpriority Creditor's Name

**3210 Carlisle Street, Unit 22**
**Dallas, TX 75204-1345**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$133,268.85**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.2 1 | |
|---|---|

**Baker, Joseph R. IV**
Nonpriority Creditor's Name

**and Jill H. Baker**
**3210 Carlisle Street, Unit 22**
**Dallas, TX 75204-1345**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$143,646.17**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.2 2 | |
|---|---|

**Baker, Riley Carson**
Nonpriority Creditor's Name

**11260 Donner Pass Road**
**Truckee, CA 96161-4845**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$7,010.73**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**                                    Case number (if known) _____

---

**4.2
3**

**Balakian, Peter**                                    Last 4 digits of account number __ __ __ __                    $56,000.48

Nonpriority Creditor's Name
**10 Hamilton Street**                                 When was the debt incurred? _____
**Hamilton, NY 13346-1316**

Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a  community**          ☐ Student loans
**debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **Promissory Notes**

---

**4.2
4**

**Balla, Gary L.**                                     Last 4 digits of account number __ __ __ __                    $399,662.07

Nonpriority Creditor's Name
**P.O. Box 148**                                       When was the debt incurred? _____
**Bouckville, NY 13310-0148**

Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a  community**          ☐ Student loans
**debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **Promissory Note**

---

**4.2
5**

**Balonek, Thomas J.**                                 Last 4 digits of account number __ __ __ __                    $228,514.45

Nonpriority Creditor's Name
**1832 Preston Hill Road**                             When was the debt incurred? _____
**Hamilton, NY 13346-2318**

Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a  community**          ☐ Student loans
**debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **Promissory Note**

---

Debtor 1 **M. Burton Marshall**

Case number (if known) _____

---

**4.2 6**

**Baltusnik, Barbara T.**
Nonpriority Creditor's Name

**1755 Sacco Road**
**Hamilton, NY 13346-2329**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$113,875.61**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.2 7**

**Baltusnik, William E.**
Nonpriority Creditor's Name

**1755 Sacco Road**
**Hamilton, NY 13346-2329**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$147,237.36**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.2 8**

**Baranoski, Paul E.**
Nonpriority Creditor's Name

**5989 Eureka Road**
**Rome, NY 13440-7917**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$83,567.66**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**                                    Case number (if known)

---

**4.29**

**Barker, Sierra E.**                          Last 4 digits of account number _____          $14,839.27

Nonpriority Creditor's Name

**5427 South Lebanon Road**                    When was the debt incurred?  _____
**Earlville, NY 13332-3139**

Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a  community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify   **Promissory Note**  _____

---

**4.30**

**Barker, Stephen D. and Debra L.**            Last 4 digits of account number _____          $52,246.16

Nonpriority Creditor's Name

**5427 South Lebanon Road**                    When was the debt incurred?  _____
**Earlville, NY 13332-3139**

Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a  community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify   **Promissory Note**  _____

---

**4.31**

**Barr, Cathy A. and Michael C.**              Last 4 digits of account number _____          $16,424.72

Nonpriority Creditor's Name

**110 Branch Street**                          When was the debt incurred?  _____
**Utica, NY 13502-1104**

Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a  community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify   **Promissory Note**  _____

---

Debtor 1 **M. Burton Marshall**

Case number (if known) _____

---

| 4.3 2 | | |
|---|---|---|

**Bartett Living Trust**
Nonpriority Creditor's Name
**Attn: Van B. & Mary Bartlett, Trustees**
**4132 Old State Road**
**Erieville, NY 13061-3162**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Promissory Note**

**$128,509.93**

---

| 4.3 3 | | |
|---|---|---|

**Bartlett, Brent D.**
Nonpriority Creditor's Name
**331 Center Street North**
**Vienna, VA 22180-4518**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Promissory Note**

**$25,708.13**

---

| 4.3 4 | | |
|---|---|---|

**Beach, William C. Jr.**
Nonpriority Creditor's Name
**and Joyce E. Beach**
**3441 Fallin Road**
**Bouckville, NY 13310-1727**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Promissory Note**

**$280,318.22**

---

Debtor 1    **M. Burton Marshall**

Case number *(if known)*

---

**4.3 5**

**Beard, Marilyn J.**
Nonpriority Creditor's Name

**3602 Scribner Drive**
**Endwell, NY 13760-2422**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$35,537.83**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.3 6**

**Beardsley, Cherokee M.**
Nonpriority Creditor's Name

**c/o Arnold Fisher**
**P.O. Box 57**
**Hamilton, NY 13346-0057**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$321.39**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.3 7**

**Beardsley, Kyle David**
Nonpriority Creditor's Name

**c/o Arnold Fisher**
**P.O. Box 57**
**Hamilton, NY 13346-0057**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$298.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.38**

**Beardsley, Roselyn Nora**

Nonpriority Creditor's Name

**c/o Arnold Fisher**
**P.O. Box 57**
**Hamilton, NY 13346-0057**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **$321.39**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Promissory Note** _____

---

**4.39**

**Beaton, Joan E.**

Nonpriority Creditor's Name

**7172 State Route 20**
**Madison, NY 13402-9766**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **$194,432.74**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Promissory Note** _____

---

**4.40**

**Beattie, Susan S.**

Nonpriority Creditor's Name

**31 Hamilton Street**
**Hamilton, NY 13346-1329**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **$4,441.94**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**    Case number (if known) _____

| 4.4 1 | **Becker, Henry J. and Debra K.** | Last 4 digits of account number ___ ___ ___ ___ | $23,982.60 |

Nonpriority Creditor's Name
**2596 Dugway Road**
**New Woodstock, NY 13122-9786**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Promissory Note** _____

---

| 4.4 2 | **Beiler, Jalisa R.** | Last 4 digits of account number ___ ___ ___ ___ | $9,604.87 |

Nonpriority Creditor's Name
**456 Daretown Road**
**Elmer, NJ 08318-2726**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Promissory Note** _____

---

| 4.4 3 | **Beiler, Jonas** | Last 4 digits of account number ___ ___ ___ ___ | $117,031.79 |

Nonpriority Creditor's Name
**1150 McDonkey Road West**
**Malta, OH 43758-9453**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Promissory Note** _____

Debtor 1   **M. Burton Marshall**                                    Case number (if known) _____

---

| 4.4 4 | **Beiler, LuAnn** | **Last 4 digits of account number** ___ ___ ___ ___ | **$19,914.59** |

Nonpriority Creditor's Name

**456 Daretown Road**

**Elmer, NJ 08318-2726**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

| 4.4 5 | **Beiler-Stoltzfus, Anita R.** | **Last 4 digits of account number** ___ ___ ___ ___ | **$33,021.13** |

Nonpriority Creditor's Name

**67 Pressley Court**

**Taylorsville, NC 28681-8454**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

| 4.4 6 | **Benson, Roxanne** | **Last 4 digits of account number** ___ ___ ___ ___ | **$4,975.00** |

Nonpriority Creditor's Name

**143 Osborne Avenue**

**Waterville, NY 13480**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.4 7**

**Berry, Ruth E.**
Nonpriority Creditor's Name
**and Michael J. Boardman**
**2385 Brookview Drive**
**Hamilton, NY 13346-2243**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     $34,509.10

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.4 8**

**Betz, Peter A.**
Nonpriority Creditor's Name
**P.O. Box 916**
**Rome, NY 13442-0916**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     $6,532.60

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.4 9**

**Bierworth, Joseph M.**
Nonpriority Creditor's Name
**3613 Scribner Drive**
**Endwell, NY 13760**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     $238,800.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.5 0 | **Bikowsky, Patricia J. and John** | Last 4 digits of account number _____ | $209,251.92 |

Nonpriority Creditor's Name

**3419 Center Road**
**Madison, NY 13402-9751**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note** _____

---

| 4.5 1 | **Birky, Ian T.** | Last 4 digits of account number _____ | $134,861.07 |

Nonpriority Creditor's Name

**6311 Domarray Street**
**Coopersburg, PA 18036-8939**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note** _____

---

| 4.5 2 | **Bish, Elizabeth M.** | Last 4 digits of account number _____ | $53.80 |

Nonpriority Creditor's Name

**141 Hood Avenue**
**Syracuse, NY 13208-2329**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

| 4.5 3 | **Bish, Shawn E.** | Last 4 digits of account number ___ ___ ___ ___ | $12,204.85 |

Nonpriority Creditor's Name

**3073 Seneca Turnpike West**
**Canastota, NY 13032**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify **Promissory Note** _____

---

| 4.5 4 | **Bish, Winifred R.** | Last 4 digits of account number ___ ___ ___ ___ | $24,875.00 |

Nonpriority Creditor's Name

**3073 Seneca Turnpike West**
**Canastota, NY 13032**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify **Promissory Note** _____

---

| 4.5 5 | **Biviano, Rileigh** | Last 4 digits of account number ___ ___ ___ ___ | $4,975.00 |

Nonpriority Creditor's Name

**c/o Ashley Bailey**
**50 South Main Street**
**Earlville, NY 13332**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

**4.5 6**

**Blass, Randall P.**
Nonpriority Creditor's Name
**2432 Upper Elmwood Place**
**The Villages, FL 32162-3596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$529,362.43**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.5 7**

**Bocchino, Sandra L.**
Nonpriority Creditor's Name
**390 Bragdon Road**
**Wells, ME 04090**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$694,428.59**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.5 8**

**Bohling, Amanda**
Nonpriority Creditor's Name
**15 Wilbur Road**
**New Hartford, NY 13413-2129**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$1,684.51**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.59**

**Bohling, Shelby**
Nonpriority Creditor's Name
**15 Wilbur Road**
**New Hartford, NY 13413-2129**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

$1,684.51

---

**4.60**

**Boice, Julie M.**
Nonpriority Creditor's Name
**303 Gray Street**
**Herkimer, NY 13350-1207**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

$27,802.70

---

**4.61**

**Boice, Richard K.**
Nonpriority Creditor's Name
**6000 Barker Road**
**Oriskany Falls, NY 13425-4212**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

$167,172.03

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

**4.6
2**

**Boratyn, Tammy J.**

Nonpriority Creditor's Name

**2961 7th Street**
**Saint Cloud, FL 34769-2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  _____    **$110,030.88**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Promissory Note**

---

**4.6
3**

**Bostic, Barbara C.**

Nonpriority Creditor's Name

**P.O. Box 524**
**Morrisville, NY 13408-0524**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  _____    **$36,625.63**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Promissory Notes**

---

**4.6
4**

**Bouckville United Methodist**

Nonpriority Creditor's Name

**c/o Lyman Campbell**
**2668 Eaton Road**
**Eaton, NY 13334-3131**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  _____    **$27,180.71**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Promissory Notes**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.6
5**

**Bourdeau, Paul E.**
Nonpriority Creditor's Name

**7830 Water Street**
**Oriskany Falls, NY 13425-4518**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$154,242.71**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.6
6**

**Bowers, Dale A.**
Nonpriority Creditor's Name

**2461 Fenner Road**
**Cazenovia, NY 13035-9702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$70,192.79**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

**4.6
7**

**Bowers, Douglas C.**
Nonpriority Creditor's Name

**8360 East Seneca Turnpike**
**Manlius, NY 13104-9708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$82,873.63**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.6 8 | **Bowie, Richard D. and Yvette M.** | Last 4 digits of account number _____ | $10,829.19 |

Nonpriority Creditor's Name

**P.O. Box 1**
**Eaton, NY 13334-0001**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

| 4.6 9 | **Brackett, Thomas E. and Elizabeth** | Last 4 digits of account number _____ | $26,321.27 |

Nonpriority Creditor's Name

**2629 Johnnycake Hill Road**
**Hamilton, NY 13346-2190**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

| 4.7 0 | **Brennan, Mark** | Last 4 digits of account number _____ | $794,827.21 |

Nonpriority Creditor's Name

**818 Washington Avenue**
**Oceanside, CA 92054-4044**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Notes**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 1 | **Brennan, Marleen F.** | | $50,453.55 |

Nonpriority Creditor's Name

**1997 Brennan Road**
**Cassville, NY 13318-1001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.7 2 | **Brennan, Meghan P.** | | $52,850.38 |

Nonpriority Creditor's Name

**21 Mohawk Drive**
**Acton, MA 01720-2311**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.7 3 | **Brice, Karen E.** | | $6,565.10 |

Nonpriority Creditor's Name

**90 Glenwood Mountain Road**
**Sussex, NJ 75461-4621**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 4 | **Briggs, Lawrence** | | $25,378.78 |
|---|---|---|---|

Nonpriority Creditor's Name

**32 Seacoast Shores Boulevard**
**East Falmouth, MA 02536-5472**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Notes**

---

| 4.7 5 | **Briggs, Mary E.** | | $82,284.33 |
|---|---|---|---|

Nonpriority Creditor's Name

**709 Jantzen Road**
**Earlville, NY 13332-2511**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.7 6 | **Broadbent, Tracy R.** | | $2,233.38 |
|---|---|---|---|

Nonpriority Creditor's Name

**1037 1/2 Mississippi Avenue**
**Lakeland, FL 33803**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1  **M. Burton Marshall**
Case number (if known) _____

---

**4.7 7**

**Brockway. Dianna L.**
Nonpriority Creditor's Name
**3908 Tristram Loop**
**Land O Lakes, FL 34638-3016**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **$13,436.33**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

**4.7 8**

**Brookfield Historical Society**
Nonpriority Creditor's Name
**Attn: Amy Calhoun**
**P.O. Box 214**
**Brookfield, NY 13314-0214**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **$9,105.44**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

**4.7 9**

**Brookfield Rural Cemetery Association**
Nonpriority Creditor's Name
**Attn: Karen Six, President**
**1010 Beaver Creek Road**
**West Edmeston, NY 13485**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **$170,324.53**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Notes**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.8 0 | | | |
|---|---|---|---|

**Brooks, Gloria J.**
Nonpriority Creditor's Name
**107 North Main Street**
**Earlville, NY 13332-2503**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

$36,073.22

---

| 4.8 1 | | | |
|---|---|---|---|

**Brooks, Ronald M.**
Nonpriority Creditor's Name
**107 North Main Street**
**Earlville, NY 13332-2503**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

$21,493.18

---

| 4.8 2 | | | |
|---|---|---|---|

**Brooks, William W.**
Nonpriority Creditor's Name
**4649 Rich Road**
**Morrisville, NY 13408-2423**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

$42,905.33

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.8 3**

**Broomfield, Stephanie K.**
Nonpriority Creditor's Name
**210 West Pine Street**
**Rome, NY 13440-3457**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$62,228.39**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.8 4**

**Brown, Bruce R. and Cynthia L.**
Nonpriority Creditor's Name
**240 Lawrence Hunsicker Road**
**Smyrna, NY 13464-1839**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$30,306.78**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.8 5**

**Brown, Douglas C.**
Nonpriority Creditor's Name
**P.O. Box 351**
**Morrisville, NY 13408-0351**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$55,631.54**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.8 6 | **Brown, Dylan R.** | Last 4 digits of account number ___ ___ ___ ___ | $995.00 |

Nonpriority Creditor's Name
**1831 Rutger Street, Apt. 2**
**Utica, NY 13501**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.8 7 | **Brown, Hyle F.** | Last 4 digits of account number ___ ___ ___ ___ | $45,064.88 |

Nonpriority Creditor's Name
**1631 River Road**
**Hamilton, NY 13346-2625**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.8 8 | **Brown, Kameron** | Last 4 digits of account number ___ ___ ___ ___ | $23,856.65 |

Nonpriority Creditor's Name
**6009 Brown Road**
**Eaton, NY 13334**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.8 9 | **Brown, Karl L.** | Last 4 digits of account number _____ | $309,878.84 |

Nonpriority Creditor's Name

**6009 Brown Road**
**Eaton, NY 13334**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes**

---

| 4.9 0 | **Brown, Leanna J.** | Last 4 digits of account number _____ | $995.00 |

Nonpriority Creditor's Name

**7992 Larkin Road**
**Hubbardsville, NY 13355**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.9 1 | **Brown, Linda M.** | Last 4 digits of account number _____ | $40,942.84 |

Nonpriority Creditor's Name

**5001 Clinton Road, Apt. 8D**
**Whitesboro, NY 13492-2735**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.9 2 | **Brown, Michael P.** | Last 4 digits of account number ___ ___ ___ ___ | $90,546.39 |

Nonpriority Creditor's Name

**P.O. Box 6**
**West Eaton, NY 13484-0006**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.9 3 | **Brown, Milton G.** | Last 4 digits of account number ___ ___ ___ ___ | $24,875.00 |

Nonpriority Creditor's Name

**5659 Cooper Street**
**Vernon, NY 13476-3811**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.9 4 | **Brown, Nelson H. and Kathleen T.** | Last 4 digits of account number ___ ___ ___ ___ | $59,544.29 |

Nonpriority Creditor's Name

**1171 Earlville Road**
**Earlville, NY 13332-3603**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.9 5**

**Brown, Patrick N.**
Nonpriority Creditor's Name
**2752 Davis Hill Road**
**Eaton, NY 13334-3404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$180,471.47**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.9 6**

**Brown, Sharon L.**
Nonpriority Creditor's Name
**2861 Hatch Lake Road**
**Eaton, NY 13334**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$753,036.33**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

**4.9 7**

**Brown, Terry B. Jr.**
Nonpriority Creditor's Name
**206 Beach Road**
**Syracuse, NY 13209-1104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$33,295.70**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**                                        Case number (if known) _____

---

| 4.9 8 | **Brown, Tina M.** | Last 4 digits of account number ___ ___ ___ ___ | $14,265.39 |

Nonpriority Creditor's Name
**535 Garden Street**
**Little Falls, NY 13365-1424**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

| 4.9 9 | **Buell, Edwin A. and Rose M.** | Last 4 digits of account number ___ ___ ___ ___ | $18,829.46 |

Nonpriority Creditor's Name
**5 Hillview Lane**
**Woodbury, CT 06798-3928**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

| 4.1 00 | **Buffa, Annette** | Last 4 digits of account number ___ ___ ___ ___ | $426.29 |

Nonpriority Creditor's Name
**1101 Kellogg Avenue**
**Utica, NY 13502-3735**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number *(if known)* _____

---

**4.1 01**

**Burke, Randal A.**
Nonpriority Creditor's Name

**258 Little Gap Lane**
**Chapin, SC 29036-7698**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____    **$136,802.85**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.1 02**

**Burling, Marlene L.**
Nonpriority Creditor's Name

**234 East Avenue**
**Batavia, NY 14020-2704**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____    **$56,559.33**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.1 03**

**Buschor, Kerrigan M.**
Nonpriority Creditor's Name

**c/o Amy Buschor**
**249 Billings Road**
**Sherburne, NY 13460-5507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____    **$15,706.52**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

| 4.1 04 | **Buschor, Kyler T.** | Last 4 digits of account number _____ | $15,706.52 |

Nonpriority Creditor's Name

**c/o Amy Buschor**
**249 Billings Road**
**Sherburne, NY 13460-5507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

| 4.1 05 | **Buschor, Tori M.** | Last 4 digits of account number _____ | $15,682.56 |

Nonpriority Creditor's Name

**c/o Derek M. Buschor**
**249 Billings Road**
**Sherburne, NY 13460-5507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

| 4.1 06 | **Bushee , Mabel M.** | Last 4 digits of account number _____ | $42,465.16 |

Nonpriority Creditor's Name

**1047 Pleasant Valley Road**
**Waterville, NY 13480-2013**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

| 4.1 07 | | | |
|---|---|---|---|

**Buterbaugh, Raymond J.**
Nonpriority Creditor's Name
**3483 Bishop Road**
**Madison, NY 13402-9724**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$149,696.14**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.1 08 | | | |
|---|---|---|---|

**Caezza, Kathleen J.**
Nonpriority Creditor's Name
**430 Sylvan Street**
**Oneida, NY 13421-2028**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$59,598.09**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.1 09 | | | |
|---|---|---|---|

**Calhoun, Grant D. and Amy C.**
Nonpriority Creditor's Name
**P.O. Box 2**
**Brookfield, NY 13314-0002**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$52,838.30**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*)

---

| 4.1 10 | **Calhoun, James R.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3471 Crow Hill Road**
**Bouckville, NY 13310-1701**
Number Street City State Zip Code

**Last 4 digits of account number** ___ ___ ___ ___          **$27,967.99**

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

| 4.1 11 | **Calhoun, Mary J.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 2**
**Brookfield, NY 13314-0002**
Number Street City State Zip Code

**Last 4 digits of account number** ___ ___ ___ ___          **$62,694.63**

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

| 4.1 12 | **Calhoun, Sally A.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**362 Palmer Road**
**Churchville, NY 14428**
Number Street City State Zip Code

**Last 4 digits of account number** ___ ___ ___ ___          **$52,711.30**

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.1 13 | **Call, Carolyn F.** | Last 4 digits of account number _____ | $31,180.05 |

Nonpriority Creditor's Name

**P.O. Box 208**
**Epworth, GA 30541-0208**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.1 14 | **Campbell Living Trust** | Last 4 digits of account number _____ | $340,129.94 |

Nonpriority Creditor's Name

**Attn: Philip & Susan Campbell**
**4979 State Route 31**
**Vernon, NY 13476-3406**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.1 15 | **Campbell, Lyman C.** | Last 4 digits of account number _____ | $346,672.61 |

Nonpriority Creditor's Name

**3668 Eaton Road**
**Eaton, NY 13334-9726**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**                                       Case number (*if known*) _____

---

| 4.1 16 | | |
|---|---|---|

**Canby, Mackenzie**

Nonpriority Creditor's Name

**2230 Jones Road**
**Winchester, VA 22602-6601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____          $4,940.17

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.1 17 | | |
|---|---|---|

**Cappadonia Living Trust**

Nonpriority Creditor's Name

**c/o Thomas E. Cappadonia**
**586 Highwood Circle**
**Albany, NY 12203-5045**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____          $60,005.32

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.1 18 | | |
|---|---|---|

**Cappadonia, Mark L. and Tammy M.**

Nonpriority Creditor's Name

**700 State Route 12B**
**Hamilton, NY 13346-2540**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____          $40,564.37

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.1 19 | **Cara R. Durschlag Family Trust** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Cara R. Durschlag**
**16238 Coastal Plain Drive**
**Spring Hill, FL 34610-7723**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

**$104,558.37**

---

| 4.1 20 | **Caraher, Claudia** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3149 Westland Drive**
**Bouckville, NY 13310-1400**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

**$21,496.66**

---

| 4.1 21 | **Cardmember Services** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 1423**
**Charlotte, NC 28201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **4276**

**When was the debt incurred?**   **2/10/2023**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

**$7,228.86**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

4.1
22

**Carlson, Arthur L. III**
Nonpriority Creditor's Name

**8618 Stephens Road**
**Canastota, NY 13032-5413**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$25,168.99**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

4.1
23

**Carlson, Carl A. Sr.**
Nonpriority Creditor's Name

**and Carolyn A. Carlson**
**29 Shoreline Drive**
**Massena, NY 13662-3201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$62,972.46**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

4.1
24

**Carlson, Sue A.**
Nonpriority Creditor's Name

**599 Buttonwood Drive**
**Longboat Key, FL 34228-2902**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$397,990.05**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.1 25**

**Carnegie-Marquez, Bryson**                    Last 4 digits of account number _____         **$3,995.26**
Nonpriority Creditor's Name
**2273 Steinway Street, Apt. 17**               When was the debt incurred? _____
**Queens, NY 11105**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify   **Promissory Note** _____

---

**4.1 26**

**Carney, Lawrence**                            Last 4 digits of account number _____        **$64,641.45**
Nonpriority Creditor's Name
**and Deborah Fisher**                          When was the debt incurred? _____
**4948 State Route 31**
**Vernon, NY 13476-3839**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify   **Promissory Note** _____

---

**4.1 27**

**Carney, Tucker M.**                           Last 4 digits of account number _____         **$8,016.76**
Nonpriority Creditor's Name
**4948 State Route 31**                         When was the debt incurred? _____
**Vernon, NY 13476-3839**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**                                                    Case number (if known) _____

---

| 4.1 |
| 28 |

**Carney, Tyler J.**
Nonpriority Creditor's Name
**4948 State Route 31**
**Vernon, NY 13476-3839**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$5,705.48**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.1 |
| 29 |

**Carpenter, Catherine J.**
Nonpriority Creditor's Name
**1170 Collins Road**
**Earlville, NY 13332-3060**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$6,119.66**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.1 |
| 30 |

**Carroll, Marion T.**
Nonpriority Creditor's Name
**7082 State Route 5**
**Clinton, NY 13323-3428**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$24,875.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes**

---

Debtor 1   **M. Burton Marshall**                                              Case number *(if known)* _____

---

**4.1**
**31**

**Carter, Sandra M.**                              Last 4 digits of account number _____        $24,875.00
Nonpriority Creditor's Name
**6 University Avenue**                             **When was the debt incurred?** _____
**Hamilton, NY 13346-1320**
Number Street City State Zip Code
**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**       ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ■ Other. Specify   **Promissory Note** _____

---

**4.1**
**32**

**Case-Whitford, Vicki**                           Last 4 digits of account number _____        $23,295.31
Nonpriority Creditor's Name
**and Ronald L. Whitford**                         **When was the debt incurred?** _____
**1894 Vidler Road**
**West Edmeston, NY 13485-2942**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**       ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ■ Other. Specify   **Promissory Notes** _____

---

**4.1**
**33**

**Casler, Tracey L. and Philip J.**                Last 4 digits of account number _____        $33,320.01
Nonpriority Creditor's Name
**895 Babcock Hill Road**                          **When was the debt incurred?** _____
**West Winfield, NY 13491**
Number Street City State Zip Code
**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**       ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ■ Other. Specify   **Promissory Note** _____

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 45 of 335

Debtor 1  **M. Burton Marshall**                                    Case number (if known) _____

---

**4.1**
**34**

**Caudill, Alexandra A.**
Nonpriority Creditor's Name

**1 North 4th Place, Apt. 35B**
**Brooklyn, NY 11249-3355**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                **$50,679.20**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.1**
**35**

**Caudill, Jubel I.**
Nonpriority Creditor's Name

**989 Musician Road**
**Earlville, NY 13332-3184**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                **$109,346.20**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.1**
**36**

**Caudill, Morgan E.**
Nonpriority Creditor's Name

**1419 Oak Avenue**
**Davis, CA 95616-1001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                **$10,719.13**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

**4.1 37**

**Cerasano, Susan P.**

Nonpriority Creditor's Name

**15 Madison Street**

**Hamilton, NY 13346-1105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $23,865.18

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

**4.1 38**

**Cerio, Andrew J.**

Nonpriority Creditor's Name

**176 Lebanon Street**

**Hamilton, NY 13346-9573**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $452,764.83

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

**4.1 39**

**Chapman, Dana S. and Linda M.**

Nonpriority Creditor's Name

**2518 Lake Moraine Road**

**Hamilton, NY 13346-2230**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $314,109.45

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**                                            Case number (if known) _____

---

**4.1 40**

**Chapman, Meredith D.**
Nonpriority Creditor's Name
**380 Wesvalley Road, Apt. 2**
**Lake Placid, NY 12946-1092**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $268,692.77

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.1 41**

**Charles T. Phillips Supplemental Needs T**
Nonpriority Creditor's Name
**Attn: Daniel C. Phillips**
**P.O. Box 241**
**South Otselic, NY 13155-0241**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $8,022.29

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.1 42**

**Chenango Water Exercise Group**
Nonpriority Creditor's Name
**Attn:  Kathy Sabino**
**P.O. Box 284**
**Hamilton, NY 13346-0284**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $5,241.06

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Official Form 106 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page  48 of 335

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.1 43 | | |
|---|---|---|

**Cheng, Marietta N.**
Nonpriority Creditor's Name
**40 University Avenue**
**Hamilton, NY 13346-1326**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

**$107,606.67**

---

| 4.1 44 | | |
|---|---|---|

**Chernoff, Fred B.**
Nonpriority Creditor's Name
**P.O. Box 382**
**Hamilton, NY 13346-0382**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

**$32,692.12**

---

| 4.1 45 | | |
|---|---|---|

**Cheryl A. Thompson Family Trust**
Nonpriority Creditor's Name
**Attn:  Cheryl A. Thompson**
**12 Daisy Lane**
**New Hartford, NY 13413-4978**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

**$18,743.74**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*)

---

| 4.1 46 | **Cheshire, Richard D.** | Last 4 digits of account number | | | $122,110.94 |

Nonpriority Creditor's Name

**530 Frank Road**
**Hamilton, NY 13346-2031**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.1 47 | **Chrysler, Gail Y.** | Last 4 digits of account number | | | $60,763.63 |

Nonpriority Creditor's Name

**9857 Brandywine Drive**
**Navarre, FL 32566-3372**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.1 48 | **Chrysler, Jeffery H. and Gail Y.** | Last 4 digits of account number | | | $82,541.17 |

Nonpriority Creditor's Name

**9857 Brandywine Drive**
**Navarre, FL 32566-3372**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.1
49**

**Chrysler, Madisyn E.**

Nonpriority Creditor's Name

**c/o Tiffany C. Florenz
8984 Fitch Road
Hubbardsville, NY 13355-1192**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

$67.06

---

**4.1
50**

**Chrysler, Ryan J. and Alecia M.**

Nonpriority Creditor's Name

**P.O. Box 223
Brookfield, NY 13314-0223**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

$38,831.40

---

**4.1
51**

**Chun, Victoria M.**

Nonpriority Creditor's Name

**32 Rock Road
Milford, CT 06460-7733**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

$287,229.82

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.1 52**

**Church, Richard L. and Cheryl A.**
Nonpriority Creditor's Name
**3347 Maple Avenue**
**Bouckville, NY 13310-1715**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$29,478.87**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.1 53**

**Clark, Barbara L.**
Nonpriority Creditor's Name
**14500 Tamiami Trail East #131**
**Naples, FL 34114-8428**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$79,600.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.1 54**

**Clark, Kenneth W. and Lisa J.**
Nonpriority Creditor's Name
**P.O. Box 97**
**South Plymouth, NY 13844-0097**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$10,770.20**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.1 55 | **Clark, Lawrence R. and Carolyn M.** | Last 4 digits of account number _____ | $96,146.57 |

Nonpriority Creditor's Name
**570 Knapp Road**
**Sherburne, NY 13460-5212**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Promissory Notes**

---

| 4.1 56 | **Clark, Scott F. and Betty L.** | Last 4 digits of account number _____ | $413,767.82 |

Nonpriority Creditor's Name
**2599 Lebanon Hill Road**
**Eaton, NY 13334-9791**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Promissory Note**

---

| 4.1 57 | **Clark, Valerie** | Last 4 digits of account number _____ | $64,360.10 |

Nonpriority Creditor's Name
**2882 English Avenue**
**Eaton, NY 13334-3129**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.1 58 | **Cochran, Eric L.** | | $28,810.68 |

Nonpriority Creditor's Name

**233 Park Street**
**Williamstown, MA 01267-2136**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.1 59 | **Coe, Richard T.** | | $46,877.71 |

Nonpriority Creditor's Name

**3109 Sunrise Boulevard**
**Erieville, NY 13061-3126**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.1 60 | **Coling, Carole A.** | | $6,543.33 |

Nonpriority Creditor's Name

**3504 Tuscarora Road**
**Erieville, NY 13061-9750**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.1 61**

**Colletti, Marc J. and Caitlin E.**
Nonpriority Creditor's Name
**21 West Pleasant Street**
**Hamilton, NY 13346-1217**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   $125,371.51

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

**4.1 62**

**Colletti, Taber E.**
Nonpriority Creditor's Name
**20 Payne Street**
**Hamilton, NY 13346-1112**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   $13,806.50

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

**4.1 63**

**Collins, David J. and Janet E.**
Nonpriority Creditor's Name
**118 Billings Road**
**Sherburne, NY 13460-5504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   $121,308.50

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

| 4.1 64 | **Collins, Kathleen R.** | Last 4 digits of account number ___ ___ ___ ___ | $6,527.69 |

Nonpriority Creditor's Name
**1944 Rippleton Cross Road**
**Cazenovia, NY 13035-9603**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.1 65 | **Collins, Wynn** | Last 4 digits of account number ___ ___ ___ ___ | $2,662.05 |

Nonpriority Creditor's Name
**4333 Watervale Road**
**Manlius, NY 13104-8413**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.1 66 | **Conley, Charlotte A.** | Last 4 digits of account number ___ ___ ___ ___ | $298.50 |

Nonpriority Creditor's Name
**c/o Elizabeth Conley**
**P.O. Box 57**
**Hamilton, NY 13346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.1 67 | **Conte, Alexander P.** | | **Last 4 digits of account number** _____ | **$248,750.00** |

Nonpriority Creditor's Name

**500 Myrna Lane**
**Wake Forest, NC 27587-8853**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Promissory Note**

---

| 4.1 68 | **Cook, Craig S.** | | **Last 4 digits of account number** _____ | **$199,000.00** |

Nonpriority Creditor's Name

**P.O. Box 64**
**DeRuyter, NY 13062-0064**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Promissory Notes**

---

| 4.1 69 | **Cook, Daniel J.** | | **Last 4 digits of account number** _____ | **$203,126.43** |

Nonpriority Creditor's Name

**P.O. Box 112**
**Peterboro, NY 13134-0112**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Promissory Notes**

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.1 70 | | | |
|---|---|---|---|

**Cook, Debbie and James S.**
Nonpriority Creditor's Name

**7775 Bainbridge Drive**
**Liverpool, NY 13090-2577**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____         **$58,071.22**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.1 71 | | | |
|---|---|---|---|

**Cook, Karl W.**
Nonpriority Creditor's Name

**P.O. Box 112**
**Peterboro, NY 13134-0112**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____         **$300,291.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes**

---

| 4.1 72 | | | |
|---|---|---|---|

**Cook, Rae Anne and Karl W.**
Nonpriority Creditor's Name

**P.O. Box 112**
**Peterboro, NY 13134-0112**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____         **$83,385.99**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.1 73 | | |
|---|---|---|

**Cook, Robert B. and Barbara J.**
Nonpriority Creditor's Name
**P.O. Box 242**
**Gouverneur, NY 13642-0242**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____       $50,229.67

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.1 74 | | |
|---|---|---|

**Cook, Robert F. and Mary L.**
Nonpriority Creditor's Name
**984 Humphrey Road**
**Earlville, NY 13332-3401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____       $230,351.52

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.1 75 | | |
|---|---|---|

**Coon, Thom J. and Michelle J.**
Nonpriority Creditor's Name
**131 Augusta Road**
**Oriskany Falls, NY 13425-3927**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____       $25,371.14

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)*

---

**4.1 76**

**Cordell, Daniel S.**
Nonpriority Creditor's Name
**9515 Roanoke Road**
**Stafford, NY 14143-9540**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$39,507.40**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.1 77**

**Cordell, David L. and Diana S.**
Nonpriority Creditor's Name
**4775 Cramer Road**
**Munnsville, NY 13409-2001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$49,038.83**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

**4.1 78**

**Cornish, Myles G. and Diane F.**
Nonpriority Creditor's Name
**1775 Hanover Road**
**Waterville, NY 13480-1507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$248,080.43**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.1 79 | **Corrigan, Christine S.** | | Last 4 digits of account number _____ | | $556,441.22 |

Nonpriority Creditor's Name

**2521 County Highway 22**
**Richfield Springs, NY 13439-2723**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

| 4.1 80 | **Corrigan, Eugene J. Jr.** | | Last 4 digits of account number _____ | | $1,092,797.71 |

Nonpriority Creditor's Name

**2521 County Highway 22**
**Richfield Springs, NY 13439-2723**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

| 4.1 81 | **Corron, Sabrina P.** | | Last 4 digits of account number _____ | | $64.30 |

Nonpriority Creditor's Name

**c/o Elizabeth P. Stoddard**
**4744 Barn Shallow Drive**
**Chesapeake, VA 23321-1233**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)*

---

**4.1 82**

**Corron, Sarah Grace**

Nonpriority Creditor's Name

**c/o Elizabeth P. Stoddard**
**4744 Barn Shallow Drive**
**Chesapeake, VA 23321-1233**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $1,507.91

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

**4.1 83**

**Cotter, Joyce M. and James S.**

Nonpriority Creditor's Name

**7194 West South Street**
**Westmoreland, NY 13490-1224**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $14,925.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

**4.1 84**

**Cowen, George F.**

Nonpriority Creditor's Name

**2191 Beaver Creek Road**
**West Edmeston, NY 13485-2723**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $260,678.55

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**                                        Case number (*if known*) _____

---

| 4.1 85 | **Crawford, Darlene C.** | Last 4 digits of account number ____ ____ ____ ____ | **$19,900.00** |

Nonpriority Creditor's Name
**1188 State Route 12**
**Waterville, NY 13480-2114**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.1 86 | **Crawford, Paul G.** | Last 4 digits of account number ____ ____ ____ ____ | **$15,204.73** |

Nonpriority Creditor's Name
**1188 State Route 12**
**Waterville, NY 13480-2114**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.1 87 | **Crosby, Muriel P.C. and Peter J.** | Last 4 digits of account number ____ ____ ____ ____ | **$27,876.91** |

Nonpriority Creditor's Name
**6934 Madelynne Way**
**Anchorage, AK 99504-4552**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.1 88 | | |
|---|---|---|

**Cross, Ellen**
Nonpriority Creditor's Name
**9813 Skaneateles Turnpike**
**Hubbardsville, NY 13355-1137**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

$24,875.00

---

| 4.1 89 | | |
|---|---|---|

**Cross, Robert L.**
Nonpriority Creditor's Name
**9089 Main Street**
**North Brookfield, NY 13418-2003**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes** _____

$52,948.81

---

| 4.1 90 | | |
|---|---|---|

**Crossway, Raylene S.**
Nonpriority Creditor's Name
**5345 Hill Road**
**Hamilton, NY 13346-2020**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

$31,401.68

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.1 91 | **Crouch, Charles D. and Marilyn G.** | Last 4 digits of account number ___ ___ ___ ___ | $199,000.00 |

Nonpriority Creditor's Name

**P.O. Box 618**
**Sherburne, NY 13460-0618**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.1 92 | **Crouch, Kitti A.** | Last 4 digits of account number ___ ___ ___ ___ | $24,016.01 |

Nonpriority Creditor's Name

**16 Tracker Lane**
**South Setauket, NY 11720-1320**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

| 4.1 93 | **Crowe, Giovanna** | Last 4 digits of account number ___ ___ ___ ___ | $50,150.43 |

Nonpriority Creditor's Name

**242 Buell Avenue**
**Waterville, NY 13480**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

**4.1 94**

**Crumb, Darryl E. K. Jr.**

Nonpriority Creditor's Name

**8381 Larkin Road**
**Hubbardsville, NY 13355**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$2,793.57**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.1 95**

**Cucci, LeeAnn S. and Steven A.**

Nonpriority Creditor's Name

**2219 Beaver Creek Road**
**West Edmeston, NY 13485-2725**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$27,692.99**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.1 96**

**Cummings, Robin J.**

Nonpriority Creditor's Name

**13824 Camden Crest Terrace**
**Lakewood Ranch, FL 34211-1710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$16,798.77**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**                                             Case number (if known) _____

---

| 4.1 97 | **Curtis, A. Lynn** | Last 4 digits of account number _____ | **$4,210.15** |

Nonpriority Creditor's Name
**318 Tower Street, Apt. 3A**
**Waterville, NY 13480-1170**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Promissory Note**

---

| 4.1 98 | **Curtis, Freida E.** | Last 4 digits of account number _____ | **$2,844.69** |

Nonpriority Creditor's Name
**1356 Beaver Creek Road**
**West Edmeston, NY 13485-2700**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Promissory Note**

---

| 4.1 99 | **Dady, Thomas P.** | Last 4 digits of account number _____ | **$9,720.58** |

Nonpriority Creditor's Name
**1848 Oshea Road**
**Homer, NY 13077-8403**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.2 00**

**Dale, James A.**
Nonpriority Creditor's Name
**6071 Mills Road**
**Durhamville, NY 13054-3184**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **$60,314.99**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.2 01**

**Daley, Michael P.**
Nonpriority Creditor's Name
**3199 Quarterline Road**
**Madison, NY 13402-9798**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **$22,047.27**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.2 02**

**Dam, Ryan Jon**
Nonpriority Creditor's Name
**P.O. Box 403**
**Vernon, NY 13476-0403**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **$2,038.95**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**                                   Case number (if known) _____

---

**4.2 03**

**Danaher, Michael W. and Mary E.**                Last 4 digits of account number _____        $8,805.73
Nonpriority Creditor's Name
**2085 Ridge Road**                                When was the debt incurred? _____
**Fabius, NY 13063-9728**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community          ☐ Student loans
debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                              ■ Other. Specify  **Promissory Note** _____

---

**4.2 04**

**Dangi, Nicholas**                                Last 4 digits of account number _____        $10,576.03
Nonpriority Creditor's Name
**c/o Suzanne Summers**                            When was the debt incurred? _____
**207 Stoller Hill Road**
**Hartwick, NY 13348-2827**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community          ☐ Student loans
debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                              ■ Other. Specify  **Promissory Note** _____

---

**4.2 05**

**Daniel Storms Special Needs Trust**             Last 4 digits of account number _____        $80,197.99
Nonpriority Creditor's Name
**Attn: Raylene S. Crossway**                      When was the debt incurred? _____
**5345 Hill Road**
**Hamilton, NY 13346**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community          ☐ Student loans
debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                              ■ Other. Specify  **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)*

---

**4.2 06**

**Darrow, Beatrice A.**
Nonpriority Creditor's Name

**1986 Giles Road**
**West Edmeston, NY 13485-9613**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $29,755.65

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.2 07**

**David Buterbaugh Revocable Trust**
Nonpriority Creditor's Name

**Attn: David D. Buterbaugh**
**P.O. Box 432**
**Hamilton, NY 13346-0432**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $69,244.32

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.2 08**

**Davis, Donna B.**
Nonpriority Creditor's Name

**55 Webster Road**
**Glade Hill, VA 24092-1890**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $15,842.79

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.2 09 | **Davis, Lori A.** | Last 4 digits of account number _____ | **$8,027.87** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 627**
**Morrisville, NY 13408-0627**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

| 4.2 10 | **Day, Karin L.** | Last 4 digits of account number _____ | **$20,931.65** |
|---|---|---|---|

Nonpriority Creditor's Name

**471 County Road 14**
**Earlville, NY 13332-3031**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

| 4.2 11 | **Day, Phillip C.** | Last 4 digits of account number _____ | **$31,559.08** |
|---|---|---|---|

Nonpriority Creditor's Name

**471 County Road 14**
**Earlville, NY 13332-3031**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.2 12 | | | |
|---|---|---|---|

**Day, Sheila Marie**
Nonpriority Creditor's Name

**101 Bond Street**
**Deerfield, NY 13502-1101**
Number Street City State Zip Code

Last 4 digits of account number _____              **$244.07**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Promissory Note**

---

| 4.2 13 | | | |
|---|---|---|---|

**Dean, Patricia A.**
Nonpriority Creditor's Name

**120 Pheasants Run, Unit 3**
**Clinton, NY 13323-1916**
Number Street City State Zip Code

Last 4 digits of account number _____              **$53,850.99**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Promissory Note**

---

| 4.2 14 | | | |
|---|---|---|---|

**Deaner, Jessie J.**
Nonpriority Creditor's Name

**3878 Fountain Street**
**Clinton, NY 13323-3939**
Number Street City State Zip Code

Last 4 digits of account number _____              **$17,166.17**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.2 15 | |
|---|---|

**Deaner, Monte and Vickie L.**
Nonpriority Creditor's Name
**3189 Westland Drive**
**Bouckville, NY 13310-1400**
Number Street City State Zip Code

Last 4 digits of account number _____   **$81,068.40**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.2 16 | |
|---|---|

**Deaner, Vickie L.**
Nonpriority Creditor's Name
**3189 Westland Drive**
**Bouckville, NY 13310-1400**
Number Street City State Zip Code

Last 4 digits of account number _____   **$24,067.14**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.2 17 | |
|---|---|

**Dearnaley, Carolyn H.**
Nonpriority Creditor's Name
**2499 Brookview Drive**
**Hamilton, NY 13346-2222**
Number Street City State Zip Code

Last 4 digits of account number _____   **$76,922.50**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.2 18 | **Decker, Gloria S.** | Last 4 digits of account number _____ | $1,490.69 |

Nonpriority Creditor's Name
**6310 County Road 32**
**Norwich, NY 13815-3551**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.2 19 | **DeGroat, Bonnie C.** | Last 4 digits of account number _____ | $6,642.83 |

Nonpriority Creditor's Name
**4798 Goff Road**
**Morrisville, NY 13408-9789**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes**

---

| 4.2 20 | **Demmer, Lois A.** | Last 4 digits of account number _____ | $126,786.73 |

Nonpriority Creditor's Name
**2543 Hatch Lake Road**
**Eaton, NY 13334-3233**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**                                          Case number (if known) _____

---

**4.2 21**

**Denao, Caiden T.**                                    Last 4 digits of account number _____   $6,344.94
Nonpriority Creditor's Name
**and Melissa R. Guernsey**                     When was the debt incurred? _____
**8097 Woods Highway**
**Whitesboro, NY 13492-3910**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Promissory Note** _____

---

**4.2 22**

**Denato, Cameron P.**                                  Last 4 digits of account number _____   $16,765.24
Nonpriority Creditor's Name
**and Melissa R. Guernsey**                     When was the debt incurred? _____
**8097 Woods Highway**
**Whitesboro, NY 13492-3910**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Promissory Note** _____

---

**4.2 23**

**Denison, Milton G. and Naomi R.**                     Last 4 digits of account number _____   $147,334.53
Nonpriority Creditor's Name
**5651 Buyea Road**                             When was the debt incurred? _____
**Canastota, NY 13032-4049**
Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**                                    Case number (if known) _____

---

| 4.2 24 |

**DeVaul-Turner, Karen L.**
Nonpriority Creditor's Name
**3872 Thomas Road**
**Cazenovia, NY 13035-9414**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                $53,850.99

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.2 25 |

**Devereaux , Creszentia and Scott A.**
Nonpriority Creditor's Name
**8342 Galt Drive**
**Downey, CA 90241-4907**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                $260,040.64

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.2 26 |

**Devereaux , Scott A. and Camilla C.**
Nonpriority Creditor's Name
**876 Harness Lane**
**Norco, CA 92860-3865**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                $434,760.38

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.2 27 | **DeWan, Jonathan E.** | Last 4 digits of account number _____ | $10,770.20 |

Nonpriority Creditor's Name

**123 York Street, Apt. 10D**
**New Haven, CT 06511-5624**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.2 28 | **Dewey, Carol A.** | Last 4 digits of account number _____ | $33,521.56 |

Nonpriority Creditor's Name

**4620 East Lake Road**
**Hamilton, NY 13346-3518**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.2 29 | **Deyo, Joseph E. Jr.** | Last 4 digits of account number _____ | $45,406.67 |

Nonpriority Creditor's Name

**3967 Sanderson Road**
**Erieville, NY 13061-4165**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.2 30**

**Diable, Archie and Joanie**
Nonpriority Creditor's Name
**16491 SE 80th Avenue**
**Summerfield, FL 34491-5322**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$149,250.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.2 31**

**Diliberto, Jennifer**
Nonpriority Creditor's Name
**11 Jupiter Way**
**Macedon, NY 14502-8904**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$3,021.25**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.2 32**

**Diliberto, Karen**
Nonpriority Creditor's Name
**8 Jupiter Way**
**Macedon, NY 14502-8904**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$11,974.70**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.2 33 | | | |
|---|---|---|---|

**Diliberto, Lisa**
Nonpriority Creditor's Name

**2366 Morrison Drive**
**Palmyra, NY 14522-9528**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____          **$1,241.03**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.2 34 | | | |
|---|---|---|---|

**Dinneen, David W.**
Nonpriority Creditor's Name

**82 Eaton Street**
**Hamilton, NY 13346-2105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____          **$1,645.89**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.2 35 | | | |
|---|---|---|---|

**Dinneen, John J.**
Nonpriority Creditor's Name

**P.O. Box 571**
**Little Falls, NY 13365-0571**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____          **$135,163.57**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**                                              Case number (if known) _____

---

| 4.2 36 | **Discover Card** | Last 4 digits of account number | **5983** | **$1,957.32** |

Nonpriority Creditor's Name
**P.O. Box 70176**
**Philadelphia, PA 19176**

When was the debt incurred?  **3/5/2023**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.2 37 | **Donald Allen Van Atta Living Trust** | Last 4 digits of account number | | **$492.07** |

Nonpriority Creditor's Name
**Attn: Donald A. Van Atta**
**106 Tharrington Drive**
**Chapel Hill, NC 27516-4419**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.2 38 | **Donaldson, Deborah L.** | Last 4 digits of account number | | **$887.59** |

Nonpriority Creditor's Name
**1156 Ambling Way**
**Mount Pleasant, SC 29464-9049**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number *(if known)* _____

---

**4.2 39**

**Donovan, Kathleen M.**

Nonpriority Creditor's Name

**736 Marco Place**
**Venice, CA 90291-3806**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$33,190.37**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

**4.2 40**

**Douglas, Dale A. and Troy F.**

Nonpriority Creditor's Name

**3723 Egret Dunes Drive**
**Ormond Beach, FL 32176-8959**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$54,323.53**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

**4.2 41**

**Drape, Tiffany A.**

Nonpriority Creditor's Name

**331 New Kent Road**
**Blacksburg, VA 24060-6505**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$10,515.47**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.2 42**

**Drazek, Anne L.**

Nonpriority Creditor's Name

**321 Eastern Street, Apt. A715**
**New Haven, CT 06513-2411**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$20,125.88**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.2 43**

**Dubiner, Blake Willa**

Nonpriority Creditor's Name

**and Sarah Elliott**
**69 Chester Place**
**Larchmont, NY 10538-3445**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$1,563.19**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.2 44**

**Dudar, Liliana**

Nonpriority Creditor's Name

**c/o Arnold Fisher**
**P.O. Box 57**
**Hamilton, NY 13346**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$637.71**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**                                            Case number (if known) _____

---

| 4.2 45 | | | |
|---|---|---|---|

**Dudar, Vivian Mae**                          Last 4 digits of account number ____ ____ ____ ____          $999.46

Nonpriority Creditor's Name
**c/o Arnold Fisher**                          When was the debt incurred? _____
**P.O. Box 57**
**Hamilton, NY 13346**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☑ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community     ☐ Student loans
debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
☑ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ☑ Other. Specify  **Promissory Note** _____

---

| 4.2 46 | | | |
|---|---|---|---|

**Dunlap Living Trust**                        Last 4 digits of account number ____ ____ ____ ____          $85,007.68

Nonpriority Creditor's Name
**Attn:  Frederick & Marilyn Dunlap**          When was the debt incurred? _____
**7146 Spring Hill Road**
**Hamilton, NY 13346-2258**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☑ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community     ☐ Student loans
debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
☑ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ☑ Other. Specify  **Promissory Note** _____

---

| 4.2 47 | | | |
|---|---|---|---|

**Dunn, Donald R.**                            Last 4 digits of account number ____ ____ ____ ____          $130,682.96

Nonpriority Creditor's Name
**P.O. Box 229**                               When was the debt incurred? _____
**Sylvan Beach, NY 13157-0229**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☑ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community     ☐ Student loans
debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
☑ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ☑ Other. Specify  **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**                                    Case number (if known) _____

---

**4.2 48**

**Dweck, Emanuella N.**
Nonpriority Creditor's Name
**285 Moore Street**
**Princeton, NJ 08540-3469**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____      **$29,256.48**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

**4.2 49**

**Dweck, Harry Sidney**
Nonpriority Creditor's Name
**285 Moore Street**
**Princeton, NJ 08540-3469**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____      **$29,247.12**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

**4.2 50**

**Dweck, Juliana Ochs**
Nonpriority Creditor's Name
**285 Moore Street**
**Princeton, NJ 08540-3469**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____      **$298,866.19**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.2 51 | |
|---|---|

**Earing, Margaret M.**
Nonpriority Creditor's Name
**P.O. Box 229**
**Sylvan Beach, NY 01315-7229**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____                    **$506,627.60**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Promissory Note**

---

| 4.2 52 | |
|---|---|

**Earl J. Ewing Living Trust**
Nonpriority Creditor's Name
**Attn:  Earl Ewing**
**4411 East Lake Road**
**Hamilton, NY 13346**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____                    **$348,615.80**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Promissory Note**

---

| 4.2 53 | |
|---|---|

**Earlville American Legion**
Nonpriority Creditor's Name
**c/o Robert Fetzko**
**P.O. Box 741**
**Earlville, NY 13332**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____                    **$4,981.55**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

**4.2 54**

**Earlville Cemetery Association**                    Last 4 digits of account number _____          $28,143.91

Nonpriority Creditor's Name

**Attn:  Kelly Beach-Sweet**                          When was the debt incurred? _____

**P.O. Box 551**

**Earlville, NY 13332-0551**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ☐ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community            ☐ Student loans
debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify  **Promissory Note** _____

---

**4.2 55**

**Earlville Conservation Club Inc.**                 Last 4 digits of account number _____          $35,711.89

Nonpriority Creditor's Name

**c/o Jake Bohnert**                                 When was the debt incurred? _____

**3051 State Route 46**

**Hamilton, NY 13346-2194**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ☐ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community            ☐ Student loans
debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify  **Promissory Notes** _____

---

**4.2 56**

**East Hamilton United Methodist**                   Last 4 digits of account number _____          $21,726.99
**Church**

Nonpriority Creditor's Name

**Attn: Janice Fontaine, Financial                   When was the debt incurred? _____
Secreta**

**P.O. Box 781**

**Hubbardsville, NY 13355-0781**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ☐ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community            ☐ Student loans
debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify  **Promissory Notes** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known)

---

| 4.2 57 | **East Schuyler Miller Cemetery Assoc.** | Last 4 digits of account number | | $58,933.58 |

Nonpriority Creditor's Name

**Attn:  John H. Schuyler, Treasurer**
**P.O. Box 85**
**Frankfort, NY 13340-0085**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Promissory Notes**

---

| 4.2 58 | **Eaton Village Cemetery Association** | Last 4 digits of account number | | $15,738.17 |

Nonpriority Creditor's Name

**Attn: Denise Loder-Morris**
**P.O. Box 185**
**Eaton, NY 13334-0185**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Promissory Note**

---

| 4.2 59 | **Eaves, Amanda L.** | Last 4 digits of account number | | $4,141.27 |

Nonpriority Creditor's Name

**6427 Lebanon Road**
**Earlville, NY 13332-3909**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Promissory Note**

---

Official Form 106 E/F               Schedule E/F: Creditors Who Have Unsecured Claims               Page  87 of 335

Debtor 1    **M. Burton Marshall**

Case number (if known)

---

| 4.2 60 | **Eaves, Bob W. and June** | Last 4 digits of account number | $64,550.07 |

Nonpriority Creditor's Name

**5491 Fearon Road**
**Morrisville, NY 13408-1217**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Notes**

---

| 4.2 61 | **Eaves, Preston M. and Jeffrey** | Last 4 digits of account number | $4,414.58 |

Nonpriority Creditor's Name

**68 East Main Street**
**Earlville, NY 13332-3214**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

| 4.2 62 | **Edmunds, Allison M.** | Last 4 digits of account number | $12,155.81 |

Nonpriority Creditor's Name

**18 Pumpkin Pine Road**
**Natick, MA 01760-3036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*)

---

**4.2 63**

**Eiholzer, Joseph J.**

Nonpriority Creditor's Name

**3758 State Route 26**
**Eaton, NY 13334-3155**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $57,254.17

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.2 64**

**Eldred, Corrine A.**

Nonpriority Creditor's Name

**c/o Mary Calhoun**
**P.O. Box 2**
**Brookfield, NY 13314-0002**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $19,597.03

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.2 65**

**Elgie, Robert A. and Pauline A.**

Nonpriority Creditor's Name

**3349 Golden Road, #1**
**Walnut Creek, CA 94595-2028**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $341,909.39

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.2 66 | **Elliott, Catherine** | Last 4 digits of account number ___ ___ ___ ___ | $119,714.24 |

Nonpriority Creditor's Name
**2895 Mason Road**
**Waterville, NY 13480-2132**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Promissory Note**

---

| 4.2 67 | **Elliott, Jordan A.** | Last 4 digits of account number ___ ___ ___ ___ | $410.71 |

Nonpriority Creditor's Name
**40 Bridge Street**
**Billerica, MA 01821-1019**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Promissory Note**

---

| 4.2 68 | **Elliott, Sarah B.** | Last 4 digits of account number ___ ___ ___ ___ | $829.48 |

Nonpriority Creditor's Name
**69 Chester Place**
**Larchmont, NY 10538-3445**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.2 69 | **Empey, Derek W. and Jacqueline S.** | Last 4 digits of account number _____ | $26,346.87 |

Nonpriority Creditor's Name

**8402 Cicero Stage**
**Cicero, NY 13039-8689**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.2 70 | **Empie, Brian H.** | Last 4 digits of account number _____ | $89,414.28 |

Nonpriority Creditor's Name

**P.O. Box 245**
**Hamilton, NY 13346-0245**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.2 71 | **Engle Living Trust** | Last 4 digits of account number _____ | $29,860.19 |

Nonpriority Creditor's Name

**Attn:  Judy A. Engle**
**1573 Miner Drive**
**Oriskany Falls, NY 13425-4255**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.2 72 | **Erieville Fire Department Inc.** | Last 4 digits of account number _____ | $22,052.67 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Joseph E. Deyo, Jr.**
**P.O. Box D**
**Erieville, NY 13061-0225**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.2 73 | **Estate of Constance Kelley** | Last 4 digits of account number _____ | $87,622.80 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Sharon Hitchcock, Executor**
**139 Pheasants Run, Apt. 2**
**Clinton, NY 13323**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.2 74 | **Estate of Joan C. Matthews** | Last 4 digits of account number _____ | $11,448.02 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Janet Godwin, Adminstrator**
**608 Howell Brook Drive**
**Valdosta, GA 13346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1  **M. Burton Marshall**                                    Case number (if known) _____

---

| 4.2 75 | |
|---|---|

**Estate of Johannes Koornstra**                    Last 4 digits of account number _____        **$101,508.44**
Nonpriority Creditor's Name
**Attn: Mary Koornstra, Surviving
Spouse**                                        When was the debt incurred? _____
**5150 South Lebanon Road**
**Earlville, NY 13332-3140**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify  **Promissory Note** _____

---

| 4.2 76 | |
|---|---|

**Estate of Patricia O. Johnson**                   Last 4 digits of account number _____         **$30,811.11**
Nonpriority Creditor's Name
**c/o Pamela Napolitano, Executor**
**772 Depot Road**                               When was the debt incurred? _____
**Boxborough, MA 01719**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify  **Promissory Note** _____

---

| 4.2 77 | |
|---|---|

**Estate of Sandra L. Brunschmid**                  Last 4 digits of account number _____         **$20,749.32**
Nonpriority Creditor's Name
**Attn: Dana Gorton**
**3240 Seneca Turnpike, Apt. 5**                 When was the debt incurred? _____
**Canastota, NY 13032**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify  **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.2<br>78 | **Estate of Sidney R. Fisher** | Last 4 digits of account number ____ ____ ____ ____ | $55,930.74 |

Nonpriority Creditor's Name
**c/o Deborah Fisher**
**4948 State Route 31**
**Vernon, NY 13476-3839**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.2<br>79 | **Estate of Wilber J. Raville** | Last 4 digits of account number ____ ____ ____ ____ | $47.74 |

Nonpriority Creditor's Name
**Attn:  David Raville**
**29 Grove Avenue**
**Glen Falls, NY 12801**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.2<br>80 | **Eustance, Amy E.** | Last 4 digits of account number ____ ____ ____ ____ | $45,447.92 |

Nonpriority Creditor's Name
**4628 East Lake Road**
**Hamilton, NY 13346-9736**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1 **M. Burton Marshall**

Case number *(if known)* _____

---

**4.2 81**

**Everlith, Ronald C.**
Nonpriority Creditor's Name

**5331 Oxbow Road**
**Cazenovia, NY 13035-9712**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $106,865.07

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes** _____

---

**4.2 82**

**Fahey, Laura A.**
Nonpriority Creditor's Name

**and Anne M. Mandell**
**4912 Huntington Camp Road**
**Eaton, NY 13334-3114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $67,550.85

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.2 83**

**Faith Bible Church**
Nonpriority Creditor's Name

**Attn: Daniel Wessels**
**P.O. Box 128**
**Oxford, NY 13830-0128**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $53,341.71

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.2 84**

**Fallon, James B.**
Nonpriority Creditor's Name

**11057 Davis Road**
**West Winfield, NY 13491-4311**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **$69,003.92**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.2 85**

**Fallon, Thomas J.**
Nonpriority Creditor's Name

**11057 Davis Road**
**West Winfield, NY 13491-4311**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **$10,162.09**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.2 86**

**Farina, Emily A.**
Nonpriority Creditor's Name

**588 Blackberry Drive**
**Mineral Bluff, GA 30559-6402**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **$24,113.58**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

| 4.2 87 | **Faville, John R.** | Last 4 digits of account number _____ | **$33,405.28** |

Nonpriority Creditor's Name

**4620 Lime Street**
**Cocoa, FL 32926-2275**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify    **Promissory Note**

---

| 4.2 88 | **Ferguson, Carol E. and John L.** | Last 4 digits of account number _____ | **$14,106.31** |

Nonpriority Creditor's Name

**7659 Water Street**
**Madison, NY 13402-9542**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify    **Promissory Notes**

---

| 4.2 89 | **Ferraro, Stefan G.** | Last 4 digits of account number _____ | **$4,888.64** |

Nonpriority Creditor's Name

**118 Rue Walker**
**Gatineau, QC, Canada J8L 3X7**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify    **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.2 90 | **Ferris, Eleanor P.** | Last 4 digits of account number ___ ___ ___ ___ | **$432,994.05** |

Nonpriority Creditor's Name
**c/o Pat Kellogg, POA**
**166 Williams Road**
**Sherburne, NY 13460**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Promissory Notes** _____

---

| 4.2 91 | **Ferris, Janice G.** | Last 4 digits of account number ___ ___ ___ ___ | **$156,607.29** |

Nonpriority Creditor's Name
**119 Indigo Lane**
**Earlville, NY 13332**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Promissory Note** _____

---

| 4.2 92 | **Finster, Leslie P. and Sandra L.** | Last 4 digits of account number ___ ___ ___ ___ | **$499,914.70** |

Nonpriority Creditor's Name
**289 Millers Grove Road**
**Frankfort, NY 13340-5521**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Promissory Notes** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.2 93 | **Fiore, Elizabeth S. and Christopher M.** | Last 4 digits of account number _____ | **$174,163.17** |

Nonpriority Creditor's Name
**56 Vernon Street**
**Somerville, MA 02145-3632**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.2 94 | **First Presbyterian Church** | Last 4 digits of account number _____ | **$80,412.37** |

Nonpriority Creditor's Name
**Attn: Kathy Lemieux**
**P.O. Box 303**
**Holland Patent, NY 13354-0303**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.2 95 | **Fisher, Arnold R.** | Last 4 digits of account number _____ | **$5,883.65** |

Nonpriority Creditor's Name
**P.O. Box 57**
**Hamilton, NY 13346-0057**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.2 96 | **Flanders, George** | Last 4 digits of account number _____ | $331,960.36 |

Nonpriority Creditor's Name
**21540 North 71st Drive**
**Glendale, AZ 85308-9547**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.2 97 | **Fleming-Brusino, Susan E.** | Last 4 digits of account number _____ | $10,745.02 |

Nonpriority Creditor's Name
**65 Country Club Court**
**Grand Island, NY 14072-2585**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.2 98 | **Florenz, Austin J.** | Last 4 digits of account number _____ | $5,365.39 |

Nonpriority Creditor's Name
**c/o Tiffany C. Florenz**
**8984 Fitch Road**
**Hubbardsville, NY 13355-1192**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.299**

**Florenz, Garrett John**

Nonpriority Creditor's Name

**9351 Fitch Road**
**Hubbardsville, NY 13355-1195**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$355.18**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.300**

**Florenz, Gaven Mark**

Nonpriority Creditor's Name

**9351 Fitch Road**
**Hubbardsville, NY 13355-1195**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$366.22**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.301**

**Florenz, Jason V.**

Nonpriority Creditor's Name

**8984 Fitch Road**
**Hubbardsville, NY 13355-1195**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$95,515.98**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**                                                    Case number (if known) _____

---

| 4.3 02 | **Florenz, Tiffany A. and Mark F.** | Last 4 digits of account number _____ | $512.29 |

Nonpriority Creditor's Name
**9351 Fitch Road**
**Hubbardsville, NY 13355-1192**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.3 03 | **Florenz, Tucker J.** | Last 4 digits of account number _____ | $4,522.28 |

Nonpriority Creditor's Name
**c/o Tiffany C. Florenz**
**8984 Fitch Road**
**Hubbardsville, NY 13355-1195**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.3 04 | **Florenz, Vincent S.** | Last 4 digits of account number _____ | $9,266.63 |

Nonpriority Creditor's Name
**1875 Hibbard Road**
**Brookfield, NY 13314-1702**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.3
05**

**Fontana, Anne M. Ph.D.**                                                    $46,854.44
Nonpriority Creditor's Name

**2 Corwin Terrace**
**Cazenovia, NY 13035-1151**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

Last 4 digits of account number _____  _____  _____  _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Promissory Note**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**4.3
06**

**Ford, Mary E.**                                                    $46,796.57
Nonpriority Creditor's Name

**22 Herthum Road**
**Whitesboro, NY 13492-2215**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

Last 4 digits of account number _____  _____  _____  _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Promissory Note**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**4.3
07**

**Ford, Sara M.**                                                    $2,011.37
Nonpriority Creditor's Name

**3703 State Route 12B**
**Bouckville, NY 13310-1807**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

Last 4 digits of account number _____  _____  _____  _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Promissory Note**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

Debtor 1   **M. Burton Marshall**                                         Case number (if known) _____

---

| 4.3 08 | **Foster, Roger J.** | Last 4 digits of account number _____ | **$97,801.28** |

Nonpriority Creditor's Name

**118 Indigo Lane**
**Earlville, NY 13332**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Notes**

---

| 4.3 09 | **Frair, C. Susan** | Last 4 digits of account number _____ | **$307,588.72** |

Nonpriority Creditor's Name

**P.O. Box 121**
**Sherburne, NY 13460-0121**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.3 10 | **Frair, Frank E.** | Last 4 digits of account number _____ | **$355,092.83** |

Nonpriority Creditor's Name

**P.O. Box 121**
**Sherburne, NY 13460-0121**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.3 11 | | |
|---|---|---|

**Frances Nespoli Irrevocable Trust**

Nonpriority Creditor's Name

**Attn: Camilla Loop**
**5748 Tennessee Avenue**
**New Port Richey, FL 34652-2849**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **$335,872.31**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note** _____

---

| 4.3 12 | | |
|---|---|---|

**Frederick, Nellie I.**

Nonpriority Creditor's Name

**3273 Frederick Road**
**Madison, NY 13402-9310**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **$137,216.55**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Notes** _____

---

| 4.3 13 | | |
|---|---|---|

**Fryer, Lily Kate**

Nonpriority Creditor's Name

**c/o Johnnye Dee Mullen**
**6022 County Road 570**
**Gardner, CO 81040-9760**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **$42,757.97**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**                                          Case number *(if known)*

---

**4.3 14**

**Fuess, Laura A.**
Nonpriority Creditor's Name
**3957 Cole Street**
**Madison, NY 13402-9714**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___                    **$23,211.93**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.3 15**

**Fuller, Dorothy**
Nonpriority Creditor's Name
**92 Eaton Street**
**Hamilton, NY 13346-2105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___                    **$81,186.02**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.3 16**

**Fuller, Kevin and Carla**
Nonpriority Creditor's Name
**12532 The Resort Boulevard**
**Forth Worth, TX 76179-6666**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___                    **$876,368.81**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**
_____          Case number (if known) _____

---

| 4.3 17 | **Fuller, Willard L.** | | | $114,161.69 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**92 Eaton Street**
**Hamilton, NY 13346-2105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Note**

---

| 4.3 18 | **Fuoco, Rosemary** | | | $43,987.03 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1609 Brookside Avenue**
**Utica, NY 13501-5205**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Note**

---

| 4.3 19 | **Furchak, Deborah A.** | | | $71,054.45 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**119 Murray Hill Terrace**
**Marlboro, NJ 07746-1754**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.3 20 | |
|---|---|

**Furner, Michael S.** _____

Nonpriority Creditor's Name

**8060 Kemp Road**
**Waterville, NY 13480-2712**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$1,174.72**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.3 21 | |
|---|---|

**Gaiser, Charles G.** _____

Nonpriority Creditor's Name

**1695 Main Street**
**Cassville, NY 13318-1534**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$126,349.56**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.3 22 | |
|---|---|

**Gaiser, Elaine S.** _____

Nonpriority Creditor's Name

**1695 Main Street**
**Cassville, NY 13318-1534**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$104,207.05**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.3 23 | **Gangloff, Nancy E. and James E. II** | Last 4 digits of account number _____ | $63,538.51 |

Nonpriority Creditor's Name

**617 Huth Road**
**Cheektowaga, NY 14225-1717**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.3 24 | **Garland, Richard** | Last 4 digits of account number _____ | $2,147.68 |

Nonpriority Creditor's Name

**740 Lexington Avenue**
**Brooklyn, NY 11221**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.3 25 | **Garland, Robert S. J.** | Last 4 digits of account number _____ | $313,112.00 |

Nonpriority Creditor's Name

**1104 Bedford Avenue, Apt. 603**
**Brooklyn, NY 11216-6594**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known)  _____

---

| 4.3 26 | **Gass, Raymond J.** | Last 4 digits of account number _____ | $139,930.77 |
|---|---|---|---|

Nonpriority Creditor's Name

**238 Upham Road**
**Georgetown, NY 13072-3179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Note**

---

| 4.3 27 | **Gazlay, Pauhl** | Last 4 digits of account number _____ | $25,873.22 |
|---|---|---|---|

Nonpriority Creditor's Name

**731 Palm Avenue**
**Tarpon Springs, FL 34689-2458**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Note**

---

| 4.3 28 | **Gentile, Thomas J.** | Last 4 digits of account number _____ | $103,240.54 |
|---|---|---|---|

Nonpriority Creditor's Name

**403 Westwood Avenue**
**Mattydale, NY 13211-1524**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.3 29 | **Geruntino, Marilyn W.** | Last 4 digits of account number ___ ___ ___ ___ | **$100,751.09** |

Nonpriority Creditor's Name

**787 Knapp Road**
**Sherburne, NY 13460-5218**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.3 30 | **Ghent, Maureen C. and Daniel E.** | Last 4 digits of account number ___ ___ ___ ___ | **$181,826.75** |

Nonpriority Creditor's Name

**3681 North Street**
**Madison, NY 13402-9720**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes**

---

| 4.3 31 | **Gilliam, Michael W. Jr.** | Last 4 digits of account number ___ ___ ___ ___ | **$4,198.96** |

Nonpriority Creditor's Name

**726 Washington Street**
**Utica, NY 13502-4323**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known)

---

| 4.3 32 | **Godfrey, Alexander R.** | Last 4 digits of account number | $1,532.07 |

Nonpriority Creditor's Name
**304 West Hamilton Avenue**
**Sherrill, NY 13461-1334**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.3 33 | **Godfrey, Carson W.** | Last 4 digits of account number | $1,625.27 |

Nonpriority Creditor's Name
**304 West Hamilton Avenue**
**Sherrill, NY 13461-1334**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.3 34 | **Godwin, Joscelyn and Janet** | Last 4 digits of account number | $228,507.90 |

Nonpriority Creditor's Name
**14 Hamilton Street**
**Hamilton, NY 13346-1316**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.3 35 | | | |
|---|---|---|---|

**Goedeker, Elfriede**
Nonpriority Creditor's Name

**8212 Canning Factory Road**
**Waterville, NY 13480-1808**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**$4,406.78**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.3 36 | | | |
|---|---|---|---|

**Goldstein, Steven B.**
Nonpriority Creditor's Name

**and Susan Grandis Goldstein**
**10037 Colebrook Avenue**
**Potomac, MD 20854-1809**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**$212,656.47**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.3 37 | | | |
|---|---|---|---|

**Golley, Jeffrey T. and Kelly J.**
Nonpriority Creditor's Name

**5121 Stone Bridge Road**
**P.O. Box 556**
**Morrisville, NY 13408**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

**$134,702.60**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.3 38**

**Golley, Shawn**
Nonpriority Creditor's Name
**765 Hampden Avenue, Apt. 503**
**Saint Paul, MN 55114-1672**
Number Street City State Zip Code

Last 4 digits of account number _____    $7,497.35

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.3 39**

**Goodrich, Clyde R.**
Nonpriority Creditor's Name
**125 Swamp Road**
**Cherry Valley, NY 13320-3721**
Number Street City State Zip Code

Last 4 digits of account number _____    $10,731.44

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.3 40**

**Goodrich, Margaret K.**
Nonpriority Creditor's Name
**460 State Route 167**
**Richfield Springs, NY 13439-3509**
Number Street City State Zip Code

Last 4 digits of account number _____    $92,686.55

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.3 41 | | | |

**Grabow Irrevocable Living Trust**
Nonpriority Creditor's Name
**Attn: Barbara Grabow**
**217 South 4th Avenue**
**Ilion, NY 13367-2301**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____      **$194,736.90**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

| 4.3 42 | | | |

**Graham, Janice I.**
Nonpriority Creditor's Name
**5733 Old County Road**
**Canastota, NY 13032-3900**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____      **$64,090.84**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Notes** _____

---

| 4.3 43 | | | |

**Grant, Shari S.**
Nonpriority Creditor's Name
**6790 Harp Road**
**Canastota, NY 13032-4992**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____      **$7,251.12**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.3 44 | **Greenwood, Timothy and Beth** | Last 4 digits of account number _____ | $89,550.00 |

Nonpriority Creditor's Name

**7061 Hillcrest Road**
**Hamilton, NY 13346-2184**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.3 45 | **Grey, Brittany L.** | Last 4 digits of account number _____ | $4,962.29 |

Nonpriority Creditor's Name

**and Tammy Jennings**
**10132 Doyle Road**
**West Edmeston, NY 13485-2958**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.3 46 | **Grey, Carson James** | Last 4 digits of account number _____ | $2,680.99 |

Nonpriority Creditor's Name

**and Tammy Jennings**
**10182 Doyle Road**
**West Edmeston, NY 13485-2958**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.3 47 | **Grose, Marie M.** | | $13,930.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**443 Johnson Road**
**Frankfort, NY 13340-5815**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.3 48 | **Guernsey, Ellen R.** | | $478,345.23 |
|---|---|---|---|

Nonpriority Creditor's Name

**8107 Woods Highway**
**Whitesboro, NY 13492**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.3 49 | **Guernsey, Melissa R.** | | $36,770.88 |
|---|---|---|---|

Nonpriority Creditor's Name

**8097 Woods Highway**
**Whitesboro, NY 13492-3910**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

| 4.3 50 | **Guernsey, Shawn P.** | Last 4 digits of account number _____ | **$28,918.49** |

Nonpriority Creditor's Name

**182 Valley View Road**
**New Hartford, NY 13413-3920**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Promissory Note**

---

| 4.3 51 | **Guernsey, Thomas Chase and Ellen R.** | Last 4 digits of account number _____ | **$11,781.60** |

Nonpriority Creditor's Name

**8107 Woods Highway**
**Whitesboro, NY 13492**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Promissory Note**

---

| 4.3 52 | **Gunther, Paul O. and Patricia W.** | Last 4 digits of account number _____ | **$6,614.39** |

Nonpriority Creditor's Name

**P.O. Box 343**
**Hamilton, NY 13346-0343**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.3 53 |
|---|

**Gus, Carl J. and Martha M.**
Nonpriority Creditor's Name
**3061 Oneida Street**
**Sauquoit, NY 13456-2917**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $77,433.80

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.3 54 |
|---|

**Guthrie, Pearl A.**
Nonpriority Creditor's Name
**24927 Pine Hill**
**Leesburg, FL 34748-9473**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $52,160.45

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.3 55 |
|---|

**Hadder, Joseph L.**
Nonpriority Creditor's Name
**10966 Button Falls Road**
**West Edmeston, NY 13485-3066**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $393,760.47

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*)

---

| 4.3 56 | **Hadder, Joseph M.** | | Last 4 digits of account number | | $8,226.13 |

Nonpriority Creditor's Name

**10966 Button Falls Road**
**West Edmeston, NY 13485-3066**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.3 57 | **Hadder, Renee L.** | | Last 4 digits of account number | | $314,838.17 |

Nonpriority Creditor's Name

**10966 Button Falls Road**
**West Edmeston, NY 13485-3066**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.3 58 | **Hagmann, Gregory J.** | | Last 4 digits of account number | | $91,785.21 |

Nonpriority Creditor's Name

**510 Rockhaven Road**
**Utica, NY 13502-1316**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

**4.3 59**

**Haight, Suzanne H.**
Nonpriority Creditor's Name
**3115 Lake Moraine Road**
**Hamilton, NY 13346-3207**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $11,666.43

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.3 60**

**Hall, Charles L.**
Nonpriority Creditor's Name
**5331 English Avenue**
**Hamilton, NY 13346-3504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $28,525.43

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.3 61**

**Hallam, Cheryl A.**
Nonpriority Creditor's Name
**P.O. Box 82**
**Eaton, NY 13334-0082**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $627,371.69

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Notes**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.3 62**

**Hallam, Ronald J.**
Nonpriority Creditor's Name
**11 Montello Street Extension**
**Brockton, MA 02301-7148**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$9,484.32**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.3 63**

**Hamblin, Michael W.**
Nonpriority Creditor's Name
**29 Packard Road**
**Stow, MA 01775-1113**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$84,675.21**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.3 64**

**Hance, Everett P. and LouAnn M.**
Nonpriority Creditor's Name
**2838 Abbert Road**
**Hubbardsville, NY 13355-1235**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$594,015.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.3 65 | **Hancock, Janet N.** | Last 4 digits of account number ___ ___ ___ ___ | **$101,484.55** |

Nonpriority Creditor's Name

**3233 Oneida Street**
**Sauquoit, NY 13456-2805**

Number City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.3 66 | **Hanrahan, Teresa** | Last 4 digits of account number ___ ___ ___ ___ | **$51,113.31** |

Nonpriority Creditor's Name

**P.O. Box 525**
**Earlville, NY 13332-0525**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.3 67 | **Hansel, Grant G.** | Last 4 digits of account number ___ ___ ___ ___ | **$438,078.14** |

Nonpriority Creditor's Name

**3550 Miller Street**
**Wheat Ridge, CO 80033-5659**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

**4.3 68**

**Hanwinsel Farms Inc.**

Nonpriority Creditor's Name

**c/o Grant G. Hansel**
**3550 Miller Street**
**Wheat Ridge, CO 80033-5659**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    $50,884.03

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Promissory Note** _____

---

**4.3 69**

**Harp, Jacqueline B.**

Nonpriority Creditor's Name

**5456 Youngs Road**
**Vernon, NY 13476-4712**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    $178,966.48

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Promissory Note** _____

---

**4.3 70**

**Harper, Dorothy A.**

Nonpriority Creditor's Name

**205 Dunham Road**
**Smyrna, NY 13464-2522**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    $11,940.00

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Promissory Notes** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.371**

**Hatzinger, Jeffrey C.**
Nonpriority Creditor's Name
**2506 Genesee Street**
**Utica, NY 13502-5814**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$44,930.27**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.372**

**Havens, Ava Marie**
Nonpriority Creditor's Name
**c/o Rebekah E. Rittenburg**
**61 South Street**
**West Winfield, NY 13491-2822**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$995.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.373**

**Havens, Barbara T.**
Nonpriority Creditor's Name
**4283 East Lake Road**
**Hamilton, NY 13346-3511**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$60,213.09**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**                                     Case number *(if known)* _____

---

| 4.3 74 | | |
|---|---|---|

**Havens, Lilah Reagan**

Nonpriority Creditor's Name

**c/o Rebekah E. Rittenburg**
**61 South Street**
**West Winfield, NY 13491-2822**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$995.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.3 75 | | |
|---|---|---|

**Havens, Terrence T.**

Nonpriority Creditor's Name

**P.O. Box 248**
**West Winfield, NY 13491-0248**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$23,117.37**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes** _____

---

| 4.3 76 | | |
|---|---|---|

**Hawks Cherry Hill Cemetery**

Nonpriority Creditor's Name

**Attn: Amy Markowski**
**1994 Erieville Road**
**Erieville, NY 13061-4122**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$29,437.16**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

**4.3 77**

**Hayes, Michael T.**
Nonpriority Creditor's Name

**37 Hamilton Street**
**Hamilton, NY 13346-1329**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     $102,955.12

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify     **Promissory Note**

---

**4.3 78**

**Head Living Trust**
Nonpriority Creditor's Name

**Attn: DeWitt Head**
**3489 Cole Hill Road**
**Hubbardsville, NY 13355-1177**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     $59,700.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify     **Promissory Note**

---

**4.3 79**

**Head, Richie L. and Kathryn O.**
Nonpriority Creditor's Name

**2793 Mason Road**
**Waterville, NY 13480-2131**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     $259,571.03

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify     **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.3 80 | **Head, William J.** | Last 4 digits of account number _____ | **$53,865.09** |

Nonpriority Creditor's Name

**P.O. Box 71**
**West Eaton, NY 13484-0071**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

| 4.3 81 | **Hedger, Ray C.** | Last 4 digits of account number _____ | **$25,557.44** |

Nonpriority Creditor's Name

**5522 Fearon Road**
**Morrisville, NY 13408-9766**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

| 4.3 82 | **Hennings, Linda S.** | Last 4 digits of account number _____ | **$6,402.52** |

Nonpriority Creditor's Name

**P.O. Box 76**
**Newport, NY 13416-0076**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.3 83**

**Hennings, Michael J.**
Nonpriority Creditor's Name
**223 Plumb Road**
**Poland, NY 13431-2507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$130,206.37**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Promissory Note** _____

---

**4.3 84**

**Henriksen, Melody E.**
Nonpriority Creditor's Name
**1322 State Route 12B**
**Hamilton, NY 13346-2524**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$77,160.03**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Promissory Notes** _____

---

**4.3 85**

**Henty Farms LLP**
Nonpriority Creditor's Name
**Attn: Ward A. Henty**
**5997 Knoxboro Road**
**Oriskany Falls, NY 13425-3512**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$165,568.75**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Promissory Note** _____

---

Debtor 1 **M. Burton Marshall**

Case number (if known) _____

---

**4.3 86**

**Hewitt, Jean L.**

Nonpriority Creditor's Name

**2874 State Route 12B**
**Hamilton, NY 13346-3400**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     $13,792.08

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Promissory Note** _____

---

**4.3 87**

**Hilliker , Helen V.**

Nonpriority Creditor's Name

**603 Birchwood Drive**
**Oneida, NY 13421-1801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     $24,639.16

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Promissory Note** _____

---

**4.3 88**

**Hilts, Kelby S.**

Nonpriority Creditor's Name

**2705 Vidler Road**
**West Edmeston, NY 13485-2933**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     $190,186.36

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.3 89**

**Hinman, Judy E.**

Nonpriority Creditor's Name

**2705 Vidler Road**
**West Edmeston, NY 13485-2933**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

**$164,234.02**

---

**4.3 90**

**Hitchcock, Sharon K.**

Nonpriority Creditor's Name

**139 Pheasants Run, Apt. 2**
**Clinton, NY 13323**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

**$163,912.74**

---

**4.3 91**

**Hoffa, Rosalind A.**

Nonpriority Creditor's Name

**1131 Bay Road**
**Amherst, MA 01002-3513**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

**$38,261.84**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.3 92**

**Hoffman, Christine E.**
Nonpriority Creditor's Name
**1 Chapel Street**
**Sherburne, NY 13460-9754**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$124,823.75**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

**4.3 93**

**Hoffman, Patricia A.**
Nonpriority Creditor's Name
**303 Kinsley Street**
**Sherrill, NY 13461-1105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$40,338.40**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

**4.3 94**

**Hoham , Ronald W.**
Nonpriority Creditor's Name
**P.O. Box 464**
**Hamilton, NY 13346-0464**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$128,001.23**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.3 95**

**Holbrook, Sandra S.**
Nonpriority Creditor's Name

**4716 Hackamore Drive North**
**Colorado Springs, CO 80918-2629**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$131,835.11**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

**4.3 96**

**Hornovich, Kloe**
Nonpriority Creditor's Name

**c/o Ashley Bailey**
**50 South Main Street**
**Earlville, NY 13332**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$4,975.00**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.3 97**

**Hotaling, Nadine Y.**
Nonpriority Creditor's Name

**20 Madison Street**
**Hamilton, NY 13346-1106**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$19,991.57**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

Debtor 1    **M. Burton Marshall**

Case number *(if known)*

---

| 4.3 98 | **Houston, Robert Braden and Judith A.** | Last 4 digits of account number _____ | $20,994.04 |

Nonpriority Creditor's Name
**2063 Spring Street**
**Hamilton, NY 13346-2259**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note** _____

---

| 4.3 99 | **Howard, Thomas W. and Rebecca M.** | Last 4 digits of account number _____ | $96,499.17 |

Nonpriority Creditor's Name
**21 South Main Street**
**P.O. Box 596**
**Earlville, NY 13332-0596**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note** _____

---

| 4.4 00 | **Howes, Madaline M. and Paul W.** | Last 4 digits of account number _____ | $58,672.58 |

Nonpriority Creditor's Name
**19 Wickford Way**
**Fairport, NY 14450-3131**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.4 01 | **Hubbard, Cynthia A.** | | $31,145.19 |

Nonpriority Creditor's Name

**143 Kibbe Wilcox Road**
**Pitcher, NY 13136-2432**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

| 4.4 02 | **Hughes, Terri A.** | | $19,091.21 |

Nonpriority Creditor's Name

**2083 Kendall Road**
**Kendall, NY 14476-9625**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

| 4.4 03 | **Hunt, Bradford** | | $151,453.31 |

Nonpriority Creditor's Name

**8 Alicia Circle**
**Churchville, NY 14428-9426**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.4 04 | **Hunt, Jeffrey E. and Barbara T.** | Last 4 digits of account number _____ | $158,965.56 |

Nonpriority Creditor's Name
**10 Bioski Road**
**Middlebury, CT 06762-3614**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.4 05 | **Hunt, Marcia** | Last 4 digits of account number _____ | $19,900.00 |

Nonpriority Creditor's Name
**8 Alicia Circle**
**Churchville, NY 14438-9426**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.4 06 | **Huntley Living Trust** | Last 4 digits of account number _____ | $415,468.09 |

Nonpriority Creditor's Name
**Attn: Robert L. Huntley**
**325 Stone Street**
**Oneida, NY 13421-1931**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

**4.4 07**

**Hyde, Keith P. and Mary M.**
Nonpriority Creditor's Name

**4 Chantilly Lane**
**Fairport, NY 14450-4620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   $93,138.17

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

**4.4 08**

**Ian James Sole Revocable Trust**
Nonpriority Creditor's Name

**Attn: Ian J. Sole**
**6325 Olde Harwick Drive**
**Oklahoma City, OK 73162-3231**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   $174,918.07

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

**4.4 09**

**Ingraham, Lee C.**
Nonpriority Creditor's Name

**108 Upperville Back Road**
**Smyrna, NY 13464-9721**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   $45,155.73

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**                                          Case number (if known) _____

---

**4.4
10**

**Ireland, Raelyn** _____          Last 4 digits of account number _____            **$115.84**
Nonpriority Creditor's Name
**100 Morrison Avenue, Apt. G11**               When was the debt incurred?  _____
**Troy, NY 12180-8387**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Promissory Note** _____

---

**4.4
11**

**Jacobs, Daniel W.** _____        Last 4 digits of account number _____        **$16,971.17**
Nonpriority Creditor's Name
**338 Summer Street, Apt. 2**                    When was the debt incurred?  _____
**Somerville, MA 02144-3146**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Promissory Note** _____

---

**4.4
12**

**Jacobs, Jonathan A.** _____      Last 4 digits of account number _____      **$346,733.99**
Nonpriority Creditor's Name
**2121 Jamieson Avenue, Unit 1505**              When was the debt incurred?  _____
**Alexandria, VA 22314-5714**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.4 13 | **Jacobs, Nathan A.** | |
|---|---|---|

Nonpriority Creditor's Name

**2829 Connecticut Avenue NW, Apt. 802**
**Washington, DC 20008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$35,020.76**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.4 14 | **Jacquays, Corlista** | |
|---|---|---|

Nonpriority Creditor's Name

**221 Avery Road**
**Ilion, NY 13357-4418**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$27,406.39**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.4 15 | **Jeffris, Cheryl D.** | |
|---|---|---|

Nonpriority Creditor's Name

**7519 State Route 20**
**Madison, NY 13402-9510**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$12,120.23**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

**4.4 16**

**Jeffris, Daisy**
Nonpriority Creditor's Name

**3094 Johnnycake Hill Road**
**Hamilton, NY 13346-2033**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **$5,977.83**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

**4.4 17**

**Jeffris, Joseph F.**
Nonpriority Creditor's Name

**3094 Johnnycake Hill Road**
**Hamilton, NY 13346-2033**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **$5,813.29**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

**4.4 18**

**Jennings, Tammy R.**
Nonpriority Creditor's Name

**10182 Doyle Road**
**West Edmeston, NY 13485-2958**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **$6,449.68**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.4 19 | **Jeter, Jeannine** | | $33,972.90 |
|---|---|---|---|

Nonpriority Creditor's Name

**393 Locust Grove Road**
**Greenfield Center, NY 12833-1508**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.4 20 | **Joffs, Katherine and Robert** | | $398,522.58 |
|---|---|---|---|

Nonpriority Creditor's Name

**2595 East Venus Circle**
**Holladay, UT 84124-1842**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.4 21 | **Johnson, Christie L.** | | $41,561.36 |
|---|---|---|---|

Nonpriority Creditor's Name

**6219 Shadowbrook Drive**
**Richmond, VA 23231-4746**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.4 22 | **Johnson, Dianne P.** | Last 4 digits of account number _____ | $15,739.45 |

Nonpriority Creditor's Name
**2191 River Road**
**Hamilton, NY 13346-2647**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.4 23 | **Johnston, Fay B.** | Last 4 digits of account number _____ | $41,111.63 |

Nonpriority Creditor's Name
**2821 Hatch Lake Road**
**Eaton, NY 13334-3201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.4 24 | **Jones, Darrin and Jennifer R.** | Last 4 digits of account number _____ | $99,876.27 |

Nonpriority Creditor's Name
**P.O. Box 7**
**West Winfield, NY 13491-0007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

Debtor 1    **M. Burton Marshall**

Case number (*if known*)

---

**4.4 25**

**Jones, Douglas H. and Ellen M.**
Nonpriority Creditor's Name
**4757 Tara View Road**
**Leesburg, FL 34748-7807**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____                    **$259,900.89**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Promissory Note**

---

**4.4 26**

**Jones, Douglas P.**
Nonpriority Creditor's Name
**122 Reiden Lane**
**West Winfield, NY 13491-2502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____                    **$7,265.28**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Promissory Notes**

---

**4.4 27**

**Jones, Harvey B.**
Nonpriority Creditor's Name
**and Becky North**
**55 Heather Cove Drive**
**Boyton Beach, FL 33436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____                    **$8,057.57**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.4 28**

**Jones, Jennie N. and Paul J.**
Nonpriority Creditor's Name

**1696 Jones Road**
**Oriskany Falls, NY 13425-4145**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$9,641.03**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.4 29**

**Jones, Kathleen J.**
Nonpriority Creditor's Name

**6599 Stage Road**
**Utica, NY 13502-6911**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$39,800.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

**4.4 30**

**Jones, Lamont F.**
Nonpriority Creditor's Name

**P.O. Box 65**
**Earlville, NY 13332-0065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$18,347.63**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

| 4.4 31 | **Jordan, Charlene M.** |
|---|---|

Nonpriority Creditor's Name

**3626 Center Road**
**Madison, NY 13402-9303**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$21,979.41**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

| 4.4 32 | **Jordan, Charles D.** |
|---|---|

Nonpriority Creditor's Name

**3739 Center Road**
**Madison, NY 13402-9317**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$5,385.17**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

| 4.4 33 | **Jordan, David J. and Kathleen J.** |
|---|---|

Nonpriority Creditor's Name

**3739 Center Road**
**Madison, NY 13402-9317**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$47,406.57**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.4 34 | **Joy, Edmund and Matthew** | | $9,452.50 |

Nonpriority Creditor's Name

**6419 East Gold Dust Avenue**
**Paradise Valley, AZ 85253**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.4 35 | **Kascon, LLC** | | $74,137.52 |

Nonpriority Creditor's Name

**Attn: Dennis H. Keith**
**2930 Mason Road**
**Waterville, NY 13480-2136**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.4 36 | **Kasprowicz, Vera** | | $788.71 |

Nonpriority Creditor's Name

**c/o Nicole Kasprowicz**
**5751 Grace Road**
**Utica, NY 13502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.4 37**

**Kasprowicz, Victor**
Nonpriority Creditor's Name
**c/o Nicole Kasprowicz**
**5751 Grace Road**
**Utica, NY 13502**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **$561.26**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.4 38**

**Kathleen M. Brennan Trust**
Nonpriority Creditor's Name
**c/o Mark Brennan**
**818 Washington Avenue**
**Oceanside, CA 92054-4044**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **$13,062.43**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.4 39**

**Kazlauskas, Joan U.**
Nonpriority Creditor's Name
**5810 Middle Road**
**Munnsville, NY 13409-2920**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **$86,932.71**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes** _____

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.4 40 | **Kazlauskas, Peter J.** | Last 4 digits of account number _____ | **$11,055.67** |

Nonpriority Creditor's Name
**5810 Middle Road**
**Munnsville, NY 13409-2920**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.4 41 | **Keeney, Fritz T. and Robert W.** | Last 4 digits of account number _____ | **$4,975.00** |

Nonpriority Creditor's Name
**5157 Temperance Hill Road**
**Cazenovia, NY 13035-9636**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.4 42 | **Keeney, Nolan R. and Robert W.** | Last 4 digits of account number _____ | **$4,975.00** |

Nonpriority Creditor's Name
**5157 Temperance Hill Road**
**Cazenovia, NY 13035-9636**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.4 43 | | |
|---|---|---|

**Keeney, Robert W.** | Last 4 digits of account number _____ | **$58,628.61**

Nonpriority Creditor's Name

**5157 Temperance Hill Road**
**Cazenovia, NY 13035-9636**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.4 44 | | |
|---|---|---|

**Keith, Dennis** | Last 4 digits of account number _____ | **$2,918.33**

Nonpriority Creditor's Name

**Farm Payroll Account**
**2930 Mason Road**
**Waterville, NY 13480-2136**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.4 45 | | |
|---|---|---|

**Keith, George F. and Laurie C.** | Last 4 digits of account number _____ | **$155,034.57**

Nonpriority Creditor's Name

**1000 Pleasant Valley Road**
**Waterville, NY 13480-2012**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.4
46**

**Kelley, Allison P.**

Nonpriority Creditor's Name

**c/o Bonnie Kelley
207 Sanger Avenue
Waterville, NY 13480-1121**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$4,853.10**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.4
47**

**Kelley, Bonnie J.**

Nonpriority Creditor's Name

**207 Sanger Avenue
Waterville, NY 13480-1121**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$6,339.65**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.4
48**

**Kelley, Daniel P. and Patricia E.**

Nonpriority Creditor's Name

**2515 Wright Avenue
Greensboro Center, NC 27403-1467**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$11,117.23**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.4 49 | | | |

**Kelley, David P.**
Nonpriority Creditor's Name
**146 Canary Lane**
**Pikeville, NC 27863-8302**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$33,463.74**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.4 50 | | | |

**Kelley, Janella K.**
Nonpriority Creditor's Name
**250 Tower Street**
**Waterville, NY 13480-1128**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$7,936.34**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.4 51 | | | |

**Kelley, Kevin P.**
Nonpriority Creditor's Name
**250 Tower Street**
**Waterville, NY 13480-1128**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$111,132.29**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.4 52 | **Kelley, Kimberly A.** | Last 4 digits of account number ____ ____ ____ ____ | $3,345.19 |

Nonpriority Creditor's Name
**155 Conger Avenue**
**Waterville, NY 13480-1203**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.4 53 | **Kelley, S. Preston** | Last 4 digits of account number ____ ____ ____ ____ | $220,026.02 |

Nonpriority Creditor's Name
**3153 Kelly Road**
**Hubbardsville, NY 13355-1182**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.4 54 | **Kellogg, Jeanne and James** | Last 4 digits of account number ____ ____ ____ ____ | $17,362.39 |

Nonpriority Creditor's Name
**9568 Keith Road**
**West Edmeston, NY 13485-2940**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.4<br>55 | **Kemp, Gilbert A.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**611 Craigfoot Road**
**Waterville, NY 13480-2609**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**Last 4 digits of account number** _____        **$74,625.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes** _____

---

| 4.4<br>56 | **Kemp, Michael A.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6049 South Suncoast Boulevard,**
**Lot 22**
**Homosassa, FL 34446-2608**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**Last 4 digits of account number** _____        **$106,590.23**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.4<br>57 | **Kennett, Bernard W.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**224 East Noyes Boulevard**
**Sherrill, NY 13461**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**Last 4 digits of account number** _____        **$10,327.13**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.4 58**

**Kennett, Ellen A.** _____
Nonpriority Creditor's Name
**2170 State Route 26**
**Oriskany Falls, NY 13425-4046**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$92,445.59**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.4 59**

**Kent, Darryl C.** _____
Nonpriority Creditor's Name
**4546 Mud Lake Road**
**West Leyden, NY 13489-2110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$30,155.85**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.4 60**

**Kiehn , Wendi S.** _____
Nonpriority Creditor's Name
**156 Lake Terrace Lane**
**Butler, TN 37640-5019**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$8,284.11**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)*

---

**4.4 61**

**Kimball, Michael C. and Melody L.**

Nonpriority Creditor's Name

**4824 Goff Road**
**Morrisville, NY 13408-1177**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      $173,715.72

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.4 62**

**King Living Trust**

Nonpriority Creditor's Name

**Attn: John C. & Carol A. King**
**6436 Craine Lake Road**
**Hamilton, NY 13346-2207**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      $254,962.39

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.4 63**

**Kirley, Ray W. and Debra L.**

Nonpriority Creditor's Name

**4207 Larrey Road**
**Madison, NY 13402-9782**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      $55,401.52

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.4
64**

**Klein, Kajetan K.**

Nonpriority Creditor's Name

**218 Washington Place**
**Hasbrouck Heights, NJ 07604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $29,123.68

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

**4.4
65**

**Klenck, Thomas R.**

Nonpriority Creditor's Name

**15 Payne Street**
**Hamilton, NY 13346-1111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $60,114.74

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

**4.4
66**

**Klish, Meghan**

Nonpriority Creditor's Name

**4975 Reservoir Road**
**Morrisville, NY 13408**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $995.00

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.4 67 | | | |

**Kmiec, Susan J.**
Nonpriority Creditor's Name

**926 Williams Road**
**Earlville, NY 13332-3052**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $56,708.06

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.4 68 | | | |

**Knapp, Linda E.**
Nonpriority Creditor's Name

**7895 Larkin Road**
**Hubbardsville, NY 13355-1148**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $36,677.87

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.4 69 | | | |

**Knapp, Makayla S.**
Nonpriority Creditor's Name

**16 Pine Avenue**
**Averill Park, NY 12018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     $13,027.18

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.4 70 | **Knecht, John H.** | **Last 4 digits of account number** _____ | **$9,894.36** |

Nonpriority Creditor's Name

**and Lynn A. Schwarzer**
**P.O. Box 83**
**Hamilton, NY 13346-0083**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

| 4.4 71 | **Knuth-Klenck, Deborah J.** | **Last 4 digits of account number** _____ | **$333,572.64** |

Nonpriority Creditor's Name

**15 Payne Street**
**Hamilton, NY 13346-1111**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

| 4.4 72 | **Koen, Mary J. and Robert J.** | **Last 4 digits of account number** _____ | **$72,866.06** |

Nonpriority Creditor's Name

**5774 Rocks Road**
**Morrisville, NY 13408-1200**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Notes** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.4 73 | **Kogut, Diane K. and Todd M.** | Last 4 digits of account number _____ | **$9,950.00** |

Nonpriority Creditor's Name
**3868 Fountain Street**
**Clinton, NY 13323**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Promissory Note**

---

| 4.4 74 | **Kornbluth, Stephen S. and Linda M.** | Last 4 digits of account number _____ | **$100,372.33** |

Nonpriority Creditor's Name
**2209 Vermont Route 31**
**Poultney, VT 05764-9775**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Promissory Note**

---

| 4.4 75 | **Kozlowski, Lukasz** | Last 4 digits of account number _____ | **$55,376.03** |

Nonpriority Creditor's Name
**9039 Woods Road**
**Remsen, NY 13438-4388**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.4**
**76**

**Kraly, F. Scott and Ellen P.**

Nonpriority Creditor's Name

**5483 Hill Road**
**Hamilton, NY 13346-2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $60,521.68

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

**4.4**
**77**

**Krawczenko, Arthur**

Nonpriority Creditor's Name

**9039 Woods Road**
**Remsen, NY 13438-4388**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $200,950.30

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

**4.4**
**78**

**Krouse, G. Glenn**

Nonpriority Creditor's Name

**32 Howard Street**
**Norwich, NY 13815-1237**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $126,794.60

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.4 79 | |
|---|---|

**Kunizaki, Priscilla**
Nonpriority Creditor's Name
**3003 88th Street**
**East Elmhurst, NY 11369-1412**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $108,490.11

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

| 4.4 80 | |
|---|---|

**Lafferty, Joann**
Nonpriority Creditor's Name
**12723 Ravensong Drive**
**Cypress, TX 77429-3737**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $153,640.46

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

| 4.4 81 | |
|---|---|

**Lahue, Alice G.**
Nonpriority Creditor's Name
**and Sandra L. Crumb**
**90 Eaton Street**
**Hamilton, NY 13346-9733**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $17,185.83

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.4 82**

**Laillier, Kirk T.**
Nonpriority Creditor's Name

**1779 Reservoir Road**
**Cassville, NY 13318-1207**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$35,671.91**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.4 83**

**Lamar, Gladys M.**
Nonpriority Creditor's Name

**306 Hickory Ridge Drive**
**Sebring, FL 33876-6619**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$40,609.83**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.4 84**

**Lamb, Mark A. and Erin R.**
Nonpriority Creditor's Name

**90 Glenwood Mountain Road**
**Sussex, NJ 07461-4621**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$7,059.03**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.4 85 | **Lamb, Robyn G.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**8144 Hill Road**
**Hubbardsville, NY 13355-1104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$2,399,432.57**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

| 4.4 86 | **Lamb, Zachary A.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**90 Glenwood Mountain Road**
**Sussex, NJ 07461**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$3,345.89**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.4 87 | **Land, William S. and Kathleen E.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 116**
**Bridgewater, NJ 13313-0116**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$139,300.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.4 88 | | | |
|---|---|---|---|

**Lane, Carolyn V. and Keith W.**
Nonpriority Creditor's Name

**1985 Poolville Road**
**Hubbardsville, NJ 13355-1120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____    **$20,914.19**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.4 89 | | | |
|---|---|---|---|

**Lantz, David C. and Clara H.**
Nonpriority Creditor's Name

**146 Lebanon Street**
**Hamilton, NY 13346-9573**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____    **$9,949.09**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.4 90 | | | |
|---|---|---|---|

**LaRuffa, Lindsay A.**
Nonpriority Creditor's Name

**15 Broad Street**
**Hamilton, NY 13346-1302**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____    **$88,609.02**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

_____

| 4.4 91 | **Lash, Virginia H.** | Last 4 digits of account number _____ | $63,197.86 |

Nonpriority Creditor's Name

**6404 Craine Lake Road**
**Hamilton, NY 13346-9802**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note** _____

---

| 4.4 92 | **Laub, John J. and Ceclia M.** | Last 4 digits of account number _____ | $6,310.88 |

Nonpriority Creditor's Name

**2455 Hatch Lake Road**
**Eaton, NY 13334-3249**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note** _____

---

| 4.4 93 | **Lawrence, John P. and Arlene L.** | Last 4 digits of account number _____ | $25,859.15 |

Nonpriority Creditor's Name

**1631 Smith Road**
**Hamilton, NY 13346-2437**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note** _____

Debtor 1   **M. Burton Marshall**

Case number (*if known*)

---

**4.4 94**

**Lawson, Benjamin T.**
Nonpriority Creditor's Name

**9300 Rural Point Drive**
**Mechanicsville, VA 23116-4175**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $258.39

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

**4.4 95**

**Lawson, Elizabeth M.**
Nonpriority Creditor's Name

**9300 Rural Point Drive**
**Mechanicsville, VA 23116-4175**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $308.14

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

**4.4 96**

**Lawson, James A.**
Nonpriority Creditor's Name

**9300 Rural Point Drive**
**Mechanicsville, VA 23116-4175**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $308.14

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number *(if known)* _____

---

**4.4 97**

**Lawson, Lindsey S.**
Nonpriority Creditor's Name
**3866 Pompey Hollow Road**
**Cazenovia, NY 13035-9514**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$5,524.61**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.4 98**

**Lawson, Tanner M.**
Nonpriority Creditor's Name
**3866 Pompey Hollow Road**
**Cazenovia, NY 13035-9514**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$1,973.87**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.4 99**

**Lebanon Valley Cemetery Association**
Nonpriority Creditor's Name
**Attn: Carol A. King**
**6436 Craine Lake Road**
**Hamilton, NY 13346-2207**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$9,554.61**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.5 00 | **Lehman, Herman K. and Nancy E.** | Last 4 digits of account number _____ | $146,776.25 |
|---|---|---|---|

Nonpriority Creditor's Name

**6790 Bryden Road**
**Clinton, NY 13323-5007**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

| 4.5 01 | **Lehr, James L.** | Last 4 digits of account number _____ | $2,445.71 |
|---|---|---|---|

Nonpriority Creditor's Name

**3991 Roberts Road**
**Morrisville, NY 13408-2215**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

| 4.5 02 | **LeRoy, Susan C.** | Last 4 digits of account number _____ | $2,759.05 |
|---|---|---|---|

Nonpriority Creditor's Name

**7177 Hoose Road**
**Earlville, NY 13332-2605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.5 03**

**Leuenberger Living Trust**

Nonpriority Creditor's Name

**Attn: Carol E. Leuenberger**
**6185 Cooper Street**
**Vernon, NY 13476-4020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$132,631.62**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.5 04**

**Levine, Rhonda F.**

Nonpriority Creditor's Name

**95 Grand Boulevard**
**Binghamton, NY 13905-3327**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$28,750.71**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.5 05**

**Levine-Murray, Andrew D.**

Nonpriority Creditor's Name

**96 Grand Boulevard**
**Binghamton, NY 13905-3327**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$25,907.40**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.5 06 | **Lewis, Brenton P. and Caroline T.** | Last 4 digits of account number _____ | $35,257.36 |

Nonpriority Creditor's Name
**10 Gillette Lane**
**Cazenovia, NY 13035-1404**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
**□ Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
□ Yes

■ Other. Specify    **Promissory Note**

---

| 4.5 07 | **Lewis, Christopher and Bonnie Jo** | Last 4 digits of account number _____ | $55,638.25 |

Nonpriority Creditor's Name
**6726 Bogusville Hill Road**
**Deansboro, NY 13328-1002**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
**□ Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
□ Yes

■ Other. Specify    **Promissory Note**

---

| 4.5 08 | **Lewis, Joshua J.** | Last 4 digits of account number _____ | $58,801.76 |

Nonpriority Creditor's Name
**and Virginia L. Whitford**
**2554 Skyline Drive**
**Oriskany Falls, NY 13425-3624**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
**□ Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
□ Yes

■ Other. Specify    **Promissory Notes**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

| 4.5 09 | | |
|---|---|---|

**Lewis, Liam Bentley**
Nonpriority Creditor's Name
**10 Gillette Lane**
**Cazenovia, NY 13035-1404**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$5,958.82**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.5 10 | | |
|---|---|---|

**Liddle, Garth G.**
Nonpriority Creditor's Name
**2766 Evans Road**
**Eaton, NY 13334-1804**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$13,949.84**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Notes**

---

| 4.5 11 | | |
|---|---|---|

**Linsley, Barbara J.**
Nonpriority Creditor's Name
**2910 Avery Road**
**North Brookfield, NY 13418-1800**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$85,528.50**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*)

---

| 4.5 12 | **Linsley, David M.** | Last 4 digits of account number | $45,316.24 |

Nonpriority Creditor's Name

**2892 Avery Road**
**North Brookfield, NY 13418-1811**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.5 13 | **Livermore Farms LLC** | Last 4 digits of account number | $23,178.74 |

Nonpriority Creditor's Name

**Attn:  Brian Livermore**
**7199 Indian Opening Road**
**Madison, NY 13402-9778**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.5 14 | **Locascio, Gerard** | Last 4 digits of account number | $1,347,325.78 |

Nonpriority Creditor's Name

**631 Old Plantation Road**
**Jekyll Island, GA 31527-0723**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Notes**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.5 15 | | | |
|---|---|---|---|

**Lodor-Morris, Denise**

Nonpriority Creditor's Name

**P.O. Box 88**

**Eaton, NY 13334-0088**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____         **$123,810.87**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Notes**

---

| 4.5 16 | | | |
|---|---|---|---|

**Lohof , Christy**

Nonpriority Creditor's Name

**64 Boyce Road**

**Otter, MT 59062-9403**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____         **$94,780.48**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

| 4.5 17 | | | |
|---|---|---|---|

**Lollman, David A. and Rebecca**

Nonpriority Creditor's Name

**3373 Lake Moraine Road**

**Madison, NY 13402-9308**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____         **$81,371.09**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (*if known*)

---

| 4.5 18 | |
|---|---|

**Lollman, Jeanette M.**
Nonpriority Creditor's Name

**76 Boone Loop**
**Murrells Inlet, SC 29576**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** ___  ___  ___  ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

**$6,324.84**

---

| 4.5 19 | |
|---|---|

**Lollman, Vikki L.**
Nonpriority Creditor's Name

**7290 State Route 20**
**Madison, NY 13402-9766**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** ___  ___  ___  ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

**$46,344.31**

---

| 4.5 20 | |
|---|---|

**Loop, Camilla**
Nonpriority Creditor's Name

**5748 Tennessee Avenue**
**New Port Richey, FL 34652-2849**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** ___  ___  ___  ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

**$66,473.78**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

| 4.5 21 | **Loop, Gregory J.** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**12723 Ravensong Drive**
**Cypress, TX 77429-3737**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$243,739.90**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

| 4.5 22 | **Loop, Jackson T.** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**6315 Aldama Street, Apt. 6**
**Los Angeles, CA 90042**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$11,928.44**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

| 4.5 23 | **Loop, James A.** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**345 Saint John's Place, Apt 5S**
**Brooklyn, NY 11238**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$1,503.41**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

| 4.5 24 | | | |
|---|---|---|---|

**Loop, W. Jackson**

Nonpriority Creditor's Name

**27 West Kendrick Avenue**
**Hamilton, NY 13346-1211**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

$296,531.11

---

| 4.5 25 | | | |
|---|---|---|---|

**Loveless, James K. and RuthAnn**

Nonpriority Creditor's Name

**9 East Pleasant Street**
**Hamilton, NY 13346-1313**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

$9,655.10

---

| 4.5 26 | | | |
|---|---|---|---|

**Loveless, RuthAnn**

Nonpriority Creditor's Name

**9 East Pleasant Street**
**Hamilton, NY 13346-1313**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

$43,077.32

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

**4.5 27**

**Lovely Living Trust** _____
Nonpriority Creditor's Name
**Attn: Susan J. Lovely, Trustee**
**5112 Buyea Road**
**Cazenovia, NY 13035-9773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    $76,053.33

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Promissory Note** _____

---

**4.5 28**

**Lura, Russell P.** _____
Nonpriority Creditor's Name
**73 Hamilton Street**
**Hamilton, NY 13346-1328**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    $21,467.94

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Promissory Note** _____

---

**4.5 29**

**Lyman, Ronald E.** _____
Nonpriority Creditor's Name
**308 Barberry Lane**
**Greer, SC 29651-2818**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    $51,640.21

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall** _____  Case number (if known) _____

---

| 4.5 30 | **Lynch, Landon C.** | **Last 4 digits of account number** _____ | **$10,053.86** |

Nonpriority Creditor's Name
**c/o Jennifer Kirley Lynch**
**22 Talmage Road**
**Mendham, NJ 07945-1532**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Promissory Note** _____

---

| 4.5 31 | **Lynch, Wyatt R.** | **Last 4 digits of account number** _____ | **$9,973.87** |

Nonpriority Creditor's Name
**and Jennifer Kirley**
**22 Talmage Road**
**Mendham, NJ 07945-1532**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Promissory Note** _____

---

| 4.5 32 | **MacDonald, Dennis A.** | **Last 4 digits of account number** _____ | **$38,884.57** |

Nonpriority Creditor's Name
**2423 Sharman Road**
**Oriskany Falls, NY 13425-3609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**

_____        Case number (if known) _____

---

| 4.5 33 | | |
|---|---|---|

**MacDonald, Heather L.**
Nonpriority Creditor's Name

**27 Hartshorn Street**
**West Bridgewater, MA 02379-1409**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___            **$12,819.12**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify      **Promissory Note** _____

---

| 4.5 34 | | |
|---|---|---|

**Macera, Gary**
Nonpriority Creditor's Name

**P.O. Box 232**
**Ithaca, NY 14851-0232**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___            **$10,762.88**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify      **Promissory Note** _____

---

| 4.5 35 | | |
|---|---|---|

**Madden, Karen M.**
Nonpriority Creditor's Name

**and Timothy J. Wallace**
**21 Hoffman Road**
**New Hartford, NY 13413-2714**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___            **$74,625.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify      **Promissory Notes** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*)

---

| 4.5<br>36 | **Madison Village Cemetery** | Last 4 digits of account number | $28,666.96 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Mary Bikowsky**
**P.O. Box 351**
**Madison, NY 13402-0035**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.5<br>37 | **Malloy, Matthew M.** | Last 4 digits of account number | $175,787.30 |
|---|---|---|---|

Nonpriority Creditor's Name

**736 Marco Place**
**Venice, CA 90291-3806**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.5<br>38 | **Manchester, Mark A. and Linda J.** | Last 4 digits of account number | $230,660.53 |
|---|---|---|---|

Nonpriority Creditor's Name

**382 Irvin Street**
**Plymouth, MI 48170-1109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known)

---

**4.5
39**

**Manner, Germaine E.**

Nonpriority Creditor's Name

**P.O. Box 212**
**Brookfield, NY 13314-0212**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                     $29,850.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

**4.5
40**

**Manner, Kelly L.**

Nonpriority Creditor's Name

**190 West Bacon Street**
**Waterville, NY 13480-1134**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                     $151.79

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

**4.5
41**

**Manner, Kimberly A. and Kenneth J.**

Nonpriority Creditor's Name

**450 Morgan Road**
**West Edmeston, NY 13485-1752**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                     $9,966.65

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.5 42**

**Manwaring, Colin C.**
Nonpriority Creditor's Name
**P.O. Box 74**
**Hamilton, NY 13346-0074**
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___          $2,246.74

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.5 43**

**Manwaring, Tyler J.**
Nonpriority Creditor's Name
**P.O. Box 74**
**Hamilton, NY 13346-0074**
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___          $2,246.74

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.5 44**

**Marcy, Alan D.**
Nonpriority Creditor's Name
**P.O. Box 651**
**Sherburne, NY 13460-0651**
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___          $151,446.24

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.5**
**45**

**Marcy, Jan F.**
Nonpriority Creditor's Name

**116 Hidden Meadow Trail**
**Grand Island, NY 14072-2264**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____    **$33,475.74**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Promissory Notes** _____

---

**4.5**
**46**

**Marie Jipson Living Trust**
Nonpriority Creditor's Name

**Attn: Marie Jipson**
**3259 West Hill Road**
**Bouckville, NY 13310-1814**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____    **$4,725.33**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Promissory Note** _____

---

**4.5**
**47**

**Markiewicz, Hillary**
Nonpriority Creditor's Name

**4100 Woodland Drive**
**Chesapeake, VA 23321**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____    **$518.22**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.5 48**

**Markowski, Amy L.**

Nonpriority Creditor's Name

**1994 Erieville Road**
**Erieville, NY 13061-4122**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$1,353.97**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.5 49**

**Markowski, Stephen S. and Linda M.**

Nonpriority Creditor's Name

**1994 Erieville Road**
**Erieville, NY 13061-4122**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$24,744.49**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.5 50**

**Marshall, Clark B. and Roxy U.**

Nonpriority Creditor's Name

**3011 English Avenue**
**Morrisville, NY 13408-9801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$47,127.11**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.5 51**

**Marshall, Kevin J. and Susan L.**
Nonpriority Creditor's Name
**2838 Geary Place, Unit 4009**
**Las Vegas, NV 89109-0193**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $19,959.49

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.5 52**

**Marshall, Luke W. and Lauren E.**
Nonpriority Creditor's Name
**23 Madison Street**
**Hamilton, NY 13346-1105**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $17,432.02

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

**4.5 53**

**Marshall, Matthew B.**
Nonpriority Creditor's Name
**P.O. Box 111**
**Hamilton, NY 13346-0111**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $10,464.13

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number *(if known)*

---

**4.5 54**

**Marshall, Megan M.**
Nonpriority Creditor's Name
**20 Payne Street**
**Hamilton, NY 13346**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$8,719.99**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.5 55**

**Marti, Jack A. and Teresa N.**
Nonpriority Creditor's Name
**2659 Mill Street**
**New Woodstock, NY 13122-9701**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$29,995.64**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.5 56**

**Martin, Brian Eric**
Nonpriority Creditor's Name
**4545 Barbados Loop**
**Clermont, FL 34711-5256**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$44,170.78**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.5 57 | **Martin, Cynthia L.** | Last 4 digits of account number _____ | **$9,807.42** |

Nonpriority Creditor's Name

**238 Upham Road**
**Georgetown, NY 13072-3179**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note** _____

---

| 4.5 58 | **Mary M. Pisiak Irrevocable Trust** | Last 4 digits of account number _____ | **$109,129.51** |

Nonpriority Creditor's Name

**Attn: Mary M. Pisiak**
**3577 Lake Moraine Road**
**Madison, NY 13402-1602**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note** _____

---

| 4.5 59 | **Mason, Gabriel E.** | Last 4 digits of account number _____ | **$296.33** |

Nonpriority Creditor's Name

**and Lynn S. Elliott**
**2476 Quarterline Road**
**Hubbardsville, NY 13355-1244**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.5 60 | **Matthews, Shelley** | Last 4 digits of account number _____ | $28,839.25 |

Nonpriority Creditor's Name

**15 Kellogg Road**
**New Hartford, NY 13413-2849**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.5 61 | **Maust, Dale and Barbra** | Last 4 digits of account number _____ | $117,431.03 |

Nonpriority Creditor's Name

**427 Almy Road 107**
**Evanston, WY 82830-9743**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.5 62 | **McBain, Maverick A.** | Last 4 digits of account number _____ | $2,266.45 |

Nonpriority Creditor's Name

**c/o Jerry Sanborn**
**5606 Stockbridge Falls Road**
**Munnsville, NY 13409-4032**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.5 63 | **McCarthy, Christa** | Last 4 digits of account number ___ ___ ___ ___ | **$113,139.08** |

Nonpriority Creditor's Name

**132 Holcomb Path Road**
**Lynchburg, VA 24501-4819**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.5 64 | **McClennen, Hannah N.** | Last 4 digits of account number ___ ___ ___ ___ | **$5,831.25** |

Nonpriority Creditor's Name

**3105 Cole Hill Road**
**Hubbardsville, NY 13355-1180**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.5 65 | **McClure, Samuel N.** | Last 4 digits of account number ___ ___ ___ ___ | **$113,420.79** |

Nonpriority Creditor's Name

**3014 Johnnycake Hill Road**
**Hamilton, NY 13346-0431**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

**4.5 66**

**McCredy, Robert W. Jr.**
Nonpriority Creditor's Name
**and Marilyn S. McCredy**
**2734 Johnnycake Hill Road**
**Hamilton, NY 13346-2189**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

$33,685.02

---

**4.5 67**

**McCulloch, Bert C. and Carole J.**
Nonpriority Creditor's Name
**2629 Daren Drive**
**Endwell, NJ 13760-7228**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

$313,425.00

---

**4.5 68**

**McCulloch, Jason B.**
Nonpriority Creditor's Name
**111 Lincoln Avenue**
**Endicott, NJ 13760**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

$11,940.00

---

Debtor 1    **M. Burton Marshall**

Case number (*if known*) _____

---

**4.5 69**

**McCullough, John E. and Susan B.**
Nonpriority Creditor's Name

**5 Burr Street**
**Cazenovia, NY 13035-1101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $55,698.56

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.5 70**

**McGhee, Donald H. and Gabrielle K.**
Nonpriority Creditor's Name

**9009 Horatio Avenue, Apt F3**
**Marcy, NY 13403-2366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $27,026.94

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.5 71**

**McMullen, Bruce A.**
Nonpriority Creditor's Name

**8200 White Street**
**Waterville, NY 13480-2220**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $1,483.42

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1 **M. Burton Marshall**

Case number (if known) _____

---

**4.5 72**

**McNamara, Cassondra L.**
Nonpriority Creditor's Name
**131 Tea Rock Lane**
**Marshfield, MA 02050-3152**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____         $1,248.53

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Promissory Note**

---

**4.5 73**

**McNamara, Richard T.**
Nonpriority Creditor's Name
**5071 Greenway Drive**
**North Port, FL 34287-3185**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____         $39,602.74

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Promissory Notes**

---

**4.5 74**

**McVaugh, Robert E. and Susanna J.**
Nonpriority Creditor's Name
**42 Broad Street**
**Hamilton, NY 13346-1304**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____         $78,175.18

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)*

---

**4.5
75**

**McVaugh, Timothy C. and Kristen V.**
Nonpriority Creditor's Name
**P.O. Box 149**
**Deerfield, MA 01342-0149**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $250,005.57

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.5
76**

**Meyer-Wendt, Maren E.**
Nonpriority Creditor's Name
**10 East Lake Road**
**Hamilton, NY 13346-2700**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $397,835.08

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.5
77**

**Miedema, Betty J.**
Nonpriority Creditor's Name
**198 Castle Hill Road**
**Sherburne, NY 13460-4718**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $21,705.09

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.5 78 | |
|---|---|

**Miedema, Jonathan D.**
Nonpriority Creditor's Name
**182 Castle Hill Road**
**Sherburne, NY 13460-4718**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $11,757.82

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.5 79 | |
|---|---|

**Miedema, Lisa M.**
Nonpriority Creditor's Name
**211 Castle Hill Road**
**Sherburne, NY 13460-4720**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $25,239.99

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.5 80 | |
|---|---|

**Miedema, Martha Jane**
Nonpriority Creditor's Name
**211 Castle Hill Road**
**Sherburne, NY 13460-4720**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $17,470.80

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.5 81 | **Miedema, S. John** | Last 4 digits of account number ___ ___ ___ ___ | **$6,882.37** |

Nonpriority Creditor's Name
**211 Castle Hill Road**
**Sherburne, NY 13460-4720**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.5 82 | **Miles, Linda M. and Ray L.** | Last 4 digits of account number ___ ___ ___ ___ | **$17,491.63** |

Nonpriority Creditor's Name
**P.O. Box 103**
**New Berlin, NY 13411-0103**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.5 83 | **Miller, Alvin S. and Amanda** | Last 4 digits of account number ___ ___ ___ ___ | **$36,028.68** |

Nonpriority Creditor's Name
**2445 Perry Schumaker Road**
**Munnsville, NY 13409-3618**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)*

---

**4.5 84**

**Miller, Dr. Merrill L.**
Nonpriority Creditor's Name

**P.O. Box 315**
**Hamilton, NY 13346-0315**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____    **$76,456.74**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.5 85**

**Miller, Eldon J.**
Nonpriority Creditor's Name

**2445 Perry Schumaker Road**
**Munnsville, NY 13409-3618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____    **$1,309.10**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.5 86**

**Miller, Joseph R.**
Nonpriority Creditor's Name

**282 Cabrini Boulevard, Apt 2H**
**New York, NY 10040-3679**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____    **$154,225.00**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.5 87**

**Miller, Kelly M.**

Nonpriority Creditor's Name

**3231 Bishop Road**
**Madison, NY 13402-9724**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$4,007.98**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.5 88**

**Miller, Margaret A.**

Nonpriority Creditor's Name

**77 West Kendrick Avenue**
**Hamilton, NY 13346-1201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$152,083.63**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.5 89**

**Miller, Michael J.**

Nonpriority Creditor's Name

**3231 Bishop Road**
**Madison, NY 13402-9724**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$24,177.68**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Notes** _____

---

Debtor 1   **M. Burton Marshall**                                        Case number (*if known*) _____

---

| 4.5 90 | **Miller, Randy and Jolene** | Last 4 digits of account number ___ ___ ___ ___ | $1,162.68 |

Nonpriority Creditor's Name

**62 East Main Street**
**Earlville, NY 13332**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.5 91 | **Miller, Titus** | Last 4 digits of account number ___ ___ ___ ___ | $11,277.79 |

Nonpriority Creditor's Name

**2181 Ross Road NW**
**Malta, OH 43758-9234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.5 92 | **Miller, Troy Thomas** | Last 4 digits of account number ___ ___ ___ ___ | $11,789.44 |

Nonpriority Creditor's Name

**c/o Cynthia L. Martin**
**238 Upham Road**
**Georgetown, NY 13072-3179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

**4.5 93**

**Mirabella, Karen M.**
Nonpriority Creditor's Name
**820 Stroud Circle**
**Wake Forest, NC 27587-4304**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$14,560.19**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.5 94**

**Misch, Donald P.**
Nonpriority Creditor's Name
**2072 State Route 12**
**Hubbardsville, NY 13355-9604**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$177,772.77**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.5 95**

**Mitchell, Florence S.**
Nonpriority Creditor's Name
**4 Hamilton Place**
**Clinton, NY 13323-1344**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$7,022.65**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.5
96**

**Mlasgar, James M. Jr.**
Nonpriority Creditor's Name
**32 Montgomery Street**
**Hamilton, NY 13346-1007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____ _____ _____ _____          **$66,736.79**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.5
97**

**Mlasgar, James M. Sr.**
Nonpriority Creditor's Name
**32 Montgomery Street**
**Hamilton, NY 13346-1007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____ _____ _____ _____          **$184,283.80**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.5
98**

**Moody, Savanna A.**
Nonpriority Creditor's Name
**16 Pine Avenue**
**Averill Park, NY 12018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____ _____ _____ _____          **$13,027.18**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

**4.5 99**

**Moonlight Riders Snowmobile Club**
Nonpriority Creditor's Name
**Attn: John Edick**
**P.O. Box 656**
**Morrisville, NY 13408-0656**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **$1,202.68**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note** _____

---

**4.6 00**

**Moore, Colin G.**
Nonpriority Creditor's Name
**5357 Mud Mill Road**
**Brewerton, NY 13029-9736**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **$9,198.19**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note** _____

---

**4.6 01**

**Morris, James D. and Wendy S.**
Nonpriority Creditor's Name
**2573 Johnnycake Hill Road**
**Hamilton, NY 13346-2192**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **$88,632.12**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.6 02**

**Morris, Michael F.**

Nonpriority Creditor's Name

**9056 Meadow Drive**
**Maineville, OH 45039**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$8,720.01**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.6 03**

**Morse, Kathy B.**

Nonpriority Creditor's Name

**2437 Fenner Road**
**Cazenovia, NY 13035-9702**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$67,737.30**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.6 04**

**Moshure, Pamela P.**

Nonpriority Creditor's Name

**13824 Camden Crest Terrace**
**Lakewood Ranch, FL 34211-1710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$15,705.48**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.6 05**

**Moubray, Elizabeth J.**                          $160.20
Nonpriority Creditor's Name
**11611 Navarro Way, Apt 2007**
**Fort Myers, FL 33908-2784**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.6 06**

**Muhlfeld, David E.**                          $13,392.84
Nonpriority Creditor's Name
**P.O. Box 537**
**Earlville, NY 13332-0537**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.6 07**

**Mullen, Johnnye Dee**                          $102,444.00
Nonpriority Creditor's Name
**6022 County Road 570**
**Gardner, CO 81040-9760**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.6
08**

**Muller, Otto H.**

Nonpriority Creditor's Name

**42 Montgomery Street**
**Hamilton, NY 13346-1007**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$40,330.65**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note** _____

---

**4.6
09**

**Munevar, Rosalba**

Nonpriority Creditor's Name

**58 West Street, Apt. 12A**
**New York, NY 10019-2508**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$9,950.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note** _____

---

**4.6
10**

**Munz, Vivienne M.**

Nonpriority Creditor's Name

**2966 Cole Hill Road**
**Hubbardsville, NY 13355-1256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$25,882.73**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**

Case number (*if known*) _____

| 4.6 11 | **Murphy, Jack F. E.** | Last 4 digits of account number ___ ___ ___ ___ | $18,018.86 |

Nonpriority Creditor's Name

**218 South Walnut Avenue, Unit 1**
**Ames, IA 50010**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Promissory Note**

---

| 4.6 12 | **Murphy, John D.** | Last 4 digits of account number ___ ___ ___ ___ | $66,140.22 |

Nonpriority Creditor's Name

**and Marilee J. Ensign**
**7856 Brimfield Street**
**Clinton, NY 13323**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Promissory Note**

---

| 4.6 13 | **Murphy, Nicholas J. E.** | Last 4 digits of account number ___ ___ ___ ___ | $3,457.91 |

Nonpriority Creditor's Name

**45 Newel Street, Apt. 2A**
**Brooklyn, NY 11222**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

**4.6 14**

**Murray, Martin J.**
Nonpriority Creditor's Name

**1801 Hermitage Road**
**Ann Arbor, MI 48104-4504**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $80,789.09

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.6 15**

**Murray, Thomas R.**
Nonpriority Creditor's Name

**1023 Rhode Island Street**
**San Francisco, CA 94107-3214**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $74,625.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.6 16**

**Myatt, Bradford P. and Kristin A.**
Nonpriority Creditor's Name

**565 Stoneleigh Road**
**Oneida, NY 13421-1813**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $20,545.03

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.6 17**

**Myers, David J.**
Nonpriority Creditor's Name
**245 Allen Street, Apt. 1**
**Hudson, NY 12534-2112**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   $371,473.72

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.6 18**

**Myers, George P. and Jennifer R.**
Nonpriority Creditor's Name
**8373 Falls Road**
**Trumansburg, NY 14886-9197**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   $81,829.16

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.6 19**

**Myers, Thomas J.**
Nonpriority Creditor's Name
**5 Terrace Road**
**Concord, NH 03301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   $43,034.51

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.6<br>20 | **Naef, Charles R.** | Last 4 digits of account number _____ | **$184,585.09** |

Nonpriority Creditor's Name

**59 Payne Street**
**Hamilton, NY 13346-1111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

| 4.6<br>21 | **Naef, Giselle E.** | Last 4 digits of account number _____ | **$63,700.75** |

Nonpriority Creditor's Name

**c/o Charles R. Naef**
**59 Payne Street**
**Hamilton, NY 13346-1111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.6<br>22 | **Nakhimovsky, Alexander and Alice** | Last 4 digits of account number _____ | **$353,009.52** |

Nonpriority Creditor's Name

**51 University Avenue**
**Hamilton, NY 13346-1319**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

**4.6 23**

**Nakhimovsky, Sharon**
Nonpriority Creditor's Name
**9429 Reach Road**
**Potomac, MD 20854-2853**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$4,612.10**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.6 24**

**Nassimos, Kathryn M.**
Nonpriority Creditor's Name
**7655 Valley Road**
**Madison, NY 13402-9506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$147,279.08**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.6 25**

**Natoli, Rhys H.**
Nonpriority Creditor's Name
**c/o Gloria Decker**
**6310 County Road 32**
**Norwich, NY 13815-3551**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$299.33**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.6 26 | **Naughton, John T.** | **Last 4 digits of account number** ___ ___ ___ ___ | $393,552.95 |

Nonpriority Creditor's Name

**1244 Bellevue Avenue, Apt. #1**
**Burlingame, CA 94010**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

- ■ No
- ☐ Yes

---

| 4.6 27 | **Neary Family Trust** | **Last 4 digits of account number** ___ ___ ___ ___ | $106,916.45 |

Nonpriority Creditor's Name

**Attn:  James R. Neary**
**103 Bond Street**
**Deerfield, NY 13502-1101**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

- ■ No
- ☐ Yes

---

| 4.6 28 | **Neary, David M.** | **Last 4 digits of account number** ___ ___ ___ ___ | $107,958.66 |

Nonpriority Creditor's Name

**11609 North Lake Road**
**Forestport, NY 13338-2523**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

- ■ No
- ☐ Yes

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.6 29 | | | |
|---|---|---|---|

**Neary, Kimberley A.**
Nonpriority Creditor's Name

**11609 North Lake Road**
**Forestport, NY 13338-2523**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$168,806.96**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.6 30 | | | |
|---|---|---|---|

**Neff, Ronald E. and Viola**
Nonpriority Creditor's Name

**7631 State Route 20**
**Madison, NY 13402-9535**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$43,487.88**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.6 31 | | | |
|---|---|---|---|

**Nelson, Letti J.**
Nonpriority Creditor's Name

**2160 Bleecker Street, Apt. B249**
**Utica, NY 13501-1751**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$148,671.14**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.6 32 | **Nicholls, Anna M.** | Last 4 digits of account number _____ | $32,337.50 |

Nonpriority Creditor's Name

**2398 Brookview Drive**
**Hamilton, NY 13346-2241**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.6 33 | **Nicholls, Maria C.** | Last 4 digits of account number _____ | $39,800.00 |

Nonpriority Creditor's Name

**c/o Craig Nicholls**
**805 Stinard Avenue**
**Syracuse, NY 13207-1549**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.6 34 | **Niles, Judith A. and Paul D.** | Last 4 digits of account number _____ | $62,339.43 |

Nonpriority Creditor's Name

**2338 Lake Sparrow Street**
**Myrtle Beach, SC 29577-1538**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.6 35 | | |
|---|---|---|

**Nilsen, Matthew**

Nonpriority Creditor's Name

**10 Jefferson Avenue**
**LeRoy, NY 14482-1406**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$200,094.29**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.6 36 | | |
|---|---|---|

**North Brookfield Fire Department**

Nonpriority Creditor's Name

**Attn: Mark Broedel, Treasurer**
**9199 Main Street**
**North Brookfield, NY 13418**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$116,280.96**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.6 37 | | |
|---|---|---|

**Novak, John A.**

Nonpriority Creditor's Name

**1825 Preston Hill Road**
**Hamilton, NY 13346-2319**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$98,322.77**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.6 38 | |
|---|---|

**Nower, Keith A.**
Nonpriority Creditor's Name
**3362 Maple Avenue**
**Bouckville, NY 13310-1714**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$8,417.08**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.6 39 | |
|---|---|

**O'Dell, Mark S.**
Nonpriority Creditor's Name
**3265 South Street**
**Morrisville, NY 13408-2107**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$59,700.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.6 40 | |
|---|---|

**Ochs, Elizabeth**
Nonpriority Creditor's Name
**215 Butler Avenue**
**Providence, RI 02906-5312**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$60,651.67**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes**

---

Debtor 1    **M. Burton Marshall**

Case number (if known)

---

| 4.6 41 | | | |
|---|---|---|---|

**Ochs, Peter W. and Vanessa G.**

Last 4 digits of account number _____    **$956,476.61**

Nonpriority Creditor's Name

**1617 Saint Annes Road**
**Charlottesville, VA 22901-3045**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

| 4.6 42 | | | |
|---|---|---|---|

**Ochs, Vanessa G.**

Last 4 digits of account number _____    **$243,837.92**

Nonpriority Creditor's Name

**1617 Saint Annes Road**
**Charlottesville, VA 22901-3045**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

| 4.6 43 | | | |
|---|---|---|---|

**Ogden, Frances E. M.**

Last 4 digits of account number _____    **$90,034.34**

Nonpriority Creditor's Name

**6008 Chamberlain Road**
**Hamilton, NY 13346-2353**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

**4.6
44**

**Ogrydziak, Brian W.**

Nonpriority Creditor's Name

**2481 Lackey-Old State Road
Delaware, OH 43015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

$14,925.00

---

**4.6
45**

**Ogrydziak, Connor A.**

Nonpriority Creditor's Name

**4982 West Wilcox Road
Eaton, NY 13334-3412**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

$52,880.93

---

**4.6
46**

**Ogrydziak, David A.**

Nonpriority Creditor's Name

**4982 West Wilcox Road
Eaton, NY 13334-3412**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

$111,543.09

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

| 4.6 47 | **Ogrydziak, Sharon T.** | Last 4 digits of account number _____ | $205,523.45 |
|---|---|---|---|

Nonpriority Creditor's Name

**3104 State Route 26**
**Eaton, NY 13334-3238**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.6 48 | **Oley, Heather B.** | Last 4 digits of account number _____ | $1,271.75 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 15**
**Earlville, NY 13332-0015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.6 49 | **Olmstead, Richard A. and Helen C.** | Last 4 digits of account number _____ | $51,386.07 |
|---|---|---|---|

Nonpriority Creditor's Name

**225 Sanger Avenue**
**Waterville, NY 13480-1121**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.6 50 | **Omans, Gareth L.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**455 12th Place SE**

**Vero Beach, FL 32962-5734**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$644,756.64**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Notes**

---

| 4.6 51 | **Omans, Laurie B.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**17 Willow Place**

**Cazenovia, NY 13035-1210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$301,526.34**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Note**

---

| 4.6 52 | **Orth, Barbara B.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5139 Eaton Brook Road**

**Eaton, NY 13334-3417**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$174,165.73**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Promissory Notes**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

**4.6 53**

**Orth, David S.**

Nonpriority Creditor's Name

**2861 Evans Road**
**Eaton, NY 13334-1803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $202,259.78

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.6 54**

**Orth, Nancy L. and Garth G.**

Nonpriority Creditor's Name

**2766 Evans Road**
**Eaton, NY 13334-1803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $25,871.82

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.6 55**

**Orth, Paul M.**

Nonpriority Creditor's Name

**2403 Lebanon Hill Road**
**Eaton, NY 13334-3150**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $292,927.05

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.6 56**

**Orth, Scott D.**
Nonpriority Creditor's Name
**7840 Wilton Road**
**Henrico, VA 23231-8005**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$33,607.94**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.6 57**

**Ortola, Linda D.**
Nonpriority Creditor's Name
**and Ronald Bagliere**
**3774 State Route 31, Apt. 409**
**Liverpool, NY 13090-1360**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$1,328.19**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.6 58**

**Osterhout, Glenn R. and Linda**
Nonpriority Creditor's Name
**7843 Water Street**
**Oriskany Falls, NY 13425-4516**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$9,288.60**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.6 59 | **Overton, Timothy J.** | | Last 4 digits of account number _____ | | $111,655.17 |

Nonpriority Creditor's Name

**5361 South Angels Breath Drive**
**Tucson, AZ 85757-8529**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.6 60 | **Owen, Gary J.** | | Last 4 digits of account number _____ | | $971,606.07 |

Nonpriority Creditor's Name

**6143 McLaughlin Road**
**Oriskany Falls, NY 13425-4234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Notes**

---

| 4.6 61 | **Owen, Rachael A.** | | Last 4 digits of account number _____ | | $107,246.52 |

Nonpriority Creditor's Name

**10131 Doyle Road**
**West Edmeston, NY 13485-2958**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known)

---

| 4.6 62 | **Owens, Gregory** | Last 4 digits of account number | **$6,698.93** |

Nonpriority Creditor's Name

**and Stephanie McClintick**
**18 Charles Street**
**Hamilton, NY 13346-1332**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

| 4.6 63 | **Owens, Peter L.** | Last 4 digits of account number | **$86,568.82** |

Nonpriority Creditor's Name

**P.O. Box 302**
**Brookfield, NY 13314-0302**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

| 4.6 64 | **Palmer, Christopher J. and Donna B.** | Last 4 digits of account number | **$84,096.02** |

Nonpriority Creditor's Name

**9  Topaz Drive**
**Dover, NH 03820-4831**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.6 65 | |
|---|---|

**Palmer, Edward P. and Gail K.**
Nonpriority Creditor's Name
**2576 River Road**
**Eaton, NY 13334-2901**
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___                    $387,224.70

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

�the
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.6 66 | |
|---|---|

**Palmer, Kevin E. and Opal D.**
Nonpriority Creditor's Name
**5029 Swamp Road**
**Morrisville, NY 13408-1110**
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___                    $136,699.50

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.6 67 | |
|---|---|

**Parish, Thomas H.**
Nonpriority Creditor's Name
**2398 Brookview Drive**
**Hamilton, NY 13346-2241**
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___                    $28,653.03

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.6 68**

**Parry, Jonathan M.**

Nonpriority Creditor's Name

**21 Mohawk Drive**
**Acton, MA 01720-2311**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   $15,571.25

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

**4.6 69**

**Pavela, Margaret A.**

Nonpriority Creditor's Name

**500 Birchall Lane, Apt. 308**
**Hoover, AL 35226-6428**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   $170,816.31

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Notes**

---

**4.6 70**

**Payne, Cheryl M. and Kenneth D.**

Nonpriority Creditor's Name

**11517 Cosby Manor Road**
**Utica, NY 13502-7708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   $14,291.01

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.6 71 | **Payne, Crystal A.** | **Last 4 digits of account number** _____ | **$114,425.00** |

Nonpriority Creditor's Name

**and David Armstrong**
**8155 State Route 13**
**Canastota, NY 13032-5448**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Note** _____

---

| 4.6 72 | **Peach, Judith A.** | **Last 4 digits of account number** _____ | **$89,828.05** |

Nonpriority Creditor's Name

**5235 English Avenue**
**Hamilton, NY 13346-3502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Notes** _____

---

| 4.6 73 | **Peckham, Richard L. and Megan B.** | **Last 4 digits of account number** _____ | **$70,467.15** |

Nonpriority Creditor's Name

**5412 Brookside Road**
**Madison, NY 13402-9203**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.6 74**

**Pedersen, Ann L.**

Nonpriority Creditor's Name

**P.O. Box 33**
**Oriskany Falls, NY 13425-0033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____       **$21,772.99**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

**4.6 75**

**Pedersen, David and Ann L.**

Nonpriority Creditor's Name

**P.O. Box 33**
**Oriskany Falls, NY 13425-0033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____       **$789.07**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

**4.6 76**

**Penoyer, David E. and Rita J.**

Nonpriority Creditor's Name

**305 Hendrix Road**
**West Henrietta, NY 14586-8805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____       **$105,996.36**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Notes**

---

Debtor 1  **M. Burton Marshall**

Case number *(if known)* _____

---

**4.6 77**

**Penoyer, William E. and Glenda V.**
Nonpriority Creditor's Name
**157 Lebanon Street**
**Hamilton, NY 13346-9574**
Number City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number  _____      **$92,707.56**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Promissory Note**

---

**4.6 78**

**Peplinski, Edward J.**
Nonpriority Creditor's Name
**270 Parmwood Road**
**Richfield Springs, NY 13439-3202**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number  _____      **$301,649.41**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Promissory Note**

---

**4.6 79**

**Peplinski, Jason E.**
Nonpriority Creditor's Name
**1158 Little Lakes Road**
**Richfield Springs, NY 13439-3432**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number  _____      **$52,525.83**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.6 80**

**Peptis, James W. and Georgana J.**
Nonpriority Creditor's Name
**1457 Blue Heron Drive**
**Englewood, FL 34224-4705**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        $27,413.81

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.6 81**

**Peterboro United Methodist Church**
Nonpriority Creditor's Name
**c/o Milton Denison Jr.**
**P.O. Box 90**
**Peterboro, NY 13134-0090**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        $89,306.64

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

**4.6 82**

**Petersen, Dana M.**
Nonpriority Creditor's Name
**11260 Donner Pass Road**
**Suite C1 PMB 254**
**Truckee, CA 96161-4845**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        $28,255.94

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*)

---

| 4.6 83 | **Petersen, Jameson Neil** | Last 4 digits of account number | $5,072.94 |

Nonpriority Creditor's Name

**c/o Mark Petersen**
**7483 Tackabury Road**
**Earlville, NY 13332-3263**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Promissory Note**

---

| 4.6 84 | **Petersen, Jessy Jean** | Last 4 digits of account number | $10,769.74 |

Nonpriority Creditor's Name

**P.O. Box 385**
**Earlville, NY 13332**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Promissory Note**

---

| 4.6 85 | **Petersen, Mark D.** | Last 4 digits of account number | $11,382.90 |

Nonpriority Creditor's Name

**7483 Tackabury Road**
**Earlville, NY 13332-3263**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.6 86**

**Petersen, Nicole**

Nonpriority Creditor's Name

**P.O. Box 385**
**Earlville, NY 13332-0385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$39,603.33**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.6 87**

**Petrasch, Addison and Andrea**

Nonpriority Creditor's Name

**P.O. Box 607**
**Warren, VT 05674-0607**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$17,610.35**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.6 88**

**Petrasch, John Garrett and Andrea**

Nonpriority Creditor's Name

**P.O. Box 607**
**Warren, VT 05674-0607**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$5,227.49**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.6 89 | **Petroff, Nadeen C.** | Last 4 digits of account number _____ | $53,097.73 |

Nonpriority Creditor's Name

**5101 Evergreen Lane**
**Morrisville, NY 13408-2227**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.6 90 | **Phillips Revocable Living Trust** | Last 4 digits of account number _____ | $245,790.91 |

Nonpriority Creditor's Name

**Attn:  Alan and Paul Phillips**
**2616 Johnnycake Hill Road**
**Hamilton, NY 13346-2190**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.6 91 | **Phillips, Daniel C. and Susan M.** | Last 4 digits of account number _____ | $21,842.00 |

Nonpriority Creditor's Name

**P.O. Box 241**
**South Otselic, NY 13155-0241**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.6 92 | **Phillips, Iona M.** | Last 4 digits of account number _____ | $251,638.99 |

Nonpriority Creditor's Name

**2403 Poolville Road**
**Hubbardsville, NY 13355-1155**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.6 93 | **Pilachowski, David M. and Marsha L.** | Last 4 digits of account number _____ | $29,250.28 |

Nonpriority Creditor's Name

**324 Pippin Knoll**
**Bennington, VT 05201-9782**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.6 94 | **Pinney, John J. and Kathleen A.** | Last 4 digits of account number _____ | $98,805.30 |

Nonpriority Creditor's Name

**189 West Hill Road**
**Sherburne, NY 13460-4301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.6 95**

**Pisiak, Kenneth M.**

Nonpriority Creditor's Name

**c/o Glenn Osterhout**
**7843 Water Street**
**Oriskany Falls, NY 13425-4516**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    $1,161.60

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Promissory Note** _____

---

**4.6 96**

**Pisiak, Nathan T.**

Nonpriority Creditor's Name

**c/o Deb Welsh**
**1844 Bonney Road**
**Hamilton, NY 13346-2157**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    $284.26

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Promissory Note** _____

---

**4.6 97**

**Pisiak, Owen Edward**

Nonpriority Creditor's Name

**c/o Deb Welsh**
**1844 Bonney Road**
**Hamilton, NY 13346-2157**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    $155.63

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

| 4.6 98 | **Pitcher, M. Anne** | Last 4 digits of account number ___ ___ ___ ___ | $4,808.49 |

Nonpriority Creditor's Name

**1801 Hermitage Road**
**Ann Arbor, MI 48104-4504**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.6 99 | **Pittman, Joseph A.** | Last 4 digits of account number ___ ___ ___ ___ | $236.70 |

Nonpriority Creditor's Name

**5786 Griffith Road**
**Oriskany Falls, NY 13425-4404**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.7 00 | **Plata Parga, Fernando** | Last 4 digits of account number ___ ___ ___ ___ | $39,796.33 |

Nonpriority Creditor's Name

**and Franziska L. Merklin**
**48 University Avenue**
**Hamilton, NY 13346-1326**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.7
01**

**Pohl, Andrew F. and Heather A.**                    Last 4 digits of account number _____        **$4,302.09**
Nonpriority Creditor's Name
**1350 Abington Place**                               When was the debt incurred? _____
**North Tonawanda, NY 14120-1970**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ **Debtor 1 only**                                  ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

☐ **No**                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ☐ **Other. Specify   Promissory Note**

---

**4.7
02**

**Pohl, Mary B.**                                    Last 4 digits of account number _____        **$147,940.31**
Nonpriority Creditor's Name
**1130 Bowen Drive West**                             When was the debt incurred? _____
**North Tonawanda, NY 14120-2829**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ **Debtor 1 only**                                  ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

☐ **No**                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ☐ **Other. Specify   Promissory Note**

---

**4.7
03**

**Poolville Country Store LLC**                       Last 4 digits of account number _____        **$69,597.26**
Nonpriority Creditor's Name
**Attn: Roger Foster**                               When was the debt incurred? _____
**1245 Earlville Road**
**Earlville, NY 13332-3601**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ **Debtor 1 only**                                  ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

☐ **No**                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ☐ **Other. Specify   Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known)

---

**4.7 04**

**Popek, Daniel A. and Diane M.**

Nonpriority Creditor's Name

**125 Forest View Lane**
**Minoa, NY 13116-1918**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

$24,875.00

---

**4.7 05**

**Popek, Diane M.**

Nonpriority Creditor's Name

**125 Forest View Lane**
**Minoa, NY 13116-1918**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

$10,749.31

---

**4.7 06**

**Powell , James S.**

Nonpriority Creditor's Name

**6498 Trenton Road**
**Utica, NY 13502-6914**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

$61,942.22

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)* _____

---

**4.7 07**

**Powell , Marie N.**

Nonpriority Creditor's Name

**6498 Trenton Road**
**Utica, NY 13502-6914**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$46,397.76**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.7 08**

**Powers, Derek W. and Pamela M.**

Nonpriority Creditor's Name

**323 Brinkerhoff Street**
**Chittenango, NY 13037-1808**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$91,981.70**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.7 09**

**Powers, Roger W.**

Nonpriority Creditor's Name

**6284 Fearon Road**
**Bouckville, NY 13310-9745**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$215,146.38**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 10 | **Powrie Family Trust** | | **Last 4 digits of account number** _____ | **$82,375.32** |

Nonpriority Creditor's Name

**Attn:  Karen M. Powrie, Trustee**
**104 Merrifield Road**
**Earlville, NY 13332-3018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Promissory Note** _____

---

| 4.7 11 | **Pruden, Denise F.** | | **Last 4 digits of account number** _____ | **$3,178.13** |

Nonpriority Creditor's Name

**P.O. Box 57**
**Hamilton, NY 13346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Promissory Note** _____

---

| 4.7 12 | **Pugh, Avarah** | | **Last 4 digits of account number** _____ | **$3,162.39** |

Nonpriority Creditor's Name

**c/o Jerry Sanborn**
**5606 Stockbridge Falls Road**
**Munnsville, NY 13409-4032**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 13 | | |
|---|---|---|

**Rajagopal, Arvind**
Nonpriority Creditor's Name
**and Anupama P. Rao**
**609 West 114th Street, Apt. 81**
**New York, NY 10025-7912**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

**$191,538.21**

---

| 4.7 14 | | |
|---|---|---|

**Ramirez, Jimmy A.**
Nonpriority Creditor's Name
**c/o Nicholas Vitulli**
**959 Mount Vernon Drive**
**Grayslake, IL 60030-2647**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

**$2,957.24**

---

| 4.7 15 | | |
|---|---|---|

**Raybeck, Alethea J.**
Nonpriority Creditor's Name
**24 Grove Street, Apt. 12**
**Arlington, MA 02476-4614**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

**$73,466.46**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 16 | **Raybeck, Douglas A. and Karen J.** | Last 4 digits of account number ____ ____ ____ ____ | $46,303.03 |

Nonpriority Creditor's Name

**500 South Pleasant Street**
**Amherst, MA 01002-2542**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes**

---

| 4.7 17 | **Raymond, Donald L. Jr.** | Last 4 digits of account number ____ ____ ____ ____ | $70,345.96 |

Nonpriority Creditor's Name

**6292 Thompson Road**
**Syracuse, NY 13206-1404**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.7 18 | **Raymond, Sandra A.** | Last 4 digits of account number ____ ____ ____ ____ | $41,790.00 |

Nonpriority Creditor's Name

**5331 Oxbow Road**
**Cazenovia, NY 13035-9712**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 19 | **Reakes, Alan R. and Patricia M.** | | Last 4 digits of account number _____ | **$87,639.19** |

Nonpriority Creditor's Name

**5155 Reservoir Road**
**Morrisville, NY 13408-1424**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.7 20 | **Reese, Louise T.** | | Last 4 digits of account number _____ | **$22,943.54** |

Nonpriority Creditor's Name

**7592 Iris Lane**
**Liverpool, NY 13088-4122**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes** _____

---

| 4.7 21 | **Rejman, Paul A.** | | Last 4 digits of account number _____ | **$36,893.35** |

Nonpriority Creditor's Name

**and Justin P. Wilcox**
**7517 Gulf Brook Drive**
**Remsen, NY 13438-4295**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.7 22 | |
|---|---|

**Rekiel, Tomasz**
_____
Nonpriority Creditor's Name

**1 Lloyd Avenue**
**Florham Park, NJ 07932-2550**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____    **$201,458.65**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Promissory Note**

---

| 4.7 23 | |
|---|---|

**Relf, Wendy**
_____
Nonpriority Creditor's Name

**7423 State Route 20**
**Madison, NY 13402-9533**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____    **$12,263.04**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Promissory Note**

---

| 4.7 24 | |
|---|---|

**Revocable Trust of John N. McIntyre**
_____
Nonpriority Creditor's Name

**Attn:  John N. and Nancy Lee McIntyre**
**533 Kettle Woods Court**
**Pewaukee, WI 53072-6020**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____    **$51,977.81**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 25 | **Rice, Andrea R.** | Last 4 digits of account number ___ ___ ___ ___ | $8,956.75 |

Nonpriority Creditor's Name

**5859 Hill Road**
**Madison, NY 13402-1613**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note** _____

---

| 4.7 26 | **Richardson, Pamela J.** | Last 4 digits of account number ___ ___ ___ ___ | $95,015.85 |

Nonpriority Creditor's Name

**2984 Route 11, Apt. E17**
**LaFayette, NY 13084-9622**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note** _____

---

| 4.7 27 | **Richardson, Richard V.** | Last 4 digits of account number ___ ___ ___ ___ | $232,027.57 |

Nonpriority Creditor's Name

**5017 Swamp Road**
**Morrisville, NY 13408-1110**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 28 | **Richvalsky, Michael A. and Sandra A.** | Last 4 digits of account number _____ | **$149,232.09** |

Nonpriority Creditor's Name
**1089 Robinson Road**
**Mohawk, NY 01340-7962**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

| 4.7 29 | **Richvalsky, Robert E. and Rebecca A.** | Last 4 digits of account number _____ | **$438,006.72** |

Nonpriority Creditor's Name
**1230 Mason Road**
**Mohawk, NY 13407-3311**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

| 4.7 30 | **Richvalsky, Thomas C. and Amanda A.** | Last 4 digits of account number _____ | **$252,767.75** |

Nonpriority Creditor's Name
**7999 State Route 28**
**Richfield Springs, NY 13439**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.7 31 | **Riggall, Betty A.** | Last 4 digits of account number _____ | $44,936.46 |

Nonpriority Creditor's Name

**2779 Cemetery Road**
**Eaton, NY 13334-3424**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

| 4.7 32 | **Riggall, Daniel T. and Catherine L.** | Last 4 digits of account number _____ | $49,750.00 |

Nonpriority Creditor's Name

**3681 Joslin Road**
**Boonville, NY 13309-5309**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

| 4.7 33 | **Ritenour, Richard A.** | Last 4 digits of account number _____ | $483,415.66 |

Nonpriority Creditor's Name

**6027 Munz Road**
**Oriskany Falls, NY 13425-4036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 34 | **Rittenburg, Eden J.** | | Last 4 digits of account number _____ | | $9,790.26 |

Nonpriority Creditor's Name

**P.O. Box 248**
**West Winfield, NY 13491-0248**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.7 35 | **Rittenburg, Judah Paul** | | Last 4 digits of account number _____ | | $11,017.85 |

Nonpriority Creditor's Name

**P.O. Box 248**
**West Winfield, NY 13491-0248**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.7 36 | **Rittenburg, Malachi J.** | | Last 4 digits of account number _____ | | $10,209.98 |

Nonpriority Creditor's Name

**P.O. Box 248**
**West Winfield, NY 13491-0248**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known)

---

**4.7 37**

**Ritter, Deborah M.**

Nonpriority Creditor's Name

**6330 East Hill Road
Munnsville, NY 13409-2212**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $952.62

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.7 38**

**Robbins, Harry and Linda**

Nonpriority Creditor's Name

**452 Minots Corner Road
Frankfort, NY 13340-5932**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $38,069.24

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.7 39**

**Roberts, Arthur W.**

Nonpriority Creditor's Name

**9004 Kincaid Street
Canastota, NY 13032-4844**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $11,064.30

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

| | |
|---|---|
| 4.7 40 | **Roberts, Lacy E. Jr.** |

Nonpriority Creditor's Name

**7950 Maxwell Road**
**Clinton, NY 13323-4304**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$30,327.90

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| | |
|---|---|
| 4.7 41 | **Rodecap, Nancy M.** |

Nonpriority Creditor's Name

**2831 North Peninsula Drive**
**Daytona Beach, FL 32118-3120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$2,725.60

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes** _____

---

| | |
|---|---|
| 4.7 42 | **Rodman, Charles M.** |

Nonpriority Creditor's Name

**1094 Jantzen Road**
**Earlville, NY 13332-2516**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$62,761.47

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 43 | **Rodman, Troy J.** | Last 4 digits of account number _____ | $47,825.14 |

Nonpriority Creditor's Name

**26 Alvena Avenue**
**Cortland, NY 13045-1102**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Notes**

---

| 4.7 44 | **Rodman-Scarsi, Amy R.** | Last 4 digits of account number _____ | $61,639.53 |

Nonpriority Creditor's Name

**2961 Bluegrass Lane**
**Fullerton, CA 92835-4322**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Notes**

---

| 4.7 45 | **Roelofs, Lyle D. and Lauren M.** | Last 4 digits of account number _____ | $124,396.81 |

Nonpriority Creditor's Name

**Berea College**
**140 Chestnut Street**
**Berea, KY 40403-1500**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.7 46 | **Rogers, Abigail L.** | | Last 4 digits of account number ___ ___ ___ ___ | $2,871.93 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 165**
**West Eaton, NY 13484-0165**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notex**

---

| 4.7 47 | **Rogers, Cassandra J.** | | Last 4 digits of account number ___ ___ ___ ___ | $46,428.20 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**58 Silver Street, Apt. 1**
**Norwich, NY 13815-1484**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.7 48 | **Roy, Cooper F. and Dennis L.** | | Last 4 digits of account number ___ ___ ___ ___ | $5,706.99 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**7340 Lakeview Drive**
**Hamilton, NY 13346-2133**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.7 49**

**Roy, Dennis L. and Kathryn M.**

Nonpriority Creditor's Name

**7340 Lakeview Drive**
**Hamilton, NY 13346-2133**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

$149,531.92

---

**4.7 50**

**Roy, Thomas J.**

Nonpriority Creditor's Name

**7340 Lakeview Drive**
**Hamilton, NY 13346-2133**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

$1,506.56

---

**4.7 51**

**Russell, Wayne E. III**

Nonpriority Creditor's Name

**2959 Burns Road**
**Vernon Center, NY 13477-4103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

$120,236.82

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

**4.7 52**

**Rylan J. Hallam Living Trust**

Nonpriority Creditor's Name

**Attn:  Cheryl A. Hallam, Trustee**
**P.O. Box 82**
**Eaton, NY 13334-0082**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$134,613.69**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

**4.7 53**

**Sacco, Amelia**

Nonpriority Creditor's Name

**2230 Jones Road**
**Winchester, VA 22602-6601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$4,876.05**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

**4.7 54**

**Sacco, Jennifer L.**

Nonpriority Creditor's Name

**2230 Jones Road**
**Winchester, VA 22602-6601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$250,055.86**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

Debtor 1   __M. Burton Marshall_____

Case number (if known) _____

---

| 4.7 55 | **Sacco, Michael P.** | Last 4 digits of account number ___ ___ ___ ___ | $270,077.87 |

Nonpriority Creditor's Name

**2230 Jones Road**
**Winchester, VA 22602-6601**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

| 4.7 56 | **Sacco, Peter C. and Kathleen A.** | Last 4 digits of account number ___ ___ ___ ___ | $233,160.14 |

Nonpriority Creditor's Name

**2811 Johnnycake Hill Road**
**Hamilton, NY 13346-2188**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

| 4.7 57 | **Salati Living Trust** | Last 4 digits of account number ___ ___ ___ ___ | $450,405.41 |

Nonpriority Creditor's Name

**Attn:  Aldo P. and Carol J. Salati**
**122 Morgan Lane**
**Oneida, NY 13421-1839**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 58 | |
|---|---|

**Saltus, Katharine E.**
Nonpriority Creditor's Name
**5214 West Tortoise Drive**
**Eloy, AZ 85131-8020**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

**$7,888.90**

---

| 4.7 59 | |
|---|---|

**Sanborn Revocable Family Trust**
Nonpriority Creditor's Name
**Attn: Jerry Sanborn**
**5606 Stockbridge Falls Road**
**Munnsville, NY 13409-4032**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

**$69,602.21**

---

| 4.7 60 | |
|---|---|

**Sandra A. Raymond Irrevocable Trust**
Nonpriority Creditor's Name
**Attn: Sandra A. Raymond**
**5331 Oxbow Road**
**Cazenovia, NY 13035-9712**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes**

**$318,906.79**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 61 | **Sangerfield Cemetery Association** | Last 4 digits of account number _____ | **$8,392.54** |

Nonpriority Creditor's Name

**c/o Mabel Bushee, Treasurer**
**1047 Pleasant Valley Road**
**Waterville, NY 13480-2013**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

| 4.7 62 | **Saunders, David E.** | Last 4 digits of account number _____ | **$14,463.22** |

Nonpriority Creditor's Name

**6515 Middleport Road**
**Hamilton, NY 13346-2275**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

| 4.7 63 | **Sawyer Living Trust** | Last 4 digits of account number _____ | **$264,166.18** |

Nonpriority Creditor's Name

**Attn:  Ellen Sue Sawyer**
**4075 State Route 26**
**Eaton, NY 13334-3199**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 64 | | | |
|---|---|---|---|

**Sawyer, Avery M.**

Nonpriority Creditor's Name

**c/o Robert & Kara Sawyer**
**4833 Pembroke Drive**
**Manlius, NY 13104-2114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____          **$381.49**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

| 4.7 65 | | | |
|---|---|---|---|

**Sawyer, Caleb R.**

Nonpriority Creditor's Name

**4833 Pembroke Drive**
**Manlius, NY 13104-2114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____          **$281.98**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

| 4.7 66 | | | |
|---|---|---|---|

**Sawyer, Makenna G.**

Nonpriority Creditor's Name

**c/o Robert & Kara Sawyer**
**4833 Pembroke Drive**
**Manlius, NY 13104-2114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____          **$270.80**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**                                    Case number (if known) _____

---

**4.7 67**

**Sawyer, Robert P. and Kara L.**

Nonpriority Creditor's Name

**4833 Pembroke Drive**

**Manlius, NY 13104-2114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$8,885.11**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

**4.7 68**

**Sayler, James A. and Terry Ann**

Nonpriority Creditor's Name

**1615C Piccard Drive, Unit 1319**

**Rockville, MD 20850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$43,502.40**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

**4.7 69**

**Scalora, Pamela M.**

Nonpriority Creditor's Name

**33 East Street**

**Edmeston, NY 13335-2404**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$83,205.15**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 70 | | | |
|---|---|---|---|

**Schade, Robin R. and Carol A.**

Nonpriority Creditor's Name

**3600 Center Road**
**Madison, NY 13402-9305**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$72,359.98**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.7 71 | | | |
|---|---|---|---|

**Scheinman, Steven J. and Kelley B.**

Nonpriority Creditor's Name

**3189A East Lake Road**
**Skaneateles, NY 13152-9002**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$75,522.27**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.7 72 | | | |
|---|---|---|---|

**Schram, David F. and Jean M.**

Nonpriority Creditor's Name

**6797 West South Street**
**Westmoreland, NY 13490-1219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$57,799.73**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number *(if known)*

---

**4.7 73**

**Schram, Hannah**

Nonpriority Creditor's Name

**6797 West South Street**
**Westmoreland, NY 13490-1219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$6,310.88**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

**4.7 74**

**Schworm, Norman**

Nonpriority Creditor's Name

**174 Lakeside Drive**
**Burlington Flats, NY 13315-3706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$106,378.35**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

**4.7 75**

**Seamans, James E. and Lois A.**

Nonpriority Creditor's Name

**244 Sherrill Road**
**Sherrill, NY 13461-1220**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$29,824.42**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 76 | **Sehn, Brooke A.** | Last 4 digits of account number _____ | $203.40 |

Nonpriority Creditor's Name

**c/o Bradley & Karen Sehn**
**7272 Roumare Road**
**East Syracuse, NY 13057-3043**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify    **Promissory Note** _____

---

| 4.7 77 | **Sehn, Jacob W.** | Last 4 digits of account number _____ | $645.01 |

Nonpriority Creditor's Name

**c/o Bradley & Karen Sehn**
**7272 Roumare Road**
**East Syracuse, NY 13057-3043**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify    **Promissory Note** _____

---

| 4.7 78 | **Selleck, Anne Caitlyn** | Last 4 digits of account number _____ | $174,125.00 |

Nonpriority Creditor's Name

**447 Avenue Cabrillo**
**Half Moon Bay, CA 94019-5018**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify    **Promissory Notes** _____

---

Debtor 1    **M. Burton Marshall**                              Case number (if known) _____

---

**4.7 79**

**Sellers, Tracey L. and Philip J.**

Nonpriority Creditor's Name

**1158 Summit Drive**
**Annapolis, MD 21409-4742**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $10,456.39

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.7 80**

**Sexton, Wendy C.**

Nonpriority Creditor's Name

**357 Kings Road**
**Schenectady, NY 12304-3645**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $19,900.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.7 81**

**Shain, Barry A.**

Nonpriority Creditor's Name

**7085 Spring Hill Road**
**Hamilton, NY 13346-2255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $44,775.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Notes** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.7 82**

**Shantal, Arnold E.**
Nonpriority Creditor's Name

**5188 Fearon Road**
**Morrisville, NY 13408-1214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

$334,552.40

---

**4.7 83**

**Sharpe, Gregory T. and Holly A.**
Nonpriority Creditor's Name

**136 Elm Street**
**Batavia, NY 14020-2504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

$5,786.34

---

**4.7 84**

**Sharpe, Kevin E. and Sherry A.**
Nonpriority Creditor's Name

**3221 Oran Gulf Road**
**Manlius, NY 13104-8616**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

$1,525,848.43

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.7 85 | |
|---|---|

**Sharpe, Michael A. and Amy L.**
Nonpriority Creditor's Name

**82 Old Country Road**
**Fairport, NY 14450-1102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$202,345.02**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.7 86 | |
|---|---|

**Sharpe, Samuel T.**
Nonpriority Creditor's Name

**3221 Oran Gulf Road**
**Manlius, NY 13104-8616**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$84,038.81**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.7 87 | |
|---|---|

**Shaul, Pamela A.**
Nonpriority Creditor's Name

**1872 Wickwire Road**
**Hubbardsville, NY 13355-1112**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$1,933.07**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known)

---

| 4.7 88 | **Sherwood, Bradley T. and Darlene K.** | Last 4 digits of account number | $97,774.79 |

Nonpriority Creditor's Name

**P.O. Box 223**
**Morrisville, NY 13408-0223**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.7 89 | **Shortell, Ralph M.** | Last 4 digits of account number | $44,623.55 |

Nonpriority Creditor's Name

**P.O. Box 14**
**Dryden, NY 13053-0014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.7 90 | **Shotwell, Vera P. and Walter D.** | Last 4 digits of account number | $29,572.74 |

Nonpriority Creditor's Name

**3019 Hance Road**
**Macedon, NY 14502-9379**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.7 91 | **Simmons, Cheryl** | Last 4 digits of account number ___ ___ ___ ___ | $41,648.93 |

Nonpriority Creditor's Name
**3548 State Route 26**
**Vernon Center, NY 13477**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.7 92 | **Simmons, David A.** | Last 4 digits of account number ___ ___ ___ ___ | $491,864.74 |

Nonpriority Creditor's Name
**1405 Sandpiper Drive**
**Seal Beach, CA 90740-5750**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.7 93 | **Skinner, Tracy L.** | Last 4 digits of account number ___ ___ ___ ___ | $5,976.53 |

Nonpriority Creditor's Name
**877 West Hill Road**
**Sherburne, NY 13460-4632**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

**4.7 94**

**Slimak, Krzysztof L.**
Nonpriority Creditor's Name
**145 Randolph Avenue**
**Clifton, NJ 07011-1451**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

$52,644.76

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.7 95**

**Smalley, Alyssa B.**
Nonpriority Creditor's Name
**1800 Weeping Willow Drive, Apt. I**
**Lynchburg, VA 24501-3965**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

$1,165.81

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.7 96**

**Smith Valley Cemetery Association**
Nonpriority Creditor's Name
**c/o Carol A. King**
**6436 Craine Lake Road**
**Hamilton, NY 13346-2207**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

$13,845.30

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.7 97 | | | |
|---|---|---|---|

**Smith, Amber**

Nonpriority Creditor's Name

**P.O. Box 83**
**Oriskany, NY 13424-0083**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$5,385.10**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.7 98 | | | |
|---|---|---|---|

**Smith, Anthony T.**

Nonpriority Creditor's Name

**121 East Elm Street**
**Oneida, NY 13421-1405**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$5,065.54**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.7 99 | | | |
|---|---|---|---|

**Smith, Debra A.**

Nonpriority Creditor's Name

**1233 River Road**
**Hamilton, NY 13346-2617**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$7,355.72**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

**4.8 00**

**Smith, Derek W.**

Nonpriority Creditor's Name

**178 Bluxome Street, Apt. 108**
**San Francisco, CA 94107-1552**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $38,842.37

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Notes**

---

**4.8 01**

**Smith, Douglas A. and Tara A.**

Nonpriority Creditor's Name

**5996 Knoxboro Road**
**Oriskany Falls, NY 13425-3513**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $101,392.15

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

**4.8 02**

**Smith, Douglas E and Sue A.**

Nonpriority Creditor's Name

**7735 Cranston Road**
**Earlville, NY 13332-3402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $39,037.56

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.8 03**

**Smith, Mary A.**
Nonpriority Creditor's Name
**955 Sunny Point**
**Hamilton, NY 13346-2013**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

Last 4 digits of account number _____          **$7,328.74**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.8 04**

**Smith, Otis L. and A. Jean**
Nonpriority Creditor's Name
**4451 East Lake Road**
**Hamilton, NY 13346-3515**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

Last 4 digits of account number _____          **$178,920.90**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.8 05**

**Smith, Rebecca B.**
Nonpriority Creditor's Name
**132 Cooper Street, Apt. 107**
**Oriskany Falls, NY 13425-3855**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

Last 4 digits of account number _____          **$25,703.90**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.8 06 | |
|---|---|

**Smith, Renate K.**
Nonpriority Creditor's Name
**11 Fennaway Green**
**Cazenovia, NY 13035-1312**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$62,864.31**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

| 4.8 07 | |
|---|---|

**Smith, Richard F. and Kathleen E.**
Nonpriority Creditor's Name
**327 Richfield Hill Road**
**West Winfield, NY 13491-2660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$140,030.58**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.8 08 | |
|---|---|

**Smith, Robert J.**
Nonpriority Creditor's Name
**7663 Tackabury Road**
**Earlville, NY 13332-3801**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$348,250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**                                          Case number (*if known*) _____

---

| 4.8 09 | | |
|---|---|---|

**Smith, Ryan**                                    Last 4 digits of account number ___ ___ ___ ___                    **$1,310.66**
Nonpriority Creditor's Name
**c/o Anthony T. Smith**                           **When was the debt incurred?** _____
**121 East Elm Street**
**Oneida, NY 13421-1405**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community          ☐ Student loans
debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Promissory Note** _____

---

| 4.8 10 | | |
|---|---|---|

**Smith, Scott N.**                                Last 4 digits of account number ___ ___ ___ ___                    **$1,684.40**
Nonpriority Creditor's Name
**241 Furman Mill Road**                            **When was the debt incurred?** _____
**Sherburne, NY 13460-4907**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community          ☐ Student loans
debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Promissory Notes** _____

---

| 4.8 11 | | |
|---|---|---|

**Smith, Sydney D. and Debra A.**                  Last 4 digits of account number ___ ___ ___ ___                    **$29,850.00**
Nonpriority Creditor's Name
**1233 River Road**                                **When was the debt incurred?** _____
**Hamilton, NY 13346**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community          ☐ Student loans
debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

**4.8 12**

**Snyder, Jerry L. and Stacy L.**                    Last 4 digits of account number _____         **$579,678.65**
Nonpriority Creditor's Name
**1994 Vidler Road**                                  When was the debt incurred? _____
**West Edmeston, NY 13485-2916**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**          ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify  **Promissory Notes**

---

**4.8 13**

**Snyder, Kevin A.**                                  Last 4 digits of account number _____         **$141,260.79**
Nonpriority Creditor's Name
**P.O. Box 141**                                      When was the debt incurred? _____
**Madison, NY 13402-0141**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**          ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify  **Promissory Note**

---

**4.8 14**

**Sobel , Marcia G.**                                 Last 4 digits of account number _____         **$7,916.13**
Nonpriority Creditor's Name
**100 Hickory Street, Apt. W200**                     When was the debt incurred? _____
**Greenville, NC 27858-1677**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**          ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.8 15 | |
|---|---|

**Solomon, Sara H.**
Nonpriority Creditor's Name

**10 West Kendrick Avenue**
**Hamilton, NY 13346-1212**
Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$100.71**

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.8 16 | |
|---|---|

**Spaulding, Brenda Lee**
Nonpriority Creditor's Name

**2058 Main Street**
**New Woodstock, NY 13122-9757**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$107,687.08**

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.8 17 | |
|---|---|

**Spellicy, Michael P. and Anjanette A.**
Nonpriority Creditor's Name

**82 Zion Drive**
**Smyrna, DE 19977-6800**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$46,806.42**

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.8 18 | **Spudie, Stephen G.** | Last 4 digits of account number _____ | **$245,879.51** |
|---|---|---|---|

Nonpriority Creditor's Name
**676 Mason Road**
**Waterville, NY 13480-2308**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.8 19 | **St. Clair Living Trust** | Last 4 digits of account number _____ | **$89,437.24** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Rodney St. Clair**
**P.O. Box 192**
**Madison, NY 13402-0192**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.8 20 | **St. Germain, Jessica D. and Todd D.** | Last 4 digits of account number _____ | **$44,797.79** |
|---|---|---|---|

Nonpriority Creditor's Name
**12 Terrace Hill Drive**
**Greene, NY 13778-1028**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**

Case number (*if known*) _____

---

**4.8 21**

**Stanimer, Joanna L. and Edward M.**

Nonpriority Creditor's Name

**1429 Beaver Creek Road**
**West Edmeston, NY 13485-2703**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$1,714.88**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

**4.8 22**

**Stanton, Stephen F.**

Nonpriority Creditor's Name

**350 Madison Street**
**Waterville, NY 13480-1116**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$19,246.55**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

**4.8 23**

**Stapleton, Harold C.**

Nonpriority Creditor's Name

**and Colleen J. Townsend**
**120 Mountain View Drive, Apt. 203**
**Sherburne, NY 13460-5718**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$639,853.04**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)* _____

---

**4.8 24**

**Stapleton, Jeffrey D.**                                    Last 4 digits of account number ___ ___ ___ ___                              $184,012.12
Nonpriority Creditor's Name
**1 Chapel Street**                                         When was the debt incurred? _____
**Sherburne, NY 13460**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed
☐ At least one of the debtors and another                 Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**              ☐ Student loans
**debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                      ■ Other. Specify   **Promissory Note** _____

---

**4.8 25**

**Staudt, Ashleigh L.**                                    Last 4 digits of account number ___ ___ ___ ___                                $1,935.16
Nonpriority Creditor's Name
**6560 Morris Road**                                       When was the debt incurred? _____
**Munnsville, NY 13409-4124**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed
☐ At least one of the debtors and another                 Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**              ☐ Student loans
**debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                      ■ Other. Specify   **Promissory Note** _____

---

**4.8 26**

**Staudt, Marc J.**                                        Last 4 digits of account number ___ ___ ___ ___                                $2,671.11
Nonpriority Creditor's Name
**and Leigh Ann Staudt**
**6560 Morris Road**                                       When was the debt incurred? _____
**Munnsville, NY 13409-4124**
Number Street City State Zip Code
Who incurred the debt? Check one.                          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed
☐ At least one of the debtors and another                 Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**              ☐ Student loans
**debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                      ■ Other. Specify   **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**

Case number (*if known*) _____

---

**4.8 27**

**Staudt, Michael J.**
Nonpriority Creditor's Name
**6560 Morris Road**
**Munnsville, NY 13409-4124**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __            **$418.74**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Promissory Note**

---

**4.8 28**

**Stayer, Kathy**
Nonpriority Creditor's Name
**29 Frier Road**
**Lowman, NY 14861-8922**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __            **$1,586.55**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Promissory Note**

---

**4.8 29**

**Steele, Michelle L.**
Nonpriority Creditor's Name
**5011 Golf Road**
**Morrisville, NY 13408-1183**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __            **$139,576.46**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**                                      Case number (if known) _____

| 4.8 30 | **Steigerwald, Patricia W.** | Last 4 digits of account number _____ | $59,091.00 |

Nonpriority Creditor's Name
**1275 Turnpike Street, Unit 1201**
**North Andover, MA 01845-6147**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify   **Promissory Note** _____

---

| 4.8 31 | **Steinberg, Marci** | Last 4 digits of account number _____ | $89,550.00 |

Nonpriority Creditor's Name
**40 Mountain View Avenue**
**Woodstock, NY 12498-1216**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify   **Promissory Note** _____

---

| 4.8 32 | **Steneri Living Trust** | Last 4 digits of account number _____ | $44,027.30 |

Nonpriority Creditor's Name
**Attn: Arthur & Rose Steneri,**
**Trustees**
**401 Tamarack Terrace**
**Hamilton, NY 13346-1234**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

**4.8 33**

**Stengel, Janet A.**
Nonpriority Creditor's Name
**P.O. Box 529**
**Stittville, NY 13469-0529**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

**$60,838.09**

---

**4.8 34**

**Stephanowski-Casscles, Mary B.**
Nonpriority Creditor's Name
**P.O. Box 403**
**Sherburne, NY 13460-0403**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

**$18,107.99**

---

**4.8 35**

**Stephenson, Carolyn M.**
Nonpriority Creditor's Name
**6710 Hawaii Kai Drive, Apt. 1004**
**Honolulu, HI 96825-1546**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes**

**$312,837.10**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

**4.8 36**

**Sterle, Henrietta H.**
Nonpriority Creditor's Name
**3758 State Route 26**
**Eaton, NY 13334-3155**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

�)■( Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$20,555.78**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.8 37**

**Sterle, James E. and Carolyn**
Nonpriority Creditor's Name
**P.O. Box 225**
**Morrisville, NY 13408-0225**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$37,413.63**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.8 38**

**Sterling, Jan E. and John B. III**
Nonpriority Creditor's Name
**568 Stoneleigh Road**
**Oneida, NY 13421-1814**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$60,528.95**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1 **M. Burton Marshall**

Case number (if known) _____

---

| 4.8 39 | **Stetson, Alexis L.** | Last 4 digits of account number ___ ___ ___ ___ | **$1,308.80** |

Nonpriority Creditor's Name

**109 Conger Avenue**
**Waterville, NY 13480-1203**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.8 40 | **Stetson, Darlene T. and Wayne K.** | Last 4 digits of account number ___ ___ ___ ___ | **$74,295.12** |

Nonpriority Creditor's Name

**7714 Gorton Lake Road**
**Waterville, NY 13480-2620**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes**

---

| 4.8 41 | **Stevens, Anita L.** | Last 4 digits of account number ___ ___ ___ ___ | **$50,753.18** |

Nonpriority Creditor's Name

**3 Adams Road**
**Ocean Ridge, FL 33435-6203**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**                                    Case number (if known) _____

---

**4.8 42**

**Stevenson, Dawn L.**                        Last 4 digits of account number ___ ___ ___ ___        $38,824.42

Nonpriority Creditor's Name
**3532 English Avenue**
**Morrisville, NY 13408-1918**              When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.        **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify   **Promissory Note**

---

**4.8 43**

**Stevenson, Richard W.**                    Last 4 digits of account number ___ ___ ___ ___        $47,316.68

Nonpriority Creditor's Name
**3532 English Avenue**
**Morrisville, NY 13408-1918**              When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.        **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify   **Promissory Note**

---

**4.8 44**

**Stewart, Lee C. and Mariam N.**            Last 4 digits of account number ___ ___ ___ ___        $37,447.40

Nonpriority Creditor's Name
**7542 Hill Road**
**Hamilton, NY 13346-2172**                 When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.        **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify   **Promissory Note**

---

Debtor 1  __M. Burton Marshall__

Case number (if known) _____

---

**4.8
45**

**Stockton, John E. and Susan B.**
Nonpriority Creditor's Name
**P.O. Box 226**
**Hamilton, NY 13346-0226**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$99,500.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes**

---

**4.8
46**

**Stockton, Judy N.**
Nonpriority Creditor's Name
**6275 Wendover Road**
**Bouckville, NY 13310-1819**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$13,250.78**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.8
47**

**Stockton, Victoria J. G. and James G.**
Nonpriority Creditor's Name
**P.O. Box 121**
**Stittville, NY 13469-0121**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$152,538.43**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

**4.8 48**

**Stoddard, Elizabeth and Brett**
Nonpriority Creditor's Name
**4744 Barn Swallow Drive**
**Chesapeake, VA 23321-1233**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$15,400.98**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Notes**

---

**4.8 49**

**Stoker, Joan M.**
Nonpriority Creditor's Name
**23 Farnham Street**
**Cazenovia, NY 13035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$100,659.61**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.8 50**

**Stoker, Pater J.**
Nonpriority Creditor's Name
**5 Farnham Street**
**Cazenovia, NY 13035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$100,659.61**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**                                              Case number (if known) _____

---

| 4.8 51 | **Strasser, Kevin P.** | Last 4 digits of account number ___ ___ ___ ___ | $45,729.87 |

Nonpriority Creditor's Name

**6125 Briggs Road**
**Hamilton, NY 13346-2643**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.8 52 | **Strasser, Natalie A.** | Last 4 digits of account number ___ ___ ___ ___ | $34,491.41 |

Nonpriority Creditor's Name

**2273 Steinway Street, Apt. 17**
**Astoria, NY 11105-1843**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.8 53 | **Strong, Gail A.** | Last 4 digits of account number ___ ___ ___ ___ | $87,984.48 |

Nonpriority Creditor's Name

**102 3rd Street**
**Canastota, NY 13032-1532**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

**4.8 54**

**Strong, Shirley H.**
Nonpriority Creditor's Name
**2661 Skyline Drive**
**Deansboro, NY 13328-1119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$48,931.22**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.8 55**

**Stubai Holdings LLC**
Nonpriority Creditor's Name
**c/o Grant G. Hansel**
**3550 Miller Street**
**Wheat Ridge, CO 80033-5659**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$113,453.53**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.8 56**

**Suhs, Martha J. and Hermann J.**
Nonpriority Creditor's Name
**843 Holly Road**
**Cadillac, MI 49601-2423**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$4,975.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

**4.8 57**

**Sullivan, Andrew**
Nonpriority Creditor's Name

**77 Cranbrooke Drive**
**Rochester, NY 14622-1701**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **$1,627.55**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

**4.8 58**

**Sullivan, Beverly G.**
Nonpriority Creditor's Name

**P.O. Box 86**
**Morrisville, NJ 13408-0086**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **$273,972.41**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Notes**

---

**4.8 59**

**Sullivan, Brady**
Nonpriority Creditor's Name

**77 Cranbrooke Drive**
**Rochester, NY 14622-1701**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **$1,338.66**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*)

---

**4.8 60**

**Sullivan, Dennis P.**
Nonpriority Creditor's Name

**4975 Reservoir Road**
**Morrisville, NY 13408-1415**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Promissory Notes**

**$39,461.13**

---

**4.8 61**

**Sullivan, Jack L.**
Nonpriority Creditor's Name

**67 Hamilton Street**
**Hamilton, NY 13346-1328**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Promissory Note**

**$36,239.53**

---

**4.8 62**

**Sullivan, Matthew R.**
Nonpriority Creditor's Name

**4975 Reservoir Road**
**Morrisville, NY 13408-1415**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Promissory Note**

**$7,988.84**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

| 4.8 63 | **Sullivan, Robert F. and Joanne M.** | Last 4 digits of account number _____ | $12,651.34 |

Nonpriority Creditor's Name

**67 Hamilton Street**
**Hamilton, NY 13346-1328**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Promissory Note**

---

| 4.8 64 | **Summers, Eulalia** | Last 4 digits of account number _____ | $4,138.17 |

Nonpriority Creditor's Name

**c/o Benjamin Dangl**
**69 Marble Avenue**
**Burlington, VT 05401-4734**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Promissory Note**

---

| 4.8 65 | **Summers, Karen H.** | Last 4 digits of account number _____ | $225,148.15 |

Nonpriority Creditor's Name

**115 Pajaro Way**
**Saint Augustine, FL 32095-1653**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Promissory Note**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1   **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.8 66 | | | |

**Summers, Leon**

Nonpriority Creditor's Name

**c/o Benjamin Dangl**
**69 Marble Avenue**
**Burlington, VT 05401-4734**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Promissory Note** _____

**$4,138.17**

---

| 4.8 67 | | | |

**Summers, Suzanne G.**

Nonpriority Creditor's Name

**207 Stoller Hill Road**
**Hartwick, NY 13348-2827**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Promissory Notes** _____

**$178,640.33**

---

| 4.8 68 | | | |

**Sun, Emily M.**

Nonpriority Creditor's Name

**2 South Pinehurt Avenue, Apt. 5D**
**New York, NY 10033-6642**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Promissory Note** _____

**$64,904.24**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.8 69 | **Swenson, David F. and Neva F.** | Last 4 digits of account number ___ ___ ___ ___ | $307,890.48 |

Nonpriority Creditor's Name
**1932 Mallory Road**
**Woodlawn, VA 24381-2613**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

| 4.8 70 | **Swenson, Deborah D.** | Last 4 digits of account number ___ ___ ___ ___ | $5,074.23 |

Nonpriority Creditor's Name
**P.O. Box 101**
**South Otselic, NY 13155-0101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

| 4.8 71 | **Tanner, Michael O.** | Last 4 digits of account number ___ ___ ___ ___ | $497,896.37 |

Nonpriority Creditor's Name
**2918 Eaton Road**
**Eaton, NY 13334-3160**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.8 72 | | | |

**Tanner, Sally A.**
Nonpriority Creditor's Name
**2918 Eaton Road**
**Eaton, NY 13334-3160**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **$552,724.54**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Promissory Note**

---

| 4.8 73 | | | |

**Tanney, Annette S. and Joseph E.**
Nonpriority Creditor's Name
**9511 Ouleout Road**
**North Brookfield, NY 13418-2107**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **$24,414.42**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Promissory Note**

---

| 4.8 74 | | | |

**Taylor , Barbara**
Nonpriority Creditor's Name
**9192 Skaneateles Turnpike**
**Hubbardsville, NY 13355-1136**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **$4,046.39**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.8 75 | | | |
|---|---|---|---|

**Tayntor, Arthur C. and Linda A.**
Nonpriority Creditor's Name

**436 Oxford Street**
**Oneida, NY 13421-2243**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$9,322.49**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.8 76 | | | |
|---|---|---|---|

**Tayntor, Leon H.**
Nonpriority Creditor's Name

**5052 East Wilcox Road**
**Eaton, NY 13334-3300**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$302,900.78**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.8 77 | | | |
|---|---|---|---|

**Tehan, Wade M.**
Nonpriority Creditor's Name

**7992 Larkin Road**
**Hubbardsville, NY 13355-1147**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$2,985.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)*

---

| 4.8 78 | | |
|---|---|---|

**Teuscher, Rose M.**

Nonpriority Creditor's Name

**Berkshire Place**
**730 South Line Extension, Apt. 302**
**Greer, SC 29651-4059**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $57,015.32

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.8 79 | | |
|---|---|---|

**Thall, Mark A. and Debra C.**

Nonpriority Creditor's Name

**10469 Chesebro Road**
**West Edmeston, NY 13485-3715**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $87,047.87

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.8 80 | | |
|---|---|---|

**Third Party SNT for Jerry Cappadonia**

Nonpriority Creditor's Name

**c/o David M. Cappadonia**
**P.O. Box 473**
**Sherburne, NY 13460-0473**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $32,833.01

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.8 81 | **Thivierge, Colleen A.** | Last 4 digits of account number _____ | | $100,329.52 |

Nonpriority Creditor's Name

**96 Deer Circle**
**Crossville, TN 38555-3895**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Promissory Note**

---

| 4.8 82 | **Thomas, Jackson A.** | Last 4 digits of account number _____ | | $4,621.49 |

Nonpriority Creditor's Name

**c/o Arnold Fisher**
**P.O. Box 57**
**Hamilton, NY 13346-0057**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Promissory Note**

---

| 4.8 83 | **Thompson, Isaac** | Last 4 digits of account number _____ | | $13,412.34 |

Nonpriority Creditor's Name

**c/o Thomas Thompson**
**P.O. Box 152**
**Earlville, NY 13332-0152**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Promissory Note**

---

Debtor 1 __M. Burton Marshall__                                    Case number (if known) _____

---

**4.8 84**

**Thompson, Seth E.**
Nonpriority Creditor's Name

**c/o Thomas Thompson**
**P.O. Box 152**
**Earlville, NY 13332-0152**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$18,309.18**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.8 85**

**Thompson, Thomas E. and Melody A.**
Nonpriority Creditor's Name

**P.O. Box 152**
**Earlville, NY 13322-0152**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$82,147.30**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes** _____

---

**4.8 86**

**Thompson, Tristen**
Nonpriority Creditor's Name

**c/o Thomas Thompson**
**P.O. Box 152**
**Earlville, NY 13332-0152**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$32,463.41**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number *(if known)*

---

| 4.8 87 | **Tredway, Linda R.** | | | $115,660.42 |

Nonpriority Creditor's Name

**341 Lawrence Hunsicker Road**
**Sherburne, NY 13460-4620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.8 88 | **Trinkaus, Debra L.** | | | $4,043.99 |

Nonpriority Creditor's Name

**51 Bolton Road**
**New Hartford, NY 13413-2511**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.8 89 | **Tubbs, Julie A.** | | | $12,331.15 |

Nonpriority Creditor's Name

**3560 South Street**
**Madison, NY 13402-9730**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**                                                  Case number (if known) _____

---

| 4.8 90 | **Tufts, David K. Jr.** | Last 4 digits of account number _____ | **$5,829.01** |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

**183 Rustling Leaf Place**
**Kearneysville, WV 25430-2817**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.8 91 | **Turco, Orlando P.** | Last 4 digits of account number _____ | **$206,383.72** |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

**307 Eastwood Avenue**
**Ithaca, NY 14850-6201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

| 4.8 92 | **Turner, Lou Ann S.** | Last 4 digits of account number _____ | **$100,659.61** |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

**4423 Pompey Center Road**
**Manlius, NY 13104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall** _____   Case number (if known) _____

---

| 4.8 93 | | | |
|---|---|---|---|

**Tyburski, Keith J.** _____
Nonpriority Creditor's Name
**7248 Butternut Lane**
**Hamilton, NY 13346-2124**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$23,947.58**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.8 94 | | | |
|---|---|---|---|

**Ullman, Arieh A.** _____
Nonpriority Creditor's Name
**95 Grand Boulevard**
**Binghamton, NY 13905-3327**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$117,755.02**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.8 95 | | | |
|---|---|---|---|

**Unadilla Forks Fire Co. Ladies Auxiliary** _____
Nonpriority Creditor's Name
**Attn:  Linda Ingber**
**105 County Highway 18A**
**West Winfield, NY 13491-3719**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$4,229.80**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.8 96 | **Unadilla Forks Fire Volunteer Fire Dept** | Last 4 digits of account number _____ | $43,540.79 |

Nonpriority Creditor's Name
**Attn:  Nancy D. Cooper, Secretary**
**105 County Highway 18A**
**West Winfield, NY 13491-3719**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.8 97 | **Uninsky, Philip B. and Carol B.** | Last 4 digits of account number _____ | $195,595.25 |

Nonpriority Creditor's Name
**38 Payne Street**
**Hamilton, NY 13346-1113**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

| 4.8 98 | **Urton, Gary** | Last 4 digits of account number _____ | $5,085.80 |

Nonpriority Creditor's Name
**91 Hunters Ridge Road**
**Concord, MA 01742-4714**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**                                          Case number (*if known*)

---

**4.899**

**Urton, Noah J.**
Nonpriority Creditor's Name
**195 McGregory Street, Apt. 130**
**Manchester, NH 03102-3831**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____              **$9,154.21**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.900**

**Urtz, Jacob M.**
Nonpriority Creditor's Name
**c/o John M. Urtz**
**35 Massachusetts Avenue**
**Ilion, NY 13357-1933**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____              **$567.73**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.901**

**Urtz, John M.**
Nonpriority Creditor's Name
**35 Massachusetts Avenue**
**Ilion, NY 13357-1933**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____              **$91,521.21**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.9 02 | **Valente, Kenneth G.** | Last 4 digits of account number _____ | $32,630.50 |

Nonpriority Creditor's Name

**P.O. Box 462**
**Hamilton, NY 13346-0462**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.9 03 | **Van Hatten, Ashley C.** | Last 4 digits of account number _____ | $8,261.83 |

Nonpriority Creditor's Name

**2170 State Route 26**
**Oriskany Falls, NY 13425-4046**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.9 04 | **Van Hatten, Michael F.** | Last 4 digits of account number _____ | $101,686.99 |

Nonpriority Creditor's Name

**2170 State Route 26**
**Oriskany Falls, NY 13425-4046**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known)

---

**4.9
05**

**Van Schaack, Carol F.**

Nonpriority Creditor's Name

**2140 Santa Cruz Avenue, Apt. B305
Menlo Park, CA 94025-6364**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$93,808.18

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.9
06**

**VanAuken, Mary Y.**

Nonpriority Creditor's Name

**1536 Preston Hill Road
Hamilton, NY 13346-2312**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$200,967.94

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.9
07**

**Vande Bogart, Donna J.**

Nonpriority Creditor's Name

**30 West State Street, Apt. F-2
Sherburne, NY 13460**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$161,915.23

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**                                    Case number (if known) _____

---

| 4.9 08 | **Vanderwey, Martha S.** | Last 4 digits of account number _____ | **$12,840.58** |

Nonpriority Creditor's Name

**109 McKoons Road**
**Richfield Springs, NY 13439-3809**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.9 09 | **VanRiper, James C. and Carrie A.** | Last 4 digits of account number _____ | **$14,253.53** |

Nonpriority Creditor's Name

**4428 Stone Bridge Road**
**Morrisville, NY 13408-1100**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.9 10 | **VanWormer, James R.** | Last 4 digits of account number _____ | **$19,658.78** |

Nonpriority Creditor's Name

**190 Elmwood Avenue**
**Waterville, NY 13480-1207**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**                                                    Case number (if known)

---

**4.9 11**

**Vaughn Behn Supplemental Needs Trust**

Nonpriority Creditor's Name

**Attn:  Vida Chernoff
807 Park Avenue
Albany, NY 12208-2500**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____                    **$19,900.00**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Promissory Note**

---

**4.9 12**

**Vetter, Sally A.**

Nonpriority Creditor's Name

**16 Old Boorne Drive, Apt. F-24
Clinton, NY 13323-1383**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____                    **$14,502.27**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Promissory Note**

---

**4.9 13**

**Vickers, David B.**

Nonpriority Creditor's Name

**244 Salt Springs Street
Fayetteville, NY 13066-2241**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____                    **$16,919.15**

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.9 14 | **Virden, Joy Furman** | | **Last 4 digits of account number** | _____ | **$17,100.67** |

Nonpriority Creditor's Name

**222 East Morelia Avenue**

**Knoxville, TN 37917-5015**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

| 4.9 15 | **Virgil, Michael K. and Barbra E.** | | **Last 4 digits of account number** | _____ | **$69,626.38** |

Nonpriority Creditor's Name

**P.O. Box 500**

**Morris, NY 13808-0500**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

| 4.9 16 | **Visentin, James F.** | | **Last 4 digits of account number** | _____ | **$10,027.34** |

Nonpriority Creditor's Name

**9196 Skaneateles Turnpike**

**Hubbardsville, NY 13355**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.9 17**

**Vitulli, Nicholas F.**
Nonpriority Creditor's Name
**959 Mount Vernon Drive**
**Grayslake, IL 60030-2647**
Number Street City State Zip Code

Last 4 digits of account number _____

$148,673.88

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.9 18**

**Vitulli, Nichole**
Nonpriority Creditor's Name
**959 Mount Vernon Drive**
**Grayslake, IL 60030-2647**
Number Street City State Zip Code

Last 4 digits of account number _____

$16,272.57

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

**4.9 19**

**Vollmer, Edwin A.**
Nonpriority Creditor's Name
**133 Lebanon Street**
**Hamilton, NY 13346-1208**
Number Street City State Zip Code

Last 4 digits of account number _____

$14,484.16

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.9 20**

**Waas Irrevocable Trust**
Nonpriority Creditor's Name

**Attn:  Peter L. and Jo A. Waas**
**125 Webster Road**
**Spencerport, NY 14559-1527**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

$203,950.45

---

**4.9 21**

**Waas Trust**
Nonpriority Creditor's Name

**Attn:  Gavin B. Waas**
**125 Webster Road**
**Spencerport, NY 14559-1527**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

$1,990.00

---

**4.9 22**

**Waas, Brandon E.**
Nonpriority Creditor's Name

**125 Webster Road**
**Spencerport, NY 14559**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

$69,221.90

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.9
23**

**Waas, Justin P.**
Nonpriority Creditor's Name
**603 Morning Glory Drive**
**Webster, NY 14580-9459**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$42,506.89**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.9
24**

**Waas, Peter L. and Jo A.**
Nonpriority Creditor's Name
**125 Webster Road**
**Spencerport, NY 14559-1527**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$96,094.86**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.9
25**

**Waffner, Frederick C. and Valorie S.**
Nonpriority Creditor's Name
**2242 Page Green Road**
**Cortland, NY 13045-9520**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$55,878.18**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.9 26 | | | |
|---|---|---|---|

**Wagner, Daniel L.**
Nonpriority Creditor's Name

**9596 Indigo Creek Boulevard**
**Murrells Inlet, SC 29576-8625**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$42,231.30**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.9 27 | | | |
|---|---|---|---|

**Walker Family Trust**
Nonpriority Creditor's Name

**Attn:  Shai Walker, Trustee**
**272 Highland Road**
**Keeseville, NY 12944-2304**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$112,447.14**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.9 28 | | | |
|---|---|---|---|

**Wallace, James B. and Patricia A.**
Nonpriority Creditor's Name

**37 South Hills Drive**
**New Hartford, NY 13413-3101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$269,060.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes** _____

---

Debtor 1 **M. Burton Marshall**

Case number (if known) _____

---

**4.9 29**

**Wanda Berry Living Trust**

Nonpriority Creditor's Name

**Attn: Martha Berry, Esq.**
**49 University Avenue**
**Hamilton, NY 13346-1319**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $298,500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Promissory Note** _____

---

**4.9 30**

**Wandover, Hubert N.**

Nonpriority Creditor's Name

**11578 North Lake Road**
**Forestport, NY 13338-2520**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $31,420.56

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Promissory Note** _____

---

**4.9 31**

**Weaver, Joyce A.**

Nonpriority Creditor's Name

**3671 Pond Hill Road**
**Taberg, NY 13471-1925**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $46,984.33

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Promissory Note** _____

---

Debtor 1    **M. Burton Marshall**

Case number (*if known*) _____

---

**4.9
32**

**Webb, Anne H.**

Nonpriority Creditor's Name

**c/o Barbara Orth
5139 Eaton Brook Road
Eaton, NY 13334-3417**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$3,121.95**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.9
33**

**Webb, Kristine D.**

Nonpriority Creditor's Name

**37 Classic Street
Sherburne, NY 13460-9783**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$51,301.41**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

**4.9
34**

**Weimer, Christopher**

Nonpriority Creditor's Name

**824 West Knapp Avenue
Stillwater, OK 74075-3314**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$27,775.28**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.9 35 | | | |
|---|---|---|---|

**Weitz, David**

Nonpriority Creditor's Name

**and Jo-Anne F. Hart**
**32 Elmgrove Avenue**
**Providence, RI 02906-4104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

$129,350.00

---

| 4.9 36 | | | |
|---|---|---|---|

**Welch, Pamela J.**

Nonpriority Creditor's Name

**855 County Highway 46**
**Oneonta, NY 13820-4156**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

$5,492.52

---

| 4.9 37 | | | |
|---|---|---|---|

**Welsh, Deborah J.**

Nonpriority Creditor's Name

**1844 Bonney Road**
**Hamilton, NY 13346-2157**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note** _____

$18,506.93

---

Debtor 1  **M. Burton Marshall**

Case number *(if known)* _____

---

| 4.9 38 | **Welsh, Garret E.** | Last 4 digits of account number _____ | $9,933.44 |

Nonpriority Creditor's Name

**c/o Deb Welsh**
**1844 Bonney Road**
**Hamilton, NY 13346-2157**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Promissory Notes**

---

| 4.9 39 | **Wentworth, Bradley S.** | Last 4 digits of account number _____ | $47,690.63 |

Nonpriority Creditor's Name

**P.O. Box 31**
**South Otselic, NY 13155-0031**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Promissory Note**

---

| 4.9 40 | **Wentworth, Jan M.** | Last 4 digits of account number _____ | $75,891.51 |

Nonpriority Creditor's Name

**36 West State Street, Unit B7**
**Sherburne, NY 13460-9428**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.9 41**

**Wernsing, Gail R.**

Last 4 digits of account number ___ ___ ___ ___          $159,297.25

Nonpriority Creditor's Name

**and Judith N. Kemp-Barnes**
**JTWROS**
**488 Craigfoot Road**
**Waterville, NY 13480-2606**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.9 42**

**Wessells, Daniel E. and Noreen A.**

Last 4 digits of account number ___ ___ ___ ___          $51,930.15

Nonpriority Creditor's Name

**1100 Hoben Road**
**Oxford, NY 13820-3254**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.9 43**

**West Edmeston Cemetery Association**

Last 4 digits of account number ___ ___ ___ ___          $4,975.00

Nonpriority Creditor's Name

**Attn:  Debra Pugh, Secretary/Treasurer**
**P.O. Box 26**
**West Edmeston, NY 13485-0026**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.9 44**

**West, Charles B. and Pamela L.**
Nonpriority Creditor's Name
**5952 Buyea Road**
**Canastota, NY 13032-4312**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$59,192.48**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.9 45**

**West, Connie M.**
Nonpriority Creditor's Name
**30 Seminole Trail**
**Palmyra, VA 22963-3158**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$84,702.18**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.9 46**

**West, Erin M.**
Nonpriority Creditor's Name
**6 Kiowa Lane**
**Palmyra, VA 22963-3140**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$75,320.73**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**                                    Case number (*if known*) _____

---

**4.9**
**47**

**West, Jason P.**                              Last 4 digits of account number _____                    $113,213.87
Nonpriority Creditor's Name
**3253 State Route 5**
**Frankfort, NY 13340**                         When was the debt incurred? _____
Number Street City State Zip Code
Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**     ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify   **Promissory Note**

---

**4.9**
**48**

**Wharton, Charles J.**                         Last 4 digits of account number _____                  $1,634,026.52
Nonpriority Creditor's Name
**3523 Locust Cove Road SW**
**Gainesville, GA 30504-5597**                  When was the debt incurred? _____
Number Street City State Zip Code
Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**     ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify   **Promissory Notes**

---

**4.9**
**49**

**Wheeler, Thea F.**                            Last 4 digits of account number _____                    $48,459.97
Nonpriority Creditor's Name
**70 East Avenue**
**Akron, NY 14001-1409**                        When was the debt incurred? _____
Number Street City State Zip Code
Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**     ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify   **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.9 50 | **White, Winton C.** | Last 4 digits of account number _____ | $254,923.49 |
|---|---|---|---|

Nonpriority Creditor's Name

**4-4-75 Kinugasa Sakae-cho
Yokosuka, Kanagawa, Japan
238-0031**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.9 51 | **Whitford, Judy F.** | Last 4 digits of account number _____ | $99,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 3
Brookfield, NY 13314-0003**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes** _____

---

| 4.9 52 | **Whittaker, Kathryn R.** | Last 4 digits of account number _____ | $5,691.56 |
|---|---|---|---|

Nonpriority Creditor's Name

**3501 Chelsea Cove South
Hopewell Junction, NY 12533-6934**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

| 4.9 53 | **Whittaker, Thomas M. and Victoria A.** | Last 4 digits of account number _____ | $47,904.34 |

Nonpriority Creditor's Name
**1983 Westhampton Court**
**Vero Beach, FL 32966-5141**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.9 54 | **Wickwire, Stephen H.** | Last 4 digits of account number _____ | $18,908.89 |

Nonpriority Creditor's Name
**1012 Lanterns Lane**
**Leland, NC 28451-9381**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

| 4.9 55 | **Wiediger, Joseph R.** | Last 4 digits of account number _____ | $13,027.18 |

Nonpriority Creditor's Name
**16 Pine Avenue**
**Averill Park, NY 12018**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known)

---

| 4.9 56 | **Wightman, James Alden and Marie** | |
|---|---|---|

Nonpriority Creditor's Name

**4835 Deer Run Road**
**Saint Cloud, FL 34772-7563**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____              **$111,444.15**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.9 57 | **Wilcox, Barbara A.** | |
|---|---|---|

Nonpriority Creditor's Name

**2813 SW Versailles Terrace**
**Stuart, FL 34997-1372**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____              **$132,058.15**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.9 58 | **Wilcox, David L. and Marjorie M.** | |
|---|---|---|

Nonpriority Creditor's Name

**136 Wilcox Road**
**Norwich, NY 13815-3341**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____              **$93,256.79**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.9 59**

**Wilcox, Justin P.**

Nonpriority Creditor's Name

**7517 Gulf Brook Drive**
**Remsen, NY 13438-4295**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____      $73,803.95

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Promissory Notes** _____

---

**4.9 60**

**Wilcox, Steven H.**

Nonpriority Creditor's Name

**P.O. Box 749**
**Oxford, NY 13830-0749**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____      $4,975.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Promissory Note** _____

---

**4.9 61**

**Wilcox, Susan J.**

Nonpriority Creditor's Name

**P.O. Box 127**
**Bridgewater, NY 13313-0127**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____      $23,192.17

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.9 62**

**Wilcox, Thomas F.**
Nonpriority Creditor's Name
**N14016 Oak Grove Avenue**
**Curtiss, WI 54422-9070**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        $18,590.62

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.9 63**

**Will, David L. and Julia F.**
Nonpriority Creditor's Name
**2646 State Route 12B**
**Hamilton, NY 13346-2114**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        $589.41

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.9 64**

**Will, Gary B. and Bonnie L.**
Nonpriority Creditor's Name
**1019 River Road**
**Hamilton, NY 13346-9541**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        $124,257.87

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Notes**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

**4.9 65**

**Will, Tyler M.**
Nonpriority Creditor's Name
**210 County Route 58**
**Parish, NY 13135-3226**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $13,989.14

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.9 66**

**William W. Phillips Supp. Needs Trust**
Nonpriority Creditor's Name
**Attn: Daniel C. and Susan M. Phillips**
**P.O. Box 241**
**South Otselic, NY 13155-0241**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $8,022.29

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.9 67**

**Williams, Brylee Grace**
Nonpriority Creditor's Name
**c/o Chad E. Williams**
**8646 State Route 20**
**Waterville, NY 13480-2418**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $2,989.94

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

**4.9 68**

**Williams, Chad E.**
Nonpriority Creditor's Name
**568 Tubbs Road**
**Waterville, NY 13480**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____  ____  ____  ____      **$295.65**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.9 69**

**Williams, Douglas E. and Teri L.**
Nonpriority Creditor's Name
**1239 State Route 8**
**Cassville, NY 13318-1819**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____  ____  ____  ____      **$15,063.65**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

**4.9 70**

**Williams, Gary R. and JoAnn L.**
Nonpriority Creditor's Name
**2764 Johnnycake Hill Road**
**Hamilton, NY 13346-2189**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____  ____  ____  ____      **$286,428.59**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

Debtor 1    **M. Burton Marshall**

Case number (if known) _____

---

| 4.9 71 | **Williams, Jerrit O.** | | Last 4 digits of account number _____ | $75,316.40 |

Nonpriority Creditor's Name

**7011 Rome Oriskany Road**
**Rome, NY 13440-7110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.9 72 | **Williams, Judith A.** | | Last 4 digits of account number _____ | $66,568.81 |

Nonpriority Creditor's Name

**1755 North George Street**
**Rome, NY 13440-2453**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

| 4.9 73 | **Williams, Mason Evan** | | Last 4 digits of account number _____ | $1,448.69 |

Nonpriority Creditor's Name

**c/o Matt Williams**
**2754 State Route 8**
**West Winfield, NY 13491-4117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory Note**

---

Debtor 1  **M. Burton Marshall**                                           Case number *(if known)* _____

| 4.9 74 | | |
|---|---|---|

**Williams, Richard B.**                                    Last 4 digits of account number _____    $12,644.89
Nonpriority Creditor's Name
**9195 Jones Road**                                         When was the debt incurred? _____
**Holland Patent, NY 13354-4809**
Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community                  ☐ Student loans
debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                      ■ Other. Specify  **Promissory Note** _____

---

| 4.9 75 | | |
|---|---|---|

**Williams, Richard C.**                                   Last 4 digits of account number _____    $26,865.00
Nonpriority Creditor's Name
**315 SH 12B**                                              When was the debt incurred? _____
**P.O. Box 787**
**Sherburne, NY 13460**
Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community                  ☐ Student loans
debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                      ■ Other. Specify  **Promissory Note** _____

---

| 4.9 76 | | |
|---|---|---|

**Williams, Sabra Kerr**                                   Last 4 digits of account number _____    $17,084.56
Nonpriority Creditor's Name
**6739 Hall Road**                                          When was the debt incurred? _____
**Bouckville, NY 13310-1817**
Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community                  ☐ Student loans
debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                      ■ Other. Specify  **Promissory Note** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.9 77**

**Williams, Scott E. and Susan J.**
Nonpriority Creditor's Name
**2752 State Route 8**
**West Winfield, NY 13491-4117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___          $124,426.52

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.9 78**

**Winn, Christopher M.**
Nonpriority Creditor's Name
**1304 River Road**
**Hamilton, NY 13346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___          $23,219.51

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

**4.9 79**

**Winn, Jerry E.**
Nonpriority Creditor's Name
**1304 River Road**
**Hamilton, NY 13346-2618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___          $20,262.35

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

| 4.9 80 | | | |
|---|---|---|---|

**Winn, Lois A.**

Nonpriority Creditor's Name

**2655 North Road**

**Vernon Center, NY 13477-4003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$17,735.05**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.9 81 | | | |
|---|---|---|---|

**Winn, Ronda H.**

Nonpriority Creditor's Name

**1304 River Road**

**Hamilton, NY 13346-2618**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$223,201.97**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

| 4.9 82 | | | |
|---|---|---|---|

**Worden, Geoffrey B.**

Nonpriority Creditor's Name

**2200 Vidler Road**

**West Edmeston, NY 13485-2922**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$97,605.96**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (if known) _____

---

**4.9 83**

**Wright, Patricia A.**

Nonpriority Creditor's Name

**6389 Armstrong Road**
**Hamilton, NY 13346-3025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $56,614.64

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

**4.9 84**

**Wyman, Harry N.**

Nonpriority Creditor's Name

**68 Wyman Way**
**Cumberland, ME 04021-3660**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $208,527.90

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note** _____

---

**4.9 85**

**Wynn, Jennifer A.**

Nonpriority Creditor's Name

**1466 Billings Hill Road**
**Earlville, NY 13332-2726**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $34,289.59

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Notes** _____

---

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

**4.9 86**

**Youth Policy Institute Inc.**

Nonpriority Creditor's Name

**38 Payne Street**
**Hamilton, NY 13346-1113**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    $298,500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

**4.9 87**

**Zaba, Artur Piotr**

Nonpriority Creditor's Name

**216 Comly Road**
**Lincoln Park, NJ 07035-1104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    $49,235.17

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Notes**

---

**4.9 88**

**Zasada, John E.**

Nonpriority Creditor's Name

**1252 State Route 31**
**Bridgeport, NY 13030-9794**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    $295,339.61

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Promissory Note**

---

Debtor 1  **M. Burton Marshall**

Case number (*if known*) _____

---

| 4.9 89 | **Zenon, Patrick C.** | Last 4 digits of account number ___ ___ ___ ___ | $18,614.35 |
|---|---|---|---|

Nonpriority Creditor's Name

**148 East Main Street**
**Waterville, NY 13480-1108**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Promissory Note**

---

| 4.9 90 | **Zinsmeister, Karl W.** | Last 4 digits of account number ___ ___ ___ ___ | $464,734.12 |
|---|---|---|---|

Nonpriority Creditor's Name

**73 Sea Island Parkway, Suite 10**
**Beaufort, SC 29907-1460**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Promissory Note**

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**John J. Hogan, Esq.**
**Hogan, Rossi & Liquori**
**3 Starr Ridge Road, Suite 200**
**Brewster, NY 10509**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.664** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

---

Name and Address
**Martha L. Berry, Esq.**
**Longstreet & Berry, LLP**
**P.O. Box 249**
**Fayetteville, NY 13066**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.47** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

---

Name and Address
**Martha L. Berry, Esq.**
**Longstreet & Berry, LLP**
**P.O. Box 249**
**Fayetteville, NY 13066**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.929** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 331 of 335

Debtor 1   **M. Burton Marshall**

Case number (if known) _____

---

Merrit S. Locke, Esq.
Saunders Kahler L.L.P.
185 Genesee Street, Suite 1400
Utica, NY 13501

Line **4.257** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Merrit S. Locke, Esq.
Saunders Kahler L.L.P.
185 Genesee Street, Suite 1400
Utica, NY 13501

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.292** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Merrit S. Locke, Esq.
Saunders Kahler L.L.P.
185 Genesee Street, Suite 1400
Utica, NY 13501

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.347** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Merrit S. Locke, Esq.
Saunders Kahler L.L.P.
185 Genesee Street, Suite 1400
Utica, NY 13501

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.738** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Merrit S. Locke, Esq.
Saunders Kahler L.L.P.
185 Genesee Street, Suite 1400
Utica, NY 13501

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.945** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Merrit S. Locke, Esq.
Saunders Kahler L.L.P.
185 Genesee Street, Suite 1400
Utica, NY 13501

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.946** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Merrit S. Locke, Esq.
Saunders Kahler L.L.P.
185 Genesee Street, Suite 1400
Utica, NY 13501

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.947** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
North, Harvy B.
and Becky North
2277 Church Road
Hamilton, NY 13346

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.427** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Tina M. Wayland-Smith, Esq.
Campanie & Wayland-Smith PLLC
123 Farrier Avenue
Oneida, NY 13421

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.174** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Tina M. Wayland-Smith, Esq.
Campanie & Wayland-Smith PLLC
123 Farrier Avenue
Oneida, NY 13421

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.344** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Official Form 106 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page 332 of 335**

Debtor 1   **M. Burton Marshall**                                             Case number *(if known)* _____

| | |
|---|---|
| Name and Address<br>**Tina M. Wayland-Smith, Esq.**<br>**Campanie & Wayland-Smith PLLC**<br>**123 Farrier Avenue**<br>**Oneida, NY 13421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.367** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Tina M. Wayland-Smith, Esq.**<br>**Campanie & Wayland-Smith PLLC**<br>**123 Farrier Avenue**<br>**Oneida, NY 13421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.373** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Tina M. Wayland-Smith, Esq.**<br>**Campanie & Wayland-Smith PLLC**<br>**123 Farrier Avenue**<br>**Oneida, NY 13421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.372** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Tina M. Wayland-Smith, Esq.**<br>**Campanie & Wayland-Smith PLLC**<br>**123 Farrier Avenue**<br>**Oneida, NY 13421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.374** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Tina M. Wayland-Smith, Esq.**<br>**Campanie & Wayland-Smith PLLC**<br>**123 Farrier Avenue**<br>**Oneida, NY 13421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.375** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Tina M. Wayland-Smith, Esq.**<br>**Campanie & Wayland-Smith PLLC**<br>**123 Farrier Avenue**<br>**Oneida, NY 13421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.392** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Tina M. Wayland-Smith, Esq.**<br>**Campanie & Wayland-Smith PLLC**<br>**123 Farrier Avenue**<br>**Oneida, NY 13421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.394** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Tina M. Wayland-Smith, Esq.**<br>**Campanie & Wayland-Smith PLLC**<br>**123 Farrier Avenue**<br>**Oneida, NY 13421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.457** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Tina M. Wayland-Smith, Esq.**<br>**Campanie & Wayland-Smith PLLC**<br>**123 Farrier Avenue**<br>**Oneida, NY 13421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.458** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Tina M. Wayland-Smith, Esq.**<br>**Campanie & Wayland-Smith PLLC**<br>**123 Farrier Avenue**<br>**Oneida, NY 13421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.527** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

Debtor 1  **M. Burton Marshall**                                      Case number (if known) _____

---

Name and Address
**Tina M. Wayland-Smith, Esq.**
**Campanie & Wayland-Smith PLLC**
**123 Farrier Avenue**
**Oneida, NY 13421**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.601** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tina M. Wayland-Smith, Esq.**
**Campanie & Wayland-Smith PLLC**
**123 Farrier Avenue**
**Oneida, NY 13421**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.639** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tina M. Wayland-Smith, Esq.**
**Campanie & Wayland-Smith PLLC**
**123 Farrier Avenue**
**Oneida, NY 13421**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.733** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tina M. Wayland-Smith, Esq.**
**Campanie & Wayland-Smith PLLC**
**123 Farrier Avenue**
**Oneida, NY 13421**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.734** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tina M. Wayland-Smith, Esq.**
**Campanie & Wayland-Smith PLLC**
**123 Farrier Avenue**
**Oneida, NY 13421**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.735** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tina M. Wayland-Smith, Esq.**
**Campanie & Wayland-Smith PLLC**
**123 Farrier Avenue**
**Oneida, NY 13421**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.736** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tina M. Wayland-Smith, Esq.**
**Campanie & Wayland-Smith PLLC**
**123 Farrier Avenue**
**Oneida, NY 13421**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.791** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tina M. Wayland-Smith, Esq.**
**Campanie & Wayland-Smith PLLC**
**123 Farrier Avenue**
**Oneida, NY 13421**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.808** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tina M. Wayland-Smith, Esq.**
**Campanie & Wayland-Smith PLLC**
**123 Farrier Avenue**
**Oneida, NY 13421**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.816** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Tina M. Wayland-Smith, Esq.**
**Campanie & Wayland-Smith PLLC**
**123 Farrier Avenue**
**Oneida, NY 13421**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.844** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    **Page 334 of 335**

Debtor 1    **M. Burton Marshall**                                    Case number (if known) _____

| | |
|---|---|
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Tina M. Wayland-Smith, Esq.**<br>**Campanie & Wayland-Smith PLLC**<br>**123 Farrier Avenue**<br>**Oneida, NY 13421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.904** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Tina M. Wayland-Smith, Esq.**<br>**Campanie & Wayland-Smith PLLC**<br>**123 Farrier Avenue**<br>**Oneida, NY 13421** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.988** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 90,462,230.73 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 90,462,230.73 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **M. Burton Marshall** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Ackerman, Luke**<br>**56 Wakingham Road**<br>**Mendham, NJ 07945** | **Lease for Unit 2 at 13-15 Maple Avenue, Hamilton, NY 13346** |
| 2.2 | **Aguilar, Fabian F.**<br>**7019 Payne Street**<br>**Hamilton, NY 13346** | **Lease for house at 7019 Payne Street, Hamilton, NY 13346** |
| 2.3 | **Alessio, Theresa M.**<br>**16 North Main Street, Apt. 4**<br>**Earlville, NY 13332** | **Lease for Unit 4 at 16 North Main Street, Earlville, NY 13332** |
| 2.4 | **Alt, Jonathan**<br>**1408 Royal Oak Drive**<br>**Blue Bell, PA 19422** | **Storage Occupancy & Rental Agreement for Unit B47 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.5 | **Alter, Adam I.**<br>**2820 Davenport Street NW**<br>**Washington, DC 20008** | **Lease for Unit at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024** |
| 2.6 | **Ambach, Elke**<br>**6517 58th Avenue NE**<br>**Seattle, WA 98115** | **Storage Occupancy & Rental Agreement for Unit E128 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.7 | **Ames, Greg**<br>**415 Greenwood Place**<br>**Syracuse, NY 13210** | **Storage Occupancy & Rental Agreement for Unit D140 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.8 | **Anderson, Nicholas J.**<br>**190 Gleason Lake Road**<br>**Wayzata, MN 55391** | **Lease for Unit 1 at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023** |

| Debtor 1 | **M. Burton Marshall** | Case number *(if known)* | |
|---|---|---|---|

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.9  **Andrews-Martineau, Adelina**<br>**67 North Main Street**<br>**Sherburne, NY 13460** | **Storage Occupancy & Rental Agreement for Unit C178 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.10  **Austin, Meghan N.**<br>**7209 Butternut Lane, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 7209 Butter Lane, Hamilton, NY 13346** |
| 2.11  **Avis, Matthew**<br>**36 Madison Street, Apt. 3**<br>**Hamilton, NY 13346** | **Lease of Unit 3 at 36 Madison Street, Hamilton, NY 13346** |
| 2.12  **Babock, Ryan**<br>**71 Lebanon Street, Apt. 4**<br>**Hamilton, NY 13346** | **Lease for Unit 4 at 71 Lebanon Street, Hamilton, NY 13346** |
| 2.13  **Bagnall, Annette N.**<br>**71 Lebanon Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 71 Lebanon Street, Hamilton, NY 13346** |
| 2.14  **Baker, Jill H.**<br>**3210 Carlisle Street, Unit 22**<br>**Dallas, TX 75204** | **Storage Occupancy & Rental Agreements for Units C161 and C162 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.15  **Baker, Jill H.**<br>**3210 Carlisle Street, Unit 22**<br>**Dallas, TX 75204** | **Storage Lease for Units BSSFTrailered2 and BSSFTrailered3 at Big Stuff Barn, Rte 12B, Bouckville, NY 13310** |
| 2.16  **Baker, Steven**<br>**P.O. Box 157**<br>**Madison, NY 13402** | **Storage Occupancy & Rental Agreement for Unit A38 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.17  **Baker-Berie, Deborah A.**<br>**75 Utica Street**<br>**Hamilton, NY 13346** | **Lease for house at 75 Utica Street, Hamilton, NY 13346** |
| 2.18  **Ballinger, Bud**<br>**28 Milford Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit D143 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.19  **Balog, Emily**<br>**13 Oak Drive**<br>**CU Box A185**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A4 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.20  **Bari, Zarah**<br>**10 Gunthers View**<br>**Towaco, NJ 07082** | **Lease for Unit at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023** |
| 2.21  **Barton, Sean**<br>**4719 Linden Street**<br>**Bellaire, TX 77401** | **Storage Lease for Units BSFF1 at Big Stuff Barn, Rte 12B, Bouckville, NY 13310** |

Debtor 1    **M. Burton Marshall**                                                                Case number *(if known)*
_____

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.22 **Baum, Taylor M.**<br>**84 West Main Street, Apt. 5**<br>**Earlville, NY 13332** | **Lease for Unit 5 at 84 West Main Street, Earlville, NY 13332** |
| 2.23 **Beadle, Nicholas W.**<br>**82 Lebanon Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 82 Lebanon Street, Hamilton, NY 13346** |
| 2.24 **Belgrad, Joshua**<br>**5434 East Lincoln Drive, #15**<br>**Paradise Valley, AZ 85253** | **Lease for Unit 2 at 13-15 Maple Avenue, Hamilton, NY 13346** |
| 2.25 **Benitez, Doris**<br>**159 Bayamo Avenue NE**<br>**Palm Bay, FL 32907** | **Storage Occupancy & Rental Agreement for Unit D144 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.26 **Berkowitz, Melissa**<br>**1 Riverbend Drive**<br>**Natick, MA 01760** | **Storage Occupancy & Rental Agreement for Unit A29 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.27 **Biedermann, Morgan**<br>**89 Cedar Street**<br>**Morrisville, NY 13408** | **Storage Occupancy & Rental Agreement for Unit C180 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.28 **Bishop, Michelle**<br>**4405 Cole Street**<br>**Madison, NY 13402** | **Storage Occupancy & Rental Agreement for Unit D141 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.29 **Blackmore, Melody J.**<br>**25 Petrie Street, Apt. 1**<br>**Little Falls, NY 13365** | **Lease for Space 6 at 37 Milford Street, Hamilton, NY 13346** |
| 2.30 **Blackmore, Melody J.**<br>**25 Petrie Street, Apt. 1**<br>**Little Falls, NY 13365** | **Storage Occupancy & Rental Agreement for Unit E107 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.31 **Bloomquist, Timothy M.**<br>**71 Lebanon Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 71 Lebanon Street, Hamilton, NY 13346** |
| 2.32 **Boeve, Katherine A.**<br>**24 College Street**<br>**Hamilton, NY 13346** | **Lease for house at 24 College Street, Hamilton, NY 13346** |
| 2.33 **Boeve, Thomas E.**<br>**24 College Street**<br>**Hamilton, NY 13346** | **Lease for house at 24 College Street, Hamilton, NY 13346** |
| 2.34 **Bolles, John L. Jr.**<br>**6 Charles Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit B88 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |

Debtor 1    **M. Burton Marshall**                                Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.35    **Bonet, Sally**<br>**99 Lebanon Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 99 Lebanon Street, Hamilton, NY 13346** |
| 2.36    **Braman, Jennifer**<br>**85 East Main Street**<br>**Earlville, NY 13332** | **Lease for Unit 2 at 83-85 East Main Street, Earlville, NY 13332** |
| 2.37    **Braman, Martin**<br>**85 East Main Street**<br>**Earlville, NY 13332** | **Lease for Unit 2 at 83-85 East Main Street, Earlville, NY 13332** |
| 2.38    **Brandes, Jacob**<br>**3 Davis Road**<br>**Lexington, MA 02421** | **Lease for Unit 1 at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024** |
| 2.39    **Brandon, Pierson W.**<br>**4 Willow Lane**<br>**Irvington, NY 10533** | **Lease for Unit 2 at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023** |
| 2.40    **Bratt, Scott R.**<br>**66 Utica Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 66 Utica Street, Hamilton, NY 13346** |
| 2.41    **Brawn, Kathryn**<br>**P.O. Box 448**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit D132 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.42    **Brennan, Beverly**<br>**894 Wiliams Road**<br>**Earlville, NY 13332** | **Storage Lease for Units NMSG1 at 16 North Main Street Garage, Hamilton, NY 13346** |
| 2.43    **Brink, Alexander H.**<br>**14 Montgomery Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 14 Montgomery Street, Hamilton, NY 13346** |
| 2.44    **Bristol, Charlotte H.**<br>**4 West Pleasant Street, Apt. 3**<br>**Hamilton, NY 13346** | **Lease for Unit 3 at 4 West Pleasant Street, Hamilton, NY 13346** |
| 2.45    **Brittenham, Charles H.**<br>**14 Montgomery Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 14 Montgomery Street, Hamilton, NY 13346** |
| 2.46    **Brook, Conner**<br>**1445 16th Street**<br>**Denver, CO 80202** | **Lease of Unit 2 at 11 Madison Street, Hamilton, NY 13346** |
| 2.47    **Brown, Minda A.**<br>**2674 State Route 12B, Apt. 6**<br>**Hamilton, NY 13346** | **Lease for Unit 6 at 2674 & 2652 State Route 12B Hamilton, NY 13346** |

Debtor 1    **M. Burton Marshall**                                          Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.48 **Brown, Shanea N.**<br>**82 Lebanon Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 82 Lebanon Street, Hamilton, NY 13346** |
| 2.49 **Bruno, Brun**<br>**2430 Shannondale Road**<br>**Ann Arbor, MI 48104** | **Storage Occupancy & Rental Agreement for Unit A20 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.50 **Buckley, Dr. Rudolph**<br>**85 College Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A10 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.51 **Buell, Brett E.**<br>**2674 State Route 12B, Apt. 3**<br>**Hamilton, NY 13346** | **Lease for Unit 3 at 2674 & 2652 State Route 12B Hamilton, NY 13346** |
| 2.52 **Burnett, Renata C.**<br>**300 West 109th Street, 4JK**<br>**New York, NY 10025** | **Lease for Unit at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024** |
| 2.53 **Burns, Christopher**<br>**9705 The Coral Drive**<br>**Potomac, MD 20854-1506** | **Lease of Unit 1 at 11 Madison Street, Hamilton, NY 13346** |
| 2.54 **Busch, Douglas M.**<br>**135 Lebanon Street**<br>**Hamilton, NY 13346** | **Lease of house at 135 Lebanon Street, Hamilton, NY 13346** |
| 2.55 **Buterbaugh, Raymond J.**<br>**3483 Bishop Road**<br>**Madison, NY 13402-9724** | **Storage Lease for Unit LSG1 at Lebanon Street Garage, Hamilton, NY 13346** |
| 2.56 **Butterfield, Samuel**<br>**212 Rano Boulevard, Apt. 3**<br>**Vestal, NY 13850** | **Storage Occupancy & Rental Agreement for Unit D148 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.57 **Buys, Brian P.**<br>**96 Horace Stret**<br>**Belmont, MA 02478** | **Lease for Unit 1 at 16 Pine Street, Hamilton, NY 13346** |
| 2.58 **Byrnes, Tim**<br>**8461 Woodbox Road**<br>**Manlius, NY 13104** | **Storage Occupancy & Rental Agreement for Unit E125 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.59 **Cady, Alan**<br>**1040 Knoll Lane**<br>**Middletown, OH 45042** | **Storage Occupancy & Rental Agreement for Unit E122 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.60 **Camelo-Cenicola, Kelly**<br>**7 Charles Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 7 Charles St Hamilton, NY 13346** |

Debtor 1    **M. Burton Marshall**                                            Case number (*if known*)

  **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.61 **Camp, Ian D.**<br>**3534 State Route 12B, Apt. 1**<br>**Bouckville, NY 13310** | **Lease for Unit 1 at 3534 State Route 12B, Bouckville, NY 13310** |
| 2.62 **Campbell, Berry**<br>**1307 Poolville Road**<br>**Earlville, NY 13332** | **Storage Occupancy & Rental Agreement for Unit A17 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.63 **Campbell, Berry**<br>**1307 Poolville Road**<br>**Earlville, NY 13332** | **Storage Occupancy & Rental Agreement for Unit C164 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.64 **Canelli, Tamara S.**<br>**84 West Main Street, Apt. 3**<br>**Earlville, NY 13332** | **Lease for Unit 3 at 84 West Main Street, Earlville, NY 13332** |
| 2.65 **Capluzzi, Joseph M.**<br>**101 North Main Street, #3**<br>**Earlville, NY 13332** | **Lease for Unit 3 at 101-103 North Main Street, Earlville, NY 13332** |
| 2.66 **Caretti, Claudia**<br>**P.O. Box 500**<br>**Morrisville, NY 13408** | **Storage Occupancy & Rental Agreement for Unit C181 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.67 **Carhart, Brittanie**<br>**P.O. Box 451**<br>**Hamilton, NY 13346** | **Lease for house at 2000 Randallsville Road, Hamilton, NY 13346** |
| 2.68 **Carlton, Christopher R.**<br>**5 East Main Street, Space 1**<br>**Earlville, NY 13332** | **Lease for Unit 1at 5 East Main Street, Earlville, NY 13332** |
| 2.69 **Carr, Elise**<br>**60 Fayette Street**<br>**Earlville, NY 13332** | **Lease for Unit 1 at 60-62 Fayette Street, Earlville, NY 13332** |
| 2.70 **Carroccio, Charles**<br>**1519 Randallsville Road**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreements for Units B61 and B72 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.71 **Carter, Louise**<br>**1327 Carmona Avenue**<br>**Los Angeles, CA 90019** | **Storage Lease for Units BSFF10 at Big Stuff Barn, Rte 12B, Bouckville, NY 13310** |
| 2.72 **Carter, Warwick M.**<br>**18 Roland Drive**<br>**Darien, CT 06820** | **Lease for Unit 1 at 13-15 Maple Avenue, Hamilton, NY 13346** |
| 2.73 **Casciano, Bethann**<br>**2652 State Route 12B, Apt. 9**<br>**Hamilton, NY 13346** | **Lease for Unit 9 at 2674 & 2652 State Route 12B Hamilton, NY 13346** |

Debtor 1    **M. Burton Marshall**                                Case number *(if known)*

| | |
|---|---|
| ■ | **Additional Page if You Have More Contracts or Leases** |

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.74 **Casler, Alyson R.**<br>7407 State Route 20, Apt. 1<br>Madison, NY 13402 | **Lease for Unit 1 at 7047 State Route 20, Madison, NY 13402** |
| 2.75 **Cavallo, James D.**<br>24 Twin Cedar Lane<br>Northport, NY 11768 | **Lease for Unit 2 at 16 Pine Street, Hamilton, NY 13346** |
| 2.76 **Cavert, Mariah A.**<br>7382 State Route 20<br>Madison, NY 13402 | **Lease for house at 7382 State Route 20, Madison, NY 13402** |
| 2.77 **Cenicola, Michael**<br>7 Charles Street, Apt. 2<br>Hamilton, NY 13346 | **Lease for Unit 2 at 7 Charles St Hamilton, NY 13346** |
| 2.78 **Cerra, JoAnn B.**<br>128 East Street, Apt. 1<br>Catskill, NY 12414-5910 | **Co-signor of Emily & Roy Cullen lease for Unit 5 at 84 West Main Street, Earlville, NY 13332** |
| 2.79 **Chang, Ikseo**<br>2677 Lake Moraine Road<br>Hamilton, NY 13346 | **Lease for house at 2677 Lake Moraine Road, Hamilton, NY 13346** |
| 2.80 **Chapman, Angelica**<br>P.O. Box 705<br>Earlville, NY 13332 | **Lease for Unit 1 at 84 West Main Street, Earlville, NY 13332** |
| 2.81 **Chen, Joe**<br>2024 Spring Street, Apt. 9<br>Hamilton, NY 13346 | **Lease for Unit 9 at 2024-2032 Spring Street, Hamilton, NY 13346** |
| 2.82 **Chretien, Alexandra F.**<br>14 Montgomery Street, Apt. 1<br>Hamilton, NY 13346 | **Lease for Unit 1 at 14 Montgomery Street, Hamilton, NY 13346** |
| 2.83 **Church, Laurie**<br>P.O. Box 627<br>Morrisville, NY 13408 | **Storage Occupancy & Rental Agreement for Unit D150 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.84 **Clare, Mike**<br>939 Arthur Street<br>Utica, NY 13501 | **Lease for Unit 5 at 2024-2032 Spring Street, Hamilton, NY 13346** |
| 2.85 **Codiroli, Amber J.**<br>25 Milford Street, Apt. 1<br>Hamilton, NY 13346 | **Lease for Unit 1 at 25 Milford Street, Hamilton, NY 13346** |
| 2.86 **Cohen, Amelia J.**<br>19 Phillips Lane<br>Newtonville, MA 02460 | **Lease for Unit at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024** |

| Debtor 1 | **M. Burton Marshall** | Case number *(if known)* | |
|---|---|---|---|

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.87 **Cohn, Sarah D.**<br>**250 East 87th Street, Apt. 22C**<br>**New York, NY 10128** | **Lease for Unit at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023** |
| 2.88 **Coles, Tori**<br>**1240 State Route 12B**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A1 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.89 **Colgate University - ALANA Cultural Ctr**<br>**Attn: President or Managing Member**<br>**13 Oak Drive**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit E115 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.90 **Colgate University - Biology Department**<br>**Attn: President or Managing Member**<br>**13 Oak Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit C163 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.91 **Colgate University Alumni Relations**<br>**Attn:  President or Managing Member**<br>**13 Oak Drive**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A21 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.92 **Colgate University Alumni Relations**<br>**Attn:  President or Managing Member**<br>**13 Oak Drive**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreements for Units C172 and D154 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.93 **Colgate University Print Shop**<br>**Attn: President or Managing Member**<br>**13 Oak Drive**<br>**Hamilton, NY 13346** | **Storage Lease for Unit MMSSI at M&M Shelf Space, Hamilton, NY 13346** |
| 2.94 **Collins, Elizabeth**<br>**137 Morningside Circle**<br>**Wayne, PA 19087** | **Storage Occupancy & Rental Agreement for Unit B42 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.95 **Collins, Timothy**<br>**32 Milford Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A13 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.96 **Colucci, Thomas**<br>**419 Alden Avenue**<br>**Westfield, NJ 07090-3038** | **Lease of Unit 2 at 11 Madison Street, Hamilton, NY 13346** |
| 2.97 **Colvin, Harris T.**<br>**16 Norwood Street**<br>**Winchester, MA 01890** | **Lease for Unit 2 at 9-11 Maple Avenue, Hamilton, NY 13346** |
| 2.98 **Colvin, Harris T.**<br>**16 Norwood Street**<br>**Winchester, MA 01890** | **Storage Lease for Unit Reed7 at Reed Car Parking** |

Debtor 1    **M. Burton Marshall**                                                    Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
| --- | --- |
| 2.99 **Compoli, Morgan**<br>**4097 State Route 26, Apt. 4**<br>**Eaton, NY 13334** | **Lease for Unit 4 at 4097 State Route 26, Eaton, NY 13334** |
| 2.100 **Conkling, Cynthia**<br>**128 Mountain View Drive, #301**<br>**Sherburne, NY 13460** | **Storage Occupancy & Rental Agreement for Unit A18 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.101 **Conroe, Emily M.**<br>**131 Lebanon Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 131-133 Lebanon Street, Hamilton, NY 13346** |
| 2.102 **Cordone, Paige A.**<br>**2405 Johnny Cake Hill Road, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 2405 Johnny Cake Hill Road, Hamilton, NY 13346** |
| 2.103 **Cossitt, Steven**<br>**P.O. Box 406**<br>**West Winfield, NY 13491** | **Lease for Unit 4 at 1 Clark Street, Earlville, NY 13332** |
| 2.104 **Courtney, Sarah**<br>**P.O. Box 173**<br>**Hamilton, NY 13346** | **Lease of Unit 1 at 36 Madison Street, Hamilton, NY 13346** |
| 2.105 **CreamCycle**<br>**Attn: Cris Amann**<br>**66 Madison Street**<br>**Hamilton, NY 13346** | **Lease for Space 1 at 37 Milford Street, Hamilton, NY 13346** |
| 2.106 **Cross, Alison J.**<br>**29 Pine Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 29 Pine Street, Hamilton, NY 13346** |
| 2.107 **Cullen, Emily L.**<br>**84 West Main Street, Apt. 5**<br>**Earlville, NY 13332** | **Lease for Unit 5 at 84 West Main Street, Earlville, NY 13332** |
| 2.108 **Cullen, Roy**<br>**84 West Main Street, Apt. 5**<br>**Earlville, NY 13332** | **Lease for Unit 5 at 84 West Main Street, Earlville, NY 13332** |
| 2.109 **Currie, Colin J.**<br>**82 Lebanon Street, Apt. 3**<br>**Hamilton, NY 13346** | **Lease for Unit 3 at 82 Lebanon Street, Hamilton, NY 13346** |
| 2.110 **Dann, Alexis**<br>**50 Fayette Street**<br>**Earlville, NY 13332** | **Lease for Unit 1 at 45 Clyde Street, Earlville, NY 13332** |
| 2.111 **Darling, William**<br>**P.O. Box 149**<br>**Eaton, NY 13334** | **Lease for Unit 4 at 4101 State Route 26, Eaton, NY 13334** |

| Debtor 1 | **M. Burton Marshall** | Case number *(if known)* | |

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.112 **Dart, Caroline L.**<br>**26 Madison Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease of Unit 2 at 26 Madison Street, Hamilton, NY 13346** |
| 2.113 **Dart, Jared J.**<br>**26 Madison Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease of Unit 2 at 26 Madison Street, Hamilton, NY 13346** |
| 2.114 **Dauber, Noah**<br>**36 Madison Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease of Unit 2 at 36 Madison Street, Hamilton, NY 13346** |
| 2.115 **Davis, Robert T.**<br>**28 Madison Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease of Unit 1 at 28 Madison Street, Hamilton, NY 13346** |
| 2.116 **Davoudian, Armen A.**<br>**13 Hamilton Street, Apt. 3**<br>**Hamilton, NY 13346** | **Lease for Unit 3 at 13 Hamilton Street, Hamilton, NY 13346** |
| 2.117 **Dawson, Martin J.**<br>**P.O. Box 367**<br>**Earlville, NY 13332** | **Lease for Unit 1 at 4 Fayette Street, Earlville, NY 13332** |
| 2.118 **DeBisschop, Tracie**<br>**34 Pine Street**<br>**Hamilton, NY 13346** | **Storage Lease for Unit MAG1 at 15 Maple Avenue Garage, Hamilton, NY 13346** |
| 2.119 **Decker, James**<br>**P.O. Box 415**<br>**Morrisville, NY 13408** | **Storage Occupancy & Rental Agreement for Unit D130 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.120 **Decker, Tiffani**<br>**P.O. Box 249**<br>**Eaton, NY 13334** | **Lease for Unit 4 at 4101 State Route 26, Eaton, NY 13334** |
| 2.121 **Delnegro, Melissa**<br>**94 Saint Thomas Way**<br>**Tiburon, CA 94920** | **Storage Occupancy & Rental Agreement for Unit B80 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.122 **Dennis, Amy**<br>**5244 English Avenue**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreements for Units B60 and B73 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.123 **DeSantolo, Payne C.**<br>**7336 State Route 20, Apt. 2**<br>**Madison, NY 13402** | **Lease for Unit 2 at 7334-7336 State Route 20, Madison, NY 13402** |
| 2.124 **Desnoes, Randi**<br>**4475 Vintage Drive East**<br>**Indian Wells, CA 92210** | **Storage Occupancy & Rental Agreement for Unit A33 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |

Debtor 1    **M. Burton Marshall**

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.125 **Dhayer, Ryan J.**<br>**36 Clyde Street**<br>**Earlville, NY 13332** | **Lease for house at 36 Clyde Street, Earlville, NY 13332** |
| 2.126 **Diaz Gonzalez, Fernando**<br>**25 Milford Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 25 Milford Street, Hamilton, NY 13346** |
| 2.127 **Diaz, Elizabeth**<br>**1403 Earlington Manor Court**<br>**Spring, TX 77379** | **Storage Occupancy & Rental Agreement for Unit B79 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.128 **Dorrance, David**<br>**2255 Church Road**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A37 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.129 **Downen, Melissa**<br>**534 Borden Road, Apt. C**<br>**Munnsville, NY 13409** | **Storage Occupancy & Rental Agreement for Unit B46 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.130 **Duarte, Emma E.**<br>**7047 State Route 20, Apt. 1**<br>**Madison, NY 13402** | **Lease for Unit 1 at 7047 State Route 20, Madison, NY 13402** |
| 2.131 **Dunham, Drew**<br>**1611 Poolville Road**<br>**Hamilton, NY 13346** | **Storage Lease for Units BSSFTrailered6 at Big Stuff Barn, Rte 12B, Bouckville, NY 13310** |
| 2.132 **Dunning, Dale**<br>**36 Guild Road**<br>**Dedham, MA 02026** | **Lease for Unit 1 at 9-11 Maple Avenue, Hamilton, NY 13346** |
| 2.133 **Dunning, Dale**<br>**36 Guild Road**<br>**Dedham, MA 02026** | **Storage Lease for Unit Reed8 at Reed Car Parking** |
| 2.134 **Dutcher, Kevin**<br>**5900 Streeter Road**<br>**Munnsville, NY 13409** | **Storage Occupancy & Rental Agreement for Unit B89 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.135 **Dygert, Esther M.**<br>**2674 State Route 12B, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 2674 & 2652 State Route 12B Hamilton, NY 13346** |
| 2.136 **Dymond, Andrew**<br>**13 Wylie Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit B52 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.137 **Eager, George**<br>**82 Lebanon Street, Apt. 6**<br>**Hamilton, NY 13346** | **Lease for Unit 6 at 82 Lebanon Street, Hamilton, NY 13346** |

Debtor 1   **M. Burton Marshall**                                    Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.138 **Eager, Kathy**<br>**82 Lebanon Street, Apt. 6**<br>**Hamilton, NY 13346** | **Lease for Unit 6 at 82 Lebanon Street, Hamilton, NY 13346** |
| 2.139 **Eakin, Heidi T.**<br>**37 Milford Street, Space #3**<br>**Hamilton, NY 13346** | **Lease for Space 3 at 37 Milford Street, Hamilton, NY 13346** |
| 2.140 **Eastman, Carrie F.**<br>**7220 Butternut Lane, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 7220 Butter Lane, Hamilton, NY 13346** |
| 2.141 **Eichele, Michelle E.**<br>**4101 State Route 26, Apt. 3**<br>**Eaton, NY 13334** | **Lease for Unit 3 at 4101 State Route 26, Eaton, NY 13334** |
| 2.142 **Essensa, Ryan**<br>**2 Pippin Place**<br>**Etobiocke, Ontario M9A 1P1**<br>**Canada** | **Lease for Unit 3 at 11 Madison Street, Hamilton, NY 13346 - lease starts 8/18/2023** |
| 2.143 **Estrada, Brian**<br>**131 Lebanon Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 131-133 Lebanon Street, Hamilton, NY 13346** |
| 2.144 **Estrada, Jennelyn**<br>**131 Lebanon Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 131-133 Lebanon Street, Hamilton, NY 13346** |
| 2.145 **Eustace, Amy**<br>**4628 East Lake Road**<br>**Hamilton, NY 13346** | **Lease for Unit 3 at 33-37 Lebanon Street, Hamilton, NY 13346** |
| 2.146 **Evans, Timothy C.**<br>**83 East Main Street**<br>**Earlville, NY 13332** | **Lease for Unit 1 at 83-85 East Main Street, Earlville, NY 13332** |
| 2.147 **Fasanaro, Nathan**<br>**1385 Classic Court, Apt. 218**<br>**Mount Pleasant, SC 29466** | **Lease for Unit 2 at 11 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023** |
| 2.148 **Faulx, Gregory**<br>**2895 Sedgewick Road**<br>**Cleveland, OH 44120** | **Co-signor of Owen Gordon Lease for Unit 1 at 13-15 Maple Avenue, Hamilton, NY 13346** |
| 2.149 **Fellows, Mary**<br>**3618 South Street, Apt. 1**<br>**Madison, NY 13402** | **Lease for Unit 1 at 3618 South Street, Madison, NY 13402** |
| 2.150 **Fidura, David**<br>**P.O. Box 125**<br>**Peterboro, NY 13134** | **Storage Occupancy & Rental Agreement for Unit C177 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |

| Debtor 1 | **M. Burton Marshall** | Case number *(if known)* | |
|---|---|---|---|

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.151 **Findley, Sherry L.**<br>**3534 State Route 12B, Apt. 2**<br>**Bouckville, NY 13310** | **Lease for Unit 2 at 3534 State Route 12B, Bouckville, NY 13310** |
| 2.152 **Fink, Kacey**<br>**889 Beaver Meadow Road**<br>**Smyrna, NY 13464** | **Storage Occupancy & Rental Agreement for Unit A31 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.153 **Flour and Salt Bakery LLC**<br>**4484 East Lake Road**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 33-37 Lebanon Street, Hamilton, NY 13346** |
| 2.154 **Flour and Salt Bakery LLC**<br>**4484 East Lake Road**<br>**Hamilton, NY 13346** | **Storage Lease for Units Reed10 and Reed11 at Reed Car Parking** |
| 2.155 **Fonseca Malavasi, Marisol**<br>**134 Lebanon Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 134 Lebanon Street, Hamilton, NY 13346** |
| 2.156 **Fowler, Charles W.**<br>**48 Madison Street**<br>**Hamilton, NY 13346** | **Lease for house at 48 Madison Street, Hamilton, NY 13346** |
| 2.157 **France, Allen**<br>**2623 State Route 12B**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreements for Units C168 and D152 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.158 **France, Terry**<br>**6669 Airport Road, Lot 33**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit C165 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.159 **Franklin, Mildred**<br>**34 Montgomery Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 34 Montgomery Street, Hamilton, NY 13346** |
| 2.160 **Frary, Jayme M.**<br>**6 Madison Street, Apt. 2**<br>**Earlville, NY 13332** | **Lease of Unit 2 at 6 Madison Street, Earlville, NY 13332** |
| 2.161 **Freeth, Emily Marcellus**<br>**7128 Spring Hill Road**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit B43 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.162 **Frey, Nick**<br>**University Court, Building 3, #3A**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A5 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.163 **Fultz, Michael S.**<br>**84 West Main Street, Apt. 7**<br>**Earlville, NY 13332** | **Lease for Unit 7 at 84 West Main Street, Earlville, NY 13332** |

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.164 **Furstein, Jessica**<br>**44 Farragut Avenue**<br>**Oakland, CA 94610** | **Lease for Unit at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024** |
| 2.165 **Gage, Shelli**<br>**7541 State Route 20**<br>**Madison, NY 13402** | **Lease for Unit 5 at 7531-7541 State Route 20, Madison, NY 13402** |
| 2.166 **Galin, Catherine**<br>**3 Sharp Turn Road**<br>**Westport, CT 06880** | **Storage Occupancy & Rental Agreement for Unit B86 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.167 **Gallogly, Briana R.**<br>**7336 State Route 20, Apt. 2**<br>**Madison, NY 13402** | **Lease for Unit 2 at 7334-7336 State Route 20, Madison, NY 13402** |
| 2.168 **Garrett, Peter J.**<br>**91 Surplus Street**<br>**Duxbury, MA 02332** | **Lease for Unit 1 at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023** |
| 2.169 **Garrow, Daniel**<br>**P.O. Box 32**<br>**Eaton, NY 13334** | **Lease for Unit 3 at 4097 State Route 26, Eaton, NY 13334** |
| 2.170 **Garrow, Kaly**<br>**P.O. Box 32**<br>**Eaton, NY 13334** | **Lease for Unit 3 at 4097 State Route 26, Eaton, NY 13334** |
| 2.171 **Gibson, Eric**<br>**82 Lebanon Street, Apt. 5**<br>**Hamilton, NY 13346** | **Lease for Unit 5 at 82 Lebanon Street, Hamilton, NY 13346** |
| 2.172 **Gibson, Natalie**<br>**82 Lebanon Street, Apt. 5**<br>**Hamilton, NY 13346** | **Lease for Unit 5 at 82 Lebanon Street, Hamilton, NY 13346** |
| 2.173 **Giddings, Dawn**<br>**99 Lebanon Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 99 Lebanon Street, Hamilton, NY 13346** |
| 2.174 **Gilbert, Melissa**<br>**P.O. Box 8269**<br>**Aspen, CO 81612** | **Storage Occupancy & Rental Agreement for Unit B39 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.175 **Goguen, Jennifer**<br>**91 Lebanon Street**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 91 Lebanon Street, Hamilton, NY 13346** |
| 2.176 **Goldby, Fred**<br>**4332 East Lake Road**<br>**Hamilton, NY 13346** | **Lease for house at 4332 East Lake Road, Hamilton, NY 13346** |

Debtor 1    **M. Burton Marshall**                                          Case number *(if known)*

---

### ■ Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.177 **Gonzalez, Angelo C.**<br>**7209 Butternut Lane, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 7209 Butter Lane, Hamilton, NY 13346** |
| 2.178 **Gordon, Owen D.**<br>**1 Riverside Drive**<br>**Barrington, RI 02806** | **Lease for Unit 1 at 13-15 Maple Avenue, Hamilton, NY 13346** |
| 2.179 **Gorton, Linda**<br>**31 Milford Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit E102 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.180 **Greenich, Jordan A.**<br>**19 West Kendrick Avenue**<br>**Hamilton, NY 13346** | **Lease for house at 19 West Kendrick Avenue,, Hamilton, NY 13346** |
| 2.181 **Gregory, Sarah**<br>**2405 Johnny Cake Hill Road, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 2405 Johnny Cake Hill Road, Hamilton, NY 13346** |
| 2.182 **Grove, Brittany**<br>**P.O. Box 113**<br>**Earlville, NY 13332** | **Lease for Unit 1 at 16 North Main Street, Earlville, NY 13332** |
| 2.183 **Guile, Carolyn**<br>**1873 Preston Hill Road**<br>**Hamilton, NY 13346** | **Lease for house at 1873 Preston Hill Road, Hamilton, NY 13346** |
| 2.184 **Guldur, Berkay**<br>**19 West Kendirck Avenue**<br>**Hamilton, NY 13346** | **Lease for house at 19 West Kendrick Avenue,, Hamilton, NY 13346** |
| 2.185 **Haffey, Madelyn C.**<br>**71 Lebanon Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 71 Lebanon Street, Hamilton, NY 13346** |
| 2.186 **Hakimi, Efrat**<br>**32 Eaton Street**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 32-34 Eaton Street, Hamilton, NY 13346** |
| 2.187 **Hamilton Theater LLC**<br>**Attn: President or Managing Member**<br>**7 Lebanon Street**<br>**Hamilton, NY 13346** | **Storage Lease for Reed Parking Access1 at Reed Car Parking summer access** |
| 2.188 **Hansen, Jeanne N.**<br>**7220 Butternut Lane, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 7220 Butter Lane, Hamilton, NY 13346** |
| 2.189 **Hanyon, April A.**<br>**2674 State Route 12B, Apt. 4**<br>**Hamilton, NY 13346** | **Lease for Unit 4 at 2674 & 2652 State Route 12B Hamilton, NY 13346** |

Debtor 1   **M. Burton Marshall**                                            Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.190 **Harter, Jessamyn**<br>**P.O. Box 125**<br>**Madison, NY 13402** | **Storage Occupancy & Rental Agreements for Units B59 and B74 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.191 **Hatch, Edward**<br>**103 Nroth Main Street, Apt. 4**<br>**Earlville, NY 13332** | **Lease for Unit 4 at 101-103 North Main Street, Earlville, NY 13332** |
| 2.192 **Haughwout, Margaretha**<br>**21 West Kendrick Avenue, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 21 West Kendrick Avenue,, Hamilton, NY 13346** |
| 2.193 **Hayduke-Toomath, Victoria C.**<br>**3534 State Route 12B, Apt. 3**<br>**Bouckville, NY 13310** | **Lease for Unit 3 at 3534 State Route 12B, Bouckville, NY 13310** |
| 2.194 **Hayman, Emma L.**<br>**2024 Spring Street, Apt. 7**<br>**Hamilton, NY 13346** | **Lease for Unit 7 at 2024-2032 Spring Street, Hamilton, NY 13346** |
| 2.195 **Haynes, Packard**<br>**P.O. Box 705**<br>**Earlville, NY 13332** | **Lease for Unit 1 at 84 West Main Street, Earlville, NY 13332** |
| 2.196 **Hayson, Dana**<br>**209 South Tower Road**<br>**Fombell, PA 16123** | **Storage Occupancy & Rental Agreement for Unit B48 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.197 **HCS Masquers**<br>**c/o Donna Moren**<br>**47 West Kendrick Avenue**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A12 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.198 **Headley, Dean**<br>**400 East Buck Mountain Road**<br>**Jackson, WY 83001** | **Lease for Unit 2 at 9-11 Maple Avenue, Hamilton, NY 13346** |
| 2.199 **Headley, Dean**<br>**400 East Buck Mountain Road**<br>**Jackson, WY 83001** | **Storage Lease for Reed6 at Reed Car Parking** |
| 2.200 **Hedberg, Masha**<br>**36 Madison Street, Apt. 3**<br>**Hamilton, NY 13346** | **Lease of Unit 3 at 36 Madison Street, Hamilton, NY 13346** |
| 2.201 **Hedlund, Carol**<br>**103 North Main Street, #5**<br>**Earlville, NY 13332** | **Lease for Unit 5 at 101-103 North Main Street, Earlville, NY 13332** |
| 2.202 **Hefner, Johnathan P.**<br>**P.O. Box 310**<br>**Earlville, NY 13332** | **Lease for Unit 2 at 101-103 North Main Street, Earlville, NY 13332** |

Debtor 1   **M. Burton Marshall**                                         Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.203 **Heinke, Linda R.**<br>**4183 Whitman Road**<br>**Canastota, NY 13032** | **Lease for Unit at 87 College Street, Hamilton, NY 13346 - lease starts 6/9/2023** |
| 2.204 **Helmer, Linda**<br>**P.O. Box 157**<br>**Morrisville, NY 13408** | **Storage Occupancy & Rental Agreements for Units D153, D155, and E117 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.205 **Hendrix, Jeffrey**<br>**7407 State Route 20, Apt. 2**<br>**Madison, NY 13402** | **Lease for Unit 2 at 7407 State Route 20, Madison, NY 13402** |
| 2.206 **Hendrix, Phyllis**<br>**7407 State Route 20, Apt. 2**<br>**Madison, NY 13402** | **Lease for Unit 2 at 7407 State Route 20, Madison, NY 13402** |
| 2.207 **Hollander, Courtney**<br>**478 24th Street**<br>**Santa Monica, CA 90402** | **Storage Occupancy & Rental Agreement for Unit B49 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.208 **Hollingsworth, Charles**<br>**71 Lebanon Street, Apt. 4**<br>**Hamilton, NY 13346** | **Lease for Unit 4 at 71 Lebanon Street, Hamilton, NY 13346** |
| 2.209 **Holmes, Brenna C.**<br>**7531 State Route 20**<br>**Madison, NY 13402** | **Lease for Unit 4 at 7531-7541 State Route 20, Madison, NY 13402** |
| 2.210 **Hoover, Scott**<br>**215 Woodland Avenue**<br>**Haddonfield, NJ 08033** | **Storage Occupancy & Rental Agreement for Unit B65 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.211 **Hopper, David**<br>**9 Hamilton Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit E116 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.212 **Hotobah-During, Olivia**<br>**427 East Glen Avenue**<br>**Ridgewood, NJ 07450** | **Storage Occupancy & Rental Agreement for Unit B81 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.213 **Howgate, Charles**<br>**522 Frank Road**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreements for Units A14, B57, and B76 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.214 **Huddleston, Declan T.**<br>**13 Hamilton Street, Apt. 4**<br>**Hamilton, NY 13346** | **Lease for Unit 4 at 13 Hamilton Street, Hamilton, NY 13346** |
| 2.215 **Huff, Noah**<br>**84 West Main Street, Apt. 4**<br>**Earlville, NY 13332** | **Lease for Unit 4 at 84 Wast Main Street, Earlville, NY 13332** |

| Debtor 1 | **M. Burton Marshall** | Case number *(if known)* |
|---|---|---|

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.216 **Huggler, Alexander**<br>**115 East 82nd Street, Apt. 3A**<br>**New York, NY 10028** | **Storage Occupancy & Rental Agreement for Unit A9 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.217 **Hughes, Nancy**<br>**1519 Randallsville Road**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit C183 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.218 **Hughes, Wayne A.**<br>**P.O. Box 582**<br>**Earlville, NY 13332** | **Lease for Unit 4 at 5 East Main Street, Earlville, NY 13332** |
| 2.219 **Hunter, Kerra**<br>**13 Oak Drive**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A36 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.220 **Hunter, Kerra**<br>**13 Oak Drive**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit E105 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.221 **Hurley, Donna F.**<br>**P.O. Box 310**<br>**Earlville, NY 13332** | **Lease for Unit 2 at 101-103 North Main Street, Earlville, NY 13332** |
| 2.222 **Hurley, Patrick J.**<br>**P.O. Box 310**<br>**Earlville, NY 13332** | **Lease for Unit 2 at 101-103 North Main Street, Earlville, NY 13332** |
| 2.223 **Hurley, Patrick J.**<br>**101 North Main Street, Apt. 2**<br>**Earlville, NY 13332** | **Storage Occupancy & Rental Agreement for Unit D136 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.224 **Iacobucci, Marisa T.**<br>**48 Madison Street**<br>**Hamilton, NY 13346** | **Lease for house at 48 Madison Street, Hamilton, NY 13346** |
| 2.225 **Impolis, Gillian E.**<br>**135 Lebanon Street**<br>**Hamilton, NY 13346** | **Lease of house at 135 Lebanon Street, Hamilton, NY 13346** |
| 2.226 **Independent Order of Odd Fellows (IOOF)**<br>**37 Lebanon Street**<br>**Hamilton, NY 13346** | **Lease for Unit 6 at 33-37 Lebanon Street, Hamilton, NY 13346** |
| 2.227 **Ingianni, Kayla M.**<br>**2032 Spring Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 2024-2032 Spring Street, Hamilton, NY 13346** |
| 2.228 **Iskovic, Abdel**<br>**2024 Spring Street, Apt. 10**<br>**Hamilton, NY 13346** | **Lease for Unit 10 at 2024-2032 Spring Street, Hamilton, NY 13346** |

Debtor 1    **M. Burton Marshall**                                                         Case number *(if known)*

---

## Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.229 **Israel, Robert A.**<br>**2024 Spring Street, Apt. 8**<br>**Hamilton, NY 13346** | **Lease for Unit 8 at 2024-2032 Spring Street, Hamilton, NY 13346** |
| 2.230 **Jablonski, Raymond**<br>**6521 Middleport Road, Apt. 3**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit C157 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.231 **Jackson, Ben**<br>**87 College Street**<br>**Hamilton, NY 13346** | **Lease for house at 87 College Street, Hamilton, NY 13346** |
| 2.232 **Jaworski, Andrew**<br>**1604 Turkey Run Road**<br>**Wilmington, DE 19803** | **Storage Occupancy & Rental Agreement for Unit A11 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.233 **Jayson, Andrea D.**<br>**29 Pine Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 29 Pine Street, Hamilton, NY 13346** |
| 2.234 **Jayson, Evelyn K.**<br>**29 Pine Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 29 Pine Street, Hamilton, NY 13346** |
| 2.235 **Jennings, Heather**<br>**7 Fennaway Green**<br>**Cazenovia, NY 13035** | **Storage Occupancy & Rental Agreement for Unit D145 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.236 **Jerry, Patrick M.**<br>**53 Lebanon Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 53 Lebanon Street, Hamilton, NY 13346** |
| 2.237 **Jimenez-Kubo, Naomi R.**<br>**25 Clyde Street, Apt. 2**<br>**Earlville, NY 13332** | **Lease for Unit 2 at 45 Clyde Street, Earlville, NY 13332** |
| 2.238 **Johnson, Calvin**<br>**4854 Quarry Road**<br>**Munnsville, NY 13409** | **Storage Occupancy & Rental Agreement for Unit C158 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.239 **Johnson, Grattan**<br>**P.O. Box 265**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreements for Units D149 and D151 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.240 **Kaminski, Louis V.**<br>**7535 State Route 20, Apt. 2**<br>**Madison, NY 13402** | **Lease for Unit 2 at 7531-7541 State Route 20, Madison, NY 13402** |
| 2.241 **Kappel, Victoria**<br>**30 West State Street, Unit F4**<br>**Sherburne, NY 13460** | **Storage Occupancy & Rental Agreement for Unit A19 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |

Debtor 1    **M. Burton Marshall** _____    Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.242 **Kawall, Jason**<br>**21 West Kendrick Avenue, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 21 West Kendrick Avenue,, Hamilton, NY 13346** |
| 2.243 **Kevorkian, Theresa R.**<br>**7 Charles Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 7 Charles St Hamilton, NY 13346** |
| 2.244 **Kincaid, Jessica**<br>**37 Milford Street, Space #7**<br>**Hamilton, NY 13346** | **Lease for Space 7 at 37 Milford Street, Hamilton, NY 13346** |
| 2.245 **King, Thomas**<br>**1966 Randallsville Road**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit D134 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.246 **King, Thomas**<br>**1966 Randallsville Road**<br>**Hamilton, NY 13346** | **Storage Lease for Unit BSSFTrailered5 at Big Stuff Bar, Route 12B, Bouckville, NY 13310** |
| 2.247 **Kinne, Dale**<br>**68 Utica Street**<br>**Hamilton, NY 13346** | **Lease for house at 68 Utica Street, Hamilton, NY 13346** |
| 2.248 **Kinne, Larry**<br>**68 Utica Street**<br>**Hamilton, NY 13346** | **Lease for house at 68 Utica Street, Hamilton, NY 13346** |
| 2.249 **Kinsey, Jenna**<br>**17B East Main Street**<br>**Earlville, NY 13332** | **Lease for Unit 5 at 15-21 East Main Street, Earlville, NY 13332** |
| 2.250 **Kinsey, Robert Seth**<br>**17B East Main Street**<br>**Earlville, NY 13332** | **Lease for Unit 5 at 15-21 East Main Street, Earlville, NY 13332** |
| 2.251 **Kirley, Jessica L.**<br>**P.O. Box 153**<br>**Earlville, NY 13332** | **Lease for Unit 3 at 16 North Main Street, Earlville, NY 13332** |
| 2.252 **Koen, Kerry**<br>**4632 East Lake Road**<br>**Hamilton, NY 13346** | **Lease for Unit 5 at 33-37 Lebanon Street, Hamilton, NY 13346** |
| 2.253 **Kopelman, Ben**<br>**45 Lebanon Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 45 Lebanon Street, Hamilton, NY 13346** |
| 2.254 **Kopelman, Ben**<br>**45 Lebanon Street, Apt. 2**<br>**Hamilton, NY 13346** | **Storage Lease for Units Reed1 and Reed2 at Reed Car Parking** |

Debtor 1    **M. Burton Marshall**                                        Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.255  **Kornblau, Rebecca**<br>**P.O. Box 24**<br>**Pound Ridge, NY 10576** | **Storage Lease for Reed13 at Reed Car Parking** |
| 2.256  **Krause, Nicholas S.**<br>**2674 State Route 12B, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for house at 67 Utica Street, Hamilton, NY 13346** |
| 2.257  **Krehel, Carol**<br>**5271 English Avenue**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit C184 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.258  **Kuhar-Pitters, Halle**<br>**1710 West 11th Avenue**<br>**Spokane, WA 99204** | **Storage Occupancy & Rental Agreement for Unit B40 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.259  **Kupris, Jerome**<br>**P.O. Box 337**<br>**Sherburne, NY 13460** | **Storage Occupancy & Rental Agreement for Unit A7 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.260  **Kwarta, Daniel J.**<br>**84 West Main Street, Apt. 3**<br>**Earlville, NY 13332** | **Lease for Unit 3 at 84 West Main Street, Earlville, NY 13332** |
| 2.261  **LaBarbera, Marcus**<br>**38 Pine Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreements for Units D133 and E123 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.262  **Lantz, Clara**<br>**146 Lebanon Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit E103 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.263  **LaRuffa, Bill**<br>**11 Pine Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 11 Pine Street, Hamilton, NY 13346** |
| 2.264  **Lee, Sinhaeng**<br>**3618 South Street, Apt. 2**<br>**Madison, NY 13402** | **Lease for Unit 2 at 3618 South Street, Madison, NY 13402** |
| 2.265  **Lee, Susan**<br>**109 Moose Hill Parkway**<br>**Sharon, MA 02067** | **Storage Occupancy & Rental Agreement for Unit B41 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.266  **Lemery, Thomas**<br>**345 Main Street**<br>**Oneida, NY 13421** | **Storage Occupancy & Rental Agreement for Unit B70 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.267  **Lenning, Elizabeth A.**<br>**73 Utica Street**<br>**Hamilton, NY 13346** | **Lease for house at 73 Utica Street, Hamilton, NY 13346** |

| Debtor 1 | **M. Burton Marshall** | Case number *(if known)* |
|---|---|---|

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.268 **Leone, Peter**<br>**45 Broad Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit C169 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.269 **Leone, Peter**<br>**45 Broad Street**<br>**Hamilton, NY 13346** | **Storage Lease for Unit BSFF13 at Big Stuff Barn, Route 12B, Bouckville, NY 13310** |
| 2.270 **Limo Cueva, Bertha A.**<br>**11 Pine Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 11 Pine Street, Hamilton, NY 13346** |
| 2.271 **Lin Naing, Han**<br>**71 Lebanon Street, Apt. 3**<br>**Hamilton, NY 13346** | **Lease for Unit 3 at 71 Lebanon Street, Hamilton, NY 13346** |
| 2.272 **Livni, Tova H.**<br>**4 Fayette Street, Apt. 2**<br>**Earlville, NY 13332** | **Lease for Unit 2 at 4 Fayette Street, Earlville, NY 13332** |
| 2.273 **Longden, Gerald**<br>**P.O. Box 111**<br>**Kirkville, NY 13082** | **Storage Occupancy & Rental Agreement for Unit D135 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.274 **Loop, W. Jackson**<br>**27 West Kendrick Avenue**<br>**Hamilton, NY 13346-1211** | **Storage Lease for Unit BSFF12 at Big Stuff Barn, Route 12B, Bouckville, NY 13310** |
| 2.275 **Lopata, John**<br>**3346 Pickett Road**<br>**Madison, NY 13402** | **Storage Lease for Unit BSFF8 at Big Stuff Barn, Route 12B, Bouckville, NY 13310** |
| 2.276 **LoRusso, Vincent**<br>**2157 Mohawk Street**<br>**Clayville, NY 13322** | **Storage Lease for Car Hauler Space at Big Stuff Barn, Route 12B, Bouckville, NY 13310** |
| 2.277 **Louks, Charlotte G.**<br>**6921 Whitesands Place**<br>**Malibu, CA 90265** | **Lease for Unit at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023** |
| 2.278 **Lucey, Kate**<br>**4250 East Lake Road, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 4250 East Lake Road, Hamilton, NY 13346** |
| 2.279 **Lucey-McCabe, Calvin P.**<br>**11 John Street**<br>**Hamilton, NY 13346** | **Lease for Unit 4 at 4097 State Route 26, Eaton, NY 13334** |
| 2.280 **Luthra, Lakshmi M.**<br>**5 East Main Street, Space 1**<br>**Earlville, NY 13332** | **Lease for Unit 1 at 5 East Main Street, Earlville, NY 13332** |

Debtor 1   **M. Burton Marshall**                                        Case number *(if known)*

---

## ▮ Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.281 **Lynch, Jessey T.**<br>**2674 State Route 12B, Apt. 6**<br>**Hamilton, NY 13346** | **Lease for Unit 6 at 2674 & 2652 State Route 12B**<br>**Hamilton, NY 13346** |
| 2.282 **Lyons, Schroer, Jessica M.**<br>**83 East Main Street**<br>**Earlville, NY 13332** | **Lease for Unit 1 at 83-85 East Main Street, Earlville, NY**<br>**13332** |
| 2.283 **Ma, Zichen**<br>**2024 Spring Strete, Apt. 11**<br>**Hamilton, NY 13346** | **Lease for Unit11 at 2024-2032 Spring Street, Hamilton,**<br>**NY 13346** |
| 2.284 **Maggio, Girolamo B.**<br>**82 Lebanon Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 82 Lebanon Street, Hamilton, NY**<br>**13346** |
| 2.285 **Maisto, Georgina**<br>**173 Marina Boulevard**<br>**San Francisco, CA 94123** | **Storage Occupancy & Rental Agreement for Unit B55 at**<br>**South Self Storage, 1693 NYS Route 12B, Hamilton, NY**<br>**13346** |
| 2.286 **Malawi Development Initiative**<br>**Attn: President or Managing Member**<br>**101 Eaton Street**<br>**Hamilton, NY 13346** | **Storage Lease for Unit BSFFTrailered1 at Big Stuff Barn,**<br>**Route 12B, Bouckville, NY 13310** |
| 2.287 **Malozzi, Rocco A.**<br>**35 Lebanon Street, Suite 4**<br>**Hamilton, NY 13346** | **Lease for Unit 4 at 33-37 Lebanon Street, Hamilton, NY**<br>**13346** |
| 2.288 **Manning, Bonnie**<br>**2804 River Road**<br>**Eaton, NY 13334** | **Lease for Unit 1 at 2804 River Road, Eaton, NY 13334** |
| 2.289 **Manning, John**<br>**P.O. Box 2**<br>**Eaton, NY 13334** | **Lease for Unit 1 at 2804 River Road, Eaton, NY 13334** |
| 2.290 **Manning, Sean**<br>**1 Clark Street, Apt. 3**<br>**Earlville, NY 13332** | **Storage Occupancy & Rental Agreement for Unit E112 at**<br>**North Self Storage - 2649 NYS Route 12B, Hamilton, NY**<br>**13346** |
| 2.291 **Manning, Sean W.**<br>**1 Clark Street, Apt. 3**<br>**Earlville, NY 13332** | **Lease for Unit 3 at 1 Clark Street, Earlville, NY 13332** |
| 2.292 **Manzourolajdad, Amirhossein**<br>**15 Pine Street, Apt. 4**<br>**Hamilton, NY 13346** | **Lease for Unit 4 at 15 Pine Street, Hamilton, NY 13346** |
| 2.293 **Margolis, Amanda**<br>**14 Cross Gates**<br>**Short Hills, NJ 07078** | **Storage Lease for Unit Reed14 at Reed Car Parking** |

Debtor 1 **M. Burton Marshall**

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.294 **Marris, Jaden I.**<br>**2674 State Route 12B, Apt. 7**<br>**Hamilton, NY 13346** | **Lease for Unit 7 at 2674 & 2652 State Route 12B<br>Hamilton, NY 13346** |
| 2.295 **Marshall, Grace**<br>**940 Upham Road**<br>**Earlville, NY 13332** | **Storage Occupancy & Rental Agreement for Unit A25 at<br>South Self Storage, 1693 NYS Route 12B, Hamilton, NY<br>13346** |
| 2.296 **Matuszczak, Alyssa L.**<br>**175 Lebanon Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease of Unit 2 at 175 Lebanon Street, Hamilton, NY<br>13346** |
| 2.297 **Maxwell, Katherine P.**<br>**245 Heights Road**<br>**Ridgewood, NJ 07450** | **Lease for Unit at 13-15 Maple Avenue, Hamilton, NY<br>13346 - lease starts 8/23/2023** |
| 2.298 **McDermott, Baylay**<br>**7813 Birnam Wood Drive**<br>**Mc Lean, VA 22102** | **Storage Occupancy & Rental Agreement for Unit A3 at<br>South Self Storage, 1693 NYS Route 12B, Hamilton, NY<br>13346** |
| 2.299 **McGuire, Nancy**<br>**P.O. Box 173**<br>**Fruita, CO 81521** | **Storage Occupancy & Rental Agreements for Units B62,<br>B71, B78, and B84 at South Self Storage, 1693 NYS Route<br>12B, Hamilton, NY 13346** |
| 2.300 **McHale, Thomas A.**<br>**4016 Everett Street**<br>**Kensington, MD 20895** | **Lease for Unit 2 at 9 Maple Avenue, Hamilton, NY 13346 -<br>lease starts 8/23/2024** |
| 2.301 **McHugh, Debbie**<br>**11 Greenbush Court**<br>**Greenlawn, NY 11740** | **Storage Occupancy & Rental Agreement for Unit B87 at<br>South Self Storage, 1693 NYS Route 12B, Hamilton, NY<br>13346** |
| 2.302 **McKenna, Matthew**<br>**12 Solon Street**<br>**Wellesley, MA 02482** | **Lease for Unit 1 at 9-11 Maple Avenue, Hamilton, NY<br>13346** |
| 2.303 **McKenna, Matthew**<br>**12 Solon Street**<br>**Wellesley, MA 02482** | **Storage Lease for Unit Reed9 at Reed Car Parking** |
| 2.304 **McLoughlin, Paul J. II**<br>**116 Broad Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A15 at<br>South Self Storage, 1693 NYS Route 12B, Hamilton, NY<br>13346** |
| 2.305 **Medici, Claire E.**<br>**5830 SW 94th Street**<br>**Pinecrest, FL 33156** | **Storage Occupancy & Rental Agreement for Unit B90 at<br>South Self Storage, 1693 NYS Route 12B, Hamilton, NY<br>13346** |
| 2.306 **Meek, Deanna C.**<br>**13 Hamilton Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 13 Hamilton Street, Hamilton, NY<br>13346** |

Debtor 1  **M. Burton Marshall**                                        Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.307 **Merrick, Robert**<br>P.O. 451<br>De Ruyter, NY 13052 | **Storage Occupancy & Rental Agreement for Unit B45 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.308 **Mettler, Beth**<br>3453 Hughes Road<br>Morrisville, NY 13408 | **Storage Occupancy & Rental Agreement for Unit D142 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.309 **Miles B. Marshall, Inc.**<br>P.O. Box 89<br>Hamilton, NY 13346 | **Lease for Unit 3 at 9-11 Maple Avenue, Hamilton, NY 13346** |
| 2.310 **Miller, Ashley**<br>53 Lebanon Street, Apt. 1<br>Hamilton, NY 13346 | **Lease for Unit 1 at 53 Lebanon Street, Hamilton, NY 13346** |
| 2.311 **Miller, Karl K.**<br>4101 State Route 26, Apt. 3<br>Eaton, NY 13334 | **Lease for Unit 3 at 4101 State Route 26, Eaton, NY 13334** |
| 2.312 **Miller, Maranda S.**<br>P.O. Box 336<br>Earlville, NY 13332 | **Lease of Unit 2 at 6 Madison Street, Earlville, NY 13332** |
| 2.313 **Miller, Ryan**<br>53 Lebanon Street, Apt. 1<br>Hamilton, NY 13346 | **Lease for Unit 1 at 53 Lebanon Street, Hamilton, NY 13346** |
| 2.314 **Minicus, Michael**<br>3 Hollister Lane<br>Darien, CT 06820 | **Lease for Unit 3 at 11 Madison Street, Hamilton, NY 13346 - lease starts 8/18/2023** |
| 2.315 **Mitton, Ross C.**<br>21 Seaway Drive<br>Copiague, NY 11726 | **Lease for Unit 2 at 9 Maple Avenue, Hamilton, NY 13346 - lease starts at 8/18/2023** |
| 2.316 **Moore, Patrick D.**<br>131 Lebanon Street, Apt. 1<br>Hamilton, NY 13346 | **Lease for Unit 1 at 131-133 Lebanon Street, Hamilton, NY 13346** |
| 2.317 **Moot, Amanda M.**<br>7336 State Route 20, Apt. 4<br>Madison, NY 13402 | **Lease for Unit 4 at 7334-7336 State Route 20, Madison, NY 13402** |
| 2.318 **Moran, Lauren**<br>84 West Main Street, Apt. 2<br>Earlville, NY 13332 | **Lease for Unit 2 at 84 West Main Street, Earlville, NY 13332** |
| 2.319 **Moran, Sean**<br>84 West Main Street, Apt. 2<br>Earlville, NY 13332 | **Lease for Unit 2 at 84 West Main Street, Earlville, NY 13332** |

Debtor 1   **M. Burton Marshall**                                    Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.320 **Morris, Dulcie L.**<br>**3210 Retreet Court**<br>**Malibu, CA 90265** | **Lease for Unit at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024** |
| 2.321 **Morris, James D.**<br>**2573 Johnnycake Hill Road**<br>**Hamilton, NY 13346-2192** | **Storage Lease for Unit BSFF2 at Big Stuff Barn, Route 12B, Bouckville, NY 13310** |
| 2.322 **Mosher, Amy**<br>**1 Clark Street, Apt. 2**<br>**Earlville, NY 13332** | **Lease for Unit 2 at 1 Clark Street, Earlville, NY 13332** |
| 2.323 **Mosher, Karen**<br>**P.O. Box 18**<br>**Eaton, NY 13334** | **Storage Occupancy & Rental Agreement for Unit E124 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.324 **MU of DKE Foundation**<br>**Attn: President or Managing Member**<br>**P.O. Box 157**<br>**Hamilton, NY 13346** | **Storage Lease for Unit Outside Tax Exempt1 for POD Storage Container** |
| 2.325 **Mukamel, Betsy**<br>**1411 Flagler Drive**<br>**Mamaroneck, NY 10543** | **Storage Occupancy & Rental Agreement for Unit A2 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.326 **Nasreen, Farzana**<br>**30 Eaton Street**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 28-30 Eaton Street, Hamilton, NY 13346** |
| 2.327 **Neckles, Maya**<br>**67 Princeton Street**<br>**Valley Stream, NY 11580** | **Storage Occupancy & Rental Agreement for Unit E106 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.328 **Nelson, Matt**<br>**39 Montgomery Street**<br>**Hamilton, NY 13346** | **Lease for house at 39 Montgomery Street, Hamilton, NY 13346** |
| 2.329 **Niles, Logan J.**<br>**4101 State Route 26, Apt. 2**<br>**Eaton, NY 13334** | **Lease for Unit 2 at 4101 State Route 26, Eaton, NY 13334** |
| 2.330 **Noble, Ashley**<br>**P.O. Box 214**<br>**Eaton, NY 13334** | **Lease for Unit 1 at 4101 State Route 26, Eaton, NY 13334** |
| 2.331 **Noble, Seth**<br>**P.O. Box 214**<br>**Eaton, NY 13334** | **Lease for Unit 1 at 4101 State Route 26, Eaton, NY 13334** |
| 2.332 **Noble, Seth**<br>**P.O. Box 32**<br>**Eaton, NY 13334** | **Storage Occupancy & Rental Agreement for Unit A32 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |

| Debtor 1 | **M. Burton Marshall** | Case number *(if known)* |
|---|---|---|

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.333 **Nolan, Clifford**<br>**34 Clyde Street**<br>**Earlville, NY 13332** | **Lease for house at 34 Clyde Street, Earlville, NY 13332** |
| 2.334 **Nolan, Clifford**<br>**34 Clyde Street**<br>**Earlville, NY 13332** | **Storage Occupancy & Rental Agreement for Unit E166 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.335 **Nolan, John**<br>**34 Clyde Street**<br>**Earlville, NY 13332** | **Lease for house at 34 Clyde Street, Earlville, NY 13332** |
| 2.336 **Nori, George**<br>**425 Madison Lane**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A24 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.337 **Nuff, Noah**<br>**84 West Main Street, Apt. 4**<br>**Earlville, NY 13332** | **Lease for Unit 4 at 84 West Main Street, Earlville, NY 13332** |
| 2.338 **O'Brien-Steele, Chase**<br>**112 Sloat Boulevard**<br>**San Francisco, CA 94132** | **Lease for Unit 2 at 16 Pine Street, Hamilton, NY 13346** |
| 2.339 **O'Hare, Eileen R.**<br>**21 East Main Street**<br>**Earlville, NY 13332** | **Lease for Unit  3 at 15-21 East Main Street, Earlville, NY 13332** |
| 2.340 **Ochojski, Pam**<br>**15 Pine Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 15 Pine Street, Hamilton, NY 13346** |
| 2.341 **Ormen, Marie E.**<br>**28 Eaton Street**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 28-30 Eaton Street, Hamilton, NY 13346** |
| 2.342 **Ormen, Natalie S.**<br>**28 Eaton Street**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 28-30 Eaton Street, Hamilton, NY 13346** |
| 2.343 **Orrison, Sadie**<br>**5343 Lebanon Road**<br>**Earlville, NY 13332** | **Storage Occupancy & Rental Agreement for Unit C176 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.344 **Osier, Walter**<br>**2890 Hatch Lake Road**<br>**Eaton, NY 13334** | **Storage Occupancy & Rental Agreements for Units A30 and B44 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.345 **Palmiter, Ann**<br>**100 Frank Road**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A23 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |

| Debtor 1 | **M. Burton Marshall** | Case number (*if known*) | |
|---|---|---|---|

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.346 **Parrott, Chris**<br>7 Plateau Lane<br>Bedford, NY 10506 | **Storage Occupancy & Rental Agreement for Unit D146 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.347 **Parti, Dylan M.**<br>P.O. Box 435<br>Earlville, NY 13332 | **Lease for Unit 1 at 15-21 East Main Street, Earlville, NY 13332** |
| 2.348 **Pasco, Leslie**<br>4158 Highbridge Street<br>Fayetteville, NY 13066 | **Co-signor of Fred Goldby Lease for house at 4332 East Lake Road, Hamilton, NY 13346** |
| 2.349 **Paul, William R.**<br>7531 State Route 20<br>Madison, NY 13402 | **Lease for Unit 4 at 7531-7541 State Route 20, Madison, NY 13402** |
| 2.350 **Pellerin, Clare**<br>86 Clendenan Avenue<br>Toronto, ON M6P 2W6<br>Canada | **Storage Occupancy & Rental Agreements for Units B58 and B75 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.351 **Perkes, Brett**<br>7336 State Route 20, Apt. 3<br>Madison, NY 13402 | **Lease for Unit 3 at 7334-7336 State Route 20, Madison, NY 13402** |
| 2.352 **Perkes, Jennifer**<br>7336 State Route 20, Apt. 3<br>Madison, NY 13402 | **Lease for Unit 3 at 7334-7336 State Route 20, Madison, NY 13402** |
| 2.353 **Peters, Tommy A.**<br>6522 Armstrong Road<br>Hamilton, NY 13346 | **Lease for Unit 5 at 2674 & 2652 State Route 12B Hamilton, NY 13346** |
| 2.354 **Phi Delta Theta Alumni Corp.**<br>Attn: Gair Meres<br>P.O. Box 377<br>Hamilton, NY 13346 | **Storage Occupancy & Rental Agreement for Unit A22 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.355 **Phi Kappa Tau**<br>Attn: Gair Meres<br>P.O. Box 377<br>Hamilton, NY 13346 | **Storage Occupancy & Rental Agreement for Unit D137 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.356 **Phillips, Ryan**<br>1512 Circle Drive<br>Springdale, AR 72764 | **Storage Occupancy & Rental Agreement for Unit C159 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.357 **Pier, Nancy**<br>34 Dogwood Lane<br>New Providence, NJ 07974 | **Storage Occupancy & Rental Agreement for Unit B68 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |

Debtor 1   **M. Burton Marshall**                                                    Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.358 **Piliero, Luis R.**<br>**P.O. Box 584**<br>**Earlville, NY 13332** | **Lease for Unit 3 at 7220 Butter Lane, Hamilton, NY 13346** |
| 2.359 **Pinchevsky, Shabtai**<br>**32 Eaton Street**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 32-34 Eaton Street, Hamilton, NY 13346** |
| 2.360 **Pistorius, Alexander C.**<br>**110 Requeza Street**<br>**Encinitas, CA 92024** | **Lease of Unit 1 at 11 Madison Street, Hamilton, NY 13346** |
| 2.361 **Policcelli, Diane M.**<br>**7220 Butternut Lane, Apt. 4**<br>**Hamilton, NY 13346** | **Lease for Unit 4 at 7220 Butter Lane, Hamilton, NY 13346** |
| 2.362 **Popli, Ritika**<br>**34 Eaton Street**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 32-34 Eaton Street, Hamilton, NY 13346** |
| 2.363 **Powrie, Kim**<br>**176 Fairway Circle**<br>**Baldwinsville, NY 13027** | **Storage Occupancy & Rental Agreement for Unit D138 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.364 **Purcell, Gary**<br>**5218 Springlake Way**<br>**Baltimore, MD 21212** | **Storage Occupancy & Rental Agreement for Unit B50 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.365 **Race, Lynda**<br>**2453 Huth Sayer Road**<br>**Oriskany Falls, NY 13425** | **Storage Occupancy & Rental Agreement for Unit D147 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.366 **Randall, Cory L.**<br>**7336 State Route 20, Apt. 4**<br>**Madison, NY 13402** | **Lease for Unit 4 at 7334-7336 State Route 20, Madison, NY 13402** |
| 2.367 **Raymond, Tabisha**<br>**13 Hamilton Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 13 Hamilton Street, Hamilton, NY 13346** |
| 2.368 **Rees, Sebastian M.**<br>**3534 State Route 12B, Apt. 3**<br>**Bouckville, NY 13310** | **Lease for Unit 3 at 3534 State Route 12B, Bouckville, NY 13310** |
| 2.369 **Relyea, Justin M.**<br>**73 Utica Street**<br>**Hamilton, NY 13346** | **Lease for house at 73 Utica Street, Hamilton, NY 13346** |
| 2.370 **Reynolds, Melinda**<br>**P.O. Box 1015**<br>**Sherburne, NY 13460** | **Lease for Unit 2 at 16 North Main Street, Earlville, NY 13332** |

Debtor 1    **M. Burton Marshall**                                              Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
| --- | --- |
| 2.371 **Rhoades, Joyce**<br>**5343 Lebanon Road**<br>**Earlville, NY 13332** | **Storage Occupancy & Rental Agreement for Unit E118 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.372 **Ries, Nancy V.**<br>**8 Montgomery Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 8 Montgomery Street, Hamilton, NY 13346** |
| 2.373 **Riley, Abigail**<br>**P.O. Box 502**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit B64 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.374 **Rizzo-Bonafine, Antonio S.**<br>**82 Lebanon Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 82 Lebanon Street, Hamilton, NY 13346** |
| 2.375 **Roberts, Colton E.**<br>**35 Fayette Street, Apt. 1**<br>**Earlville, NY 13332** | **Lease for Unit 1 at 35 Fayette Street, Earlville, NY 13332** |
| 2.376 **Romero, Jenna M.**<br>**84 West Main Street, Apt. 6**<br>**Earlville, NY 13332** | **Lease for Unit 6 at 84 West Main Street, Earlville, NY 13332** |
| 2.377 **Rubenstein, Marci**<br>**82 Chestnut Terrace**<br>**Buffalo Grove, IL 60089** | **Storage Occupancy & Rental Agreement for Unit B56 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.378 **Rudwall, Cassandra**<br>**76 Eaton Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit C182 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.379 **Ruehl, Anne**<br>**5227 English Avenue, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 5227 English Avenue, Hamilton, NY 13346** |
| 2.380 **Ruehl, Misty**<br>**5227 English Avenue, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 5227 English Avenue, Hamilton, NY 13346** |
| 2.381 **Ruppenstein, Colin**<br>**11 Rebel Lane**<br>**Darien, CT 06820** | **Lease for Unit 1 at 11 Madison Street, Hamilton, NY 13346 - lease starts 8/18/2023** |
| 2.382 **Rusch, Doulgas M.**<br>**135 Lebanon Street**<br>**Hamilton, NY 13346** | **Lease for house at 135 Lebanon Street, Hamilton, NY 13346** |
| 2.383 **Saeed, Timothy D.**<br>**2032 Spring Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 2024-2032 Spring Street, Hamilton, NY 13346** |

Debtor 1    **M. Burton Marshall**                                        Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.384  **Salas, Raymond R.**<br>P.O. Box 182<br>Eaton, NY 13334 | **Lease for Unit 2 at 4097 State Route 26, Eaton, NY 13334** |
| 2.385  **Salvaggio, Adam**<br>6124 Haasadahl Road<br>Orefield, PA 18069-9403 | **Lease of Unit 3 at 11 Madison Street, Hamilton, NY 13346** |
| 2.386  **Samson, Patricia**<br>3425 English Avenue<br>Morrisville, NY 13408 | **Lease for Unit 1 at 45 Lebanon Street, Hamilton, NY 13346** |
| 2.387  **Sanders, Nicole**<br>34 Lebanon Street<br>Hamilton, NY 13346 | **Lease for house at 34 Lebanon Street, Hamilton, NY 13346** |
| 2.388  **Sanderss, Stephen**<br>34 Lebanon Street<br>Hamilton, NY 13346 | **Lease for house at 34 Lebanon Street, Hamilton, NY 13346** |
| 2.389  **Santos, Tomas L.**<br>111 Lake Avenue<br>Greenwich, CT 06830 | **Lease for Unit 1 at 16 Pine Street, Hamilton, NY 13346** |
| 2.390  **Saracino, Daniel**<br>2032 Spring Street, #6<br>Hamilton, NY 13346 | **Lease for Unit 6 at 2024-2032 Spring Street, Hamilton, NY 13346** |
| 2.391  **Sawn, Audrey**<br>173 Lebanon Street<br>Hamilton, NY 13346 | **Lease of house at 173 Lebanon Street, Hamilton, NY 13346** |
| 2.392  **Schneider, David**<br>15 Wylie Street<br>Hamilton, NY 13346 | **Lease for house at 15 Wylie Street, Hamilton, NY 13346** |
| 2.393  **Schneider, Lindsey**<br>15 Wylie Street<br>Hamilton, NY 13346 | **Lease for house at 15 Wylie Street, Hamilton, NY 13346** |
| 2.394  **Schneider, Stephanie**<br>15 Wylie Street<br>Hamilton, NY 13346 | **Lease for house at 15 Wylie Street, Hamilton, NY 13346** |
| 2.395  **Schultz, Sandra**<br>358 Vizcaya Drive<br>Palm Beach Gardens, FL 33418 | **Storage Occupancy & Rental Agreement for Unit C179 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.396  **Screen It**<br>P.O. Box 2<br>Hamilton, NY 13346 | **Lease for Space 4 at 37 Milford Street, Hamilton, NY 13346** |

Debtor 1    **M. Burton Marshall**                                    Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.397 **Seo, Gunog**<br>**2677 Lake Moraine Road**<br>**Hamilton, NY 13346** | **Lease for house at 2677 Lake Moraine Road, Hamilton, NY 13346** |
| 2.398 **Shattuck, Douglas**<br>**2521 Lake Moraine Road**<br>**Hamilton, NY 13346** | **Lease for house at 2521 Lake Moraine Road, Hamilton, NY 13346** |
| 2.399 **Shepherd, Jim**<br>**P.O. Box 910**<br>**Syracuse, NY 13201** | **Storage Occupancy & Rental Agreements for Units E110, E111, and E120 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.400 **Shepherd, Kandice M.**<br>**1 Clark Street, Apt. 3**<br>**Earlville, NY 13332** | **Lease for Unit 3 at 1 Clark Street, Earlville, NY 13332** |
| 2.401 **Shiffer, Johanna**<br>**P.O. Box 35**<br>**Peterboro, NY 13134** | **Storage Occupancy & Rental Agreements for Units D139 and E114 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.402 **Shiminski, Lesa**<br>**P.O. Box 617**<br>**Earlville, NY 13332** | **Lease for Unit 5 at 16 North Main Street, Earlville, NY 13332** |
| 2.403 **Shpylova-Saeed, Nataliya**<br>**2032 Spring Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 2024-2032 Spring Street, Hamilton, NY 13346** |
| 2.404 **Sigma Chi Foundation**<br>**Attn: Gair Meres**<br>**P.O. Box 377**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreements for Units C167 and C170 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.405 **Sigsworth, Claire**<br>**21 West Kendrick Avenue, Apt. 1**<br>**Hamilton, NY 13346** | **Lesae for Unit 1 at 21 West Kendrick Avenue,, Hamilton, NY 13346** |
| 2.406 **Simons, Heather**<br>**P.O. Box 682**<br>**Earlville, NY 13332** | **Storage Occupancy & Rental Agreement for Unit E127 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.407 **Simpson, Tammy**<br>**5235 Pugh Road**<br>**Morrisville, NY 13408** | **Storage Occupancy & Rental Agreement for Unit E126 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.408 **Sint, Kyaw**<br>**71 Lebanon Street, Apt. 3**<br>**Hamilton, NY 13346** | **Lease for Unit 3 at 71 Lebanon Street, Hamilton, NY 13346** |
| 2.409 **Skyler, Aleksandr**<br>**2024 Spring Stret, Apt. 12**<br>**Hamilton, NY 13346** | **Lease for Unit12 at 2024-2032 Spring Street, Hamilton, NY 13346** |

Debtor 1   **M. Burton Marshall**                                    Case number *(if known)*

████   **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.410   **Smith, Allison M.**<br>**82 Lebanon Stret, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 82 Lebanon Street, Hamilton, NY 13346** |
| 2.411   **Smith, Caleb D.**<br>**223 Poverty Lane**<br>**Lebanon, NH 03766** | **Lease for Unit 2 at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024** |
| 2.412   **Smith, Grady**<br>**4250 East Lake Road, Apt. 3**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A16 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.413   **Smith, Mary A.**<br>**2652 State Route 12B, Apt. 10**<br>**Hamilton, NY 13346** | **Lease for Unit 10 at 2674 & 2652 State Route 12B Hamilton, NY 13346** |
| 2.414   **Smith, Patricia**<br>**2032 Spring Street, Apt. 4**<br>**Hamilton, NY 13346** | **Lease for Unit 4 at 2024-2032 Spring Street, Hamilton, NY 13346** |
| 2.415   **Snaden, Kathianne**<br>**123 Arlington Avenue**<br>**Port Jefferson, NY 11777-1302** | **Storage Occupancy & Rental Agreement for Unit A6 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.416   **Snow, Audrey**<br>**7 Shannon Circle**<br>**Westmoreland, NY 13490** | **Storage Lease for Unit BSFF6 at Big Stuff Barn, Route 12B, Bouckville, NY 13310** |
| 2.417   **Sonne, Devin E.**<br>**22 Eaton Street**<br>**Hamilton, NY 13346** | **Lease for house at 22 Eaton Street, Hamilton, NY 13346** |
| 2.418   **Sonneborn, Paul L.**<br>**175 Lebanon Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease of Unit 2 at 175 Lebanon Street, Hamilton, NY 13346** |
| 2.419   **Spaven, Brandon T.**<br>**P.O. Box 91**<br>**Earlville, NY 13332** | **Lease for Unit 3 at 15-21 East Main Street, Earlville, NY 13332** |
| 2.420   **Spector, Carolyn**<br>**42 Pennsylvania Avenue**<br>**Newton Upper Falls, MA 02464** | **Storage Occupancy & Rental Agreement for Unit E121 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.421   **Sposita, Jacob**<br>**2521 Heritage Oaks**<br>**Milford, MI 48380** | **Lease for Unit 2 at 11 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023** |
| 2.422   **Stahl, Kathleen**<br>**4 West Pleasant Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 4 West Pleasant Street, Hamilton, NY 13346** |

Debtor 1    **M. Burton Marshall**                                                     Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.423  **Stenovec, Sarah**<br>**489 Dalewood Drive**<br>**Orinda, CA 94563** | **Storage Occupancy & Rental Agreement for Unit C175 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.424  **Stevens, Derrick R.**<br>**22 Eaton Street**<br>**Hamilton, NY 13346** | **Lease for house at 22 Eaton Street, Hamilton, NY 13346** |
| 2.425  **Stiegler, Sam**<br>**28 Madison Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease of Unit 2 at 28 Madison Street, Hamilton, NY 13346** |
| 2.426  **Stile, Theresa L.**<br>**12 East Lake Road, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 12 East Lake Road, Hamilton, NY 13346** |
| 2.427  **Stillwaggon, Elizabeth**<br>**87 College Street**<br>**Hamilton, NY 13346** | **Lease for house at 87 College Street, Hamilton, NY 13346** |
| 2.428  **Stiner, Stephen A.**<br>**12 East Lake Road, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 12 East Lake Road, Hamilton, NY 13346** |
| 2.429  **Stradling, Susan**<br>**6 Charles Street**<br>**Hamilton, NY 13346** | **Lease for Space 1 at 37 Milford Street, Hamilton, NY 13346** |
| 2.430  **Straight, Bradley S.**<br>**4250 East Lake Road, Apt. 3**<br>**Hamilton, NY 13346** | **Lease for Unit 3 at 4250 East Lake Road, Hamilton, NY 13346** |
| 2.431  **Strain, Tim M.**<br>**2405 Johnny Cake Hill Road, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 2405 Johnny Cake Hill Road, Hamilton, NY 13346** |
| 2.432  **Stratton, Sharon**<br>**2853 Woodman Pond Road**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit C174 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.433  **Street, Bridgette K.**<br>**P.O. Box 454**<br>**Madison, NY 13402** | **Lease for Unit 1 at 7334-7336 State Route 20, Madison, NY 13402** |
| 2.434  **Strong, Reanna**<br>**4250 East Lake Road, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 4250 East Lake Road, Hamilton, NY 13346** |
| 2.435  **Sundberg, Peyton**<br>**218 Shaun Lake**<br>**Hailey, ID 83333** | **Storage Occupancy & Rental Agreement for Unit B53 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |

Debtor 1    **M. Burton Marshall**                                    Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.436  **Sweeney, Maureen**<br>**516 State Highway 310**<br>**Canton, NY 13617** | **Storage Occupancy & Rental Agreement for Unit A34 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.437  **Sykes, Jadyn A.**<br>**5227 English Avenue, Apt. 3**<br>**Hamilton, NY 13346** | **Lease for Unit 3 at 5227 English Avenue, Hamilton, NY 13346** |
| 2.438  **Taiwo, Christina**<br>**6767 Airport Road**<br>**Hamilton, NY 13346** | **Lease for house at 6767 Airport Road, Hamilton, NY 13346** |
| 2.439  **Tallman, Ronald Jr.**<br>**3212 Cole Road**<br>**Bouckville, NY 13310** | **Storage Occupancy & Rental Agreement for Unit D156 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.440  **Taranto, Margaret**<br>**6454 Craine Lake Road**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A27 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.441  **Taylor, Albert**<br>**P.O. Box 364**<br>**Morrisville, NY 13408** | **Storage Occupancy & Rental Agreement for Unit A26 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.442  **Taylor, Alicia N.**<br>**7535 State Route 20, Apt. 1**<br>**Madison, NY 13402** | **Lease for Unit 1 at 7531-7541 State Route 20, Madison, NY 13402** |
| 2.443  **Taylor, Cassidy A.**<br>**2024 Spring Street, Apt. 7**<br>**Hamilton, NY 13346** | **Lease for Unit 7 at 2024-2032 Spring Street, Hamilton, NY 13346** |
| 2.444  **Taylor, Herbert F.**<br>**7535 State Route 20, Apt. 1**<br>**Madison, NY 13402** | **Lease for Unit 1 at 7531-7541 State Route 20, Madison, NY 13402** |
| 2.445  **Terry, Kristine**<br>**34 Montgomery Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 34 Montgomery Street, Hamilton, NY 13346** |
| 2.446  **Terry, Timothy**<br>**34 Montgomery Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 34 Montgomery Street, Hamilton, NY 13346** |
| 2.447  **The Church of Jesus Christ of Latter-day Saints, a Utah sole corporation**<br>**P.O. Box 517**<br>**Liverpool, NY 13088-0517** | **Lease of Unit 2 at 134 Lebanon Street, Hamilton, NY 13346** |
| 2.448  **Thorn, William M.**<br>**19 East Main Street**<br>**Earlville, NY 13332** | **Lease for Unit 2 at 15-21 East Main Street, Earlville, NY 13332** |

Debtor 1 **M. Burton Marshall**                                    Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.449 **Tobiasz, Olivia L.**<br>**101 North Main Street, #3**<br>**Earlville, NY 13332** | **Lease for Unit 3 at 101-103 North Main Street, Earlville, NY 13332** |
| 2.450 **Tolase, Ajibola R.**<br>**3857 Howe Street**<br>**Oakland, CA 94611** | **Lease for Unit 3 at 13 Hamilton Street, Hamilton, NY 13346 - lease starts 6/15/2023** |
| 2.451 **Townend, Oliver**<br>**2801 NW 55th Court, Suite 6W**<br>**Fort Lauderdale, FL 33309** | **Storage Occupancy & Rental Agreement for Unit B51 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.452 **Trudeau, Harold**<br>**P.O. Box 171**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 59-61 Lebanon Street, Hamilton, NY 13346** |
| 2.453 **Trudeau, Max**<br>**61 Lebanon Street**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 59-61 Lebanon Street, Hamilton, NY 13346** |
| 2.454 **Trudeau, Megan**<br>**61 Lebanon Street**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 59-61 Lebanon Street, Hamilton, NY 13346** |
| 2.455 **Trueworthy, Tim**<br>**60 Broad Street**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A8 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.456 **Tseng, Linda**<br>**2032 Spring Street, Apt. 3**<br>**Hamilton, NY 13346** | **Lease for Unit 3 at 2024-2032 Spring Street, Hamilton, NY 13346** |
| 2.457 **Turk, Seth**<br>**4444 South Rio Grande Avenue, Apt. 306A**<br>**Orlando, FL 32839** | **Co-signor of Shelli Gage Lease for Unit 5 at 7541 State Route 20, Madison, NY 13302** |
| 2.458 **Turner, Eileen**<br>**P.O. Box 374**<br>**Earlville, NY 13332** | **Lease for Unit 6 at 16 North Main Street, Earlville, NY 13332** |
| 2.459 **Turner, Ellen**<br>**2448 Skyline Drive**<br>**Oriskany Falls, NY 13425** | **Storage Lease for Units BSFF3 and BSSFRV1 at Big Stuff Barn, Route 12B, Bouckville, NY 13310** |
| 2.460 **Tyndale, Cristen D.**<br>**P.O. Box 182**<br>**Eaton, NY 13334** | **Lease for Unit 2 at 4097 State Route 26, Eaton, NY 13334** |
| 2.461 **Upton, Rebecca**<br>**1841 Preston Hill Road**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit D131 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |

| Debtor 1 | **M. Burton Marshall** | | Case number *(if known)* | |

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.462 **Urban, Bill**<br>**208 Belgatos Lane**<br>**Los Gatos, CA 95032** | **Storage Occupancy & Rental Agreement for Unit B85 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.463 **Usborne, Elisa M.**<br>**36 Clyde Street**<br>**Earlville, NY 13332** | **Lease for house at 36 Clyde Street, Earlville, NY 13332** |
| 2.464 **Valente, Kenneth**<br>**P.O. Box 462**<br>**Hamilton, NY 13346-6000** | **Storage Occupancy & Rental Agreement for Unit B54 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.465 **Van Kempen, Yolanda**<br>**2590 South Clayton Street**<br>**Denver, CO 80210** | **Storage Occupancy & Rental Agreement for Unit B67 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.466 **VanAuken, Megan M.**<br>**15 Pine Street, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 15 Pine Street, Hamilton, NY 13346 - lease starts 5/1/2023** |
| 2.467 **VanLinder, Joseph**<br>**26 Madison Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease of Unit 1 at 26 Madison Street, Hamilton, NY 13346** |
| 2.468 **Verbitsky, Krisa L.**<br>**37 Milford Street, Space #2**<br>**Hamilton, NY 13346** | **Lease for Space 2 at 37 Milford Street, Hamilton, NY 13346** |
| 2.469 **Verbitsky, Paul**<br>**5780 Chamberlin Road**<br>**Eaton, NY 13334** | **Storage Occupancy & Rental Agreements for Units C160, C173, and E104 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.470 **Village Clay LLC**<br>**37 Milford Street, Space #3**<br>**Hamilton, NY 13346** | **Lease for Space 3 at 37 Milford Street, Hamilton, NY 13346** |
| 2.471 **Villanueva-Alonso, Lucia**<br>**977 Cherrystone Drive**<br>**Los Gatos, CA 95032** | **Storage Occupancy & Rental Agreement for Unit B83 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.472 **Virgil, Darlene**<br>**3003 Eaton Road**<br>**Eaton, NY 13334** | **Storage Occupancy & Rental Agreements for Units E108, E109, and E113 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |
| 2.473 **Vollmer, Ed**<br>**133 Lebanon Street**<br>**Hamilton, NY 13346** | **Lease for Unit 3 at 131-133 Lebanon Street, Hamilton, NY 13346** |
| 2.474 **Vorbrich, Ingrid**<br>**4309 Fremont Avenue South**<br>**Minneapolis, MN 55409** | **Storage Occupancy & Rental Agreement for Unit C171 at North Self Storage - 2649 NYS Route 12B, Hamilton, NY 13346** |

Debtor 1    **M. Burton Marshall**                                  Case number *(if known)*

  **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.475 **Wakharkar, Pallavi V.**<br>**4 West Pleasant Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 4 West Pleasant Street, Hamilton, NY 13346** |
| 2.476 **Walsh, Brandon P.**<br>**4 Fayette Street, Apt. 2**<br>**Earlville, NY 13332** | **Lease for Unit 2 at 4 Fayette Street, Earlville, NY 13332** |
| 2.477 **Walsh, Thomas Joseph**<br>**68 Kingston Court West**<br>**Coronado, CA 92118** | **Lease for Unit 2 at 11 Madison Street, Hamilton, NY 13346 - lease starts 8/18/2023** |
| 2.478 **Wang, Weijia**<br>**59 Lebanon Street**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 59-61 Lebanon Street, Hamilton, NY 13346** |
| 2.479 **Ward, Hunter C.**<br>**7079 East Main Street**<br>**Earlville, NY 13332** | **Lease of Unit 1 at 6 Madison Street, Earlville, NY 13332** |
| 2.480 **Warner, Arthur**<br>**15 Fox Ridge Run**<br>**New Milford, CT 06776** | **Storage Lease for Space #5 at Big Stuff Bar, Route 12B, Bouckville, NY 13310** |
| 2.481 **Warner, Bobbi**<br>**5227 English Aenue, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 5227 English Avenue, Hamilton, NY 13346** |
| 2.482 **Warner, Katherine M.**<br>**82 Lebanon Street, Apt. 3**<br>**Hamilton, NY 13346** | **Lease for Unit 3 at 82 Lebanon Street, Hamilton, NY 13346** |
| 2.483 **Warunek, Emily B.**<br>**4 Fayette Street, Apt. 1**<br>**Earlville, NY 13332** | **Lease for Unit 1 at 4 Fayette Street, Earlville, NY 13332** |
| 2.484 **Welch, Kristin**<br>**82 Lebanon Street, Apt. 7**<br>**Hamilton, NY 13346** | **Lease for Unit 7 at 82 Lebanon Street, Hamilton, NY 13346** |
| 2.485 **Wendt, Jessica R.**<br>**36 Clyde Street**<br>**Earlville, NY 13332** | **Lease for house at 36 Clyde Street, Earlville, NY 13332** |
| 2.486 **West, Aimee**<br>**3108 Jackson Street**<br>**San Francisco, CA 94115** | **Storage Lease for Unit BSFF15 at Big Stuff Barn, Route 12B, Bouckville, NY 13310** |
| 2.487 **West, Nicholas**<br>**4873 Old County Road**<br>**Morrisville, NY 13408** | **Storage Occupancy & Rental Agreement for Unit B63 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |

Debtor 1   **M. Burton Marshall**                                    Case number *(if known)*
_____                    _____

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.488   **West, Taylor**<br>**3108 Jackson Street**<br>**San Francisco, CA 94115** | **Storage Occupancy & Rental Agreement for Unit A28 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.489   **Westcott, Michael**<br>**123 Madison Lane**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit A35 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.490   **Weyent, Karen**<br>**39 Montgomery Street**<br>**Hamilton, NY 13346** | **Lease for house at 39 Montgomery Street, Hamilton, NY 13346** |
| 2.491   **White, David D.**<br>**7 Pine Street**<br>**Hamilton, NY 13346** | **Storage Lease for 15 Pine Street Garage Space, Hamilton, NY 13346** |
| 2.492   **Williams, Edward**<br>**P.O. Box 72**<br>**Oneida, NY 13421** | **Storage Lease for Unit Outside5 at Big Stuff Barn, Route 12B, Bouckville, NY 13310** |
| 2.493   **Windhausen, David**<br>**7209 Butternut Lane, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 7209 Butter Lane, Hamilton, NY 13346** |
| 2.494   **Windhausen, Josh**<br>**7209 Butternut Lane, Apt. 2**<br>**Hamilton, NY 13346** | **Lease for Unit 2 at 7209 Butter Lane, Hamilton, NY 13346** |
| 2.495   **Wingate, Bennett**<br>**31 Fairfax Terrace**<br>**Chatham, NJ 07928** | **Lease of Unit 3 at 11 Madison Street, Hamilton, NY 13346** |
| 2.496   **Witkowski, Jacqueline R.**<br>**4 West Pleasant Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 4 West Pleasant Street, Hamilton, NY 13346** |
| 2.497   **Wong, Yuhao**<br>**13 Oak Drive, Box Z5937**<br>**Hamilton, NY 13346** | **Storage Occupancy & Rental Agreement for Unit B77 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.498   **Woodruff, Bayleigh E.**<br>**35 Fayette Street, Apt. 1**<br>**Earlville, NY 13332** | **Lease for Unit 1 at 35 Fayette Street, Earlville, NY 13332** |
| 2.499   **Wootton, Harry B.**<br>**4097 State Route 26, Apt. 1**<br>**Eaton, NY 13334** | **Lease for Unit 1 at 4097 State Route 26, Eaton, NY 13334** |
| 2.500   **Wootton, Marietta L.**<br>**P.O. Box 212**<br>**Eaton, NY 13334** | **Lease for Unit 1 at 4097 State Route 26, Eaton, NY 13334** |

Debtor 1    **M. Burton Marshall**                                            Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.501 **Worden, Robin M.**<br>**5 East Main Street, Space 2**<br>**Earlville, NY 13332** | **Lease for Unit 2 at 5 East Main Street, Earlville, NY 13332** |
| 2.502 **Wormuth, Krystal R.**<br>**45 Clyde Street, Apt. 2**<br>**Earlville, NY 13332** | **Lease for Unit 2 at 45 Clyde Street, Earlville, NY 13332** |
| 2.503 **Yendell, Roma**<br>**6 Madison Street, Apt. 3**<br>**Earlville, NY 13332** | **Lease of Unit 3 at 6 Madison Street, Earlville, NY 13332** |
| 2.504 **Young, Cheyenne R.**<br>**6 Madison Street, Apt. 1**<br>**Earlville, NY 13332** | **Lease of Unit 1 at 6 Madison Street, Earlville, NY 13332** |
| 2.505 **Zammiello, Michelle**<br>**2 Pine Ridge Drive**<br>**Cranston, RI 02921** | **Storage Occupancy & Rental Agreement for Unit B82 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.506 **Zamzam, Rebekah**<br>**2970 Melavia Court**<br>**Ada, MI 49301** | **Storage Occupancy & Rental Agreement for Unit B66 at South Self Storage, 1693 NYS Route 12B, Hamilton, NY 13346** |
| 2.507 **Zbock, Jason**<br>**66 Utica Street, Apt. 1**<br>**Hamilton, NY 13346** | **Lease for Unit 1 at 66 Utica Street, Hamilton, NY 13346** |
| 2.508 **Zomber, Gabriella M.**<br>**15 Pine Street, Apt. 3**<br>**Hamilton, NY 13346** | **Lease for Unit 3 at 15 Pine Street, Hamilton, NY 13346** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **M. Burton Marshall** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** _____ Name _____ Number   Street City          State          ZIP Code | ☐ Schedule D, line _____ ☐ Schedule E/F, line _____ ☐ Schedule G, line _____ |
| **3.2** _____ Name _____ Number   Street City          State          ZIP Code | ☐ Schedule D, line _____ ☐ Schedule E/F, line _____ ☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **M. Burton Marshall** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | | |
| | **Employment status** | ■ Employed  ☐ Not employed | ☐ Employed  ☐ Not employed |
| | **Occupation** | Insurance Agent | |
| | **Employer's name** | Miles B. Marshall, Inc. | |
| | **Employer's address** | P.O. Box 89 11 Maple Avenue Hamilton, NY 13346 | |
| | **How long employed there?** | 52 years | |

### Part 2:      Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $        6,388.00 | $           N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$          0.00 | +$          N/A |
| 4. | Calculate gross Income.  Add line 2 + line 3. | 4. | $        6,388.00 | $           N/A |

Debtor 1   **M. Burton Marshall**                                   Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 6,388.00 | $ N/A |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ N/A

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 6,388.00    $ N/A

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 225,807.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 3,398.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: **Storage** | 8h.+ | $ 17,349.00 + | $ N/A |
| **Mortgage - Jones** | | $ 625.00 | $ N/A |
| **Mortgage - Ostrander** | | $ 1,000.00 | $ N/A |
| **Mortgage - Miller** | | $ 562.00 | $ N/A |
| **Mortgage - Strong-Collins** | | $ 650.00 | $ N/A |
| **M&M Press** | | $ 31,600.00 | $ N/A |
| **U-Haul** | | $ 500.00 | $ N/A |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 281,491.00    $ N/A

**10. Calculate monthly income.** Add line 7 + line 9.    10.    $ 287,879.00    + $ N/A    = $ 287,879.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.    + $ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 287,879.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **M. Burton Marshall** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.   **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.          4. $          **1,195.74**

   **If not included in line 4:**

   4a.   Real estate taxes                                          4a. $          **1,331.19**
   4b.   Property, homeowner's, or renter's insurance              4b. $          **606.00**
   4c.   Home maintenance, repair, and upkeep expenses             4c. $          **1,575.65**
   4d.   Homeowner's association or condominium dues               4d. $          **0.00**
5.   **Additional mortgage payments for your residence,** such as home equity loans          5. $          **0.00**

Debtor 1   **M. Burton Marshall**                                                    Case number (if known) _____

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a.  $ | 449.83 |
| | 6b.    Water, sewer, garbage collection | 6b.  $ | 142.77 |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ | 511.93 |
| | 6d.    Other. Specify: | 6d.  $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7.  $ | 1,920.81 |
| 8. | **Childcare and children's education costs** | 8.  $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $ | 500.00 |
| 10. | **Personal care products and services** | 10.  $ | 500.00 |
| 11. | **Medical and dental expenses** | 11.  $ | 2,634.87 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12.  $ | 833.33 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14.  $ | 110.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a.  $ | 4,175.05 |
| | 15b.   Health insurance | 15b.  $ | 2,243.70 |
| | 15c.   Vehicle insurance | 15c.  $ | 137.50 |
| | 15d.   Other insurance. Specify: | 15d.  $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: | 16.  $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a.  $ | 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b.  $ | 0.00 |
| | 17c.   Other. Specify: | 17c.  $ | 0.00 |
| | 17d.   Other. Specify: | 17d.  $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18.  $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | 19.  $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a.   Mortgages on other property | 20a.  $ | 0.00 |
| | 20b.   Real estate taxes | 20b.  $ | 500.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c.  $ | 500.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d.  $ | 1,000.00 |
| | 20e.   Homeowner's association or condominium dues | 20e.  $ | 0.00 |
| 21. | **Other:** Specify:   **Mortgages** | 21.  +$ | 34,260.00 |
| | **M&M Press** | +$ | 30,500.00 |
| | **U-Haul** | +$ | 450.00 |
| | **Rentals** | +$ | 180,000.00 |
| | **Student Loans (3)** | +$ | 1,050.03 |
| | **Subscriptions - Netflix, Amazon, etc.** | +$ | 200.00 |
| | **Guys Mortorcycle Maintenance** | +$ | 56.00 |
| | **Taylor Grove - Taxes** | +$ | 597.01 |
| | **Taylor Grove - Electric** | +$ | 29.99 |
| | **Taylor Grove - Maintenance** | +$ | 272.41 |
| | **Taylor Grove - Insurance** | +$ | 46.83 |
| | **Umbrella Insurance** | +$ | 93.83 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 268,524.47 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 268,524.47 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $ | 287,879.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b.  -$ | 268,524.47 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c.  $ | 19,354.53 |

Debtor 1  __M. Burton Marshall_____    Case number (if known) _____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    | Explain here: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **M. Burton Marshall** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____  X _____
M. Burton Marshall
Signature of Debtor 1                  Signature of Debtor 2

Date   04/20/2023 _____    Date _____