**Fill in this information to identify your case:**

Debtor 1 __M. Burton Marshall__
    First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse if, filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number
(if known) _____

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

                                                                               **Unsecured claim**

**1**

**Blass, Randall P.**
**2432 Upper Elmwood Place**
**The Villages, FL 32162-3596**

What is the nature of the claim? __Promissory Note__    **$529,362.43**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Blass, Randall P.**

nkblass@gmail.com
Contact

315-436-3180 or 352-259-1121
Contact phone

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured) _____

Value of security: - _____
Unsecured claim _____

**2**

**Bocchino, Sandra L.**
**390 Bragdon Road**
**Wells, ME 04090**

What is the nature of the claim? __Promissory Note__    **$694,428.59**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Bocchino, Sandra L.**

Does the creditor have a lien on your property?
■ No

Debtor 1    **M. Burton Marshall**    Case number *(if known)*

sandybocchino@gmail.com
Contact

☐ Yes. Total claim (secured and unsecured)

**207-432-9000**
Contact phone

Value of security: -
Unsecured claim

---

**3**

**Brennan, Mark**
**818 Washington Avenue**
**Oceanside, CA 92054-4044**

**What is the nature of the claim?**    **Promissory Note**    **$794,827.21**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

**Brennan, Mark**

brennanportfolio@yahoo.com
Contact

■ No
☐ Yes. Total claim (secured and unsecured)

**619-757-9740**
Contact phone

Value of security: -
Unsecured claim

---

**4**

**Brown, Sharon L.**
**2861 Hatch Lake Road**
**Eaton, NY 13334**

**What is the nature of the claim?**    **Promissory Note**    **$753,036.33**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

**Brown, Sharon L.**

Contact

■ No
☐ Yes. Total claim (secured and unsecured)

**315-662-7256**
Contact phone

Value of security: -
Unsecured claim

---

**5**

**Corrigan, Christine S.**
**2521 County Highway 22**
**Richfield Springs, NY 13439-2723**

**What is the nature of the claim?**    **Promissory Note**    **$556,441.22**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

**Corrigan, Christine S.**

christinecorrigan@gmail.com
Contact

■ No
☐ Yes. Total claim (secured and unsecured)

**315-529-7584**

Value of security: -

Debtor 1 **M. Burton Marshall**    Case number *(if known)* _____

Contact phone    Unsecured claim _____

---

**6**

**Corrigan, Eugene J. Jr.**
**2521 County Highway 22**
**Richfield Springs, NY 13439-2723**

**What is the nature of the claim?**   **Promissory Note**   **$1,092,797.71**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Corrigan, Eugene J. Jr.**

**lakehouse1843@netscape.net**
Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) _____

**315-529-7560**
Contact phone

Value of security:   -   _____
Unsecured claim   _____

---

**7**

**Earing, Margaret M.**
**P.O. Box 229**
**Sylvan Beach, NY 01315-7229**

**What is the nature of the claim?**   **Promissory Note**   **$506,627.60**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Earing, Margaret M.**

**margearing@yahoo.com**
Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) _____

**315-750-0358**
Contact phone

Value of security:   -   _____
Unsecured claim   _____

---

**8**

**Fuller, Kevin and Carla**
**12532 The Resort Boulevard**
**Forth Worth, TX 76179-6666**

**What is the nature of the claim?**   **Promissory Note**   **$876,368.81**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Fuller, Kevin and Carla**

**carlafuller@me.com**
Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) _____

**817-689-0363**
Contact phone

Value of security:   -   _____
Unsecured claim   _____

---

**9**    **What is the nature of the claim?**   **Promissory Note**   **$627,371.69**

Debtor 1  **M. Burton Marshall**   Case number *(if known)*

**Hallam, Cheryl A.**
**P.O. Box 82**
**Eaton, NY 13334-0082**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Hallam, Cheryl A.**

**drchallam@yahoo.com**
Contact

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: -
Unsecured claim

**315-684-7683 or 315-750-8919**
Contact phone

---

**10**

**Hance, Everett P. and LouAnn M.**
**2838 Abbert Road**
**Hubbardsville, NY 13355-1235**

**What is the nature of the claim?**  **Promissory Note**  **$594,015.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Hance, Everett P. and LouAnn M.**

**pizzalady1991@yahoo.com**
Contact

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: -
Unsecured claim

**315-824-2112 or 315-794-0113**
Contact phone

---

**11**

**Lamb, Robyn G.**
**8144 Hill Road**
**Hubbardsville, NY 13355-1104**

**What is the nature of the claim?**  **Promissory Note**  **$2,399,432.57**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Lamb, Robyn G.**

