**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **M. Burton Marshall** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                     04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

- ■ Married
- ☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

- ■ No
- ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

- ■ No
- ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

- ☐ No
- ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $28,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2022 ) | ☐ Wages, commissions, bonuses, tips | $104,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    M. Burton Marshall _____   Case number (*if known*) _____

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For the calendar year before that:** (January 1 to December 31, 2021 ) | ☐ Wages, commissions, bonuses, tips | $104,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security Benefits | $36,000.00 | | |
| | Interest / Dividends | $5,000.00 | | |
| | Interest / Dividends | $29,382.00 | | |
| **For last calendar year:** (January 1 to December 31, 2022 ) | Social Security Benefits | $35,386.00 | | |
| **For the calendar year before that:** (January 1 to December 31, 2021 ) | Social Security Benefits | $34,643.00 | | |
| | Interest / Dividends | $29,931.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Debtor 1   **M. Burton Marshall**                                              Case number (*if known*)

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Travelers**<br>**P.O. Box 660317**<br>**Dallas, TX 75266** | **1/23/2023** | **$19,190.48** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Insurance Policy Premium** |
| **Travelers**<br>**P.O. Box 660317**<br>**Dallas, TX 75266** | **3/4/2023** | **$9,586.63** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Insurance Policy Premium** |
| **Joseph & Jill Baker**<br>**3210 Carlisle Street, Unit 22**<br>**Dallas, TX 75204** | **1/17/2023** | **$25,000.00** | **$144,368.01** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Madison County Treasurer**<br>**P.O. Box 665**<br>**Wampsville, NY 13163** | **1/32/2023** | **$10,087.97** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Real Estate Taxes** |
| **Sandra Brunschmid**<br>**3237 State Highway 80**<br>**Sherburne, NY 13460** | **1/23/2023** | **$12,000.00** | **$20,853.59** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Sidney Fisher**<br>**694 State Route 41**<br>**Homer, NY 13077** | **1/21/2023** | **$10,000.00** | **$56,211.80** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Stephen G. Spudie**<br>**676 Mason Road**<br>**Waterville, NY 13480** | **2/1/2023** | **$8,000.00** | **$247,115.09** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1  **M. Burton Marshall**                                    Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Steve Goldstein**<br>**10037 Colebrook Avenue**<br>**Potomac, MD 20854** | **1/17/2023** | **$68,000.00** | **$213,725.10** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Tammy Boratyn**<br>**2961 Seventh Street**<br>**Saint Cloud, FL 34769** | **1/9/2023** | **$13,000.00** | **$110,583.80** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Madison County Treasurer**<br>**P.O. Box 665**<br>**Wampsville, NY 13163** | **3/30/2023** | **$123,439.18** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Real Estate Taxes** |
| **Alexander Nakhimovsky**<br>**51 University Avenue**<br>**Hamilton, NY 13346** | **1/23/2023** | **$20,000.00** | **$354,783.44** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Barclay Damon LLP**<br>**Barclay Damon Tower**<br>**125 East Jefferson Street**<br>**Syracuse, NY 13202** | **2/9/2023** | **$50,000.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Legal Fees** |
| **Celia Palmiter**<br>**P.O. Box 568**<br>**Sherburne, NY 13460** | **1/22/2023** | **$8,195.54** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Charles L. Hall**<br>**5331 English Avenue**<br>**Hamilton, NY 13346** | **1/23/2023** | **$15,000.00** | **$28,668.77** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1   **M. Burton Marshall**                                    Case number (*if known*)

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **David L. Will**<br>**2646 State Route 12B**<br>**Hamilton, NY 13346** | **3/21/2023** | **$14,597.37** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Salary** |
| **Eleanor P. Ferry**<br>**c/o Patricia Kellogg**<br>**14820 East 49th Street**<br>**Yuma, AZ 85367** | **1/27/2023** | **$15,000.00** | **$145,056.64** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Estate of William McSwain**<br>**1352 Crumb Road**<br>**Hubbardsville, NY 13355** | **1/17/2023** | **$61,793.24** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Frederick Waffner**<br>**2242 Page Green Road**<br>**Cortland, NY 13045** | **2/1/2023** | **$15,000.00** | **$56,158.97** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **George Flanders**<br>**21540 North 71st Drive**<br>**Glendale, AZ 85308** | **1/32/2023** | **$10,000.00** | **$333,628.50** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Gerard Locascio**<br>**631 Old Plantation Road**<br>**Jekyll Island, GA 31527** | **2/3/2023** | **$15,000.00** | **$1,330,801.04** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Greg Sharpe**<br>**136 Elm Street**<br>**Batavia, NY 14020** | **1/6/2023** | **$8,000.00** | **$5,815.42** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1  **M. Burton Marshall**    Case number (*if known*)

