# **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
(UTICA DIVISION)
-------------------------------------------------------------
In Re:

    MILES BURTON MARSHALL
    a/k/a M. BURTON MARSHALL

                     Debtor.
-------------------------------------------------------------

Case No. 23-60263-6 REL

Chapter 11

**INTERIM ORDER PURSUANT TO SECTIONS 105(a), 363(c), 345(b), AND
364(a) OF THE BANKRUPTCY CODE AUTHORIZING DEBTOR TO
(I) CONTINUE TO USE EXISTING CASH MANAGEMENT SYSTEM,
AND (II) TO MAINTAIN EXISTING BANK ACCOUNTS**

Upon the Motion of the Debtor, Miles Burton Marshall a/k/a M. Burton Marshall (the "Debtor"), for the entry of an Order authorizing and approving his continued use of his prepetition bank accounts (the "Motion") and this matter having come before the Court for hearing on April 24, 2022, upon notice to Berkshire Bank, the Debtor's twenty largest unsecured creditors, all secured creditors, and the Office of the United States Trustee; and after hearing Barclay Damon LLP (Jeffery A. Dove, Esq.) in support of the Motion; and upon consideration of all the papers submitted, including the Declaration of M. Burton Marshall

Pursuant to Local Rule 2015-2 [Docket No. 7], and after due deliberation, the Court hereby finds that good and sufficient cause exists for the relief requested in the Motion. Accordingly, it is hereby:

**ORDERED**, that the Motion is granted on an interim basis as set forth herein; and it is further

**ORDERED**, that the Debtor is authorized in the reasonable exercise of its business judgment, to (i) designate, maintain and continue to use, with the same account numbers, all of its bank accounts in existence on the Petition Date$^2$ (the "Bank Accounts" and "Escrow Accounts"), including, without limitation, those bank accounts identified in **Exhibit A**, and (ii) treat such Bank Accounts and Escrow Accounts for all purposes as accounts of the Debtor as debtor-in-possession and to maintain and continue using these accounts in the same manner and with the same account numbers, styles, and document forms as those employed prior to the Petition Date; and it is further,

**ORDERED**, that the banks holding the Debtor's accounts as listed on **Exhibit A** attached hereto are hereby authorized to continue to service and administer all Bank Accounts and Escrow Accounts as accounts of the Debtor as debtor-in-possession without interruption and in the ordinary course in a manner consistent with any agreements between the bank and the Debtor that existed prior to the Petition Date, and to receive, process, honor, and pay any and all checks, drafts, wires, or other electronic transfer requests issued, payable through, or drawn on such Bank Accounts and Escrow Accounts after the Petition Date by the holders or makers thereof or other parties entitled to issue instructions with respect thereto, as the case may be; *provided, however*, that any such checks, drafts, wires or other electronic transfer requests issued

---

$^2$ Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

by the Debtor before the Petition Date may be honored by any bank only if specifically ordered by this Court, and it is further

**ORDERED**, that the Debtors are authorized, but not directed, in their sole discretion, to pay all prepetition processing fees and any related prepetition obligations in accordance with the Debtor's prepetition policies and practices, and it is further

**ORDERED,** that a copy of the Motion and this Order shall be served upon (i) the Office of the United States Trustee for the Northern District of New York, (ii) the banks affected by this Motion, and (iii) the Debtor's secured creditors; and (iv) the Debtor's twenty (20) largest unsecured creditors by first class mail on or before _____ on April _____, 2023.

**ORDERED,** The final hearing concerning the relief requested in the Motion shall be held before this Court on April _____, 2023 at _____, or as soon thereafter as counsel may be heard.  Any party in interest may object to the entry of the Final Order by filing written opposition thereto at least 72 hours prior to the final hearing.  This Order shall remain in effect notwithstanding any objection until further Order of this Court.  The modification or vacation of this Order shall not impair any action taken pursuant to it prior to its modification or vacation; and it is further

**ORDERED,** that notwithstanding any applicability of Bankruptcy Rules 6004(h), 7062, or 9014, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

# # #

# EXHIBIT A

### Debtor's Bank Accounts

| Accountholder | Bank | Account No. |
|---|---|---|
| M. Burton Marshall (primary operating account includes monthly tenant payments) | Berkshire Bank | xxx2301 |
| M. Burton Marshall d/b/a M&M Press Checking | Berkshire Bank | xxxx8128 |
| M. Burton Marshall d/b/a Marshall Tax Service | Berkshire Bank | xxxx0522 |
| M. Burton Marshall d/b/a Marshall Moving | Berkshire Bank | xxxx1246 |
| M. Burton Marshall d/b/a Marshall Storage | Berkshire Bank | xxxx8136 |
| M. Burton Marshall d/b/a Marshall Maintenance | Berkshire Bank | xxxx2218 |
| M. Burton Marshall d/b/a Marshall Rentals | Berkshire Bank | xxxx8400 |
| Security Accounts | Berkshire Bank | Segregated Escrow Accounts set forth on Exhibit B to the Motion |

Berkshire Bank
Attn: Nitin J. Mhatre, President
24 North Street
Pittsfield, MA 01201


Berkshire Bank
Attn:  Kim Mattia, Branch Manager
8491 Seneca Turnpike
New Hartford, NY 13413

