# Exhibit 2

Fill in this information to identify the case:

Debtor 1 __M. Burton Marshall__

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of New York  [▼]

Case number __23-60263-6-rel__

RECEIVED & FILED

MAY 1 0 2023

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

## Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | Kirk T. Lallier<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| **2. Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Kirk T. Lallier<br>Name<br><br>1779 Reservoir Road<br>Number   Street<br><br>Cassville   NY   13318<br>City   State   ZIP Code<br><br>Contact phone 315-527-5352<br><br>Contact email lallierk230@gmail.com | **Where should payments to the creditor be sent? (if different)**<br><br>Kirk T. Lallier<br>Name<br><br>1779 Reservoir Road<br>Number   Street<br><br>Cassville   NY   13318<br>City   State   ZIP Code<br><br>Contact phone 315-527-5352<br><br>Contact email lallierk230@gmail.com |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

| | |
|---|---|
| **4. Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____<br> MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

7. How much is the claim?    $ _____ 35,851.17 . Does this amount include interest or other charges?
   ☐ No
   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?    Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Promissory Note # 4939 (money loaned)

9. Is all or part of the claim secured?    ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   Nature of property:
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:    $ _____
   Amount of the claim that is secured:    $ _____
   Amount of the claim that is unsecured:  $ _____ 35,851.17 (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:    $ _____ 35,851.17

   Annual Interest Rate (when case was filed) ___8.00__ %
   ☑ Fixed
   ☐ Variable

10. Is this claim based on a lease?    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.    $ _____

11. Is this claim subject to a right of setoff?    ☑ No
    ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Check one: | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    05/06/2023
                    MM / DD / YYYY

*Kirk T. Lallier*
Signature

Print the name of the person who is completing and signing this claim:

| Name | Kirk | T | Lallier |
|---|---|---|---|
| | First name | Middle name | Last name |

| Title | |
|---|---|

| Company | |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 1779 Reservoir Road | | |
|---|---|---|---|
| | Number    Street | | |
| | Cassville | NY | 13318 |
| | City | State | ZIP Code |

Contact phone    315-527-5352          Email lallier230@gmail.com

Hamilton, N.Y., October 25th 20 21 $ 25,000.00

— On demand — after date I Promise

to pay to the order of Kirk Lallier and Arthur Krawczeyk

Twenty Five Thousand Dollars and No⁄100 **Dollars**

**M. Burton Marshall**
PO Box 89, Hamilton, N.Y. 13346
Phone (315) 824-2811 or (800) 642-6625

Terms:
Twenty
PLUS:
Interest @ 8%
Per Annum

Monthly
interest updates

30-day Notice For
Withdrawal

No Penalty For
Early Withdrawal

PLEASE DO NOT DESTROY
YOU WILL BE REQUIRED
TO RETURN THIS NOTE
WHEN IT HAS BEEN
PAID IN FULL

*M. BURTON MARSHALL*
*PO Box 89, 11 Maple Ave.*
*Hamilton, New York 13346-0089*
*PHONE (315)824-2811*
*FAX LINE (315)824-1621*
*TOLL FREE 1-800-642-6625*
*email: denise@mbmarshall.com*

### EIGHT PERCENT PROMMISSORY NOTE

When an individual lends money to the "8% PROMISSORY NOTE", that individual is lending money to M. Burton Marshall.

Mr. Marshall issues to the lender a promissory note for the amount of the loan at eight percent (8%) per annum. These funds can accumulate interest, or some investors prefer a periodic check until the loan is paid in full.

For an accumulation plan, the interest is updated every time a payment is made, a deposit is made, a distribution is taken, or you ask for the interest to be brought up-to-date. When monthly payments are made the interest is automatically updated at that time.

Also, there are some individuals who prefer to receive a check monthly for the interest earned, leaving the principal intact.

Funds can be added to the promissory note at any time. Thirty (30) days notice is required for withdrawal. There is no penalty for early withdrawal.

If you would like to see what your money is being used for and would like to tour current construction projects, please let us know.

These funds are used primarily to purchase property; refurbish rental houses; and pay normal and ordinary expenses of rental property such as repairs, maintenance, utilities, debt service, insurance, real estate taxes, etc., in the Hamilton, New York area. All properties are within 6 miles of Burt's office.

