# Exhibit 3

CORRECTED (IF Checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089<br><br>(315) 824-2811 | | Form **1099-INT**<br>(Rev. January 2022)<br>For calendar year<br>2022 | **Interest Income** |
| | 1 Interest Income<br>$ 2040.86 | | |
| | 2 Early withdrawal penalty<br>$ | | **Copy B** |

| PAYER'S TIN | RECIPIENT'S TIN | 3 Interest on U.S. Savings Bonds and Treasury obligations<br>$ | | **For Recipient** |
|---|---|---|---|---|

| RECIPIENT'S name, address, ZIP/postal code & country | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| JAMES W PEPTIS<br>GEORGANA J PEPTIS<br>1457 BLUE HERON DR<br>ENGLEWOOD FL 34224-4705 | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br> | 11 Bond premium<br> | |

| | FATCA filing requirement ☐ | $ | $ |
|---|---|---|---|
| | | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ |

| Account number (see instructions) | 14 Tax-exempt and tax credit bond CUSIP no.<br>.......... | 15 State 16 State identification no. | 17 State tax withheld<br>$<br>$ |
|---|---|---|---|

Form **1099-INT** (Rev. 1-2022)  (keep for your records)  Department of the Treasury - Internal Revenue Service

# Note 4562 - Stubai Holdings

CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>M. BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089 | Payer's RTN (optional) | OMB No. 1545-0112<br>Form **1099-INT**<br>(Rev. January 2022)<br>For calendar year<br>2022 | **Interest Income** |
|---|---|---|---|
| | 1 Interest income<br>$    4494.93 | | **Copy B** |
| PAYER'S TIN          RECIPIENT'S TIN | 2 Early withdrawal penalty<br>$ | | **For Recipient** |
| | 3 Interest on U.S. Savings Bonds and Treasury obligations<br>$ | | |
| RECIPIENT'S name, address, ZIP/postal code & country<br>STUBAI HOLDINGS LLC<br>3550 MILLER ST<br>WHEAT RIDGE CO 80033-5659 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ | |
| Account number (see instructions) | 14 Tax-exempt and tax credit bond CUSIP no. | 16 State | 15 State identification no. | 17 State tax withheld<br>$<br>$ |

Form **1099-INT** (Rev. 1-2022)          (keep for your records)          Department of the Treasury - Internal Revenue Service

CORRECTED (if checked) — keep for your records

Form 1099-INT

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | Interest Income |
|---|---|---|---|

M BURTON MARSHALL
11 MAPLE AVE
PO BOX 89
HAMILTON NY 13346-0089

**1 Interest income** $ 3479.48

**2013**

Form 1099-INT   Department of the Treasury — IRS

36-2099803

(315) 824-2811

| PAYER'S federal identification number | RECIPIENT'S identification number |
|---|---|

**2 Early withdrawal penalty** $

**3 Interest on U.S. Savings Bonds and Treas. obligations** $

Copy B

For Recipient

RECIPIENT'S name, address, country, and ZIP or foreign postal code
STEPHEN G SPUDIE
676 MASON RD
WATERVILLE NY 13480

**4 Federal income tax withheld**

**5 Investment expenses** $

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**6 Foreign tax paid** $

**7 Foreign country or U.S. possession**

**8 Tax-exempt interest** $

**9 Specified private activity bond interest** $

Account number (see instructions)

**10 Tax-exempt bond CUSIP no.** | **11 State** | **12 State ID no.** | **13 State tax withheld** $ $

| Form 1099-INT | | | ☐ CORRECTED (if checked) | (keep for your records) | |
|---|---|---|---|---|---|

| | | Payer's RTN (optional) | OMB No. 1545-0112 | | |
|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

M BURTON MARSHALL
11 MAPLE AVE
PO BOX 89
HAMILTON NY 13346-0089

(315) 824-2811

**2014**

**Interest Income**

Form 1099-INT    Department of the Treasury — IRS
38-2099503

**Copy B**

**For Recipient**

| 1 Interest income | |
|---|---|
| $ | 8832.43 |

| 2 Early withdrawal penalty |
|---|
| $ |

| 3 Interest on U.S. Savings Bonds and Treas. obligations |
|---|
| $ |

| PAYER'S federal identification number | RECIPIENT'S identification number |
|---|---|
| | |

| 4 Federal income tax withheld | 5 Investment expenses |
|---|---|
| $ | $ |

RECIPIENT'S name, address, ZIP/postal code & country

STEPHEN G SPUDIE
676 MASON RD
WATERVILLE NY 13480

| 6 Foreign tax paid | 7 Foreign country or U.S. possession |
|---|---|
| $ | |

| 8 Tax-exempt interest | 9 Specified private activity bond interest |
|---|---|
| $ | $ |

| 10 Market discount | 11 Bond premium |
|---|---|
| | $ |

Account number (see instructions)

| 12 Tax-exempt bond CUSIP no. | 13 State | 14 State ID no. | 15 State tax withheld |
|---|---|---|---|
| | | | $ |
| | | | $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form **1099-INT**

| | | |
|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 |

M BURTON MARSHALL
11 MAPLE AVE
PO BOX 89
HAMILTON NY 13346-0089

(315) 824-2811

**2015**

Form **1099-INT**

34-1098803
Dept. of Treasury — IRS

**Interest
Income**

| 1 Interest income |
|---|
| $    10781.14 |

| 2 Early withdrawal penalty |
|---|
| $ |

**Copy B**

**For Recipient**

PAYER'S federal identification number    RECIPIENT'S identification number

| 3 Interest on U.S. Savings Bonds and Treas. obligations |
|---|
| $ |

RECIPIENT'S name, address, ZIP/postal code & country

STEPHEN G SPUDIE
676 MASON RD
WATERVILLE NY 13480

| 4 Federal income tax withheld | 5 Investment expenses |
|---|---|
| $ | $ |

| 6 Foreign tax paid | 7 Foreign country or U.S. possession |
|---|---|
| $ | |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 8 Tax-exempt interest | 9 Specified private activity bond interest |
|---|---|
| $ | $ |

