So Ordered.

Signed this 21 day of September, 2023.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* | Case No. 23-60263 (pgr) |
| **M. BURTON MARSHALL** | |
| a/k/a BURT MARSHALL | Chapter 11 |
| a/k/a MILES BURTON MARSHALL | |
| *Debtor.* | |

**ORDER APPROVING THE UNITED STATES TRUSTEE'S
APPOINTMENT OF CHAPTER 11 TRUSTEE**

Upon the Application for an Order Approving the United States Trustee's Appointment of Chapter 11 Trustee (the "Application"), the United States Trustee having selected Fred Stevens, Esq., for appointment; and Fred Stevens, Esq., having accepted appointment to serve as chapter 11 trustee in the above-captioned chapter 11 case,

**IT IS HEREBY ORDERED** that, pursuant to 11 U.S.C. § 1104(a), the appointment of Fred Stevens, Esq., as chapter 11 trustee in these cases is APPROVED; and

**IT IS FURTHER ORDERED** that, before five days after his appointment, Fred Stevens, Esq., shall file with the Court a bond in favor of the United States with a surety in an

amount acceptable to the United States Trustee, conditioned on the faithful performance of his duties pursuant to 11 U.S.C. § 322(a).

###