So Ordered.

Signed this 29 day of September, 2023.



                                                    _____
                                                           Patrick G. Radel
                                                    United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

M. BURTON MARSHALL,  
a/k/a BURT MARSHALL,  
a/k/a MILES BURTON MARSHALL,

                                                Debtor.

Case No. 23-60263-PGR  
Chapter 11

### ORDER AUTHORIZING THE RETENTION OF RK CONSULTANTS, LLC AS FINANCIAL ADVISOR TO THE CHAPTER 11 TRUSTEE, EFFECTIVE AS OF SEPTEMBER 21, 2023

Upon the application (the "Application") of Fred Stevens, Chapter 11 trustee (the "Trustee") of the estate of M. Burton Marshall a/k/a Burt Marshall a/k/a Miles Burton Marshall (the "Debtor"), the above-captioned debtor, for an order approving his retention of RK Consultants, LLC ("RKC") as his financial advisor in the Debtor's case; and upon the declaration of Brian Ryniker dated September 26, 2023 and attached to the Application as Exhibit B (the "Ryniker Declaration"); and it appearing that RKC represents no interest adverse to the Debtor's estate, that RKC is a disinterested person as that term is defined in 11 U.S.C. § 101(14), and that its employment is necessary and in the best interests of the estate; and for

good and sufficient cause, it is hereby

**ORDERED,** that the Application is granted as set forth herein; and it is further

**ORDERED,** that the retention of RKC as financial advisor to the Trustee to perform all of the services set forth in the Application on the terms set forth in the Application and the Ryniker Declaration is hereby approved pursuant to section 327(a) of the Bankruptcy Code, effective as of September 21, 2023; and it is further

**ORDERED,** that the compensation to be paid to RKC shall be subject to the approval of this Court upon notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and such other procedures as may be fixed by order of this Court, for professional services rendered and expenses incurred by RKC; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application, and the Ryniker Declaration, the terms of this Order shall govern.

###