This letter is in regards to Burt Marshall case No. 23-60263

I filed a proof of claim on 5-15-2023. I didn't hear anything about a case number so to be on the Safe side I filed again 9-14-23. After I filed the second time I received a letter saying I was assigned no. 5 then I received another letter saying no. 599.

I certainly want the first claim letter no. 5 to stand. I have tried to call the number on the letter at Least 10 times I get a recording saying wait for next available representative but no one ever Comes on the line.

Have reached out to you and expect to hear back from you regarding this matter, I also would like to know status of case.

Thank You,

Carolyn F. Call
P.O. Box 208
Epworth, Ga. 30541
706-633-8997

RECEIVED & FILED
JAN 23 2024
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

This is copy of letter sent to Burt Marshall c/o Stretto

RECEIVED
JAN 23 2024
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY



M. Burton Marshall
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

04182023

Carolyn F. Call
PO Box 208
Epworth, GA 30541

Return Service Requested

0000130

**RECEIVED & FILED**
JAN 2 3 2024
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

In re: M. Burton Marshall, Case No. 23-60263

**Claim Confirmation Letter**

This letter confirms that your proof of claim in the above-referenced matter has been received and processed. Your claim was received on 05/15/2023 and was assigned claim no. 5 under M. Burton Marshall, Case No. 23-60263. For more information, please visit https://cases.stretto.com/BurtMarshallChapter11 or call 855.613.4535.

**RECEIVED**
JAN 2 3 2024
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

**STRETTO**

Return Service Requested

M. Burton Marshall
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

11012023                                    0000940

Carolyn F. Call
PO Box 208
Epworth, GA 30541

**RECEIVED & FILED**
JAN 23 2024
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

**In re: M. Burton Marshall, Case No. 23-60263**

**Claim Confirmation Letter**

This letter confirms that your proof of claim in the above-referenced matter has been received and processed. Your claim was received on 09/14/2023 and was assigned claim no. 599 under M. Burton Marshall, Case No. 23-60263. For more information, please visit https://cases.stretto.com/BurtMarshallChapter11 or call 855.613.4535.

**RECEIVED**
JAN 23 2024
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY