**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

M. Burton Marshall

Debtor.

Case No. 23-60263-PGR
Chapter 11

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On March 6, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notes to IRS Form 1099-INT** (attached hereto as **Exhibit B**)

Furthermore, on or before March 12, 2024, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit C**:

- **Order and Notice of Hearing on Disclosure Statement** (Docket No. 321)

- **Notice of Hearing on Motion for Entry of an Order Approving (I) Disclosure Statement, (II) Form of and Manner of Notices, (III) Form of Ballots and (IV) Solicitation Materials and Solicitation Procedures** (Docket No. 323)

Dated: March 19, 2024

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(800) 634-7734

# Exhibit A

**STRETTO**

**Exhibit A**
Served Via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Joan C Matthews | 610 Howell Brook Dr | New York | NY | 10023-5860 |
| Popek, Daniel A. and Diane M. | 9448 Gold Mountain Dr | New York | NY | 10023-5860 |

# **<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

      **M. Burton Marshall**                                **Case No. 23-60263 (PGR)**

**Notes to IRS Form 1099-INT**

**PURPOSE OF NOTES**:  The purpose of these notes is to provide an explanation to noteholders, investors, and/or creditors of M. Burton Marshall as to why they received an IRS Form 1099-INT, what it means, and why it is consistent with Mr. Marshall's historical business practices and compliant with IRS rules and regulations.

**BACKGROUND**: On April 20, 2023 (the "Marshall Petition Date"), M. Burton Marshall ("Marshall" or the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of New York (the "Court"), which case is pending under Case No. 23-60263 (PGR) (the "Marshall Bankruptcy Case").  Prior to the Marshall Petition Date and for a period of decades, Marshall borrowed significant sums of money from individuals and others (each a "Noteholder") pursuant to promissory notes generally entitling Noteholders to interest typically at the rate of 8% per annum (this sometimes varied).

On June 27, 2023, the Office of the United States Trustee for the Northern District of New York (the "U.S. Trustee") filed a motion seeking appointment of a chapter 11 trustee pursuant to section 1104(a) of the Bankruptcy Code or, in the alternative, appointment of an examiner pursuant to section 1104(c) of the Bankruptcy Code (the "Motion to Appoint a Trustee").  On September 20, 2023, the Court granted the Motion to Appoint a Trustee and entered the Memorandum-Decision and Order Granting Motion to Appoint a Trustee.  On September 21, 2023, the U.S. Trustee filed an application requesting the entry of an order approving the appointment of Fred Stevens as Chapter 11 Trustee (the "Trustee") and later that day the Court signed the Order Approving the United States Trustee's Appointment of Chapter 11 Trustee.

**MARSHALL'S MARCH 2023 DISTRIBUTION**:  Prior to the Marshall Petition Date, in March of 2023, Marshall made cash payments to Noteholders equal to approximately 0.5% of the outstanding principal balance of Noteholders' promissory notes (the "2023 Distribution").

**THE TRUSTEE ISSUED A FORM 1099-INT TO NOTEHOLDERS**: The Trustee has issued a Form 1099-INT to each Noteholder in the amount of accrued but unpaid interest on the Noteholder's note ("Accrued Interest") up to the amount of the 2023 Distribution (plus any other distributions that Noteholder may have received in 2023).  So, for example, if a Noteholder received a $25,000 2023 Distribution and had $8,000 in unpaid Accrued Interest on its note, the Trustee issued a Form 1099-INT to that Noteholder for interest income of $8,000.  Alternatively, if a Noteholder received a $10,000 2023 Distribution and had $15,000 in unpaid Accrued Interest on its note, the Trustee issued a Form 1099-INT to that Noteholder for interest income of only the $10,000 actually paid.

1

**NOTEHOLDER'S FRUSTRATION**:  Certain Noteholders have expressed their view that the entirety of the 2023 Distribution constituted a return of their principal investment and was <u>not</u> a payment on account of Accrued Interest.  Thus, these Noteholders argue that the Trustee should not have issued any 1099-INT and that they should not have any taxable income on account of their receipt of the 2023 Distribution.

