**United States Bankruptcy Court
Northern District of New York
All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: M. Burton Marshall

Case No.: 23-60263 (PGR)

Division: Utica

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.: ___410___

    Reason for Adjournment Request: Examinees requested adjournment to seek legal advice

    Original Return Date of Motion: July 16, 2024

    Number of prior adjournment request that have been made ___0___

☐ Notification of Withdrawal of  ☐ Motion;  ☐ Opposition/Response;  ☐ Other: _____
    at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: July 16, 2024, at 11:30 a.m

Requested Adjourned Hearing Date: August 13, 2024, time TBD

Requesting Attorney's Name, Office Address, Phone and Email Address:
Fred Stevens (Requesting on behalf of unrepresented proposed examinees)
Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036; Tel: (212) 679-5342; Email: fstevens@klestadt.com

Consent of All Parties Obtained?    ☒ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>. When E-Filing, This Form Must Be Linked to the <u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)