Contact

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: -
Unsecured claim

**315-691-5521**
Contact phone

---

**12**

**Locascio, Gerard**
**631 Old Plantation Road**
**Jekyll Island, GA 31527-0723**

**What is the nature of the claim?**  **Promissory Note**  **$1,347,325.78**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- Disputed

Debtor 1  **M. Burton Marshall**    Case number *(if known)*

☐
■ None of the above apply

**Locascio, Gerard**

**Does the creditor have a lien on your property?**

lottoman@gmail.com
Contact

■ No
☐ Yes. Total claim (secured and unsecured)

**315-404-2487**
Contact phone

Value of security: -
Unsecured claim

---

**13**

**Ochs, Peter W. and Vanessa G.**
**1617 Saint Annes Road**
**Charlottesville, VA 22901-3045**

**What is the nature of the claim?**    **Promissory Note**    **$956,476.61**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Ochs, Peter W. and Vanessa G.**

**Does the creditor have a lien on your property?**

pochs2@pochs2.com
Contact

■ No
☐ Yes. Total claim (secured and unsecured)

**434-825-1991**
Contact phone

Value of security: -
Unsecured claim

---

**14**

**Omans, Gareth L.**
**455 12th Place SE**
**Vero Beach, FL 32962-5734**

**What is the nature of the claim?**    **Promissory Note**    **$644,756.64**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Omans, Gareth L.**

**Does the creditor have a lien on your property?**

Contact

■ No
☐ Yes. Total claim (secured and unsecured)

**315-655-3330 or 315-466-6249**
Contact phone

Value of security: -
Unsecured claim

---

**15**

**Owen, Gary J.**
**6143 McLaughlin Road**
**Oriskany Falls, NY 13425-4234**

**What is the nature of the claim?**    **Promissory Note**    **$971,606.07**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

Debtor 1    **M. Burton Marshall**                                  Case number *(if known)*

**Owen, Gary J.**

Contact

■ No
☐ Yes. Total claim (secured and unsecured)

**315-821-6559 or 315-941-7800**
Contact phone

Value of security:                -
Unsecured claim

---

**16**    **Sharpe, Kevin E. and Sherry A.**
3221 Oran Gulf Road
Manlius, NY 13104-8616

**What is the nature of the claim?**    **Promissory Note**    **$1,525,848.43**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Sharpe, Kevin E. and Sherry A.**

**Does the creditor have a lien on your property?**

**kesharpe7@gmail.com**
Contact

■ No
☐ Yes. Total claim (secured and unsecured)

**315-481-7683**
Contact phone

Value of security:                -
Unsecured claim

---

**17**    **Snyder, Jerry L. and Stacy L.**
1994 Vidler Road
West Edmeston, NY 13485-2916

**What is the nature of the claim?**    **Promissory Note**    **$579,678.65**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Snyder, Jerry L. and Stacy L.**

**Does the creditor have a lien on your property?**

**stacysnyder@gmail.com**
Contact

■ No
☐ Yes. Total claim (secured and unsecured)

**315-725-1312**
Contact phone

Value of security:                -
Unsecured claim

---

**18**    **Stapleton, Harold C.
and Colleen J. Townsend**
120 Mountain View Drive, Apt. 203
Sherburne, NY 13460-5718

**What is the nature of the claim?**    **Promissory Note**    **$639,853.04**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Stapleton, Harold C.**

**Does the creditor have a lien on your property?**

Contact

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                -

Debtor 1     M. Burton Marshall                                    Case number *(if known)*

| | | |
|---|---|---|
| 607-674-9453 | Unsecured claim | |
| Contact phone | | |

---

**19** Tanner, Sally A.
2918 Eaton Road
Eaton, NY 13334-3160

What is the nature of the claim?    **Promissory Note**    $552,724.54

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Tanner, Sally A.

murphy222@frontier.com
Contact

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)

315-416-7817
Contact phone

Value of security:    -
Unsecured claim

---

**20** Wharton, Charles J.
3523 Locust Cove Road SW
Gainesville, GA 30504-5597

What is the nature of the claim?    **Promissory Note**    $1,634,026.52

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Wharton, Charles J.

ChuckWharton@gmail.com
Contact

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)

215-203-4724 or 678-971-1364
Contact phone

Value of security:    -
Unsecured claim

---

**Part 2:** Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____
  M. Burton Marshall
  Signature of Debtor 1

X _____
  Signature of Debtor 2

Date   04/20/2023                             Date _____