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Heartwood Forest Products**<br>**42 South Main Street**<br>**Sherburne, NY 13460** | **3/17/2023** | **$9,033.69** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>■ Suppliers or vendors<br>☐ Other___ |
| **Jencap Specialty Ins. Svcs** | **1/12/2023** | **$12,500.89** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Insurance Policy Premium** |
| **Jennifer L. Sacco**<br>**2230 Jones Road**<br>**Winchester, VA 22602** | **1/31/2023** | **$100,000.00** | **$251,312.42** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Joan Kazlauskas**<br>**5810 Middle Road**<br>**Munnsville, NY 13409** | **1/23/2023** | **$10,000.00** | **$13,365.74** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Lee Woodard Esq.**<br>**Harris Beach**<br>**333 West Washington Street, Suite 200**<br>**Syracuse, NY 13202** | **2/14/2023** | **$50,000.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Legal Fees** |
| **Lettie J. Nelson**<br>**2160 Bleecker Street, Apt. B249**<br>**Utica, NY 13501** | **2/1/2023** | **$10,000.00** | **$149,418.23** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Avery & Robyn Lamb**<br>**8144 Hill Road**<br>**Hubbardsville, NY 13355** | **1/17/2023** | **$12,283.00** | **$231,510.92** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1  **M. Burton Marshall**                               Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Elizabeth Moubray**<br>**11611 Navarro Way, Apt. 2007**<br>**Fort Myers, FL 33908** | **1/17/2023** | **$11,885.00** | **$161.01** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Barbara Grabow**<br>**217 South 4th Avenue**<br>**Ilion, NY 13357** | **1/17/2023** | **$8,319.00** | **$195,715.48** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Robert Garland**<br>**1104 Bedford Avenue, #603**<br>**Brooklyn, NY 11216** | **1/17/2023** | **$8,250.00** | **$314,685.43** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Peter & Vanessa Ochs**<br>**1617 St. Annes Road**<br>**Charlottesville, VA 22901** | **1/17/2023** | **$7,700.00** | **$961,283.03** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Jacob Dweck & Juliana Ochs**<br>**285 Moore Street**<br>**Princeton, NJ 08540** | **1/17/2023** | **$8,125.00** | **$300,368.03** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Allison & Sean Edwards**<br>**18 Pumpkin Pine Road**<br>**Natick, MA 01760** | **1/17/2023** | **$7,600.00** | **$12,216.89** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Gary J. Owen**<br>**6143 McLaughlin Road**<br>**Oriskany Falls, NY 13425** | **1/17/2023** | **$6,625.00** | **$958,488.51** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1   **M. Burton Marshall**                              Case number (*if known*)

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Village of Hamilton**<br>**3 Broad Street**<br>**Hamilton, NY 13346** | 3/6/2023 | $8,199.14 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>■ Suppliers or vendors<br>☐ Other___ |
| **Village of Hamilton**<br>**3 Broad Street**<br>**Hamilton, NY 13346** | 2/6/2023 | $7,718.46 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>■ Suppliers or vendors<br>☐ Other___ |
| **Randall & Nancy Blass**<br>**2432 Upper Elmwood Place**<br>**The Villages, FL 32162** | 1/13/2023 | $660,019.00 | $532,022.54 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Scott N. Smith**<br>**241 Furman Mill Road**<br>**Sherburne, NY 13460** | 1/23/2023 | $7,000.00 | $1,276.39 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Noteholder Payments** | 3/18/2023 - A payment of 1/2 of 1% of the principal balance of each promissory note was made to all promissory noteholders listed on Schedule F. | $455,597.02 | $90,461,148.64 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Vollmer, Ed**<br>**133 Lebanon Street**<br>**Hamilton, NY 13346** | 3/20/2023 and 4/7/2023 | $2,000.00 | $14,484.16 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Loop, W. Jackson**<br>**27 West Kendrick Avenue**<br>**Hamilton, NY 13346-1211** | 3/22/2023 | $966.10 | $296,531.11 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1   **M. Burton Marshall**   Case number (*if known*) _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Dinneen, David W.**<br>**82 Eaton Street**<br>**Hamilton, NY 13346-2105** | **4/13/2023** | **$500.00** | **$1,645.89** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Sullivan, Jack L.**<br>**67 Hamilton Street**<br>**Hamilton, NY 13346-1328** | **4/17/2023** | **$3,000.00** | **$36,239.53** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Bocchino, Sandra L.**<br>**390 Bragdon Road**<br>**Wells, ME 04090** | **4/17/2023** | **$3,000.00** | **$694,428.59** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Mark Colletti**<br>**21 West Kendrick Street**<br>**Hamilton, NY 13346** | **7/5/2022 $10,000**<br>**4/20/2022 $70,000** | **$80,000.00** | **$269,282.11** | **Distribution from Note** |
| **Mark Colletti** | **11/14/2022** | **$250.00** | **$0.00** | **Christmas Gift** |
| **Taber Colletti** | **11/14/2022** | **$250.00** | **$0.00** | **Christmas Gift** |
| **Luca Colletti** | **11/14/2022** | **$250.00** | **$0.00** | **Christmas Gift** |
| **Ila Colletti** | **11/14/2022** | **$250.00** | **$0.00** | **Christmas Gift** |
| **Joe Colletti** | **11/14/2022** | **$500.00** | **$0.00** | **Christmas and Birthday Gifts** |
| **Matthew Marshall** | **11/14/2022** | **$500.00** | **$0.00** | **Christmas and Birthday Gifts** |
| **Nicholas Marshall** | **11/14/2022** | **$250.00** | **$0.00** | **Christmas Gift** |