# **EXHIBIT B**

| Tenant | Unit # | Leased Property Address | Original Deposit | Current Balance | Berkshire Bank Escrow Account # |
|---|---|---|---|---|---|
| Zomber, Gabriella M. | 3 | 15 Pine St Hamilton, NY 13346 | $985.00 | $985.00 | 2464 |
| Zbock, Jason | 1 | 66 Utica St Hamilton, NY 13346 | $1,200.00 | $1,201.63 | 1083 |
| Young, Cheyenne R. | 1 | 6 Madison St Earlville, NY 13332 | $362.50 | $362.52 | 7494 |
| Yendell, Roma | 3 | 6 Madison St Earlville, NY 13332 | $591.00 | $595.82 | 7837 |
| Wormuth, Krystal R. | 2 | 45 Clyde St Earlville, NY 13332 | $612.50 | $612.56 | 3912 |
| Worden, Robin M. | 2 | 5 East Main St Earlville, NY 13332 | $550.00 | $550.22 | 1977 |
| Wootton, Marietta L. | 1 | 4097 State Route 26, Eaton, NY 13334 | $810.00 | $810.00 | 5955 |
| Woodruff, Bayleigh E. | 1 | 35 Fayette St Earlville, NY 13332 | $570.00 | $570.01 | 9151 |
| Wingate, Bennett | 3 | 11 Madison St Hamilton, NY 13346 | $1,044.00 | $1,045.45 | 7389 |
| Windhausen, Josh | 2 | 7209 Butternut Ln Hamilton, NY 13346 | $1,000.00 | $1,002.83 | 2144 |
| Weyant, Karen | house | 39 Montgomery St Hamilton, NY 13346 | $675.00 | $679.92 | 2953 |
| Welch, Kristin | 7 | 82 Lebanon St Hamilton, NY 13346 | $915.00 | $917.45 | 2392 |
| Warunek, Emily B. | 1 | 4 Fayette Street, Earlville, NY 13332 | $575.00 | $575.11 | 3251 |
| Warner, Katherine M. | 3 | 82 Lebanon St Hamilton, NY 13346 | $600.00 | $600.11 | 2270 |
| Warner, Bobbi | 2 | 5227 English Ave Hamilton, NY 13346 | $1,150.00 | $1,153.45 | 1455 |
| Ward, Hunter C. | 1 | 6 Madison St Earlville, NY 13332 | $362.50 | $362.52 | 6800 |
| Wang, Weijia | 1 | 59-61 Lebanon St Hamilton, NY 13346 | $1,325.00 | $1,326.96 | 1411 |
| Walsh, Thomas Joseph | 1 | Future tenant at 11 Madison Street, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,066.50 | $1,066.20 | 1280 |
| Walsh, Brandon P. | 2 | 4 Fayette Street, Earlville, NY 13332 | $525.00 | $525.22 | 9616 |
| Wakharkar, Pallavi V. | 1 | 4 W Pleasant St Hamilton, NY 13346 | $1,500.00 | $1,500.29 | 0459 |
| Village Clay LLC | Space #3 | 37 Milford St Hamilton, NY 13346 | $450.00 | $450.02 | 4942 |
| Verbitsky, Krisa L. | Space #2 | 37 Milford St Hamilton, NY 13346 | $400.00 | $400.00 | Not yet set up |
| VanLinder, Joseph | 1 | 26 Madison St Hamilton, NY 13346 | $900.00 | $900.73 | 7943 |
| VanAuken, Megan M. | 2 | Future tenant at 15 Pine Street, Hamilton, NY 13346 - lease starts 5/1/2023 | $900.00 | $900.00 | Not yet set up |