If you have any further questions, please call Burt.

*RENTALS*
*Apartments    #    Houses    #    Commercial    #    Storage*

/ Bu tor  Va shall                                                25
PO Box 89
' Vac e Ave
- ،ΤΙΚΕ ΝΥ  13346

# Transaction Summary for Note # 4939

K  K T  Lallier
1779 Reservoir Rd
Cassv lle NY 13318-1207

| ate | Description | Interest | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| )/25/202' | New Funds Ck# 1858 & R# 3895 | | $25,000.00 | | $25,000.00 |
| '25/202' | 31 days interest @ .08 ( 10/25/2021 - 11/25/2021 ) | $169.86 | | | $25,169.86 |
| 2 25 202' | 30 days interest @ .08 ( 11/25/2021 - 12/25/2021 ) | $165.50 | | | $25,335.36 |
| 25 2022 | 31 days interest @ .08 ( 12/25/2021 - 1/25/2022 ) | $172.14 | | | $25,507.50 |
| 25 2022 | 31 days interest @ .08 ( 1/25/2022 - 2/25/2022 ) | $173.31 | | | $25,680.81 |
| 25 2022 | 28 days interest @ .09 ( 2/25/2022 - 3/25/2022 ) | $157.60 | | | $25,838.41 |
| 25 2022 | 31 days interest @ .08 ( 3/25/2022 - 4/25/2022 ) | $175.56 | | | $26,013.97 |
| /25/2022 | 16 days interest @ .08 ( 4/25/2022 - 5/11/2022 ) | $91.23 | | | $26,105.20 |
| /11/2022 | New Funds Ck# 1895 & R# 3929 (cash) | | $5,350.00 | | $31,455.20 |
| /11/2022 | 14 days interest @ .08 ( 5/11/2022 - 5/25/2022 ) | $96.52 | | | $31,551.72 |
| /25/2022 | 31 days interest @ .08 ( 5/25/2022 - 6/25/2022 ) | $214.38 | | | $31,766.10 |
| /25/2022 | 30 days interest @ .08 ( 6/25/2022 - 7/25/2022 ) | $208.87 | | | $31,974.97 |
| 1/1/2022 | 7 days interest @ .08 ( 7/25/2022 - 8/1/2022 ) | $49.06 | | | $32,024.03 |
| 1/1/2022 | To: Kirk Lallier RE: Distribution Note# 4939 | | | $2,000.00 | $30,024.03 |
| 3/25/2022 | 24 days interest @ .08 ( 8/1/2022 - 8/25/2022 ) | $157.93 | | | $30,181.96 |
| )/25/2022 | 31 days interest @ .08 ( 8/25/2022 - 9/25/2022 ) | $205.07 | | | $30,387.03 |
| 10/25/2022 | 30 days interest @ .08 ( 9/25/2022 - 10/25/2022 ) | $199.81 | | | $30,586.84 |
| 11/2/2022 | 8 days interest @ .08 ( 10/25/2022 - 11/2/2022 ) | $53.63 | | | $30,640.47 |
| 11/2/2022 | New Funds Ck# 1927 | | $1,600.00 | | $32,240.47 |
| 11/25/2022 | 23 days interest @ .08 ( 11/2/2022 - 11/25/2022 ) | $162.53 | | | $32,403.00 |
| 12/25/2022 | 30 days interest @ .08 ( 11/25/2022 - 12/25/2022 ) | $213.06 | | | $32,616.06 |
| 1/5/2023 | 11 days interest @ .08 ( 12/25/2022 - 1/5/2023 ) | $78.64 | | | $32,694.70 |
| 1/5/2023 | New Funds Ck# 1936 R #34516 (cash) | | $3,000.00 | | $35,694.70 |
| 1/25/2023 | 20 days interest @ .08 ( 1/5/2023 - 1/25/2023 ) | $156.47 | | | $35,851.17 |

**Fill in this information to identify the case:**

Debtor 1  M. Burton Marshall

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of New York

Case number  23-60263-6-rel

**RECEIVED & FILED**

MAY 1 1 2023

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

## Official Form 410

# **Proof of Claim**

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

---

### Part 1:   Identify the Claim

**1. Who is the current creditor?**

Jean L. Hewitt
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

JEAN   L.   Hewitt
Name

2874   STATE ROUTE   12B
Number   Street

HAMILTON   NY   13346
City   State   ZIP Code

Contact phone  315-228-2043

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

Where should payments to the creditor be sent? (if different)