| 10 Market discount | 11 Bond premium |
|---|---|
| $ | $ |

| | 12 | 13 Bond premium on tax-exempt bond |
|---|---|---|
| FATCA filing requirement | | $ |

| 14 Tax-exempt and tax credit bond CUSIP no. | 15 State | 16 State ID no. | 17 State tax withheld |
|---|---|---|---|
| | | | $ |
| | | | $ |

Account number (see instructions)

1

5  **BBINTB**    NTF 2578397    **BINTREC**    Copyright 2015 Greatland/Nelco – Forms Software Only

| Form 1099-INT | | ☐ CORRECTED (if checked) | (keep for your records) | |
|---|---|---|---|---|

| | | |
|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 |

M BURTON MARSHALL
11 MAPLE AVE
PO BOX 89
HAMILTON NY 13346-0089

**2016**

**Interest Income**

Form **1099-INT**

Dept. of Treasury — IRS

**1 Interest income**
$ 11316.77

**2 Early withdrawal penalty**
$

(315) 824-2811

**Copy B**

**For Recipient**

PAYER'S federal identification number | RECIPIENT'S identification number

**3 Interest on U.S. Savings Bonds and Treas. obligations**
$

RECIPIENT'S name, address, ZIP/postal code & country

STEPHEN G SPUDIE
676 MASON RD
WATERVILLE NY 13480

**4 Federal income tax withheld**
$

**5 Investment expenses**
$

**6 Foreign tax paid**
$

**7 Foreign country or U.S. possession**

**8 Tax-exempt interest**
$

**9 Specified private activity bond interest**
$

**10 Market discount**
$

**11 Bond premium**
$

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

FATCA filing requirement ☐

**12 Bond premium on Treasury obligations**
$

**13 Bond premium on tax-exempt bond**
$

Account number (see instructions)

**14 Tax-exempt and tax credit bond CUSIP no.**

**15 State**

**16 State ID no.**

**17 State tax withheld**
$
$

Form 1099-INT

□ CORRECTED (if checked)    (keep for your records)

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

M BURTON MARSHALL
11 MAPLE AVE
PO BOX 89
HAMILTON NY 13346-0089

(315) 824-2811

| Payer's RTN (optional) | OMB No. 1545-0112 | **Interest Income** |
|---|---|---|
| 1 Interest income | **2017** | |
| $ 12201.45 | Form 1099-INT | Dept. of Treasury — IRS |
| 2 Early withdrawal penalty | | **Copy B** |
| $ | | **For Recipient** |

PAYER'S federal identification number | RECIPIENT'S identification number

| 3 Interest on U.S. Savings Bonds and Treas. obligations | |
|---|---|
| $ | |

RECIPIENT'S name, address, ZIP/postal code & country

STEPHEN G SPUDIE
676 MASON RD
WATERVILLE NY 13480

| 4 Federal income tax withheld | 5 Investment expenses |
|---|---|
| $ | $ |
| 6 Foreign tax paid | 7 Foreign country or U.S. possession |
| $ | |
| 8 Tax-exempt interest | 9 Specified private activity bond interest |
| $ | $ |
| 10 Market discount | 11 Bond premium |
| $ | $ |
| 12 Bond premium on Treasury obligations | 13 Bond premium on tax-exempt bond |
| $ | $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

FATCA filing requirement □

Account number (see instructions)

| 14 Tax-exempt and tax credit bond CUSIP no. | 15 State | 16 State ID no. | 17 State tax withheld |
|---|---|---|---|
| | - - - - | - - - - | $ |
| | | | $ |

7  B99INTB    NTF 2881388    BINTREC    Copyright 2017 Greatland/Nelco — Forms Software Only

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089 | | **2018** | **Interest Income** |
| | 1 Interest Income<br>$    12830.85 | Form **1099-INT** | |
| (315) 824-2811 | 2 Early withdrawal penalty<br>$ | | Copy B |
| PAYER'S TIN          RECIPIENT'S TIN | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | For Recipient |
| 2 | | | |
| RECIPIENT'S name, address, ZIP/postal code & country<br>STEPHEN G SPUDIE<br>676 MASON RD<br>WATERVILLE NY 13480 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ | |
| Account number (see instructions)<br>▓▓▓▓ | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State | 16 State Identification no. | 17 State tax withheld<br>$<br>$ |

Form **1099-INT**          (keep for your records)          Department of the Treasury - Internal Revenue Service

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089<br><br>(315) 824-2811 | | **2019**<br>Form **1099-INT** | **Interest Income** |
| | 1 Interest Income<br>$    13994.66 | | **Copy B** |
| | 2 Early withdrawal penalty<br>$ | | **For Recipient** |
| PAYER'S TIN | RECIPIENT'S TIN | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | |
| RECIPIENT'S name, address, ZIP/postal code & country<br>STEPHEN SPUDIE<br>676 MASON RD<br>WATERVILLE NY 13480-2308 | | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| | FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ | |
| Account number (see instructions) | | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State 16 State identification no. 17 State tax withheld<br>$<br>$ |