**SO WHY DID THE TRUSTEE ISSUE THE FORMS 1099-INT?**:  The Trustee understands why Noteholders do not want to recognize taxable income on account of the 2023 Distribution when the entirety of each Noteholder's claim is completely uncertain in the Marshall Bankruptcy Case.  However, the Trustee was, in his view, compelled to issue the Forms 1099-INT to Noteholders on account of the 2023 Distribution for at least the following reasons:

1. **Legal Presumption**.  The general rule is that voluntary partial payments made by a borrower to a creditor are, in the absence of any agreement between the parties, applied first to the outstanding interest and then to principal.  <u>See</u>, <u>e.g.</u>, <u>Lackey v. Commissioner</u>, T.C. Memo. 1977-213, 36 T.C.M. (CCH) 890.  Here, the promissory notes issued by Marshall were silent on the application of payments and, subject to Noteholders' right to disagree, the Trustee did not see anything else that evidenced the existence of an "agreement between the parties" as to the application of the 2023 Distribution.[1]

2. **Issuance is Consistent with Prior Business Practices**. Historically, when a Noteholder either deposited additional funds with Marshall, received a cash distribution (like the 2023 Distribution), or requested a statement on account, Marshall would calculate accrued interest and would issue a Form 1099-INT on account of that accrued interest by January 31 of the following year regardless of whether it was paid.  This was not proper.  Actually, Marshall should have issued a Form 1099-INT to each Noteholder each year on account of accrued interest, whether paid or not, regardless of whether there was a deposit, distribution, or request for a statement.  Regardless, if there was a triggering event like a distribution, Marshall issued a Form 1099-INT to the Noteholder on account of accrued interest whether that interest was paid or not.  The Trustee's issuance of the Forms 1099-INT to Noteholders here is consistent with Marshall's prior practices except that the Trustee's Forms 1099-INT were capped at the actual amount of the cash distributions in 2023 (*i.e.*, none of the Trustee's Forms 1099-INT included unpaid but accrued interest as Marshall's historically would).  Thus, the Trustee's Forms 1099-INT reflected the same or less interest income than Marshall's would have historically and, to the Trustee's knowledge, Marshall's historical practices in this regard were not challenged by any Noteholders.

3. **Penalties Warrant Taking Conservative Approach**.  If the Trustee opted not to issue the Forms 1099-INT, he would be doing so without any legitimate legal justification to his

---

[1]  Some Noteholders have argued that the language contained within correspondence sent by Marshall with or at around the same time as the 2023 Distribution evidenced the intention that the distribution be deemed a return of principal.  However, in the Trustee's view: (i) the language of Marshall's correspondence was ambiguous on this issue, at best; and (ii) one-sided correspondence from only one party would not constitute an "agreement between the parties" regardless of its contents.

knowledge.  In fact, such a decision would be inconsistent with the advice the Trustee has received from his professionals and with the rules, regulations, and laws to which the Trustee has been made aware.  Further, if the Trustee did not issue Forms 1099-INT and got it wrong, he could subject Marshall's bankruptcy estate and himself to penalties up to $250 per failure, totaling approximately $250,000, plus the professional fees associated with mounting any contest over the asserted failure by the Internal Revenue Service.  See 26 U.S.C. §§ 6721 and 6722.  The Trustee is unwilling to take this risk on behalf of Marshall's bankruptcy estate and believes that doing so would be a breach of his duties as set forth in 11 U.S.C. §§ 704 and 1106.

**NOTEHOLDERS HAVE A RIGHT TO DISAGREE**:  Noteholders may disagree with he Trustee or that any portion of the 2023 Distribution constitutes interest income for any reason including that the Noteholder believes it had an agreement on principal application with Marshall, or under the open transaction doctrine (see, e.g., Burnet v. Logan, 283 U.S. 404 (1931); Parrish v. Commissioner, 168 F.3d 1098 (10th Cir. 1999); and McShain v. Commissioner of Internal Revenue, 71 T.C. 998, 1004 (1979)), or otherwise.  Noteholders may also believe that they are entitled to other favorable tax treatment as a result of Marshall's conduct and any loss on their note, including entitlement to a theft loss deduction (see, e.g., 26 U.S.C. § 165(a); Edwards v. Bromberg, 232 F.2d 107, 110 (5th Cir. 1956); Berardo v. Commissioner, T.C. Memo. 1987-433).  However, these disagreements and personal tax matters must be addressed by the Noteholder directly with the Internal Revenue Service, and/or state and local taxing authorities.