Debtor 1    M. Burton Marshall                                           Case number (*if known*)

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Sofia Marshall** | **11/14/2022** | **$250.00** | **$0.00** | **Christmas Gift** |
| **Naomi Marshall** | **11/14/2022** | **$250.00** | **$0.00** | **Christmas Gift** |
| **Luke Marshall** | **11/14/2022** | **$250.00** | **$0.00** | **Christmas Gift** |
| **Naomi Marshall** | **6/9/2022** | **$240.00** | **$0.00** | **Birthday Gift** |
| **Taber Colletti** | **9/19/2022** | **$250.00** | **$0.00** | **Birthday Gift** |
| **Luca Colletti** | **9/19/2022** | **$250.00** | **$0.00** | **Birthday Gift** |
| **Marc Colletti** | **6/9/2022** | **$250.00** | **$0.00** | **Birthday Gift** |
| **Marc Colletti** | **5/20/2022** | **$250.00** | **$0.00** | **Gift** |
| **Luke Marshall** | **6/9/2022** | **$250.00** | **$0.00** | **Birthday Gift** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:** **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Wanda Warren Berry, Trustee of the Berry Living Trust, Berry Living Trust v. M. Burton Marshall**<br>**EF2023-1215** | **Collection of Promissory Note #3619** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ruth E. Berry and Michael J. Boardman v. M. Burton Marshall**<br>**EF2023-1234** | **Collection of Promissory Note #4283** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Robert F. Cook and Mary L. Cook v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1227** | **Collection of Promissory Note #1037** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163-4000** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1  **M. Burton Marshall**                                              Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Barbara T. Havens v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1228** | **Collection of Promissory Notes #4173 and #4604** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Terrence T. Havens v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1252** | **Collection of Promissory Note #2095** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Christine E. Hoffman v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1259** | **Collection of Promissory Note #4417** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ronald W. Hoham v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1236** | **Collection of Promissory Note #1716** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **James D. Morris and Wendy S. Morris v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1255** | **Collection of Promissory Note #3260** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Mark S. O'Dell v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1226** | **Collection of Promissory Note #5000** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Richard A. Ritenour and Joan M. Ritenour v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1232** | **Colletcion of Promissory Note #1975** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Rebekah E. Rittenburg v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1253** | **Collection of Promissory Note #4055** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Robert J. Smith v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1251** | **Collection of Promissory Note #3732** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Brenda Lee Spaulding v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1245** | **Collection of Promissory Note #4220** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **John E. Zasada v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1254** | **Collection of Promissory Note #4164** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **M. Burton Marshall**    Case number (*if known*)