| Usborne, Elisa M. | house | 36 Clyde St Earlville, NY 13332 | $383.33 | $383.34 | 3504 |
| Tyndale, Cristen D. | 2 | 4097 State Route 26, Eaton, NY 13334 | $330.00 | $330.23 | 5043 |
| Turner, Eileen | 6 | 16 N Main St Earlville, NY 13332 | $600.00 | $602.24 | 8936 |
| Turk, Seth | 5 | 7541 State Route 20, Madison, NY 13303 (co-signor of Shelli Gage lease) | $235.00 | $236.05 | 2084 |
| Tseng, Linda | 3 | 2024-2032 Spring St Hamilton, NY 13346 | $1,175.00 | $1,181.12 | 3418 |
| Tolase, Ajibola R. | 3 | 13 Hamilton St Hamilton, NY 13346 | $1,025.00 | $1,025.00 | Not yet set up |
| Tobiasz, Olivia L. | 3 | 101-103 N Main St Earlville, NY 13332 | $362.50 | $362.50 | Not yet set up |
| The Church of Jesus Christ of Latter-day Saints, a Utah sole corporation | 2 | 134 Lebanon St Hamilton, NY 13346 | $660.00 | $667.99 | 5276 |
| Terry, Timothy | 2 | 34 Montgomery St Hamilton, NY 13346 | $1,250.00 | $1,251.58 | 7880 |
| Taylor, Herbert F. | 1 | 7531-7541 State Route 20 Madison, NY 13402 | $432.50 | $432.62 | 5755 |
| Taylor, Cassidy A. | 7 | 2024-2032 Spring St Hamilton, NY 13346 | $682.50 | $682.57 | 5306 |
| Taylor, Alicia N. | 1 | 7531-7541 State Route 20 Madison, NY 13402 | $432.50 | $432.62 | 4752 |
| Taiwo, Christina | house | 6767 Airport Rd Hamilton, NY 13346 | $1,275.00 | $1,278.85 | 5557 |
| Sykes, Jadyn A. | 3 | 5227 English Ave Hamilton, NY 13346 | $835.00 | $835.18 | 6199 |
| Swan, Audrey | house | 173 Lebanon St Hamilton, NY 13346 | $1,300.00 | $1,305.29 | 2790 |
| Strong, Reanna | 2 | 4250 E Lake Rd Hamilton, NY 13346 | $625.00 | $626.53 | 3119 |
| Street, Bridgette K. | 1 | 7334-7336 State Route 20 Madison, NY 13402 | $985.00 | $985.29 | 9377 |
| Strain, Tim M. | 2 | 2405 Johnny Cake Hill Rd Hamilton, NY 13346 | $450.00 | $450.04 | 5234 |
| Straight, Bradley S. | 3 | 4250 E Lake Rd Hamilton, NY 13346 | $685.00 | $685.01 | 1142 |
| Stiner, Stephen A. | 2 | 12 E Lake Rd Hamilton, NY 13346 | $1,000.00 | $1,000.19 | 5758 |
| Stillwaggon, Elizabeth | house | 87 College St Hamilton, NY 13346 | $497.50 | $499.12 | 1507 |
| Stile, Theresa L. | 1 | 12 E Lake Rd Hamilton, NY 13346 | $1,600.00 | $1,600.42 | 1587 |
| Stiegler, Sam | 2 | 28 Madison St Hamilton, NY 13346 | $1,300.00 | $1,302.33 | 1251 |
| Stevens, Derrick R. | house | 22 Eaton St Hamilton, NY 13346 | $750.00 | $750.30 | 2577 |
| Stahl, Kathleen | 2 | 4 W Pleasant St Hamilton, NY 13346 | $1,150.00 | $1,156.33 | 1668 |