Name

Number   Street

City   State   ZIP Code

Contact phone

Contact email

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM   DD   YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

---

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __4__ __8__ __1__ __4__

---

**7. How much is the claim?**  $ _13,792.08_

Does this amount include interest or other charges?
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Promissory Note  #3005  +  #3006

---

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                        $ _____
Amount of the claim that is secured:     $ _____
Amount of the claim that is unsecured:  $ _____     (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $ _____

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

---

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

---

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

---

Official Form 410                        Proof of Claim                        page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|
| | ☐ Yes. *Check one:* | | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  05/08/2023
            MM / DD / YYYY

*Jean L. Hewitt*
Signature

Print the name of the person who is completing and signing this claim:

| Name | JEAN | L. | HEWITT |
|---|---|---|---|
| | First name | Middle name | Last name |

Title _____

Company _____

Identify the corporate servicer as the company if the authorized agent is a servicer.

| Address | 2874 | STATE Route 12B | | |
|---|---|---|---|---|
| | Number | Street | | |
| | HAMILTON | | NY | 13346 |
| | City | | State | ZIP Code |
| Contact phone | 315-228-2043 | | Email | N/A |

Proof of Claim Form 410
Case No. 23-60263-6-rel

Current Creditor: Jean L. Hewitt

Part 2:

Question 7.

Interest was added annually by the Debtor prior to filing Bankruptcy.

*M. Burton Marshall*
*PO Box 89, 11 Maple Ave.*
*Hamilton, New York 13346-0089*
*PHONE (315) 824-2811*
*FAX LINE (315) 824-1621*
*TOLL FREE 1-800-642-6625*
*email: taxman@dreamscape.com*

### EIGHT PERCENT FUND

When an individual lends money to the "8% FUND", that individual is lending money to M. Burton Marshall.

These funds are used primarily to purchase and/ or refurbish rental houses in the Hamilton, New York area. All properties are within 6 miles of Burt's office.

Mr. Marshall issues to the lender a promissory note for the amount of the loan at eight percent (8%) per annum. These funds can be treated as a savings account and earn interest, or some investors prefer a periodic check until the loan is paid in full.

For a savings account plan, the interest is updated every time a payment is made, a deposit is made, a distribution is taken, or you ask for the interest to be brought up-to-date. When monthly payments are made, the interest is automatically updated at that time.

Also, there are some individuals who prefer to receive a check monthly for the interest earned, leaving the principal intact.

Funds can be added to the promissory note at any time. Thirty (30) days notice is required for withdrawal. There is no penalty for early withdrawal.

If you have any further questions, please phone M. Burton Marshall at 315-824-2811 or 800-642-6625.

**Certified Financial Planner • Certified Insurance Counselor
Enrolled to Practice before the Internal Revenue Service**

14

(2)

---

*Hamilton, N.Y.*, OCTOBER 8 20 09 $ 2500.00

ONE YEAR after date I Promise

to pay to the order of JEAN L. HEWITT AND THERESA I. LOLLMAN FIDEAS

TWO THOUSAND FIVE HUNDRED DOLLARS AND NO/100 *Dollars*

**M. Burton Marshall**
PO Box 89, Hamilton, N.Y. 13346
Phone (315) 824-2811 or (800) 642-6625

Terms:

PLUS;
interest @ 8 %
Per Annum

30-day Notice For
Withdrawal

No Penalty For
Early Withdrawal

PLEASE DO NOT DESTROY
YOU WILL BE REQUIRED
TO RETURN THIS NOTE
WHEN IT HAS BEEN
PAID IN FULL

---

*Hamilton, N.Y.*, OCTOBER 8 20 09 $ 2500.00

ONE YEAR after date I Promise

to pay to the order of JEAN L. HEWITT AND JAMES R. LOLLMAN FIDEAS

TWO THOUSAND FIVE HUNDRED DOLLARS AND NO/100 *Dollars*

**M. Burton Marshall**
PO Box 89, Hamilton, N.Y. 13346
Phone (315) 824-2811 or (800) 642-6625

Terms:

PLUS;
interest @ 8 %
Per Annum

30-day Notice For
Withdrawal

No Penalty For
Early Withdrawal

PLEASE DO NOT DESTROY
YOU WILL BE REQUIRED
TO RETURN THIS NOTE
WHEN IT HAS BEEN
PAID IN FULL

**M. BURTON MARSHALL**
*PO Box 89, 11 Maple Ave.*
*Hamilton, New York 13346-0089*
*PHONE (315) 824-2811*
*FAX LINE (315) 824-1621*
*TOLL FREE 1-800-642-6625*
*email: taxman@dreamscape.com*

September 3, 2010

Ms. Jean Hewitt
73 Lebanon Street
Hamilton NY 13346

Re:     Promissory Note #3005 and
        Promissory Note #3006.

Dear Jean:

We have brought the interest up to date on both of the notes you have here.  Enclosed
please find the following documents:

1. Addendum to Note #3005 showing the interest of $180.82 added to the note
2. Photocopy of the summary sheet for Note #3005 for your records
3. Addendum to Note #3006 showing the interest of $180.82 added to the note
4. Photocopy of the summary sheet for Note #3006 for your records.

Sincerely yours,

Lettie J. Nelson
Office Manager

Encs.

Certified Financial Planner   •   Certified Insurance Counselor

March 18, 2023

Dear Note Holder:

We are providing this update along with the payment of 1/2 of 1% of the principal balance of your note.

Some of our note holders have requested clarification of how we have calculated the principal against which the payment is being made. For purposes of this payment, we have calculated the principal balance as of the date of your last transaction.  For instance, if the last time you received a payment was on June 30, 2021, your principal will have been calculated as of that date, and the enclosed payment represents 1/2 of 1% of that amount.

Also, your notes continue to accrue interest even though regular payments have been interrupted.

I am pleased to inform you that I have been released from the hospital and I am recuperating at home.  While I will be slowly ramping up my workload, it will be quite some time before I am back in the office full time.

Currently I am working on updating the cash flow projections from each of my businesses so that a repayment program can be developed and shared with all of you.  Toward that goal, we continue our efforts to solicit participation on a committee of note holders.  We will be contacting several of the note holders with the largest note amounts within the next several days.

As you have previously been advised, our attorneys at Barclay Damon LLP have established a designated email account to field inquiries regarding this situation.  We encourage you to continue to use this email account for any questions or comments you may have:
Bmarshallinfo@barclaydamon.com

On the back of this letter, you will find a statement of your account reflecting the enclosed payment.

Jeff Dove of Barclay Damon LLP will continue to act as the contact person for all questions and concerns regarding promissory notes and will be establishing a committee of note holders in the upcoming days.

Thank you,

Burt Marshall

M Burton Marshall          3005
PO Box 89
11 Maple Ave
Hamilton NY 13346

## Disbursement Summary for Note # 3005

Jean L Hewitt
2874 State Route 12B
Hamilton NY 13346-3400

| ID | Date | Batch | Previous Balance | Rate | Disbursement | New Balance |
|----|------|-------|------------------|------|--------------|-------------|
| 473 | 3/16/2023 | First | $6,930.69 | .005 | $34.65 | $6,896.04 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

The most recent Note transaction date was 1/9/2023 with a balance of $ 6930.69. This is the amount used to start figuring the Disbursements.
See the other side of this page for additional information.

March 18, 2023

Dear Note Holder:

We are providing this update along with the payment of 1/2 of 1% of the principal balance of your note.

Some of our note holders have requested clarification of how we have calculated the principal against which the payment is being made. For purposes of this payment, we have calculated the principal balance as of the date of your last transaction.   For instance, if the last time you received a payment was on June 30, 2021, your principal will have been calculated as of that date, and the enclosed payment represents 1/2 of 1% of that amount.

Also, your notes continue to accrue interest even though regular payments have been interrupted.

I am pleased to inform you that I have been released from the hospital and I am recuperating at home. While I will be slowly ramping up my workload, it will be quite some time before I am back in the office full time.