Form **1099-INT**        (keep for your records)                                    Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| M BURTON MARSHALL 11 MAPLE AVE PO BOX 89 HAMILTON NY 13346-0089 | | 2020 Form 1099-INT | **Interest Income** |
| | 1 Interest income $ 19311.73 | | |
| (315) 824-2811 | 2 Early withdrawal penalty $ | | Copy B |
| PAYER'S TIN                    RECIPIENT'S TIN | 3 Interest on U.S. Savings Bonds and Treas. obligations $ | | For Recipient |
| 1                    2 | 4 Federal income tax withheld $ | 5 Investment expenses $ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, address, ZIP/postal code & country STEPHEN SPUDIE 676 MASON RD WATERVILLE NY 13480-2308 | 6 Foreign tax paid $ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest $ | 9 Specified private activity bond interest $ | |
| | 10 Market discount $ | 11 Bond premium $ | |
| | FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations $ | 13 Bond premium on tax-exempt bond $ |
| Account number (see instructions) ▬▬▬ | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State  16 State identification no.    17 State tax withheld $ $ |

Form **1099-INT**        (keep for your records)        Department of the Treasury - Internal Revenue Service

NTF 2382844    0    BWINTB

BWINTREC

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089<br><br>(315) 824-2811 | Payer's RTN (optional) | | OMB No. 1545-0112 | **2021** | **Interest Income** |
|---|---|---|---|---|---|
| | 1 Interest Income<br>$ 13755.84 | | | Form **1099-INT** | |
| | 2 Early withdrawal penalty<br>$ | | | | **Copy B** |
| **PAYER'S TIN**    **RECIPIENT'S TIN** | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | | | **For Recipient** |
| RECIPIENT'S name, address, ZIP/postal code & country<br>STEPHEN SPUDIE<br>676 MASON RD<br>WATERVILLE NY 13480-2308 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | | | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | | | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | | | |
| FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ | | | |
| Account number (see instructions) | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State | 16 State identification no. | 17 State tax withheld<br>$<br>$ | |

Form 1099-INT    (keep for your records)    Department of the Treasury - Internal Revenue Service

☐ **CORRECTED** (if checked)

| | | |
|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089<br><br>(315) 824-2811 | Payer's RTN (optional) | OMB No. 1545-0112<br><br>Form **1099-INT**<br>(Rev. January 2022) | **Interest Income** |
| | 1. Interest income<br>$ 16810.52 | For calendar year<br>**2022** | |
| PAYER'S TIN | RECIPIENT'S TIN | 2 Early withdrawal penalty<br>$ | **Copy B**<br>**For Recipient** |
| | | 3 Interest on U.S. Savings Bonds and Treasury obligations<br>$ | |
| RECIPIENT'S name, address, ZIP/postal code & country<br><br>STEPHEN SPUDIE<br>676 MASON RD<br>WATERVILLE NY 13480-2308 | | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| | FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ | |
| Account number (see instructions) | | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State | 16 State identification no. | 17 State tax withheld<br>$<br>$ |

Form 1099-INT (Rev. 1-2022)    (keep for your records)    Department of the Treasury - Internal Revenue Service

BINTREC    NTF 25483T    2    B99INTB

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089<br><br>(315) 824-2811 | Payer's RTN (optional) | OMB No. 1545-0112<br><br>**2018**<br>Form **1099-INT** | **Interest Income** |
|---|---|---|---|
| | 1 Interest Income<br>$    2025.59 | | |
| | 2 Early withdrawal penalty<br>$ | | **Copy B** |

| PAYER'S TIN | RECIPIENT'S TIN | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | **For Recipient** |
|---|---|---|---|

| RECIPIENT'S name, address, ZIP/postal code & country<br><br>LOVELY LIVING TRUST<br>5112 BUYEA RD<br>CAZENOVIA NY 13035-9773 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount | 11 Bond premium | |
| FATCA filing requirement | $ | $ | |
| | 12 Bond premium on Treasury obligations | 13 Bond premium on tax-exempt bond | |
| Account number (see instructions) | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State 16 State identification no. 17 State tax withheld<br>$<br>$ | |

Form **1099-INT**        (keep for your records)        Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089<br><br>(315) 824-2811 | Payer's RTN (optional) | OMB No. 1545-0112<br><br>**2019**<br>Form **1099-INT** | **Interest Income** |
|---|---|---|---|
| | 1 Interest income<br>$    5715.70 | | |
| | 2 Early withdrawal penalty<br>$ | | **Copy B** |

| PAYER'S TIN | RECIPIENT'S TIN | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | **For Recipient** |
|---|---|---|---|

| RECIPIENT'S name, address, ZIP/postal code & country<br><br>LOVELY LIVING TRUST<br>5112 BUYEA RD<br>CAZENOVIA NY 13035-9773 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount | 11 Bond premium | |
| FATCA filing requirement | $ | $ | |
| | 12 Bond premium on Treasury obligations | 13 Bond premium on tax-exempt bond | |
| Account number (see instructions) | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State 16 State identification no. 17 State tax withheld<br>$<br>$ | |

Form **1099-INT**        (keep for your records)        Department of the Treasury - Internal Revenue Service

CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089 | 1 Interest income<br>$      6839.78 | 2020<br>Form **1099-INT** | **Interest Income** |
| (315) 824-2811 | 2 Early withdrawal penalty<br>$ | | **Copy B** |
| PAYER'S TIN          RECIPIENT'S TIN | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | **For Recipient** |
| RECIPIENT'S name, address, ZIP/postal code & country<br>LOVELY LIVING TRUST<br>5112 BUYEA RD<br>CAZENOVIA NY 13035-9773 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| | FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ |
| Account number (see instructions)<br>2020 | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State  16 State identification no.<br>- - - - - - - - - - | 17 State tax withheld<br>$<br>$ |