**THIS IS NOT TAX ADVICE**.  **The Trustee cannot and is not providing Noteholders with tax advice and nothing herein should be construed as constituting tax advice.**  These notes are intended only as an explanation for why the Trustee issued Forms 1099-INT to Noteholders in connection with the 2023 Distribution.  Noteholders should consult their own tax professionals with respect to their rights to disagree with the Trustee on these matters, any right to claim that no portion of the 2023 Distribution constitutes taxable interest income, their ability, if any, to claim a theft loss, or with respect to any other personal tax reporting and payment obligations.

**ADDITIONAL INQUIRIES**:  If Noteholders or their professionals have additional questions, comments or concerns regarding the Trustee's issuance of the Forms 1099-INT, or think that the calculation of accrued interest is mathematically incorrect, please submit those inquiries to taxman@mbmarshall.com and the Trustee's professionals will address them promptly.

3

# <u>Exhibit C</u>



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alyson R. Casler | | 895 Babcock Hill Rd | | New Hartford | NY | 13413-4976 |
| Amber J. Codiroli | | 34 W Main St | | Lexington | MA | 02421-6348 |
| Asma, Joan M. | | 20 E St N | | Oriskany Fls | NY | 13425-4056 |
| Baddeley, Donna C. | | 15 Fennaway Grn | | Hamilton | NY | 13346-1217 |
| Bailey, Michele W. | | PO Box 1 | | New York | NY | 10018-4799 |
| Barbara J Wolicki | | 100 Flume Rd | Apt 122 | Lynchburg | VA | 24501-1432 |
| Beverly G Sullivan | | 4975 Reservoir Rd | | Hamilton | NY | 13346-1225 |
| Beverly Sullivan | | 4975 Reservoir Rd | | Hamilton | NY | 13346-1225 |
| Brandon C Schwarting | | 6467 Keefe Rd | | Pulaski | NY | 13142-2595 |
| Brian D Elledge | | 62 Stone Ave | | Naples | FL | 34103-2231 |
| Brooke S Curtis | | 5500 Rottamore Rd | | New York | NY | 10017-4921 |
| Carlson, Arthur L. III | | 1886 Massachusetts Ave | | Syracuse | NY | 13215-1824 |
| Carney, Tyler J. | | 4949 State Route 31 | | Hamilton | NY | 13346-2657 |
| Caroline L. Dart | | 65 Lebanon St | | Riverside | RI | 02915-2566 |
| Carolyn H Dearnaley | | 2767 Browning Dr | | Ossining | NY | 10562-3716 |
| Cerio, Andrew J. | | 31 Burton St | | Morrisville | NY | 13408-1415 |
| Charlotte H. Bristol | | 9 Center St | Apt 2 | Gresham | OR | 97030-3058 |
| Chelsea M Kuss | | 11 Martin St | # 2 | Rockville | MD | 20850-1201 |
| Cross, Ellen | | 9811 Skaneateles Tpke | | New Hartford | NY | 13413-4976 |
| Cummings, Robin J. | | 4937 Seafoam Trl | | Cazenovia | NY | 13035-1312 |
| Curtis V Kemp | | 139 Pheasants Run | Unit 3 | Medford | MA | 02155-4305 |
| David Buterbaugh Revocable Trust | Attn: David D. Buterbaugh | 37 W Pleasant St | | Hamilton | NY | 13346-2914 |
| David Dorrance | | 2261 Church Rd | | Beaumont | TX | 77706-7764 |
| David W Dinneen | | 101 Sitrin Ln | | Hamilton | NY | 13346-1009 |
| Dennis H Lamunion | | 371 Conrad Dr | | Victoria | TX | 77901-4310 |
| Dinneen, David W. | | 101 Sitrin Ln | | Hamilton | NY | 13346-3009 |
| Edna M Krug | | 5947 Munz Rd | | Albany | NY | 12210-1301 |
| Estate of Sandra L. Brunschmid | Attn: Dana Gorton | 3237 State Highway 80 | | Brooklyn | NY | 11211-6929 |
| Estate of Sandra L. Brunschmid | Attn: Dana Gorton | 3237 State Highway 80 | | Auburn | KY | 42206-9141 |
| Ford, Sara M. | | 3724 Cole St | | Bradenton | FL | 34211-1588 |
| Fred Goldby | | 121 Washington St | # B | Cazenovia | NY | 13035-1130 |
| Gerald V Doroshenko | | 4399 Sanderson Rd | # B | Sherburne | NY | 13460-4720 |
| Gladys M Lamar | | 2618 Skyview St | | Los Angeles | CA | 90025-2627 |
| Hayes, Michael T. | | 374 Waterlily Way | | Hamilton | NY | 13346-2714 |
| Ian D. Camp | | 267 Rigi Ave | | Raleigh | NC | 27609-2655 |
| Jack A Marti | | 815 Hyacinth Cir | | Russellville | KY | 42276-2118 |
| Jack F.E. Murphy [Jack Murphy] | | 219 S 5th St | Unit 5 | N Tonawanda | NY | 14120-2352 |
| Jacobs, Daniel W. | | 5748 S Stony Island Ave | Apt 5 | Carmichael | CA | 95608-6367 |
| James I March | | 6270 E Hill Rd | | Cazenovia | NY | 13035-1145 |
| Jared J. Dart | | 65 Lebanon St | | Kansas City | MO | 64109-8403 |