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Cheryl Simmons v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1281** | **Collection of Promissory Note #4831** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Leslie P. Finster and Sandra L. Finster v. M. Burton Marshall**<br>**EF2023-110363** | **Collection of Promissory Notes #3810 and #3814** | **NYS Supreme Court, Herkimer County**<br>**301 North Washington Street**<br>**Herkimer, NY 13350** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Jason P. West v. M. Burton Marshall**<br>**EF2023-110360** | **Collection of Promissory Note #4811** | **NYS Supreme Court, Herkimer County**<br>**301 North Washington Street**<br>**Herkimer, NY 13350** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Harry Robbins and Linda Robbins v. M. Burton Marshall**<br>**EF2023-110361** | **Collection of Promissory Note #4304** | **NYS Supreme Court, Herkimer County**<br>**301 North Washington Street**<br>**Herkimer, NY 13350** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **East Schuyler Miller Cemetery Association v. M. Burton Marshall**<br>**EF2023-110362** | **Collection of Promissory Notes #4036, #5056, and #5090** | **NYS Supreme Court, Herkimer County**<br>**301 North Washington Street**<br>**Herkimer, NY 13350** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Bernard W. Kennett v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1282** | **Collection of Promissory Notes #2382 and #1978** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Grant G. Hansel v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1285** | **Collection of Promissory Note #4462** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ellen A. Kennett v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1284** | **Collection of Promissory Note #3753** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Connie M. West v. M. Burton Marshall**<br>**EF2023-1279** | **Collection of Promissory Note #4572** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Timothy Greenwood and Beth Greenwood v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1275** | **Collection of Promissory Note #4992** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Michael E. VanHatten v. Miles Burton Marshall a/k/a M. Burton Marshall**<br>**EF2023-1286** | **Collection of Promissory Note #2421** | **NYS Supreme Court, Madison County**<br>**138 North Court Street**<br>**Wampsville, NY 13163** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    M. Burton Marshall                                          Case number (*if known*)

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Erin M. West v. M. Burton Marshall<br>EF2023-1280 | Collection of Promissory Note #3420 | NYS Supreme Court, Madison County<br>138 North Court Street<br>Wampsville, NY 13163 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Marie M. Grose v. M. Burton Marshall<br>EF2023-110359 | Collection of Promissory Note #5071 | NYS Supreme Court, Herkimer County<br>301 North Washington Street<br>Herkimer, NY 13350 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| The Lovely Living Trust, Susan J. Lovely, Trustee v. Miles Burton Marshall a/k/a M. Burton Marshall<br>EF2023-1292 | Collection of Promissory Note #4490 | NYS Supreme Court, Madison County<br>138 North Court Street<br>Wampsville, NY 13163 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Lee C. Stewart v. Miles Burton Marshall a/k/a M. Burton Marshall<br>EF2023-1293 | Collection of Promissory Note #3057 | NYS Supreme Court, Madison County<br>138 North Court Street<br>Wampsville, NY 13163 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|

| Debtor 1 | M. Burton Marshall | Case number (*if known*) |
|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ☐ No
    ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>**Charity's Name**<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **CWS Crop**<br>**475 Riverside Drive, Suite 700**<br>**New York, NY 10115** | Money Donation | 10/18/2022 | $2,000.00 |
| **St. Thomas Episcopal Church**<br>**12 1/2 Madison Street**<br>**Hamilton, NY 13346** | Money Donation | 11/11/2022 | $1,000.00 |
| **The Brackett Refugee Foundation**<br>**P.O. Box 8**<br>**Hamilton, NY 13346** | Money Donation | 11/2/2022 | $700.00 |
| **Hamilton Community Chest**<br>**150 Broad Street**<br>**Hamilton, NY 13346** | Money Donations | 11/2/2022 | $600.00 |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ■ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Barclay Damon LLP**<br>**Barclay Damon Tower**<br>**125 East Jefferson Street**<br>**Syracuse, NY 13202**<br>**www.barclaydamon.com**<br>**Debtor** | Cash for pre-petition legal services and retainer | 2/9/2023,<br>4/17/2023,<br>4/20/2023 | $144,747.50 |

| Debtor 1 | M. Burton Marshall | Case number *(if known)* |
|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

    | Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ■ No
    ☐ Yes. Fill in the details.

    | Person Who Received Transfer Address  Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
    |---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

    ■ No
    ☐ Yes. Fill in the details.

    | Name of trust | Description and value of the property transferred | Date Transfer was made |
    |---|---|---|

**Part 8:   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

Debtor 1   **M. Burton Marshall** _____   Case number *(if known)* _____

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ No
   ☐ Yes. Fill in the details.

   | Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
   |---|---|---|---|

| **Part 10:** | **Give Details About Environmental Information** |

**For the purpose of Part 10, the following definitions apply:**

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

   | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
   |---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

   | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
   |---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No
   ☐ Yes. Fill in the details.

   | Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
   |---|---|---|---|

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ■ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

   ☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

Debtor 1   M. Burton Marshall                                           Case number (if known)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| M. Burton Marshall, Inc.<br>11 Maple Avenue<br>P.O. Box 89<br>Hamilton, NY 13346 | Insurance Agency<br>M. Burton Marshall | EIN:   15-0626296<br>From-To   5/1/1963 to Present |
| M. Burton Marshall d/b/a M&M Press<br>37 Milford Street<br>Hamilton, NY 13346 | Printing | EIN:   16-1142101<br>From-To |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

Name                              Date Issued
Address
(Number, Street, City, State and ZIP Code)

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

M. Burton Marshall                                Signature of Debtor 2
Signature of Debtor 1

Date                                              Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).