| Tenant | Unit # | Leased Property Address | Original Deposit | Current Balance | Berkshire Bank Escrow Account # |
|---|---|---|---|---|---|
| Sposita, Jacob | 2 | Future tenant at 11 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,066.50 | $1,067.12 | 9826 |
| Spaven, Brandon T. | 3 | 15-21 E Main St Earlville, NY 13332 | $800.00 | $800.13 | 6444 |
| Sonne, Devin E. | house | 22 Eaton St Hamilton, NY 13346 | $750.00 | $750.30 | 0577 |
| Smith, Patricia | 4 | 2024-2032 Spring St Hamilton, NY 13346 | $500.00 | $521.29 | 3156 |
| Smith, Mary A. | 10 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $850.00 | $850.16 | 5485 |
| Smith, Caleb D. | 2 | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $1,088.10 | 8043 |
| Smith, Allison M. | 1 | 82 Lebanon St Hamilton, NY 13346 | $1,425.00 | $1,425.37 | 4497 |
| Sklyar, Aleksandr | 12 | 2024-2032 Spring St Hamilton, NY 13346 | $1,250.00 | $1,252.55 | 3940 |
| Sint, Kyaw | 3 | 71 Lebanon St Hamilton, NY 13346 | $875.00 | $875.88 | 4395 |
| Shiminski, Lesa | 5 | 16 N Main St Earlville, NY 13332 | $200.00 | $210.83 | 0356 |
| Shattuck, Douglas | house | 2521 Lake Moraine Rd Hamilton, NY 13346 | $1,100.00 | $1,106.18 | 5124 |
| Seo, Gunog | house | 2677 Lake Moraine Rd Hamilton, NY 13346 | $1,250.00 | $1,259.59 | 0717 |
| Schneider, David | house | 15 Wylie St Hamilton, NY 13346 | $550.00 | $557.89 | 2932 |
| Saracino, Daniel | 6 | 2024-2032 Spring St Hamilton, NY 13346 | $1,000.00 | $1,008.47 | 8154 |
| Santos, Tomas L. | 1 | 16 Pine St Hamilton, NY 13346 | $1,022.00 | $1,022.30 | 5525 |
| Sanders, Stephen | house | 34 Lebanon St Hamilton, NY 13346 | $1,150.00 | $1,156.95 | 4703 |
| Samson, Patricia | 1 | 45 Lebanon St Hamilton, NY 13346 | $750.00 | $751.63 | 7704 |
| Salvaggio, Adam | 3 | 11 Madison St Hamilton, NY 13346 | $1,000.00 | $1,001.39 | 2861 |
| Salas, Raymond R. | 2 | 4097 State Route 26, Eaton, NY 13334 | $330.00 | $330.23 | 9411 |
| Saeed, Timothy D. | 2 | 2024-2032 Spring St Hamilton, NY 13346 | $1,350.00 | $1,350.30 | 9291 |
| Rusch, Douglas M. | house | 135 Lebanon Street, Hamilton, NY 13346 | $1,500.00 | $1,500.41 | 9336 |
| Ruppenstein, Colin | 1 | Future tenant of 11 Madison Street, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,066.50 | $1,066.60 | 3639 |
| Romero, Jenna M. | 6 | 84 W Main St Earlville, NY 13332 | $1,000.00 | $1,000.50 | 4783 |
| Roberts, Colton E. | 1 | 35 Fayette St Earlville, NY 13332 | $570.00 | $570.01 | 1538 |
| Rizzo-Bonafine, Antonio S. | 2 | 82 Lebanon St Hamilton, NY 13346 | $618.75 | $618.79 | 1929 |
| Ries, Nancy V. | 1 | 8 Montgomery St Hamilton, NY 13346 | $1,450.00 | $1,450.21 | 1370 |
| Reynolds, Melinda | 2 | 16 N Main St Earlville, NY 13332 | $775.00 | $778.23 | 5588 |
| Relyea, Justin M. | house | 73 Utica St Hamilton, NY 13346 | $1,400.00 | $1,400.42 | 5473 |
| Raymond, Tabisha | 2 | 13 Hamilton St Hamilton, NY 13346 | $1,000.00 | $1,000.20 | 8894 |
| Randall, Cory L. | 4 | 7334-7336 State Route 20 Madison, NY 13402 | $487.50 | $487.58 | 0108 |
| Popli, Ritika | 2 | 32-34 Eaton St Hamilton, NY 13346 | $1,500.00 | $1,500.30 | 0254 |
| Policelli, Diane M. | 4 | 7220 Butternut Ln Hamilton, NY 13346 | $875.00 | $875.02 | 5663 |
| Pistorius, Alexander C. | 1 | 11 Madison St Hamilton, NY 13346 | $1,044.00 | $1,044.18 | 0909 |
| Pinchevsky, Shabtai | 1 | 32-34 Eaton St Hamilton, NY 13346 | $700.00 | $700.33 | 7603 |
| Piliero, Luis R. | 3 | 7220 Butternut Ln Hamilton, NY 13346 | $865.00 | $865.23 | 1403 |
| Peters, Tommy A. | 5 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $785.00 | $785.11 | 3460 |
| Perkes, Jennifer | 3 | 7334-7336 State Route 20 Madison, NY 13402 | $950.00 | $951.98 | 8075 |
| Paul, William R. | 4 | 7531-7541 State Route 20 Madison, NY 13402 | $600.00 | $600.00 | 2202 |
| Pasco, Leslie | house | 4332 East Lake Road, Hamilton, NY 13346 (co-signor of Fred Goldby lease) | $1,000.00 | $1,009.27 | 6640 |
| Pardi, Dylan M. | 1 | 15-21 E Main St Earlville, NY 13332 | $1,175.00 | $1,175.31 | 3808 |
| OrMoren, Natalie S. f/k/a Natalie S. Ormen | 1 | 28-30 Eaton St Hamilton, NY 13346 | $475.00 | $475.12 | 9326 |
| OrMoren, Marie E. f/k/a Marie E. Moren | 1 | 28-30 Eaton St Hamilton, NY 13346 | $475.00 | $475.12 | 8815 |
| O'Brien-Steele, Chase | 2 | 16 Pine St Hamilton, NY 13346 | $1,050.00 | $1,050.31 | 5966 |
| Noble, Ashley | 1 | 4101 State Route 26 Eaton, NY 13334 | $625.00 | $630.48 | 5850 |
| Niles, Logan J. | 2 | 4101 State Route 26 Eaton, NY 13334 | $875.00 | $875.00 | Not yet set up |
| Nasreen, Farzana | 2 | 28-30 Eaton St Hamilton, NY 13346 | $950.00 | $950.21 | 9429 |
| Mosher, Amy | 2 | 1 Clark St Earlville, NY 13332 | $965.00 | $969.22 | 9004 |
| Morris, Dulcie L. | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,050.00 | $1,050.44 | 2739 |