Currently I am working on updating the cash flow projections from each of my businesses so that a repayment program can be developed and shared with all of you.  Toward that goal, we continue our efforts to solicit participation on a committee of note holders.  We will be contacting several of the note holders with the largest note amounts within the next several days.

As you have previously been advised, our attorneys at Barclay Damon LLP have established a designated email account to field inquiries regarding this situation.  We encourage you to continue to use this email account for any questions or comments you may have: Bmarshallinfo@barclaydamon.com

On the back of this letter, you will find a statement of your account reflecting the enclosed payment.

Jeff Dove of Barclay Damon LLP will continue to act as the contact person for all questions and concerns regarding promissory notes and will be establishing a committee of note holders in the upcoming days.

Thank you,

Burt Marshall

M Burton Marshall          3006
PO Box 89
11 Maple Ave
Hamilton NY 13346

## Disbursement Summary for Note # 3006

Jean L. Hewitt
2874 State Route 12B
Hamilton NY 13346-3400

| ID | Date | Batch | Previous Balance | Rate | Disbursement | New Balance |
|----|------|-------|------------------|------|--------------|-------------|
| 472 | 3/16/2023 | First | $6,930.69 | .005 | $34.65 | $6,896.04 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

The most recent Note transaction date was 1/9/2023 with a balance of $ 6930.69. This is the amount used to start figuring the Disbursements.
See the other side of this page for additional information.

Printed  3/16/2023          2:26:24 PM

March 18, 2023

Dear Note Holder:

We are providing this update along with the payment of 1/2 of 1% of the principal balance of your note.

Some of our note holders have requested clarification of how we have calculated the principal against which the payment is being made. For purposes of this payment, we have calculated the principal balance as of the date of your last transaction.  For instance, if the last time you received a payment was on June 30, 2021, your principal will have been calculated as of that date, and the enclosed payment represents 1/2 of 1% of that amount.

Also, your notes continue to accrue interest even though regular payments have been interrupted.

I am pleased to inform you that I have been released from the hospital and I am recuperating at home.  While I will be slowly ramping up my workload, it will be quite some time before I am back in the office full time.

Currently I am working on updating the cash flow projections from each of my businesses so that a repayment program can be developed and shared with all of you.  Toward that goal, we continue our efforts to solicit participation on a committee of note holders.  We will be contacting several of the note holders with the largest note amounts within the next several days.

As you have previously been advised, our attorneys at Barclay Damon LLP have established a designated email account to field inquiries regarding this situation.  We encourage you to continue to use this email account for any questions or comments you may have:
Bmarshallinfo@barclaydamon.com

On the back of this letter, you will find a statement of your account reflecting the enclosed payment.

Jeff Dove of Barclay Damon LLP will continue to act as the contact person for all questions and concerns regarding promissory notes and will be establishing a committee of note holders in the upcoming days.

Thank you,

Burt Marshall

**M. BURTON MARSHALL**
PO BOX 89
HAMILTON, NY 13346
(315) 824-2811

BERKSHIRE BANK
212 MAIN STREET
ORISKANY FALLS, NY 13425
53-7169/2118

58248

3/16/2023

PAY TO THE
ORDER OF ___ Jean L Hewitt

$ **34.65

Thirty-Four and 65/100*******

DOLLARS

Jean L Hewitt
2874 State Route 12B
Hamilton NY 13346-3400

MEMO

Note # 3006   First Batch   Our ID 472

---

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**M. BURTON MARSHALL**
PO BOX 89
HAMILTON, NY 13346
(315) 824-2811

BERKSHIRE BANK
212 MAIN STREET
ORISKANY FALLS, NY 13425
53-7169/2118

58246

3/16/2023

PAY TO THE
ORDER OF ___ Jean L Hewitt

$ **34.65

Thirty-Four and 65/100*******

DOLLARS

Jean L Hewitt
2874 State Route 12B
Hamilton NY 13346-3400

MEMO

Note # 3005   First Batch   Our ID 473

Upon α. Hewitt
Accepted without prejudice
of rights
Jean L. Hewitt

Upon α. Hewitt
Accepted without prejudice
of rights
Jean L. Hewitt

BR 603  T4443  0310  SEQ72
TrFnCkCash  3/22/2023  14:45  3/22/2023
$ 69.30
IN     CHKS  0.00
OUT  69.30