Form **1099-INT**        (keep for your records)        Department of the Treasury - Internal Revenue Service

CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089 | 1 Interest income<br>$      7384.36 | 2021<br>Form **1099-INT** | **Interest Income** |
| (315) 824-2811 | 2 Early withdrawal penalty<br>$ | | **Copy B** |
| PAYER'S TIN          RECIPIENT'S TIN | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | **For Recipient** |
| RECIPIENT'S name, address, ZIP/postal code & country<br>LOVELY LIVING TRUST<br>5112 BUYEA RD<br>CAZENOVIA NY 13035-9773 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| | FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ |
| Account number (see instructions)<br>2021 | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State  16 State identification no.<br>- - - - - - - - - - | 17 State tax withheld<br>$<br>$ |

Form **1099-INT**        (keep for your records)        Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | Interest Income |
|---|---|---|---|
| M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089 | | Form **1099-INT**<br>(Rev. January 2022) | |
| | 1 Interest income<br>$ 7000.08 | For calendar year<br>2022 | |
| (315) 824-2811 | 2 Early withdrawal penalty<br>$ | | **Copy B** |
| PAYER'S TIN | RECIPIENT'S TIN | 3 Interest on U.S. Savings Bonds and Treasury obligations<br>$ | **For Recipient** |
| ██████ | ██████ | | |
| RECIPIENT'S name, address, ZIP/postal code & country | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| LOVELY LIVING TRUST<br>5112 BUYEA RD<br>CAZENOVIA NY 13035-9773 | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ | |
| Account number (see instructions)<br>██████ | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State 16 State identification no. 17 State tax withheld<br>$<br>$ | |

Form **1099-INT** (Rev. 1-2022)    (keep for your records)    Department of the Treasury - Internal Revenue Service

Form 1099-INT ☐ CORRECTED (if checked) (keep for your records)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. M BURTON MARSHALL 11 MAPLE AVE PO BOX 89 HAMILTON NY 13346-0089 (315) 824-2811 | Payer's RTN (optional) | OMB No. 1545-0112 2014 Form 1099-INT | Interest Income |
|---|---|---|---|
| | 1 Interest income $ 10400.00 | | Department of the Treasury — IRS 38-2038802 Copy B |
| | 2 Early withdrawal penalty $ | | For Recipient |
| PAYER'S federal identification number [redacted] | RECIPIENT'S identification number [redacted] | 3 Interest on U.S. Savings Bonds and Treas. obligations $ | |
| RECIPIENT'S name, address, ZIP/postal code & country ARCHIE DIABLE 16491 S E 80TH AVE SUMMERFIELD FL 34491 | 4 Federal income tax withheld $ | 5 Investment expenses $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 6 Foreign tax paid $ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest $ | 9 Specified private activity bond interest $ | |
| | 10 Market discount $ | 11 Bond premium $ | |
| Account number (see instructions) | 12 Tax-exempt bond CUSIP no. | 13 State 14 State ID no. | 15 State tax withheld $ $ |



Form 1099-INT

| CORRECTED (if checked) | | (keep for your records) |

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

M BURTON MARSHALL
11 MAPLE AVE
PO BOX 89
HAMILTON NY 13346-0089

(315) 824-2811

| Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|
| **1** Interest income | **2015** | **Interest Income** |
| $        5579.01 | Form **1099-INT** | 38-2009903 Dept. of Treasury — IRS |
| **2** Early withdrawal penalty | | **Copy B** |

PAYER'S federal identification number    RECIPIENT'S identification number

█████     ██████

RECIPIENT'S name, address, ZIP/postal code & country

ARCHIE DIABLE
16491 SE 80TH AVE
SUMMERFIELD FL 34491

| **3** Interest on U.S. Savings Bonds and Treas. obligations | | **For Recipient** |
|---|---|---|
| $ | | |
| **4** Federal income tax withheld | **5** Investment expenses | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| $ | $ | |
| **6** Foreign tax paid | **7** Foreign country or U.S. possession | |
| **8** Tax-exempt interest | **9** Specified private activity bond interest | |
| $ | $ | |
| **10** Market discount | **11** Bond premium | |

| | FATCA filing requirement | | |
|---|---|---|---|
| **12** | | $ | **13** Bond premium on tax-exempt bond $ |

| Account number (see instructions) | **14** Tax-exempt and tax credit bond CUSIP no. | **15** State | **16** State ID no. | **17** State tax withheld |
|---|---|---|---|---|
| | | | | $ _____ |
| | | | | $ |

5 899INTB    NTF 2578297    **BINTREC**    Copyright 2015 Greatland/Nelco – Forms Software Only



| Form **1099-INT** | CORRECTED (if checked) | | (keep for your records) | |
|---|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089<br><br>(315) 824-2811 | Payer's RTN (optional) | OMB No. 1545-0112 | **Interest Income** | |
| | 1 Interest income<br><br>$    2406.60 | **2016**<br><br>Form **1099-INT** | 38-2008803<br>Dept. of Treasury — IRS | |
| | 2 Early withdrawal penalty<br><br>$ | | **Copy B** | |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Interest on U.S. Savings Bonds and Treas. obligations<br><br>$ | **For Recipient** | |
| RECIPIENT'S name, address, ZIP/postal code & country<br><br>ARCHIE DIABLE<br>THE DIABLE FAMILY TRUST<br>16491 SE 80TH AVE<br>SUMMERFIELD FL 34491 | 4 Federal income tax withheld<br><br>$ | 5 Investment expenses<br><br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. | |
| | 6 Foreign tax paid<br><br>$ | 7 Foreign country or U.S. possession | | |
| | 8 Tax-exempt interest<br><br>$ | 9 Specified private activity bond interest<br><br>$ | | |
| | 10 Market discount<br><br>$ | 11 Bond premium<br><br>$ | | |
| FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br><br>$ | 13 Bond premium on tax-exempt bond<br><br>$ | | |
| Account number (see instructions)<br><br>1 | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State | 16 State ID no. | 17 State tax withheld<br>$<br>$ |