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Jeffrey A Manwaring | | 134 Westbrook Hills Dr | | Oneida | NY | 13421-2006 |
| Jeffrey Wheeler | | 6438 Paino Rd | | Monrovia | CA | 91016-8147 |
| Jennifer Braman | | 5230 Pinehurst Ct | | Great Falls | VA | 22066-3222 |
| Jennifer Goguen | | 6250 Betts Rd | | Earlville | NY | 13332-1928 |
| Joan M Asma | | 20 E St N | | N Hollywood | CA | 91601-1992 |
| Joan M Asma [John Asma/ Jon Asma] | | 20 E St N | | Los Angeles | CA | 90028-8514 |
| JoAnn B. Cerra | | 84 W Main St | Apt 5 | Ojai | CA | 93023-2122 |
| Johnathan M Duddleston | | 113 W Jenkins St | Apt 4 | Miami | FL | 33184-1115 |
| Jordan A. Greenich | | 50 Victor Mendon Rd | | Norwich | NY | 13815-3721 |
| Joseph M. Capluzzi | | 1 Jane Lacey Dr | # 21V | Hubbardsville | NY | 13355-1137 |
| Katharine E Osgood | | 62 Stone Ave | | Los Angeles | CA | 90065-3440 |
| Katie Osgood Photographers Inc | | 62 Stone Ave | | New York | NY | 10003-1776 |
| Kelly E Taylor | | 205 N 9th St | Apt 7M | Canajoharie | NY | 13317-3437 |
| Kenneth G Valente | | 1775 E Palm Canyon Dr | Ste 110 | Whitestown | IN | 46075-0378 |
| Kenneth M Moot | | 139 Jewell Rd | | Farmington Hills | MI | 48334-4523 |
| Kristen K Menard | | PO Box 141 | | Earlville | NY | 13332-1901 |
| Lamar, Gladys M. | | 2618 Skyview St | | Youngstown | OH | 44514-1639 |
| Lana J Gardiner | | 243 Clemons Rd | | Morrisville | NY | 13408-1415 |
| Maggie M Menard | | 118 Newbury Hollow Ln | Apt 7 | Utica | NY | 13502-2638 |
| Manwaring, Colin C. | | 134 Westbrook Hills Dr | | North Hills | CA | 91343-3139 |
| Manwaring, Tyler J. | | 27 Candlewyck Ln | # B | Morrisville | NY | 13408-1415 |
| Margaret M Earing | | PO Box 46 | | Great Falls | VA | 22066-3222 |
| Marisol Fonseca Malavasi | | 9818 Burke Pond Ln | | San Diego | CA | 92122-5101 |
| Mark C Walden | | 312 Seneca St | | Key Biscayne | FL | 33149-1827 |
| Martin Braman | | 203 E Bremond St | | Miami | FL | 33131-3087 |
| Martin J. Dawson | | 1106 State St | Apt 1 | Oneida | NY | 13421-2466 |
| McClennen, Hannah N. | | 55 Watertown St | Unit 146 | Norwich | NY | 13815-1541 |
| Michael J Volo | | 7733 W Keeney Rd | | Batavia | NY | 14020-3544 |
| Michael T. Hayes & Candace L. Hayes | | 374 Waterlily Way | | Ossining | NY | 10562-3716 |
| Michele W. Bailey | | PO Box 1 | | New York | NY | 10018-4799 |
| Miller, Eldon J. | | 2512 Duncan Chapel Rd | | Sherburne | NY | 13460-0141 |
| Morgan Biedermann | | PO Box 942 | | Verona Beach | NY | 13162-0046 |
| Morris, James D. and Wendy S. | | 6825 Airport Rd | | Norwich | NY | 13815-2008 |
| Moshure, Pamela P. | | 4937 Seafoam Trl | | Visalia | CA | 93292-2325 |
| Murphy, Jack F. E. | | 219 S 5th St | Unit 5 | Visalia | CA | 93291-0010 |
| Nakhimovsky, Sharon | | 108 Moore Dr | | Frankfort | NY | 13340-3903 |
| Nicholas T Petroff | | 4549 Summerfields Rd | | Munnsville | NY | 13409-2210 |
| Paul B Brouillette | | 27 Dove St | | Venice | FL | 34284-2024 |
| Pohl, Andrew F. and Heather A. | | 1296 Wurlitzer Ct | | Syracuse | NY | 13210-4186 |
| Randy S Fuess | | PO Box 181 | | Albany | NY | 12203-1764 |