| Tenant | Unit # | Leased Property Address | Original Deposit | Current Balance | Berkshire Bank Escrow Account # |
|---|---|---|---|---|---|
| Moran, Lauren | 2 | 84 W Main St Earlville, NY 13332 | $625.00 | $629.45 | 0107 |
| Moot, Amanda M. | 4 | 7334-7336 State Route 20 Madison, NY 13402 | $487.50 | $487.58 | 4383 |
| Moore, Patrick D. | 1 | 131-133 Lebanon Street, Hamilton, NY 13346 | $737.50 | $737.63 | 9573 |
| Mitton, Ross C. | 2 | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.41 | 0320 |
| Minicus, Michael | 3 | Future tenant at 11 Madison Street, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,066.50 | $1,067.42 | 5719 |
| Miller, Ryan | 1 | 53 Lebanon St Hamilton, NY 13346 | $500.00 | $503.31 | 6302 |
| Miller, Miranda S. | 2 | 6 Madison St Earlville, NY 13332 | $625.00 | $625.13 | 9385 |
| Miller, Karl K. | 3 | 4101 State Route 26 Eaton, NY 13334 | $370.00 | $370.09 | 9553 |
| Miller, Ashley | 1 | 53 Lebanon St Hamilton, NY 13346 | $500.00 | $503.32 | 3290 |
| Meek, Deanna C. | 1 | 13 Hamilton St Hamilton, NY 13346 | $1,025.00 | $1,025.04 | 3489 |
| McKenna, Matthew | 1 | 9-11 Maple Ave Hamilton, NY 13346 | $1,022.00 | $1,022.82 | 2397 |
| McHale, Thomas A. | 2 | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $1,088.10 | 5457 |
| Maxwell, Katharine P. | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2023 | $1,088.00 | $1,088.11 | 0379 |
| Matuszczak, Alyssa L. | 2 | 175 Lebanon St Hamilton, NY 13346 | $1,500.00 | $1,500.01 | 7248 |
| Marris, Jaden I. | 7 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $785.00 | $785.17 | 9690 |
| Manzourolajdad, Amirhossein | 4 | 15 Pine St Hamilton, NY 13346 | $900.00 | $900.17 | 6056 |
| Manning, Sean W. | 3 | 1 Clark St Earlville, NY 13332 | $1,050.00 | $1,050.36 | 1345 |
| Manning, John | 1 | 2804 River Rd Eaton, NY 13334 | $600.00 | $609.19 | 5979 |
| Malozzi, Rocco A. | 4 | 33-37 Lebanon St Hamilton, NY 13346 | $500.00 | $500.17 | 5596 |
| Maggio, Girolamo B. | 2 | 82 Lebanon St Hamilton, NY 13346 | $483.33 | $483.38 | 9526 |
| Ma, Zichen | 11 | 2024-2032 Spring St Hamilton, NY 13346 | $1,365.00 | $1,365.20 | 1370 |
| Lyons-Schroer, Jessica M. | 1 | 83-85 E Main St Earlville, NY 13332 | $575.00 | $575.03 | 9182 |
| Lynch, Jessey T. | 6 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $375.00 | $375.23 | 7275 |
| Lucey-McCabe, Calvin P. | 4 | 4097 State Route 26, Eaton, NY 13334 | $345.00 | $345.19 | 3469 |
| Lucey, Kate | 1 | 4250 E Lake Rd Hamilton, NY 13346 | $1,325.00 | $1,327.71 | 5410 |
| Louks, Charlotte G. | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.44 | 0616 |
| Livni, Tova H. | 2 | 4 Fayette Street, Earlville, NY 13332 | $525.00 | $525.23 | 7121 |
| Limo Cueva, Bertha A. | 2 | 11 Pine St Hamilton, NY 13346 | $1,000.00 | $1,000.31 | 3426 |
| Lee, Sinhaeng | 2 | 3618 South St Madison, NY 13402 | $960.00 | $960.29 | 1750 |
| LaRuffa, Bill | 1 | 11 Pine St Hamilton, NY 13346 | $1,000.00 | $1,005.32 | 4514 |
| Kwarta, Daniel J. | 3 | 84 W Main St Earlville, NY 13332 | $395.00 | $395.07 | 0368 |
| Krause, Nicholas S. | house | 67 Utica St Hamilton, NY 13346 | $1,025.00 | $1,025.00 | Not yet set up |
| Kopelman, Ben | 2 | 45 Lebanon St Hamilton, NY 13346 | $1,000.00 | $1,001.78 | 4062 |
| Kirley, Jessica L. | 3 | 16 N Main St Earlville, NY 13332 | $900.00 | $900.09 | 6163 |
| Kinsey, Robert Seth | 5 | 15-21 E Main St Earlville, NY 13332 | $1,175.00 | $1,177.30 | 2902 |
| Kinne, Larry | house | 68 Utica St Hamilton, NY 13346 | $425.00 | $429.41 | 5691 |
| Kincaid, Jessica | Space #7 | 37 Milford St Hamilton, NY 13346 | $355.00 | $355.05 | 0161 |
| Kevorkian, Theresa R. | 1 | 7 Charles St Hamilton, NY 13346 | $1,050.00 | $1,050.04 | 6835 |
| Kawall, Jason | 1 | 21 W Kendrick Ave Hamilton, NY 13346 | $1,175.00 | $1,185.48 | 3068 |
| Kaminski, Louis V. | 2 | 7531-7541 State Route 20 Madison, NY 13402 | $950.00 | $950.00 | Not yet set up |
| Jimenez-Kubo, Naomi R. | 2 | 45 Clyde St Earlville, NY 13332 | $612.50 | $612.56 | 1231 |
| Jerry, Patrick M. | 2 | 53 Lebanon St Hamilton, NY 13346 | $1,200.00 | $1,200.08 | 5288 |
| Jayson, Evelyn K. | 1 | 29 Pine St Hamilton, NY 13346 | $600.00 | $600.07 | 1988 |
| Jayson, Andrea D. | 1 | 29 Pine St Hamilton, NY 13346 | $600.00 | $600.07 | 3240 |
| Jackson, Ben | house | 87 College St Hamilton, NY 13346 | $497.50 | $499.13 | 8787 |
| Israel, Robert A. | 8 | 2024-2032 Spring St Hamilton, NY 13346 | $1,300.00 | $1,300.28 | 1498 |
| Isakovic, Abdel | 10 | 2024-2032 Spring St Hamilton, NY 13346 | $1,150.00 | $1,152.41 | 3862 |