6  B99INTB    RTF 25C0000    **BINTREC**    Copyright 2016 Greatland/Nelco – Forms Software Only



Form 1099-INT

☐ CORRECTED (if checked)

keep for your records

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>M. BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089 | Payer's RTN (optional) | OMB No. 1545-0112 | **Interest<br>Income** |
|---|---|---|---|
| | 1 Interest income<br>$     2400.03 | **2017**<br>Form 1099-INT | |
| (315) 824-2811 | 2 Early withdrawal penalty<br>$ | | Dept. of Treasury -- IRS<br>**Copy B** |
| PAYER'S federal identification number    RECIPIENT'S identification number | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | **For Recipient** |
| RECIPIENT'S name, address, ZIP/postal code & country<br>ARCHIE DIABLE<br>THE DIABLE FAMILY TRUST<br>16491 SE 80TR AVE<br>SUMMERFIELD FL 34491 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ | |
| Account number (see instructions) | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State  16 State ID no. | 17 State tax withheld<br>$<br>$ |



1-29-19

| ☐ CORRECTED (if checked) | | |
|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

M BURTON MARSHALL
11 MAPLE AVE
PO BOX 89
HAMILTON NY 13346-0089

(315) 824-2811

Payer's RTN (optional)

OMB No. 1545-0112

**2018**

Form **1099-INT**

**Interest Income**

**Copy B**

**For Recipient**

1 Interest Income
$     2400.03

2 Early withdrawal penalty
$

3 Interest on U.S. Savings Bonds and Treas. obligations
$

PAYER'S TIN                RECIPIENT'S TIN

RECIPIENT'S name, address, ZIP/postal code & country

ARCHIE DIABLE
THE DIABLE FAMILY TRUST
16491 SE 80TH AVE
SUMMERFIELD FL 34491

4 Federal income tax withheld
$

5 Investment expenses
$

6 Foreign tax paid
$

7 Foreign country or U.S. possession

8 Tax-exempt interest
$

9 Specified private activity bond interest
$

10 Market discount
$

11 Bond premium
$

FATCA filing requirement ☐

12 Bond premium on Treasury obligations
$

13 Bond premium on tax-exempt bond
$

Account number (see instructions)

14 Tax-exempt and tax credit bond CUSIP no.

15 State    16 State identification no.    17 State tax withheld
$
$

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form **1099-INT**        (keep for your records)

Department of the Treasury - Internal Revenue Service



☐ **CORRECTED** (if checked)

| | | |
|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089<br><br>(315) 824-2811 | Payer's RTN (optional) | OMB No. 1545-0112 |
| | **1 Interest income**<br>$ 4092.16 | **2019**<br>Form **1099-INT** |
| | **2 Early withdrawal penalty**<br>$ | **Interest Income** |

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| ■■■ | ■■■ |

| | |
|---|---|
| **3 Interest on U.S. Savings Bonds and Treas. obligations**<br>$ | **Copy B**<br>**For Recipient** |

| | | |
|---|---|---|
| RECIPIENT'S name, address, ZIP/postal code & country<br><br>ARCHIE DIABLE<br>JOANIE DIABLE<br>THE DIABLE FAMILY TRUST<br>16491 SE 80TH AVE<br>SUMMERFIELD FL 34491-5322 | **4 Federal income tax withheld**<br>$ | **5 Investment expenses**<br>$ |
| | **6 Foreign tax paid**<br>$ | **7 Foreign country or U.S. possession** |
| | **8 Tax-exempt interest**<br>$ | **9 Specified private activity bond interest**<br>$ |
| | **10 Market discount**<br>$ | **11 Bond premium**<br>$ |

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| | | | |
|---|---|---|---|
| | FATCA filing requirement ☐ | **12 Bond premium on Treasury obligations**<br>$ | **13 Bond premium on tax-exempt bond**<br>$ |
| Account number (see instructions) | | **14 Tax-exempt and tax credit bond CUSIP no.** | **15 State** | **16 State identification no.** | **17 State tax withheld**<br>$<br>$ |

Form **1099-INT**        (keep for your records)                    Department of the Treasury - Internal Revenue Service

B99INTB    9    NTF 25632586    BNTREC

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089<br><br>(315) 824-2811 | Payer's RTN (optional) | OMB No. 1545-0112<br><br>**2020**<br>Form **1099-INT** | **Interest Income** |
|---|---|---|---|
| | 1 Interest income<br>$     7496.43 | | **Copy B** |
| | 2 Early withdrawal penalty<br>$ | | **For Recipient** |
| PAYER'S TIN    RECIPIENT'S TIN | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | |
| RECIPIENT'S name, address, ZIP/postal code & country<br>ARCHIE DIABLE<br>JOANIE DIABLE<br>16491 SE 80TH AVE<br>SUMMERFIELD FL 34491-5322 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| | FATCA filing requirement ☐ | | |
| | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ | |
| Account number (see instructions) | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State 16 State identification no. 17 State tax withheld<br>$<br>$ | |