In re: M. Burton Marshall
Case No. 23-60263 (PGR)



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Rebecca E Wall | | 1536 S Bundy Dr | Apt 101 | Manlius | NY | 13104-1912 |
| Rebekah P Mosby | | PO Box 2024 | | Salinas | CA | 93906-6012 |
| Robert D Bond | | 12 Brown Ave | | Novato | CA | 94949-6294 |
| Rodman, Troy J. | | 4 Lebanon Dr | | Mendon | NY | 14506-9727 |
| Rosalie C Johnson | | 191 County Road 23 | | Canton | MI | 48187-2451 |
| Rosner Nocera Ragone LLP | Peter Ragone | 33 Whitehall St | Ste 16 | Milford | NY | 13807-0072 |
| Rosner Nocera Ragone LLP | Attn: Peter Ragone | 33 Whitehall St | Ste 16 | West Winfield | NY | 13491-2218 |
| Scott R. Bratt | | 101 Country Side Ln | Apt 108 | Syracuse | NY | 13215-1824 |
| Sierra E Barker | | 43 1/2 Central Ave | | Burbank | CA | 91502-1835 |
| Smalley, Alyssa B | | 2075 Langhorne Rd | Apt 79 | Cazenovia | NY | 13035-9766 |
| Sullivan, Beverly G | | 4975 Reservoir Rd | | Hamilton | NY | 13346-2122 |
| Tiffani Decker | | 2885 State Route 12 | | Tulsa | OK | 74104-5647 |
| Timothy Collins | | 22 Milford St | # 1 | Vernon | NY | 13476-3840 |
| Tori Coles | | 83 Mitchell St | | Brooklyn | NY | 11201-5584 |
| Troy J. Rodman [Troy Rodman] | | 4 Lebanon Dr | | Bradenton | FL | 34211-1588 |
| Valente, Kenneth G | | 1775 E Palm Canyon Dr | Ste 110 | Celina | OH | 45822-7159 |
| Vanderwey, Martha S | | 211 Castle Hill Rd | | Oak Brook | IL | 60523-3944 |
| Warren M Bunn | | PO Box 72 | | Manlius | NY | 13104-2467 |
| Wright Flood | | 93 N Park Place Blvd | Ste 101 | Erieville | NY | 13061-4106 |

In re: M. Burton Marshall
Case No. 23-60263 (PGR)