| Tenant | Unit # | Leased Property Address | Original Deposit | Current Balance | Berkshire Bank Escrow Account # |
|---|---|---|---|---|---|
| Ingianni, Kayla M. | 1 | 2024-2032 Spring Street, Hamilton, NY 13346 | $1,365.00 | $1,365.20 | 4817 |
| Iacobucci, Marisa T. | house | 48 Madison Street, Hamilton, NY 13346 | $1,000.00 | $1,000.17 | 0096 |
| Hurley, Patrick J. | 2 | 101-103 N Main St Earlville, NY 13332 | $1,300.00 | $1,300.47 | 3938 |
| Hughes, Wayne A. | 4 | 5 E Main St Earlville, NY 13332 | $1,200.00 | $1,200.58 | 8908 |
| Huff, Noah | 4 | 84 W Main St Earlville, NY 13332 | $840.00 | $840.85 | 9321 |
| Huddleston, Declan T. | 4 | 13 Hamilton St Hamilton, NY 13346 | $975.00 | $975.01 | 9754 |
| Holmes, Brenna C. | 4 | 7531-7541 State Route 20 Madison, NY 13402 | $600.00 | $600.00 | 5821 |
| Hendrix, Phyllis | 2 | 7407 State Route 20 Madison, NY 13402 | $1,000.00 | $1,003.62 | 1325 |
| Heinike, Linda R. |  | 87 College St Hamilton, NY 13346 | $1,000.00 | $1,000.00 | Not yet set up |
| Hedlund, Carol | 5 | 101-103 N Main St Earlville, NY 13332 | $650.00 | $654.44 | 9578 |
| Hedberg, Masha | 3 | 36 Madison St Hamilton, NY 13346 | $1,125.00 | $1,128.66 | 8199 |
| Headley, Dean | 2 | 9-11 Maple Ave Hamilton, NY 13346 | $1,022.00 | $1,022.81 | 4780 |
| Hayman, Emma L. | 7 | 2024-2032 Spring St Hamilton, NY 13346 | $682.50 | $682.56 | 9302 |
| Hayduke-Toomath, Victoria C. | 3 | 3534 State Route 12B Bouckville, NY 13310 | $1,050.00 | $1,050.11 | 5286 |
| Haughwout, Margaretha | 2 | 21 W Kendrick Ave Hamilton, NY 13346 | $1,300.00 | $1,302.87 | 5420 |
| Hatch, Edward | 4 | 101-103 N Main St Earlville, NY 13332 | $650.00 | $656.71 | 1300 |
| Hanyon, April A. | 4 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $785.00 | $785.12 | 9704 |
| Hansen, Jeanne N. | 2 | 7220 Butternut Ln Hamilton, NY 13346 | $850.00 | $850.18 | 1773 |
| Hakimi, Efrat | 1 | 32-34 Eaton St Hamilton, NY 13346 | $700.00 | $700.33 | 8460 |
| Guldur, Berkay | house | 19 W Kendrick Ave Hamilton, NY 13346 | $1,075.00 | $1,088.15 | 8205 |
| Guile, Carolyn | house | 1873 Preston Hill Rd Hamilton, NY 13346 | $1,000.00 | $1,000.83 | 6380 |
| Grove, Brittany | 1 | 16 N Main St Earlville, NY 13332 | $840.00 | $841.72 | 2865 |
| Gregory, Sarah | 1 | 2405 Johnny Cake Hill Rd Hamilton, NY 13346 | $850.00 | $852.97 | 6996 |
| Gonzalez, Angelo C. | 1 | 7209 Butternut Ln Hamilton, NY 13346 | $600.00 | $600.06 | 1050 |
| Goguen, Jennifer | 2 | 91 Lebanon St Hamilton, NY 13346 | $750.00 | $752.87 | 2048 |
| Giddings, Dawn | 1 | 99 Lebanon St Hamilton, NY 13346 | $985.00 | $988.73 | 1714 |
| Gibson, Natalie | 5 | 82 Lebanon St Hamilton, NY 13346 | $900.00 | $902.44 | 2696 |
| Garrow, Kaly | 3 | 4097 State Route 26, Eaton, NY 13334 | $300.00 | $302.04 | 6798 |
| Garrow, Daniel | 3 | 4097 State Route 26, Eaton, NY 13334 | $300.00 | $302.04 | 3178 |
| Garrett, Peter J. | 1 | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.41 | 2999 |
| Gallogly, Briana R. | 2 | 7334-7336 State Route 20 Madison, NY 13402 | $512.50 | $512.64 | 5295 |
| Furstein, Jessica |  | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $1,088.15 | 8403 |
| Fultz, Michael S. | 7 | 84 W Main St Earlville, NY 13332 | $975.00 | $975.21 | 3625 |
| Frary, Jayme M. | 2 | 6 Madison St Earlville, NY 13332 | $625.00 | $625.13 | 5940 |
| Franklin, Mildred | 1 | 34 Montgomery St Hamilton, NY 13346 | $1,350.00 | $1,354.03 | 3726 |
| Fowler, Charles W. | house | 48 Madison St Hamilton, NY 13346 | $1,000.00 | $1,000.17 | 0297 |
| Fonseca Malavasi, Marisol | 1 | 134 Lebanon St Hamilton, NY 13346 | $1,500.00 | $1,500.27 | 1179 |
| Flour and Salt Bakery LLC | 1 | 33-37 Lebanon St Hamilton, NY 13346 | $1,750.00 | $1,750.52 | 0849 |
| Findley, Sherry L. | 2 | 3534 State Route 12B Bouckville, NY 13310 | $1,190.00 | $1,190.02 | 4598 |
| Fellows, Mary | 1 | 3618 South St Madison, NY 13402 | $1,073.00 | $1,077.04 | 5385 |
| Faulx, Gregory | 1 | 13-15 Maple Avenue, Hamilton, NY 13346 (co-signor of Owen Gordon lease) | $992.00 | $992.24 | 3042 |
| Fasanaro, Nathan | 2 | Future tenant at 11 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,066.50 | $1,067.12 | 4240 |
| Evans, Timothy C. | 1 | 83-85 E Main St Earlville, NY 13332 | $575.00 | $575.03 | 2213 |
| Estrada, Jennelyn | 2 | 131-133 Lebanon St Hamilton, NY 13346 | $500.00 | $501.59 | 2631 |
| Estrada, Brian | 2 | 131-133 Lebanon St Hamilton, NY 13346 | $500.00 | $501.59 | 8356 |
| Essensa, Ryan | 3 | Future tenant at 11 Madison Street, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,066.00 | $1,066.33 | 9314 |
| Eichele, Michelle E. | 3 | 4101 State Route 26 Eaton, NY 13334 | $370.00 | $370.09 | 5497 |
| Eastman, Carrie F. | 1 | 7220 Butternut Ln Hamilton, NY 13346 | $865.00 | $865.04 | 7231 |