Form **1099-INT**     (keep for your records)           Department of the Treasury - Internal Revenue Service



☐ CORRECTED (if checked)

| PAYER's name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089 | Payer's RTN (optional) | OMB No. 1545-0112<br>**2021**<br>Form **1099-INT** | **Interest Income** |
|---|---|---|---|
| | 1 Interest income<br>$  7999.97 | | |
| | 2 Early withdrawal penalty<br>$ | | **Copy B** |
| (315) 824-2811 | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | **For Recipient** |
| PAYER'S TIN            RECIPIENT'S TIN<br>[redacted]        [redacted] 50 [redacted] | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name, address, ZIP/postal code & country<br>ARCHIE DIABLE<br>JOANIE DIABLE<br>16491 SE 80TH AVE<br>SUMMERFIELD FL 34491-5322 | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| | FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ | |
| Account number (see instructions) | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State 16 State identification no. | 17 State tax withheld<br>$<br>$ |

Form **1099-INT**        (keep for your records)                    Department of the Treasury - Internal Revenue Service



☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089<br><br>(315) 824-2811 | | **Form 1099-INT** | **Interest Income** |
| | 1 Interest income<br>$ 7999.97 | (Rev. January 2022)<br>For calendar year<br>2022 | |
| | 2 Early withdrawal penalty<br>$ | | **Copy B** |

| PAYER'S TIN | RECIPIENT'S TIN | 3 Interest on U.S. Savings Bonds and Treasury obligations<br>$ | **For Recipient** |
|---|---|---|---|

| RECIPIENT'S name, address, ZIP/postal code & country | | |
|---|---|---|
| ARCHIE DIABLE<br>JOANIE DIABLE<br>16491 SE 80TH AVE<br>SUMMERFIELD FL 34491-5322 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ |

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| | FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ |
|---|---|---|---|
| Account number (see instructions) | | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State  16 State identification no.  17 State tax withheld<br>$<br>$ |

Form 1099-INT (Rev. 1-2022)        (keep for your records)        Department of the Treasury - Internal Revenue Service

BINTREC    NTF 25843927    2 B99INTB





Form 1099-INT

☐ CORRECTED (if checked) | keep for your records

PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no.

M BURTON MARSHALL
11 MAPLE AVE
PO BOX 89
HAMILTON NY 13346-0089

(315) 824-2811

Payer's RTN (optional)

OMB No. 1545-0112

**2013**

**Interest Income**

Form 1099-INT    Department of the Treasury – IRS

1 Interest Income

$ 8784.25

2 Early withdrawal penalty

$

3 Interest on U.S. Savings Bonds and Treas. obligations

$

Copy B

For Recipient

PAYER'S federal identification number | RECIPIENT'S identification number

RECIPIENT'S name, address, country, and ZIP or foreign postal code

ARCHIE DIABLE
16491 S E 80TH AVE
SUMMERFIELD FL 34491

4 Federal income tax withheld

$

5 Investment expenses

$

6 Foreign tax paid

$

7 Foreign country or U.S. possession

8 Tax-exempt interest

$

9 Specified private activity bond interest

$

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Account number (see instructions)

3

10 Tax-exempt bond CUSIP no. | 11 State | 12 State ID no. | 13 State tax withheld

$

$

3  B99INTB    NTF 2577038A    **BINTREC**    Copyright 2013 Greatland/Nelco – Forms Software Only





| Form **1099-INT** | | ☐ CORRECTED (if checked) | | (keep for your records) | |
|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | Payer's RTN (optional) | | OMB No. 1545-0112 | |
| M BURTON MARSHALL<br>PO BOX 89<br>11 MAPLE AVE<br>HAMILTON NY 13346-0089<br>(315) 824-2811 | | **1** Interest income<br>$ 4652.28 | | **2012** | **Interest Income** |
| | | **2** Early withdrawal penalty<br>$ | | Form **1099-INT** | 38-2099903<br>Department of the Treasury — IRS |
| PAYER'S federal identification number ▓ | | **3** Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | | Copy B<br>**For Recipient** |
| RECIPIENT'S name, address, and ZIP code<br>ARCHIE DIABLE<br>16491 S E 80TH AVE<br>SUMMERFIELD FL 34491 | | **4** Federal income tax withheld<br>$ | **5** Investment expenses<br>$ | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | **6** Foreign tax paid<br>$ | **7** Foreign country or U.S. possession | | |
| | | **8** Tax-exempt interest<br>$ | **9** Specified private activity bond interest<br>$ | | |
| Account number (see instructions) | | **10** Tax-exempt bond CUSIP no. | **11** State | **12** State ID no. | **13** State tax withheld<br>$ |

2  B99INTB   ATF 2576193   **BINTREC**   Copyright 2012 Greatland/Nelco – Forms Software Only



**Form 1099–INT**     CORRECTED (if checked)    (Keep for your records)

PAYER'S name, street address, city, state, ZIP code, and telephone no.