| Tenant | Unit # | Leased Property Address | Original Deposit | Current Balance | Berkshire Bank Escrow Account # |
|---|---|---|---|---|---|
| Eager, George | 6 | 82 Lebanon St Hamilton, NY 13346 | $890.00 | $897.23 | 4973 |
| Dygert, Esther M. | 1 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $785.00 | $785.02 | 5642 |
| Dunning, Dale | 1 | 9-11 Maple Ave Hamilton, NY 13346 | $1,022.00 | $1,022.83 | 7741 |
| Duarte, Emma E. | 1 | 7047 State Route 20, Madison, NY 13402 | $1,200.00 | $1,200.00 | Not yet set up |
| Diaz Gonzalez, Fernando | 2 | 25 Milford St Hamilton, NY 13346 | $1,050.00 | $1,050.42 | 9509 |
| Dhayer, Ryan J. | house | 36 Clyde St Earlville, NY 13332 | $383.33 | $383.34 | 0608 |
| DeSantolo, Payne C. | 2 | 7334-7336 State Route 20 Madison, NY 13402 | $512.50 | $512.64 | 5569 |
| Decker, Tiffani | 4 | 4101 State Route 26 Eaton, NY 13334 | $392.50 | $392.79 | 9222 |
| Dawson, Martin J. | 1 | 4 Fayette Street, Earlville, NY 13332 | $575.00 | $575.11 | 9665 |
| Davoudian, Armen A. | 3 | 13 Hamilton St Hamilton, NY 13346 | $1,025.00 | $1,025.19 | 5261 |
| Davis, Robert T. | 1 | 28 Madison St Hamilton, NY 13346 | $1,185.00 | $1,185.26 | 6650 |
| Dauber, Noah | 2 | 36 Madison St Hamilton, NY 13346 | $1,150.00 | $1,152.37 | 9356 |
| Dart, Jared J. | 2 | 26 Madison St Hamilton, NY 13346 | $900.00 | $900.02 | 6941 |
| Dart, Caroline L. | 2 | 26 Madison St Hamilton, NY 13346 | $900.00 | $900.02 | 1742 |
| Darling, William | 4 | 4101 State Route 26 Eaton, NY 13334 | $392.50 | $392.79 | 0163 |
| Dann, Alexis | 1 | 45 Clyde St Earlville, NY 13332 | $700.00 | $703.51 | 5756 |
| Currie, Colin J. | 3 | 82 Lebanon St Hamilton, NY 13346 | $600.00 | $600.11 | 5808 |
| Cross, Alison J. | 2 | 29 Pine St Hamilton, NY 13346 | $1,050.00 | $1,052.29 | 2561 |
| CreamCycle | Space #1 | 37 Milford St Hamilton, NY 13346 | $425.00 | $426.95 | 9659 |
| Courtney, Sarah | 1 | 36 Madison St Hamilton, NY 13346 | $1,100.00 | $1,106.47 | 0020 |
| Cordone, Paige A. | 1 | 2405 Johnny Cake Hill Rd Hamilton, NY 13346 | $450.00 | $450.04 | 0757 |
| Conroe, Emily M. | 1 | 131-133 Lebanon St Hamilton, NY 13346 | $737.50 | $737.63 | 0157 |
| Compoli, Morgan | 4 | 4097 State Route 26, Eaton, NY 13334 | $345.00 | $345.19 | 9101 |
| Colvin, Harris T. | 2 | 9-11 Maple Ave Hamilton, NY 13346 | $1,022.00 | $1,022.77 | 6640 |
| Colucci, Thomas | 2 | 11 Madison St Hamilton, NY 13346 | $1,044.00 | $1,045.45 | 2963 |
| Cohn, Sarah D. | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.44 | 6185 |
| Cohen, Amelia J. | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $1,088.15 | 9289 |
| Codiroli, Amber J. | 1 | 25 Milford St Hamilton, NY 13346 | $1,425.00 | $1,425.21 | 2020 |
| Clare, Mike | 5 | 2024-2032 Spring St Hamilton, NY 13346 | $1,100.00 | $1,108.50 | 0481 |
| Chretien, Alexandra F. | 1 | 14 Montgomery St Hamilton, NY 13346 | $750.00 | $750.11 | 7136 |
| Chen, Joe | 9 | 2024-2032 Spring St Hamilton, NY 13346 | $1,165.00 | $1,171.10 | 2209 |
| Chapman, Angelica | 1 | 84 W Main St Earlville, NY 13332 | $775.00 | $777.31 | 7558 |
| Cerra, JoAnn B. | 5 | 84 West Main Street, Earlville, NY 13332 (Co-signor on Emily & Roy Cullen lease) | $1,000.00 | $1,000.05 | 6806 |
| Cavert, Mariah A. | house | 7382 State Route 20 Madison, NY 13402 | $2,750.00 | $2,750.70 | 3731 |
| Cavallo, James D. | 2 | 16 Pine St Hamilton, NY 13346 | $994.00 | $994.30 | 6298 |
| Casler, Alyson R. | 1 | 7047 State Route 20, Madison, NY 13402 | $1,200.00 | $1,200.00 | Not yet set up |
| Casciano, Bethann | 9 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $825.00 | $825.17 | 9635 |
| Carter, Warwick M. | 1 | 13-15 Maple Ave Hamilton, NY 13346 | $1,050.00 | $1,053.39 | 4398 |
| Carr, Elise | 1 | 60-62 Fayette St Earlville, NY 13332 | $1,225.00 | $1,226.32 | 4338 |
| Carlton, Christopher R. | 1 | 5 East Main St Earlville, NY 13332 | $420.00 | $420.09 | 2311 |
| Capluzzi, Joseph M. | 3 | 101-103 N Main St Earlville, NY 13332 | $362.50 | $362.50 | Not yet set up |
| Canelli, Tamara S. | 3 | 84 W Main St Earlville, NY 13332 | $395.00 | $395.07 | 3007 |
| Camp, Ian D. | 1 | 3534 State Route 12B Bouckville, NY 13310 | $1,325.00 | $1,325.20 | 0654 |
| Camelo-Cenicola, Kelly | 2 | 7 Charles St Hamilton, NY 13346 | $985.00 | $986.05 | 6990 |
| Buys, Brian P. | 1 | 16 Pine St Hamilton, NY 13346 | $1,022.00 | $1,022.31 | 2273 |
| Burns, Christopher | 1 | 11 Madison St Hamilton, NY 13346 | $1,044.00 | $1,045.45 | 6641 |
| Burnett, Renata C. | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $1,088.15 | 1375 |
| Buell, Brett E. | 3 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $660.00 | $660.04 | 8232 |
| Brown, Shanea N. | 2 | 82 Lebanon St Hamilton, NY 13346 | $483.33 | $483.38 | 0761 |