M BURTON MARSHALL
PO BOX 89
11 MAPLE AVE
HAMILTON NY 13346-0089
(315) 824-2811

Payer's RTN (optional)

**OMB No. 1545-0112**

1 Interest income
$ 1591.14

**2011**

**Interest Income**

2 Early withdrawal penalty
$

Form **1099–INT**  Department of the Treasury — IRS

PAYER'S federal identification number

3 Interest on U.S. Savings Bonds and Treas. obligations

**Copy B**
**For Recipient**

RECIPIENT'S name, address, and ZIP code

ARCHIE DIABLE
16491 S E 80TH AVE
SUMMERFIELD FL 34491

4 Federal income tax withheld
$

5 Investment expenses
$

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

6 Foreign tax paid
$

7 Foreign country or U.S. possession

8 Tax-exempt interest
$

9 Specified private activity bond interest
$

10 Tax-exempt bond CUSIP no. (see instructions)

1 B99INTB   NTF 3675848   BINTREC   Copyright 2011 Greatland/Nelco – Forms Software Only



☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089 | **1 Interest income**<br>$ 2719.71 | **2021**<br>Form **1099-INT** | **Interest Income** |
| (315) 824-2811 | **2 Early withdrawal penalty**<br>$ | | **Copy B** |
| PAYER'S TIN        RECIPIENT'S TIN | **3 Interest on U.S. Savings Bonds and Treas. obligations**<br>$ | | **For Recipient** |
| RECIPIENT'S name, address, ZIP/postal code & country<br>MICHAEL P SPELLICY<br>ANJANETTE A SPELLICY<br>82 ZION DR<br>SMYRNA DE 19977-6800 | **4 Federal income tax withheld**<br>$ | **5 Investment expenses**<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | **6 Foreign tax paid**<br>$ | **7 Foreign country or U.S. possession** | |
| | **8 Tax-exempt interest**<br>$ | **9 Specified private activity bond interest**<br>$ | |
| | **10 Market discount**<br>$ | **11 Bond premium**<br>$ | |
| FATCA filing requirement ☐ | **12 Bond premium on Treasury obligations**<br>$ | **13 Bond premium on tax-exempt bond**<br>$ | |
| Account number (see instructions) | **14 Tax-exempt and tax credit bond CUSIP no.** | **15 State 16 State identification no. 17 State tax withheld**<br>$<br>$ | |

Form **1099-INT**        (keep for your records)        Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089 | **1 Interest income**<br>$ 1763.55 | **2019**<br>Form **1099-INT** | **Interest Income** |
| (315) 824-2811 | **2 Early withdrawal penalty**<br>$ | | **Copy B** |
| PAYER'S TIN        RECIPIENT'S TIN | **3 Interest on U.S. Savings Bonds and Treas. obligations**<br>$ | | **For Recipient** |
| RECIPIENT'S name, address, ZIP/postal code & country<br>MICHAEL SPELLICY<br>ANJANETTE A SPELLICY<br>7667 PURDY RD<br>MADISON NY 13402-9795 | **4 Federal income tax withheld**<br>$ | **5 Investment expenses**<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | **6 Foreign tax paid**<br>$ | **7 Foreign country or U.S. possession** | |
| | **8 Tax-exempt interest**<br>$ | **9 Specified private activity bond interest**<br>$ | |
| | **10 Market discount**<br>$ | **11 Bond premium**<br>$ | |
| FATCA filing requirement ☐ | **12 Bond premium on Treasury obligations**<br>$ | **13 Bond premium on tax-exempt bond**<br>$ | |
| Account number (see instructions)<br>2019 | **14 Tax-exempt and tax credit bond CUSIP no.** | **15 State 16 State identification no. 17 State tax withheld**<br>$<br>$ | |

Form **1099-INT**        (keep for your records)        Department of the Treasury - Internal Revenue Service



☐ CORRECTED (if checked)

**PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**

M BURTON MARSHALL
11 MAPLE AVE
PO BOX 89
HAMILTON NY 13346-0089

(315) 824-2811

OMB No. 1545-0112

Form **1099-INT**

(Rev. January 2022)

For calendar year
2022

**Interest Income**

Copy B

For Recipient

Payer's RTN (optional)

**1 Interest income**
$ 3104.13

**2 Early withdrawal penalty**
$

**3 Interest on U.S. Savings Bonds and Treasury obligations**
$

**PAYER'S TIN** | **RECIPIENT'S TIN**

**RECIPIENT'S name, address, ZIP/postal code & country**

MICHAEL P SPELLICY
ANJANETTE A SPELLICY
82 ZION DR
SMYRNA DE 19977-6800

**4 Federal income tax withheld**
$

**5 Investment expenses**
$

**6 Foreign tax paid**
$

**7 Foreign country or U.S. possession**

**8 Tax-exempt interest**

**9 Specified private activity bond interest**
$

**10 Market discount**
$

**11 Bond premium**
$

FATCA filing requirement ☐

**12 Bond premium on Treasury obligations**
$

**13 Bond premium on tax-exempt bond**
$

Account number (see instructions)

**14 Tax-exempt and tax credit bond CUSIP no.**

**15 State** | **16 State identification no.** | **17 State tax withheld**
$
$

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form **1099-INT** (Rev. 1-2022)    (keep for your records)

Department of the Treasury - Internal Revenue Service

Form 1099-INT

CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | Interest Income |
|---|---|---|---|
| M BURTON MARSHALL 11 MAPLE AVE PO BOX 89 HAMILTON NY 13346-0089 | 1 Interest Income $ 3726.63 | 2017 Form 1099-INT | |

(315) 824-2811

PAYER'S federal identification number    RECIPIENT'S identification number

RECIPIENT'S name, address, ZIP/postal code & country
MARGARET A PAVELA
500 BIRCHALL LN 308
HOOVER AL 35226

Copy B
For Recipient

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Dept. of Treasury - IRS

---

CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | Interest Income |
|---|---|---|---|
| M BURTON MARSHALL 11 MAPLE AVE PO BOX 89 HAMILTON NY 13346-0089 | 1 Interest Income $ 13847.98 | 2018 Form 1099-INT | |