| Tenant | Unit # | Leased Property Address | Original Deposit | Current Balance | Berkshire Bank Escrow Account # |
|---|---|---|---|---|---|
| Brown, Minda A. | 6 | 2674 & 2652 State Route 12B Hamilton, NY 13346 | $375.00 | $375.23 | 8375 |
| Brook, Conner | 2 | 11 Madison St Hamilton, NY 13346 | $977.00 | $998.29 | 0178 |
| Brittenham, Charles H. | 2 | 14 Montgomery St Hamilton, NY 13346 | $1,400.00 | $1,400.28 | 0634 |
| Bristol, Charlotte H. | 3 | 4 W Pleasant St Hamilton, NY 13346 | $1,285.00 | $1,285.03 | 6229 |
| Brink, Alexander H. | 1 | 14 Montgomery St Hamilton, NY 13346 | $750.00 | $750.11 | 9255 |
| Bratt, Scott R. | 2 | 66 Utica St Hamilton, NY 13346 | $1,025.00 | $1,025.30 | 5780 |
| Brandon, Pierson W. | 2 | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.41 | 0949 |
| Brandes, Jacob | 1 | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $10,881.00 | Not yet set up |
| Braman, Martin | 2 | 83-85 E Main St Earlville, NY 13332 | $1,088.00 | $1,088.11 | 1211 |
| Braman, Jennifer | 2 | 83-85 E Main St Earlville, NY 13332 | $975.00 | $978.76 | 5881 |
| Bonet, Sally | 2 | 99 Lebanon St Hamilton, NY 13346 | $965.00 | $968.11 | 9607 |
| Boeve, Thomas E. | house | 24 College St Hamilton, NY 13346 | $900.00 | $900.19 | 6228 |
| Boeve, Katherine A. | house | 24 College St Hamilton, NY 13346 | $900.00 | $900.19 | 5472 |
| Bloomquist, Timothy M. | 2 | 71 Lebanon St Hamilton, NY 13346 | $900.00 | $900.10 | 8755 |
| Blackmore, Melody J. | Space #6 | 37 Milford St Hamilton, NY 13346 | $325.00 | $325.12 | 0172 |
| Belgrad, Joshua | 2 | 13-15 Maple Ave Hamilton, NY 13346 | $1,022.00 | $1,022.80 | 9060 |
| Bari, Zarah | | Future tenant at 13-15 Maple Avenue, Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.44 | 1563 |
| Baker-Berie, Deborah A. | house | 75 Utica St Hamilton, NY 13346 | $1,650.00 | $1,650.17 | 6747 |
| Bagnall, Annette N. | 1 | 71 Lebanon St Hamilton, NY 13346 | $1,300.00 | $1,300.65 | 7202 |
| Babcock, Ryan | 4 | 71 Lebanon St Hamilton, NY 13346 | $975.00 | $978.05 | 8860 |
| Austin, Meghan N. | 1 | 7209 Butternut Ln Hamilton, NY 13346 | $600.00 | $600.04 | 0333 |
| Anderson, Nicholas J. | 1 | Future tenant at 9 Maple Avenue Hamilton, NY 13346 - lease starts 8/18/2023 | $1,050.00 | $1,050.42 | 1858 |
| Alter, Adam I. | | Future tenant at 9 Maple Avenue, Hamilton, NY 13346 - lease starts 8/23/2024 | $1,088.00 | $1,088.11 | 3275 |
| Alessio, Theresa M. | 4 | 16 N Main St Earlville, NY 13332 | $900.00 | $900.12 | 9633 |
| Aguilar, Fabian F. | house | 7019 Payne St Hamilton, NY 13346 | $1,450.00 | $1,450.20 | 3445 |
| Ackerman, Luke | 2 | 13-15 Maple Ave Hamilton, NY 13346 | $1,022.00 | $1,022.82 | 4382 |
| TOTAL | | | $236,026.57 | $246,218.27 | |