(315) 824-2811

PAYER'S TIN    RECIPIENT'S TIN

RECIPIENT'S name, address, ZIP/postal code & country
MARGARET A PAVELA
500 BIRCHALL LN APT 308
HOOVER AL 35226

Copy B
For Recipient

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

2 Early withdrawal penalty $
3 Interest on U.S. Savings Bonds and Treas. obligations $
4 Federal income tax withheld $
5 Investment expenses $
6 Foreign tax paid $
7 Foreign country or U.S. possession
8 Tax-exempt interest $
9 Specified private activity bond interest $
10 Market discount $
11 Bond premium $
12 Bond premium on Treasury obligations $
13 Bond premium on tax-exempt bond $
14 Tax-exempt and tax credit bond CUSIP no.
15 State    16 State identification no.    17 State tax withheld $

Account number (see instructions)

FATCA filing requirement

Form 1099-INT    (keep for your records)    Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089 | | **2019** | **Interest Income** |
| | 1 Interest income<br>$ 13802.15 | Form **1099-INT** | |
| (315) 824-2811 | 2 Early withdrawal penalty<br>$ | | **Copy B** |
| PAYER'S TIN                RECIPIENT'S TIN | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | **For Recipient** |
| ▓▓▓▓▓▓                ▓▓▓▓▓▓ | | | |
| RECIPIENT'S name, address, ZIP/postal code & country<br>MARGARET PAVELA<br>500 BIRCHALL LN APT 308<br>HOOVER AL 35226-6428 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| | FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ |
| Account number (see instructions)<br>▓▓▓▓ | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State  16 State identification no. | 17 State tax withheld<br>$<br>$ |

Form **1099-INT**        (keep for your records)        Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089 | | **2020** | **Interest Income** |
| | 1 Interest income<br>$ 13792.56 | Form **1099-INT** | |
| (315) 824-2811 | 2 Early withdrawal penalty<br>$ | | **Copy B** |
| PAYER'S TIN                RECIPIENT'S TIN | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | **For Recipient** |
| ▓▓▓▓▓▓                ▓▓▓▓▓▓ | | | |
| RECIPIENT'S name, address, ZIP/postal code & country<br>MARGARET PAVELA<br>500 BIRCHALL LN APT 308<br>HOOVER AL 35226-6428 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| | FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ |
| Account number (see instructions)<br>▓▓▓▓ | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State  16 State identification no. | 17 State tax withheld<br>$<br>$ |

Form **1099-INT**        (keep for your records)        Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089<br><br>(315) 824-2811 | Payer's RTN (optional) | OMB No. 1545-0112<br><br>Form **1099-INT**<br>(Rev. January 2022)<br>For calendar year<br>2022 | **Interest<br>Income** |
|---|---|---|---|
| | 1 Interest income<br>$ 13705.87 | | **Copy B** |
| PAYER'S TIN ▇▇▇▇ | RECIPIENT'S TIN ▇▇▇▇ | 2 Early withdrawal penalty<br>$ | **For Recipient** |
| | | 3 Interest on U.S. Savings Bonds and Treasury obligations<br>$ | |
| RECIPIENT'S name, address, ZIP/postal code & country<br>MARGARET PAVELA<br>500 BIRCHALL LN APT 308<br>HOOVER AL 35226-6428 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ | |
| Account number (see instructions) | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State 16 State identification no. 17 State tax withheld<br>$<br>$ | |

Form **1099-INT** (Rev. 1-2022)    (Keep for your records)    Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089<br><br>(315) 824-2811 | Payer's RTN (optional) | OMB No. 1545-0112<br><br>**2021**<br>Form **1099-INT** | **Interest<br>Income** |
|---|---|---|---|
| | 1 Interest income<br>$ 13702.76 | | **Copy B** |
| PAYER'S TIN ▇▇▇▇ | RECIPIENT'S TIN ▇▇▇▇ | 2 Early withdrawal penalty<br>$ | **For Recipient** |
| | | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | |
| RECIPIENT'S name, address, ZIP/postal code & country<br>MARGARET PAVELA<br>500 BIRCHALL LN APT 308<br>HOOVER AL 35226-6428 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ | |
| Account number (see instructions)<br>▇▇▇ | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State 16 State identification no. 17 State tax withheld<br>$<br>$ | |

Form **1099-INT**    (keep for your records)    Department of the Treasury - Internal Revenue Service

INTREC    NTF 254054    1 B99NTB

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| M BURTON MARSHALL<br>11 MAPLE AVE<br>PO BOX 89<br>HAMILTON NY 13346-0089 | | Form **1099-INT**<br>(Rev. January 2022) | **Interest Income** |
| | 1 Interest income<br>$ 14383.22 | For calendar year<br>**2022** | |
| (315) 824-2811 | 2 Early withdrawal penalty<br>$ | | **Copy B** |
| PAYER'S TIN ▮▮▮▮ | RECIPIENT'S TIN ▮▮▮▮ | 3 Interest on U.S. Savings Bonds and Treasury obligations<br>$ | **For Recipient** |
| RECIPIENT'S name, address, ZIP/postal code & country<br>BERT MCCULLOCH<br>2629 DAREN DR<br>ENDWELL NY 13760-7228 | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| FATCA filing requirement ☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ | |
| Account number (see instructions)<br>▮▮▮▮ | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State  16 State identification no.  17 State tax withheld<br>$<br>$ | |

Form **1099-INT** (Rev. 1-2022)    (keep for your records)    Department of the Treasury - Internal Revenue Service

B99INTB  NTF 2594837  2  BINTREC