So Ordered.

Signed this 22 day of July, 2024.



_____
Patrick G. Radel
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

M. BURTON MARSHALL,                      Case No. 23-60263-PGR
a/k/a BURT MARSHALL,                     Chapter 11 (Main case)
a/k/a MILES BURTON MARSHALL, *et al.*,   Case No. 23-60723-PGR
                                         (Jointly Administered)

                    Debtors.

**OMNIBUS ORDER (I) MODIFYING, FIXING, AND ALLOWING**
**THE CLAIMS OF THE APPROXIMATELY 985 NOTEHOLDER**
**INVESTORS IN THE MARSHALL "EIGHT PERCENT FUND",**
**(II) FINDING THAT THE DEBTOR WAS OPERATING A PONZI**
**SCHEME AT LEAST SINCE 2011, AND (III) APPROVING THE**
**TRUSTEE'S CLAIM RECONCILIATION APPROACH**

Fred Stevens, Chapter 11 trustee (the "Trustee") of the estate of M. Burton Marshall a/k/a

Burt Marshall a/k/a Miles Burton Marshall ("Marshall" or the "Debtor"), and Miles B. Marshall,

Inc. ("Marshall Inc.," Marshall and Marshall Inc. collectively, the "Debtors"), in the above-

referenced chapter 11 cases (the "Chapter 11 Cases"), having filed an omnibus motion (the

1

"Motion"), seeking the entry of an order (i) modifying, fixing, and allowing the claims of the approximately 985 holders of 30-day demand notes (each a "Note," collectively, the "Notes") issued by the Debtor (each a "Noteholder," collectively, the "Noteholders"), (ii) finding that Marshall was operating a Ponzi scheme since at least in or around 2011, (iii) approving the Trustee's approach to reconciling and allowing the claims of Noteholders, and (iv) granting related relief [Docket No. 404]; and upon the testimony set forth in the (i) declaration of the Trustee in support of the Motion (the "Stevens Declaration") [Docket No. 404-2], (ii) declaration of Brian Ryniker of RK Consultants, LLC in support of the Motion (the "Ryniker Declaration") [Docket No. 404-3], and (iii) declaration of Jon Scherr of HKA Global, LLC in support of the Motion (the "Scherr Declaration") [Docket No. 404-4]; and a hearing pursuant to consider the relief sought in the Motion having been held before the Bankruptcy Court on July 16, 2024 (the "Hearing"), after due notice to Noteholders, and to other parties in interest, in accordance with the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and the Bankruptcy Court having considered the Motion and all testimony submitted in support thereof; and the appearances of all interested parties having been noted on the record of the Hearing; and the Bankruptcy Court having considered all of the evidence adduced and arguments of counsel at the Hearing, and all of the proceedings had before this Court; and upon the record of the Hearing, the Bankruptcy Court having found and determined that approval of the Motion is in the best interests of the Debtor, its estate, and Noteholders; and after due deliberation and sufficient cause appearing therefor, the Court hereby FINDS, DETERMINES, AND CONCLUDES that:

## **FINDINGS AND CONCLUSIONS**

The findings and conclusions set forth herein constitute the Bankruptcy Court's findings of fact and conclusions of law pursuant to Fed. R. Bankr. P. 7052, made applicable to this

proceeding pursuant to Fed. R. Bankr. P. 9014. To the extent any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

**A. Exclusive Jurisdiction and Venue (28 U.S.C. §§ 157(b)(2), 1334(a)); Due Process**

1.        This Court has jurisdiction over these Chapter 11 Cases pursuant to sections 157 and 1334 of title 28 of the United States Code.

2.        Venue of these Chapter 11 Cases is properly in this district pursuant to sections 1408 and 1409 of title 28 of the United States Code.

3.        Marshall is a proper debtor under section 109 of the Bankruptcy Code.

4.        Notice of the Motion and Hearing was served upon all affected Noteholders as evidenced by the Certificate of Service filed with the Court at Docket No. 408 and  412. Such notice is sufficient and no additional or further notice is required.

5.        Compliance with Bankruptcy Rule 3007(e)(6) is impractical and unnecessary.

**B. Bankruptcy Cases**

6.        On April 20, 2023 (the "Petition Date") Marshall filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of New York (the "Bankruptcy Court" or "Court") (the "Marshall Bankruptcy Case") [Docket No. 1].

7.        On May 9, 2023, the U.S. Trustee, pursuant to section 1102 of the Bankruptcy Code, appointed the Official Committee of Unsecured Creditors (the "Official Committee") in the Marshall Bankruptcy Case [Docket No. 52]. The U.S. Trustee selected the following seven (7) parties to serve as members of the Official Committee: (i) Mark Brennan; (ii) East Schuyler Cemetery; (iii) Kevin Fuller; (iv) Cheryl A. Hallam; (v) Robyn G. Lamb; (vi) Kevin Sharpe; and (vii) Charles J. Wharton.

8.      On June 27, 2023, the United States Trustee (the "U.S. Trustee") filed a motion

seeking appointment of a chapter 11 trustee pursuant to section 1104(a) of the Bankruptcy Code

or, in the alternative, appointment of an examiner pursuant to section 1104(c) of the Bankruptcy

Code (the "Motion to Appoint a Trustee") [Docket No. 106].

9.      On September 20, 2023, the Court granted the Motion to Appoint a Trustee and

entered the *Memorandum-Decision and Order Granting Motion to Appoint a Trustee* [Docket No.

221].

10.      On September 21, 2023, the U.S. Trustee filed an application requesting the entry

of an order approving the appointment of Fred Stevens as Chapter 11 Trustee [Docket No. 224]

and later that day, the Court approved the appointment of Fred Stevens as Chapter 11 Trustee and

signed the *Order Approving the United States Trustee's Appointment of Chapter 11 Trustee*

[Docket No. 225].

11.      On September 26, 2023 (the "Marshall Inc. Petition Date"), the Trustee, as the

Chapter 11 Trustee of the Marshall Bankruptcy Estate, the sole owner of Marshall Inc., filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code for Marshall Inc. with the

Bankruptcy Court (the "Marshall Inc. Bankruptcy Case").

12.      On November 8, 2023, the Bankruptcy Court entered an order directing joint

administration of the Marshall Bankruptcy Case and the Marshall Inc. Bankruptcy Case [Docket

No. 281].

13.      On May 21, 2024, the Court "So Ordered" a stipulation between the Trustee and

Marshall pursuant to which the Marshall voluntarily waived his discharge pursuant to sections

1141(d)(4) and 727(a)(10) of the Bankruptcy Code effective upon entry of an order confirming a

Chapter 11 plan in the case, or entry of an order converting the Debtor's case to one under Chapter

7 [Docket No. 382].

### C. Marshall's Businesses, Assets, and Liabilities

14.     On the Petition Date, Marshall had at best $22 million in assets and over $95 million in liabilities owed to approximately 985 Noteholders.  *See* Stevens Declaration, ¶ 25.

15.     Prior to the Trustee's appointment, Marshall owned and operated a tax return preparation services business through Marshall Tax Service, a storage services business through Marshall Moving and Marshall Storage, a printing services business through M&M Press, real estate rental services through Marshall Maintenance and Marshall Rentals, and an insurance brokerage business through Miles B. Marshall, Inc.  *See Declaration of M. Burton Marshall Pursuant to Local Bankruptcy Rule 2015-2* (the "Marshall Declaration") [Docket No. 7].  Marshall individually owns over one hundred rental Properties containing over 240 residential units through M. Burton Marshall d/b/a Marshall Rentals.  *Id.* at ¶ 2.

16.     The most significant asset of Marshall's estate is his real property, consisting of over 100 rental properties containing over 240 residential units (each a "Property" and collectively, the "Properties").  *See* Stevens Declaration, ¶ 15.

17.     Marshall funded the acquisition of the rental Properties and storage centers by personal borrowing pursuant to unsecured, 30-day demand Notes paying interest at 8% per annum.  *See Id.* at ¶ 5.  According to the analysis completed by RK Consultants, LLC ("RKC"), the Trustee's financial advisors, there are approximately 985 Noteholders with approximately 1,200 demand Notes outstanding as of the Petition Date with a collective amount owed by Marshall's bankruptcy estate to noteholders of $94,200,768.61.  *See* Analysis at Exhibit B to First Amended Disclosure Statement, dated April 12, 2024, Docket No. 357; and Ryniker Declaration.  The Noteholders are largely individuals that were clients of Marshall's tax preparation business, or friends and family of clients.  *See* Stevens Declaration, ¶ 27.

18.    Marshall began the practice of borrowing from individuals and acquiring the Properties over 40 years ago. *See* 341 Mtg. 10:16-18, June 26, 2023.   In addition to the Noteholders, Marshall owes another approximately $2.2 million in secured mortgage debt and various other claims.  *See* Stevens Declaration, ¶ 28.

19.    According to Marshall himself, the total value of his assets is just $21,854,009.89, or about one-fifth of the amount that he admittedly owes as of the Petition Date.  *See* Sworn Schedules of Assets, dated April 20, 2023, Dkt. No. 3.  The Trustee's sale and liquidation efforts have demonstrated that the actual saleable value of Marshall's assets is markedly less than the value that Marshall gave in his schedules and is closer to $14,100,000.

20.    The costs associated with administering Marshall's assets and bankruptcy estate are significant and are expected to eclipse $6 million[1], leaving far too little for the Noteholders with an anticipated distribution of between 5.5 and 9.5% of their claims from the proceeds of the estate's hard assets.  *See* Liquidation Analysis at Exhibit A to First Amended Disclosure Statement, dated April 12, 2024, Docket No. 357; *See* Stevens Declaration, ¶ 30.

**D.  Marshall's Troubled Operation of the Real Estate Business**

21.    Marshall ran his real estate acquisition and management business along with all other lines of business (except for the insurance business) in his personal name with little to no separation.  *See* Stevens Declaration, ¶ 33.  In this way, it was difficult if not impossible to assess the performance of any specific business line or any particular asset in any real way.

22.    Until 2012, Marshall did not maintain any form of electronic bookkeeping which would have permitted proper controls, financial tracking, and analysis.  *Id.*  In 2012, Marshall started using the electronic bookkeeping software Quicken, which is intended for use by

---

[1] As of March 31, 2024, accumulated professional fees subject to allowance were $5,113,708.43.

individuals and lacks the sophistication to properly account for multiple businesses and properties.  *Id.*

23.     Marshall did not routinely create or review financial statements, or otherwise assess his assets, liabilities, or financial performance.  *Id.*

24.     Marshall did not track employees, their performance, or their claims for overtime compensation.  Upon transitioning the property management to PMA, an independent, third-party property manager, the manager immediately cut over half of the employees that had been utilized by Marshall stating that Marshall was significantly over-staffed.  *Id.*

25.     Marshall borrowed using the demand Notes where Noteholders had the right to demand the return of their principal upon a 30-day demand, but invested in an illiquid real estate portfolio.  In this way, even if the value of Marshall's assets was on par with the amount of his liabilities, he could never meet a demand for repayment without finding a source of liquidity other than liquidating Properties in the portfolio (*i.e.*, he would have to borrow from another party in order to meet the liquidity needs of an existing Noteholder).  *Id.*

26.     Marshall's lack of proper financial accounting for his businesses presented a significant challenge to the Trustee, his professionals, and the Official Committee and its professionals, in their efforts to explain what happened.  *See Id.*, ¶ 34.

27.     When Marshall was asked if there was some point in time when he knew he would not be able to repay his debts with the rental properties, he answered simply "I always assume[d] that the appreciation of the real estate would more than help pay for the [debts].  That's obviously false now, but that's what I always thought."  *See* 341 Mtg. 10:7-12, June 26, 2023; *see also* Stevens Declaration, ¶ 35.  Any competent manager should have at least a general idea of his financial condition at any given time.

### E.  Marshall Borrowed at Above-Market Rates for a Sustained Period of Time

28.    Marshall paid 8% to Noteholders on the Notes.  When Marshall started this practice approximately 40 years ago, average 30-year mortgage rates were in excess of 14%, so Marshall's borrowing at 8% looked favorable when compared to the market.  *See Id.*, ¶ 36.   However, over time, market rates changed substantially while the rate of return on the Notes remained static.  *See Id.*, ¶ 37.  By the mid-1990's, the mortgage rates were roughly even with the 8% that Marshall continued to pay Noteholders, and by the early-2000's, mortgage rates were substantially less than 8%.  *Id.*  At the same time, Marshall continued to borrow on the same exact same terms without any adjustment for market conditions.  *Id.*  Thus, the Noteholders received substantially larger returns than they could achieve anywhere else in the market <u>and</u> the Noteholders had the ability to demand the return of their investment in just 30 days.  *Id.*

29.    When the 8% rate that Marshall paid to creditors is compared to the amount paid on certificates of deposit, the disparity is even greater.  *Id.* at ¶ 39.  The return on certificates of deposit was well below 1% for the decade between 2010 and 2020.  *Id.*

30.    The Trustee also illustrated the fallacy of Marshall's business plan and capital structure through the financial performance of Marshall's real estate portfolio during this bankruptcy case.  During the post-petition period of the Petition Date (April 20, 2023), to March 31, 2024, Marshall's estate had $3,203,778 in receipts and $2,851,709 in disbursements, leaving $440,454 in cash on hand.  *See* Monthly Operating Report for March 2024, Dkt. No. 370; Stevens Declaration, ¶ 40.  If Marshall's bankruptcy estate were incurring interest to Noteholders after the Petition Date, the estate would have incurred <u>$7,143,773.36</u> in interest during this period of time ($94,200,768.61 in principal at 8% interest for 346 days).  *Id.*  Thus, at the end, Marshall's real estate portfolio was incurring interest at over twice the rate that it was taking in cash, and sixteen times the rate it was taking in cash net of expenses.  *Id.*  This was completely unsustainable and

became increasingly so over time.

31.    Even observing the asset and liability picture going back to the end of 2011 when Marshall implemented the Quicken system, the face amount of his note obligations was approximately $35,611,570, which is at least one and a half times as much as the value of his assets at today's values.  *See* Scherr Declaration, Exhibit A.   That number grew to $94,200,768.61 during the decade prior to the Petition Date, largely due to the accrual of interest to Noteholders that could not be paid except through additional borrowings.  *See* Ryniker Declaration, Exhibit A.

**F.  Marshall was Operating a Ponzi Scheme**

32.    Numerous creditors believe they are victims of a wide-ranging, long-standing Ponzi scheme, wherein they were promised an 8% return for investing in a fund [Marshall] claimed to be maintaining" (referred to here as the "Eight Percent Fund").  *See* Joint Stipulation of Facts, Docket No. 195, ¶ 18.  "[Marshall] denies any fraud and claims that his obligations to noteholders were loans he intended to repay through the appreciation of the value of his real estate holdings." *Id.* at ¶ 19.

33.    "Ponzi schemes have no exact definition, since they manifest a kaleidoscopic variety of configurations."  Honorable Dorothy T. Eisenberg, Nicholas W. Quesenberry, *Ponzi Schemes in Bankruptcy*, 30 Touro Law Review p. 502.  "Thus, 'courts look for a general pattern, rather than specific requirements.'"  *Id.*, citing *Manhattan Inv. Fund, Ltd. V. Gredd (In re Manhattan Inv. Fund, Ltd.)*, 397 B.R. 1, 12 (S.D.N.Y. 2007) (stating there is no precise ponzi scheme definition).

34.    Some courts use a four-factor test in determining whether a Ponzi scheme exists and consider whether: "1) deposits were made by investors; 2) the Debtor conducted little or no legitimate business operations as represented to investors; 3) the purported business operation of the Debtor produced little or no profits or earnings; and 4) the source of payments to investors was

from cash infused by new investors." *Sec. Inv'r Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, 531 B.R. 439, 471 (Bankr. S.D.N.Y. 2015).  Other courts identify "badges of fraud," including the absence of legitimate business connected to the investment program, the unrealistic promises of low risk and high returns, commingling investor money, the use of agents and brokers paid high commissions to perpetuate the scheme, misuse of investor funds, the 'payment' of excessively large fees to the perpetrator and the use of false financial statements." *Gowan v. Amaranth Advisors LLC (In re Dreier LLP)*, No. 08-15051, 2014 WL 47774, at *9 (Bankr. S.D.N.Y. Jan. 3, 2014); *see Sec. Inv'r Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re Madoff)*, 528 F. Supp. 3d 219, 237-41 (S.D.N.Y. 2021), *aff'd sub nom., Picard v. Jaba Assocs. LP, 49 f.4TH 170 2D Cir. 2022).*

35.    "[T]he label 'Ponzi scheme' has been applied to ***any sort of inherently fraudulent arrangement under which the debtor-transferor must utilize after-acquired investment funds to pay off previous investors in order to forestall disclosure of the fraud***." *Bayou Superfund, LLC v. WAM Long/Short Fund II, L.P. (In re Bayou Group, LLC)*, 362 B.R. 624, 633 (Bankr. S.D.N.Y. 2007) (emphasis added).

36.    The Eight Percent Fund promised outsized and unusually lucrative returns especially as time went on.  *See* Stevens Declaration, ¶ 46.  Short term loans did not pay interest at or above 8% since the 1980's, and by 2010, the return on short term loans was well below 1%. *Id.*

37.    Marshall was a person of some prominence in the community and was in a position of financial intimacy with many of the creditors by virtue of his tax consulting and return preparation business.  *Id.* at ¶ 47.  This presumably provided the access and credibility necessary to sell the Eight Percent Fund to hundreds of people.  *Id.*  Marshall also ran the Eight Percent Fund

for four decades and with each passing year without a collapse, creditors would justifiably become increasingly confident that the Eight Percent Fund must be stable.  *Id.*

38.    Marshall lacked a legitimate business for at least the last decade.  The purpose of initial investments in the Eight Percent Fund was to acquire pieces of real estate to rent.  However, on and after 2011 when Marshall's debt was increasing exponentially as set forth above, Marshall only acquired approximately 16 parcels of real property with a collective estimated current fair market value of $2,748,138.  *Id.* at ¶ 48.  Thus, while it does not appear that the Eight Percent Fund started as a fraud utterly lacking in a legitimate business purpose, it ultimately became that.

39.    Finally, and most significantly, since at least 2011, Marshall was using new investment funds to pay off previous investors in order to forestall disclosure of the fraud, which is the true indicia of a Ponzi scheme.  Indeed, it took a major health emergency that took Marshall away from the office for months for the Eight Percent Fund to be discovered as a Ponzi scheme and to ultimately collapse.  This was explained by Marshall as follows:

> My Chapter 11 case largely precipitated by my recent hospitalization.  Over the past several months, I have been hospitalized for a serious heart condition requiring two (2) surgeries.  As a result of being out of my office, I estimate I lost approximately $600,000 in revenue related to my tax return preparation business.  As news of my illness circulated, I also experienced an increase in requests by my noteholders for payments of principal and/or interest, requests that the cash flow from the business could not support.

Marshall Declaration, ¶ 6.

40.    Marshall's explanation for his financial crisis was grossly insufficient.  Even if he lost $600,000 in revenue as a result of his not being able to prepare tax returns, $600,000 is barely enough to cover even a single month worth of interest to Noteholders, much less cover any redemptions demanded by noteholders ($94,200,768.61 in principal and accrued interest at 8% divided by 12 = <u>$628,005 in interest each month on or around the Petition Date</u>).  *See* Stevens

Declaration, ¶ 51.

41.    From 2011 to 2023, Marshall's indebtedness was always significantly more than his asset value and grew from $35.6 million to a staggering $94.2 million during that time.  At the same time, Marshall only acquired an additional approximately $2.8 million worth of assets.  Also, during that period, Marshall originated 1,587 new notes and closed 1,181 and was thereby acquiring new investment funds for the exclusive purpose of paying off previous investors all while insolvent and not partaking in any serious asset acquisition activities.  *See* Scherr Declaration, Exhibit A.

42.    Marshall also admitted to the obvious – that he would, at least at times, borrow in order to repay investors:

> Q    Okay.  So, if that DIP account got low and I contacted you for some money and you didn't have enough money to cover my request, what would you do then?
>
> A    Well, I would have 30 days to pay your repayment and I would, within 30 days, I would collect rents, I'd have some paychecks or I'd see if there was money left in the other checking accounts.  **I would call people I know and ask them if they would lend me some money.**
>
> Q    All right.  So, you'd reach out to somebody else to get some money in?
>
> A    I have in the past, yes.

341 Mtg. 64:17 to 65:2, June 26, 2023 (emphasis added); *See* Stevens Declaration, ¶ 53.

43.    Based upon the foregoing, the Court finds and concludes that Marshall was operating a Ponzi scheme via the Eight Percent Fund at least since 2011.

**G.  Noteholders' Claims Should be Allowed Pursuant to the Terms of the Notes**

44.    Quite often in Ponzi scheme cases, courts impose a "net equity" approach such that each Ponzi investor is entitled to what is akin to an inchoate claim for unjust enrichment against the Ponzi debtor to the extent of the creditor's "net loss", or the amount that the creditor's aggregate investment exceeds its ultimate recovery.  *See, e.g., Restatement (Third) of Restitution and Unjust*

*Enrichment* § 67(1)(c) cmt. f (2011); Mark A. McDermott, *Ponzi Schemes and the Law of Fraudulent Transfers*, 72 Am. Bankr. L.J. 157, 168 (1998).  Under this approach, creditors are not entitled to any return on their original investment.  This results in the disallowance of any creditor's claim beyond what they actually put into the Ponzi scheme and makes creditors who are "net winners" – those who received more than they invested – susceptible to having certain recoveries clawed back by the bankruptcy trustee.

45.    The Trustee has asserted that in order to impose the net equity approach in this case with any integrity, he would have to take at least the following steps:

(i)    Since the Eight Percent Fund was probably not always a Ponzi scheme, the Trustee believes that he would have to determine with some precision when it became one (the "Ponzi Date").  The reason being is that any interest accrued or received by a creditor before the fund became a Ponzi scheme would not be part of its principal investment and not deducted from its claim.

(ii)   Next, the Trustee says he would have to determine precisely what each creditor's claim was on the Ponzi Date and what it invested with Marshall after the Ponzi Date, or, if the creditor only invested after the Ponzi Date, how much it contributed to Marshall's Eight Percent Fund (the "Gross Claim").

(iii)  Then, the Trustee would have to determine what the creditor received after the Ponzi Date and deduct it from the Gross Claim to determine the amount of the claim (the "Net Claim").

(iv)   Finally, if a creditor was a "net winner" such that it received more than it put in thus having a negative Net Claim, the Trustee must determine whether any of

this "net winner's" receipts are susceptible to claw back and if so, the value of

any defenses the creditor could assert to any avoidance action.

*See* Stevens Declaration, ¶ 56.

46.    The Trustee asserts multiple reasons that implementing the net equity approach in

this case would be extremely difficult and expensive, if not impossible.

47.    First, the Trustee has significant concerns about whether he could ever obtain a

reliable net equity analysis.  *See Id.,* ¶ 59.  Marshall's books and records are incomplete at best.

*Id.*  There are no computerized records prior to 2012, and the records after 2012 have significant

problems and have required a very serious expenditure of estate resources to interpret and verify

them.  *Id.*  As set forth above, the Trustee believes based upon the best available evidence, that the

Ponzi Date occurred at some point in the 2000's.  *Id.*  However, the Trustee is a long way from

determining any date with precision, which would be necessary to implement a legally supportable

net equity approach.  *Id.*  Further, the Trustee submits that determining Gross Claims as of the

Ponzi Date and then deducting any repayments that may have occurred thereafter is a far more

daunting task than it seems.  *Id.*  Determining creditors' claims just as of the Petition Date has been

a lengthy and expensive process.[2]  *Id.*  Going back to the Ponzi Date which is believed to have

been years before Marshall implemented any form of electronic bookkeeping would be a difficult

if not impossible task.  *Id.*

48.    Second, even assuming that a net equity analysis was possible, the Trustee is most

---

[2]  For example, Marshall borrowed from creditors on identical terms (*i.e.*, 8% return on 30-day demand notes), but
creditors opted for different repayment and interest service.  The notes were payable on 30-day demand but had no
other maturity, so if a creditor never sought redemption, Marshall never repaid the obligation.  Some creditors opted
for periodic interest payments and Marshall would oblige them.  Others never sought periodic payments and their
interest was capitalized.  However, even in these cases, Marshall would never calculate the interest and add it to the
obligation unless he was asked to do so.  Given these conditions and significant flaws in Marshall's bookkeeping
systems, it took the Official Committee's and Trustee's professionals months just to reconcile and determine creditors'
claims as of the Petition Date.  *See* Stevens Affidavit, ¶ 59, footnote 6.

14

concerned about the administrative costs associated with doing so.  *Id.*at ¶ 60.  Administering the

Debtor's estate has been extraordinarily expensive and has required significant financial advisory

resources to understand how Marshall ran his businesses, to wind down Marshall's businesses, to

analyze over-forty years of financial history, to deal with complex tax matters, and to determine

the proper claim amounts as of the Petition Date.  *Id.*   As of March 31, 2024, the estate had already

incurred $3,442,247.67 in fees to financial advisory firms subject to this Court's allowance

($1,642,028.45 to HKA, the Official Committee's financial advisors, $1,152,173.63 to Algon

Group, the Debtor's financial advisors and managers, and $648,045.59 to RK Consultants, the

Trustee's financial advisors).  *Id.*   The significant additional analysis necessary to even attempt a

net equity approach would be incredibly expensive and there is no way to predict that after

incurring the expenditure, the estate would be left with a usable and supportable net equity

analysis. *Id.*

49.     Third, the Trustee is still reviewing the treatment of redeemed creditors but says

that he has not identified significant viable targets for avoidance actions in Noteholders with

negative Net Claims, which eliminates a potential benefit to implementing a net equity approach.

*Id.* at ¶¶ 61, 62.

50.     The estate is relatively small by comparison to the amount of debt. *Id.* at ¶ 63.  The

Trustee estimates having only approximately between $5.2 and $9 million to distribute to creditors

absent outsized success in either the sale of the estate's real property or the pursuit of claims against

financial institutions.  *Id.*   These dollars are few and precious when compared to the over $94

million owed to noteholders.  The Trustee does not believe that it is prudent to spend the estate's

few resources, which would consequently reduce funds available for distribution to creditors,

unless he is confident that the expenditure is either necessary to the administration of the estate or

will result in an enhanced or more equitable distribution to creditors.  *Id.*  The Trustee does not believe the pursuit of a net equity approach in this case is necessary.  *Id.*  Nor does the Trustee believe that implementing a net equity approach will result in an enhanced or more fair distribution.  *Id.*  The Court agrees with the Trustee.

51.     Based upon the foregoing, the Court finds and concludes that the claims of Noteholders should be modified, fixed, and allowed as set forth in the schedule of claims annexed to the Ryniker Declaration and attached hereto as <u>Schedule 1</u>, which reflect what Noteholders are owed pursuant to the terms of their respective Notes.  The Court further finds and concludes that implementation of a net equity approach would be expensive and difficult if it could be done at all, and therefore is not in the best interests of Noteholders or other creditors and stakeholders.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.     The Motion is granted as set forth herein.

2.     The claims of Noteholders listed under the column entitled "Claims to be Modified" on <u>Schedule 1</u> annexed hereto, are modified, fixed, and allowed, as general, unsecured claims in the amounts set forth in the column entitled "Trustee's Calculation of the General Unsecured Claim Amount", which total $94,200,768.61.

3.     Noteholder Claim Nos. 19, 94, 345, 423, and 672, are hereby reclassified from secured to general, unsecured claims and are allowed in the amounts set forth in the column entitled "Trustee's Calculation of the General Unsecured Claim Amount".

4.     The Trustee is hereby excused from the requirements of Bankruptcy Rule 3007(e)(6).

5.     The Clerk of this Court and Stretto, the Trustee's noticing and balloting agent, are

authorized and directed to update any official claim registry in this case to reflect the Noteholders'

claims modified, fixed, and allowed pursuant to this Order.

6.      This Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

###

# Schedule 1

| | | Claims to be Modified | | Modified Claims |
|---|---|---|---|---|
| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
| 1 | 89 Petroff, Nadeen C. | 2588650 | $53,097.73 | $54,059.00 |
| 2 | Abbott, Linn A. | 2587970 | $134,442.19 | $154,326.99 |
| 3 | Abbuhl, Federick A. and Laurie B. Ochsie | 496 | $13,674.71 | $13,893.51 |
| 4 | Alan John Phillips & Paula Johnson Phillips | 161 | $254,307.04 | $254,332.51 |
| 5 | Albert J. Ammerman | 359 | $73,000.01 | $77,983.64 |
| 6 | Alethea J. Raybeck [Alethea Raybeck] | 550 | $73,466.46 | $74,731.26 |
| 7 | Alexander and Alice Nakhimovsky | 397 | $353,009.00 | $359,165.26 |
| 8 | Alexander and Jennifer Conte | 585 | $248,750.00 | $253,915.90 |
| 9 | Alexandra Caudill | 750 | $50,679.20 | $51,574.19 |
| 10 | Alexis Stetson | 717 | $1,308.80 | $1,337.14 |
| 11 | Alice G Lahue and Sandra L. Crumb | 685, 707 | $17,185.83 and $17,185.83 | $17,474.07 |
| 12 | Alicia Krouse Supplement Needs Trust - Eileen Krouse Trustee | 357 | $67,913.17 | $77,222.66 |
| 13 | Allen, James G. and Victoria Stockton | 2587973 | $372,201.15 | $381,122.50 |
| 14 | Allen, Lana Aubury | 2587974 | $284.26 | $301.47 |
| 15 | Allison M. Edmunds | 278 | $12,216.89 | $12,405.56 |
| 16 | Amber Ann Smith | 216 | $5,385.10 | $5,574.63 |
| 17 | Amy Rodman Scarsi [Amy R Rodman-Scarsi] | 195 | $61,639.53 | $62,846.82 |
| 18 | Andrew D Levine-Murray | 13 | $25,907.40 | $28,222.38 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 19 | Andrew F. Pohl | 583 | $4,323.71 | $4,375.20 |
| 20 | Anne Holland Webb & Barbara B. Orth | 356 | $3,121.95 | $3,172.23 |
| 21 | Anne L. Drazek | 399 | $20,125.88 | $20,570.65 |
| 22 | Anne M. Fontana | 374 | $49,033.89 | $49,033.92 |
| 23 | Anthony F. Aveni & Lorraine R. Aveni | 11 | $112,376.38 | $121,780.97 |
| 24 | Archie and Joanie Diable | 209 | $152,388.45 | $151,653.84 |
| 25 | Argo Partners [as Assignee of Dunlap Living Trust] | 24 | $85,007.68 | $88,490.16 |
| 26 | Argo Partners [as Assignee of Fahey, Laura A. and Anne M. Mandell] | 2588255 | $67,550.85 | $68,833.75 |
| 27 | Argo Partners [as Assignee of Hoffman, Christine E.] | 74 | $127,000.45 | $127,000.41 |
| 28 | Argo Partners [as Assignee of Hunt, Bradford] | 2588370 | $151,453.31 | $154,329.66 |
| 29 | Argo Partners [as Assignee of Hunt, Jeffrey E. and Barbara T.] | 782 | $158,965.56 | $174,016.93 |
| 30 | Argo Partners [as Assignee of Hunt, Marcia] | 2588369 | $19,900.00 | $20,366.28 |
| 31 | Argo Partners [As Assignee of Nilsen, Matthew] | 2588597 | $200,094.29 | $204,294.15 |
| 32 | Argo Partners [As Assignee of Stapleton, Jeffrey D.] | 2588783 | $184,012.12 | $187,670.20 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 33 | Arieh Albert Ullmann | 104 | $117,755.02 | $128,277.13 |
| 34 | Arnold E Shantal Jr and Darlene Shantal | 671 | $334,552.40 | $341,425.93 |
| 35 | Arnold R Fisher | 734 | $5,883.65 | $6,032.46 |
| 36 | Arnold R Fisher [Kyle David Beardsley] | 774 | $298.50 | $369.30 |
| 37 | Arnold R Fisher for Cherokee M Beardsley | 768 | $321.39 | $398.27 |
| 38 | Arnold R Fisher for Vivian Mae Dudar | 760 | $999.46 | $1,238.51 |
| 39 | Arnold R. Fisher for Jackson A. Thomas | 772 | Unliquidated | $5,726.86 |
| 40 | Arnold R. Fisher for Liliana Dudar | 763 | $637.71 | $790.23 |
| 41 | Arnold R. Fisher for Roselyn Nora Beardsley | 771 | $321.39 | $398.27 |
| 42 | Arthur C. Tayntor & Linda A. Tayntor | 520 | $69,322.49 | $70,408.23 |
| 43 | Arthur Krawczenko [Mark P. Kaminski] | 331 | $201,960.10 | $204,320.63 |
| 44 | Artur Zaba | 387 | $49,235.17 | $50,050.01 |
| 45 | Arvind Rajagopal and Anupama P. Rao | 489 | $191,538.21 | $197,896.84 |
| 46 | Ashleigh L Staudt | 214 | $1,935.16 | $1,972.35 |
| 47 | Ashley C. Van Hatten | 81 | $8,771.80 | $8,813.02 |
| 48 | Audrey Pearl Guthrie | 472 | $52,422.56 | $52,988.98 |
| 49 | Augusta Cemetery Association | 271 | $15,842.79 | $16,308.95 |
| 50 | Austin J Florenz c/o Tiffany Florenz | 385 | $5,365.39 | $5,567.27 |

In re: M. Burton Marshall
Case Number: 23-60263 (PGR)

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 51 | Ava Marie Havens & Rebekah E. Rittenburg | 246 | $1,058.27 | $1,076.71 |
| 52 | Baddeley, Donna C. | 2587983 | $14,925.00 | $15,248.20 |
| 53 | Balakian, Peter | 2587989 | $56,000.48 | $57,499.10 |
| 54 | Balonek, Thomas J. | 2587995 | $228,514.45 | $235,904.55 |
| 55 | Baranoski, Paul E. | 2587988 | $83,567.66 | $84,913.60 |
| 56 | Barbara A. Wilcox | 47 | Unliquidated | $134,448.91 |
| 57 | Barbara B. Orth & John V. Orth | 358 | $174,165.73 | $182,804.36 |
| 58 | Barbara C. Bostic | 60, 64 | $9,950.00 and $26,675.63 | $39,427.70 |
| 59 | Barbara Garbow/ Grabow Family Irrevocable Living Trust [Julie C. Moreau (Trustee of Trust)] | 157 | $194,736.90 | $198,737.86 |
| 60 | Barbara T. Baltusnik | 183 | $113,875.61 | $124,708.27 |
| 61 | Barbara Linsley | 626 | $85,958.29 | $87,361.66 |
| 62 | Barbara T. Havens | 233 | $62,104.76 | $62,078.37 |
| 63 | Barbara Taylor | 283 | $4,046.39 | $4,185.21 |
| 64 | Barr, Cathy A. and Michael C. | 2588002 | $16,424.72 | $16,809.57 |
| 65 | Barry A. Shain | 562 | $44,775.00 | $46,321.06 |
| 66 | Bartlett Living Trust [Van B. Bartlett, Mary C. Bartlett, Trustees] | 113 | $128,509.93 | $140,021.58 |
| 67 | Bartlett, Brent D. | 2588003 | $25,708.13 | $27,965.36 |
| 68 | Beatrice A. Darrow | 158 | $29,905.18 | $30,215.08 |
| 69 | Becker, Henry J. and Debra K. | 2588008 | $23,982.60 | $24,847.97 |
| 70 | Beiler, Jalisa R. | 238 | $9,604.87 | $9,789.42 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 71 | Beiler-Stoltzfus, Anita R. [Anita R. Beiler] | 179 | $33,021.13 | $33,824.17 |
| 72 | Benson, Roxanne | 2588014 | $4,975.00 | $5,617.21 |
| 73 | Bernard W. Kennett | 73 | $19,226.55 | $24,985.88 |
| 74 | Berry Living Trust, Wanda W. Berry, Trustee | 467 | $304,102.75 | $305,589.04 |
| 75 | Bert C. and Carole J. McCulloch | 200 | $319,446.88 | $319,377.47 |
| 76 | Betty A Riggall | 751 | $44,936.46 | $46,338.48 |
| 77 | Betty Miedema | 647 | $21,705.09 | $22,179.94 |
| 78 | Betz, Peter A. | 2588011 | $6,532.60 | $12,909.97 |
| 79 | Beverly Sullivan | 556, 571 | $275,349.16 | $283,134.37 |
| 80 | Bish, Elizabeth M. | 2588022 | $53.80 | $73.49 |
| 81 | Biviano, Rileigh | 2588016 | $4,975.00 | $5,581.92 |
| 82 | Blass, Randall P. | 2588024 | $529,362.43 | $540,708.43 |
| 83 | Bohling, Amanda | 2588017 | $1,684.51 | $3,332.07 |
| 84 | Bohling, Shelby | 2588020 | $1,684.51 | $3,147.90 |
| 85 | Bonnie & Gary Will | 287 | $124,881.00 | $126,624.64 |
| 86 | Bonnie C. DeGroat | 340 | $6,642.83 | $6,779.31 |
| 87 | Bouckville United Methodist Church | 674, 677 | $12,875.67 and $14,305.04 | $28,929.66 |
| 88 | Bradley S. Wenthworth | 51 | $48,781.59 | $48,532.84 |
| 89 | Brandon E. Waas | 505 | $69,752.85 | $70,413.62 |
| 90 | Brenda Lee Spaulding | 229, 328 | $109,875.62 and $109,875.62 | $109,780.05 |
| 91 | Brian Eric Martin | 779 | $44,170.78 | $44,960.64 |
| 92 | Brian H Empie | 300 | $89,863.60 | $91,191.80 |
| 93 | Brian W. Ogrydziak | 523 | $16,232.34 | $16,232.13 |
| 94 | Briggs, Mary E. | 2588036 | $82,284.33 | $89,436.01 |
| 95 | Brookfield Historical Society | 2588041 | $9,105.44 | $9,282.41 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 96 | Brookfield Rural Cemetery Association | 653 | $170,324.53 | $175,585.01 |
| 97 | Brown, Douglas C. | 2588047 | $55,631.54 | $57,564.82 |
| 98 | Brown, Dylan R. | 2588048 | $995.00 | $1,397.59 |
| 99 | Brown, Hyle F. | 2588051 | $45,064.88 | $45,930.74 |
| 100 | Brown, Kameron | 2588053 | $23,856.65 | $24,341.50 |
| 101 | Brown, Michael P. | 2588059 | $90,546.39 | $92,245.92 |
| 102 | Brown, Nelson H, Kathleen T | 139 | $59,544.29 | $60,741.22 |
| 103 | Brown, Patrick N. | 2588058 | $180,471.47 | $186,182.29 |
| 104 | Brown, Sharon L. | 2588062 | $753,036.33 | $768,507.78 |
| 105 | Brown, Terry B. Jr. | 2588064 | $33,295.70 | $34,105.42 |
| 106 | Bruce R. Brown & Cythia L. Brown | 68 | $30,306.78 | $31,507.99 |
| 107 | Bryson Carnegie-Marquez | 770 | $4,015.34 | $4,113.03 |
| 108 | Buffa, Annette | 2588057 | $426.29 | $658.58 |
| 109 | Burke, Randal A. | 443 | $140,071.13 | $140,494.14 |
| 110 | Burling, Marlene L. | 2588075 | $56,559.33 | $57,997.57 |
| 111 | Bushee, Mabel M. | 41 | $42,465.16 | $43,799.50 |
| 112 | C. Susan Frair [Carolyn Susan Frair] [Carolyn S. Frair] | 339 | $307,588.72 | $312,815.86 |
| 113 | C.A.E. a minor child [Mary J. Calhoun, parent] | 323 | $19,597.03 | $24,493.15 |
| 114 | Caezza, Kathleen J. | 2588070 | $59,598.09 | $61,259.12 |
| 115 | Caiden T. Denato [Melissa R. Guernsey] | 306 | $6,344.94 | $6,569.66 |
| 116 | Calhoun Living Trust [Grant D. Calhoun, Amy Calhoun] | 90 | $53,103.82 | $53,747.96 |
| 117 | Calhoun, James R. | 2588072 | $27,967.99 | $29,150.99 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 118 | Cameron P. Denato [Melissa R. Guernsey] | 319 | $16,765.24 | $17,206.45 |
| 119 | Camilla Loop | 500 | $70,023.28 | $69,993.76 |
| 120 | Campbell Living Trust | 94* | $340,129.94 | $347,797.54 |
| 121 | Canby, Mackenzie | 2588083 | $4,940.17 | $6,229.25 |
| 122 | Cappadonia Living Trust | 454 | $60,306.85 | $62,689.97 |
| 123 | Cara R. Durschlag Family Trust | 466 | $106,195.97 | $106,195.97 |
| 124 | Caraher, Claudia | 2588080 | $21,496.66 | $21,881.06 |
| 125 | Carl A. Carlson Sr. & Caroyln A. Carlson JTWROS [Carl A. Carlson] | 172 | $62,972.46 | $64,420.02 |
| 126 | Carl J. Gus and Martha M. Gus | 48 | $84,048.42 | $83,734.20 |
| 127 | Carlson, Arthur L. III | 2588094 | $25,168.99 | $26,255.94 |
| 128 | Carney, Lawrence and Deborah Fisher | 2588086 | $64,641.45 | $65,869.10 |
| 129 | Carney, Tucker M. | 2588095 | $8,016.76 | $8,153.00 |
| 130 | Carney, Tyler J. | 2588088 | $5,705.48 | $5,802.44 |
| 131 | Carol A. Dewey [Nicole Donlin] | 10 | $33,690.01 | $34,359.09 |
| 132 | Carol E. Ferguson | 26 | $8,971.02 | $9,790.55 |
| 133 | Carol F. Van Schaack | 696 | $93,808.18 | $96,485.13 |
| 134 | Carol Salati, and Aldo Salati, and Salati Living Trust | 140 | $462,976.35 | $459,659.19 |
| 135 | Carole A. Coling | 539 | $5,790.64 | $7,106.23 |
| 136 | Carolyn F. Call | 5, 599 | $30,717.83 and $31,800.00 | $31,786.05 |
| 137 | Carolyn H Dearnaley | 714 | $76,922.50 | $79,538.54 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 138 | Carroll, Marion T. | 2588089 | $24,875.00 | $25,943.74 |
| 139 | Carter, Sandra M. | 2588101 | $24,875.00 | $25,347.42 |
| 140 | Casler, Tracey L. and Philip J. | 2588104 | $33,320.01 | $34,130.32 |
| 141 | Cassandra J. Rogers | 2588720 | $46,428.20 | $47,392.39 |
| 142 | Catharine Andrews | 184 | $56,898.21 | $57,776.72 |
| 143 | Catherine Carpenter | 628 | $6,119.66 | $6,248.11 |
| 144 | Cerasano, Susan P. | 2588102 | $23,865.18 | $25,552.70 |
| 145 | Cerio, Andrew J. | 2588099 | $452,764.83 | $460,559.59 |
| 146 | Chapman, Meredith D. | 2588097 | $268,692.77 | $275,644.59 |
| 147 | Charels R. Naef | 703, 705, 711 | $102,529.60, $30,099.57, and $60,145.55 | $192,724.42 |
| 148 | Charlene M Jordan | 691 | $21,979.41 | $22,582.22 |
| 149 | Charles B. West Jr. & Pamela L. West | 448 | $59,489.93 | $60,277.23 |
| 150 | Charles D. Jordan | 552 | $5,385.17 | $5,519.72 |
| 151 | Charles J. Wharton | 559 | $1,634,026.52 | $1,673,355.59 |
| 152 | Charles T Phillips Supplement Needs Trust | 52 | $8,022.29 | $11,089.65 |
| 153 | Chenango Water Exercise Group | 709 | $5,241.06 | $5,494.16 |
| 154 | Cheryl A. and Richard L. Church | 160 | $29,478.87 | $30,405.15 |
| 155 | Cheryl A. Hallam | 545 | $641,419.97 | $641,419.97 |
| 156 | Cheryl A. Thompson Family Trust | 137 | $18,837.93 | $19,145.48 |
| 157 | Cheryl D Jeffris | 736 | $12,120.23 | $12,320.82 |
| 158 | Cheryl Simmons | 217 | $49,332.97 | $49,491.32 |
| 159 | Christie L. Johnson | 522 | $41,770.00 | $42,359.91 |
| 160 | Christine S. Corrigan | 289 | $557,563.33 | $571,084.89 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 161 | Christopher and Bonnie Jo Lewis | 343 | $55,917.84 | $56,941.91 |
| 162 | Christopher Brian Weimer | 425 | $28,783.77 | $28,777.51 |
| 163 | Christopher M Winn | 694 | Unliquidated | $24,492.13 |
| 164 | Chrysler, Madisyn E. | 2588110 | $67.06 | $71.68 |
| 165 | Chun, Victoria M. | 2588118 | $287,229.82 | $293,131.09 |
| 166 | Claim for Ruth Ann Loveless & James K. Loveless | 661 | $9,703.62 | $9,901.41 |
| 167 | Clark, Barbara L. | 2588122 | $79,600.00 | $80,935.04 |
| 168 | Coe, Richard T. | 2588119 | $46,877.71 | $48,048.94 |
| 169 | Colin G. Moore | 524 | $9,198.19 | $9,452.51 |
| 170 | Colleen A. Thivierge | 85 | $100,329.52 | $101,945.43 |
| 171 | Colletti, Taber E. | 2588126 | $13,806.50 | $14,123.87 |
| 172 | Collins, Kathleen R. | 2588133 | $6,527.69 | $6,670.50 |
| 173 | Collins, Wynn | 2588135 | $2,662.05 | $2,793.88 |
| 174 | Conley, Charlotte A. | 2588134 | $298.50 | $388.96 |
| 175 | Connie M. West | 253 | $86,328.22 | $86,329.61 |
| 176 | Connor Andrew Ogrydziak | 510 | $55,674.83 | $55,704.61 |
| 177 | Coon, Thom J. and Michelle J. | 2588142 | $25,371.14 | $26,033.20 |
| 178 | Cooper F Roy & Dennis L Roy | 7 | $5,706.99 | $5,806.50 |
| 179 | Corron, Sabrina P. | 2588154 | $64.30 | $68.88 |
| 180 | Corron, Sarah Grace | 2588149 | $1,507.91 | $1,595.12 |
| 181 | Cotter, Joyce M. and James S. | 2588147 | $14,925.00 | $15,880.97 |
| 182 | Craig S. Cook | 264, 266 | $202,889.99 | $202,889.77 |
| 183 | Creszentia & Scott Devereux | 62, 192 | $260,040.64 and $260,040.64 | $266,364.55 |
| 184 | Cross, Ellen | 2588155 | $24,875.00 | $25,416.44 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 185 | Cross, Robert L. | 2588146 | $52,948.81 | $55,323.98 |
| 186 | Crouch, Charles D. and Marilyn G. | 2588164 | $199,000.00 | $202,956.03 |
| 187 | Crumb, Darryl E. K. Jr. | 2588158 | $2,793.57 | $3,027.07 |
| 188 | Crystal A. Payne | 460 | $115,000.00 | $116,826.71 |
| 189 | Cucci, LeeAnn S. and Steven A. | 2588161 | $27,692.99 | $28,460.47 |
| 190 | Curtis, A. Lynn | 2588165 | $4,210.15 | $4,296.65 |
| 191 | Curtis, Freida E. | 2588159 | $2,844.69 | $3,350.88 |
| 192 | Cynthia A. Hubbard [Cynthia Lohsen] | 108 | $36,145.19 | $31,833.47 |
| 193 | Cynthia L. Martin | 366, 370, 372 | $4,355.49, $5,187.96, and $263.97 | $10,061.17 |
| 194 | Cynthia L. Martin [TTM] | 363 | $11,789.44 | $12,152.53 |
| 195 | Dady, Thomas P. | 2588156 | $9,720.58 | $10,535.23 |
| 196 | Dale A Bowers | 716, 730, 748 | $1,064.95, $70,766.20, and $800.59 | $71,339.54 |
| 197 | Dale A. Douglas & Troy F. Douglas [ITF Troy F. Douglas (my son)] | 255 | $54,596.51 | $55,222.58 |
| 198 | Dale Maust and Barbra Maust | 127 | $119,319.37 | $119,322.38 |
| 199 | Dam, Ryan Jon | 2588172 | $2,038.95 | $2,210.28 |
| 200 | Dana M. Petersen | 543 | $28,255.94 | $28,949.37 |
| 201 | Dana S. Chapman | 82 | Unliquidated | $320,674.18 |
| 202 | Danaher, Michael W. and Mary E. | 2588170 | $8,805.73 | $8,986.64 |
| 203 | Dangi, Nicholas | 2588168 | $10,576.03 | $10,755.76 |
| 204 | Daniel & Susan Phillips | 185 | $21,842.00 | $22,373.17 |
| 205 | Daniel and Catherine Riggall | 171 | $49,750.00 | $51,456.80 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 206 | Daniel Andrew Popek [Diane Marie Popek] | 686 | $25,000.00 | $26,418.59 |
| 207 | Daniel E. & Noreen A. Wessels | 581 | $51,930.15 | $53,273.72 |
| 208 | Daniel J. Cook and Rae Anne Cook [Daniel John Cook] | 84, 89 | $30,337.62 and $176,028.87 | $206,366.16 |
| 209 | Daniel P. and Patricia E. Andrews | 580 | $214,400.83 | $214,308.29 |
| 210 | Daniel S. Cordell [Daniel Scott Cordell] | 517 | $43,214.57 | $43,239.31 |
| 211 | Daniel Storms Special Needs Trust | 2588169 | $80,197.99 | $132,309.29 |
| 212 | Darlene C. Crawford | 154 | $19,900.00 | $21,232.05 |
| 213 | David A. Lollman [Rebecca Lollman & Vikki Lollman] | 676 | $81,371.09 | $83,277.70 |
| 214 | David A. Simmons | 207 | $494,336.42 | $508,957.77 |
| 215 | David and Kathleen Jordan | 586 | $47,406.57 | $48,591.02 |
| 216 | David Andrew Ogrydziak | 514 | $113,676.48 | $113,686.23 |
| 217 | David C. and Clara H. Lantz | 164 | $9,949.09 | $10,173.38 |
| 218 | David D. Buterbaugh Revocable Trust [David D. Buterbaugh] | 15 | $69,244.32 | $70,436.42 |
| 219 | David F. Swenson and Neva F. Swenson | 330, 618 | $307,890.48 and $17,658.00 | $314,352.92 |
| 220 | David J. Collins & Janet E. Collins | 43 | $121,918.09 | $123,935.47 |
| 221 | David J. Myers | 2588584 | $371,473.72 | $377,539.15 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 222 | David K. Tufts Jr. | 91 | $5,858.30 | $5,992.76 |
| 223 | David L Will | 684 | $592.37 | $601.52 |
| 224 | David L. Cordell, Diana S. Cordell | 537 | $50,269.45 | $50,285.82 |
| 225 | David Linsley | 712 | $45,316.24 | $46,056.17 |
| 226 | David M. and Kimberly A. Neary | 8, 188 | $276,765.62 and $276,765.62 | $282,582.14 |
| 227 | David M. Cappadoni [Jerry Cappadonia] | 384 | $32,833.01 | $33,988.58 |
| 228 | David S. Orth | 297 | $202,259.78 | $207,133.62 |
| 229 | Dawn Leone Stevenson | 616 | $38,824.42 | $39,897.86 |
| 230 | Day, Sheila Marie | 2588184 | $244.07 | $253.85 |
| 231 | Dean, Patricia A. | 2588180 | $53,850.99 | $54,754.17 |
| 232 | Debbie Cook & James S. Cook [Deborah A. Cook] | 695 | $58,071.22 | $59,109.64 |
| 233 | Deborah D. Swenson | 368, 667 | $5,000.00 and $429.00 | $5,225.78 |
| 234 | Deborah Furchak | 604 | $71,054.45 | $72,624.70 |
| 235 | Deborah J. Knuth Klenck | 54, 574 | $333,572.64 and $0.00 | $341,758.81 |
| 236 | Debra A. Smith | 65 | $7,355.72 | $7,647.27 |
| 237 | Debra L. Trinkaus | 780 | $4,043.99 | $4,331.74 |
| 238 | Decker, Gloria S. | 2588179 | $1,490.69 | $1,542.18 |
| 239 | Denise Lodor-Morris | 410 | $123,810.87 | $127,508.87 |
| 240 | Dennis A. MacDonald | 744 | $38,884.57 | $39,502.21 |
| 241 | Dennis H. Jones and Kathleen Jones | 27, 29, 49 | $47,003.84, $115,660.42 and $47,003.84 | $47,825.46 |
| 242 | Dennis L. Roy & Thomas J. Roy | 17 | $1,506.56 | $1,615.43 |
| 243 | Dennis Lee Roy and Kathryn Roy | 120 | $149,531.92 | $153,334.34 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 244 | Dennis P. Sullivan | 568, 570 | $23,768.48 and $15,576.84 | $40,849.99 |
| 245 | Derek W Empey [Jacqueline Empey] | 309 | $26,175.21 | $26,812.16 |
| 246 | Derek W Smith | 432 | $39,904.31 | $40,724.17 |
| 247 | Derek W. Powers & Pamela M. Powers | 12 | $91,981.70 | $94,769.86 |
| 248 | DeWan, Jonathan E. | 2588192 | $10,770.20 | $10,936.50 |
| 249 | Diane Popek | 704 | $10,749.31 | $10,941.53 |
| 250 | Dianna L Brockway | 721 | $88,661.31 | $25,624.02 |
| 251 | Dianne P. Johnson | 260 | $15,739.45 | $16,080.30 |
| 252 | Diliberto, Jennifer | 2588198 | $3,021.25 | $5,032.16 |
| 253 | Diliberto, Karen | 2588204 | $11,974.70 | $12,186.17 |
| 254 | Diliberto, Lisa | 2588200 | $1,241.03 | $2,366.74 |
| 255 | Dinneen, David W. | 2588199 | $1,645.89 | $1,689.24 |
| 256 | Donald Allen Van Atta Living Trust | 2588205 | $492.07 | $502.07 |
| 257 | Donald L Raymond Jr | 735 | $70,345.96 | $77,147.07 |
| 258 | Donald P. and Valenta A. Misch | 546 | $177,772.77 | $180,872.75 |
| 259 | Donald R Dunn | 230 | $130,682.96 | $135,225.87 |
| 260 | Donaldson, Deborah L. | 2588203 | $887.59 | $909.56 |
| 261 | Donna B. Davis | 191 | $15,922.40 | $16,140.15 |
| 262 | Dorothy A. Harper | 759 | $12,000.00 | $12,725.97 |
| 263 | Dorothy Fuller | 146, 518 | $81,186.02 and $82,457.57 | $82,457.57 |
| 264 | Douglas A. Raybeck and Karen J. Raybeck | 420, 427 | $9,950.00 and $36,353.03 | $50,618.13 |
| 265 | Douglas A. Smith and Tara A. Evans | 727 | $101,392.15 | $103,250.24 |
| 266 | Douglas C Bowers | 655 | $82,873.63 | $84,355.56 |
| 267 | Douglas E. Smith & Sue A. Smith | 697 | $38,842.37 | $39,768.53 |

In re: M. Burton Marshall
Case Number: 23-60263 (PGR)

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 268 | Douglas H. Ellen M. Jones | 262 | $259,900.89 | $265,644.50 |
| 269 | Dubiner, Blake Willa and Sarah Elliott | 2588212 | $1,563.19 | $1,608.93 |
| 270 | E.N.D. | 373 | $29,403.50 | $29,922.51 |
| 271 | Earl J. Ewing Living Trust | 625 | $348,615.80 | $355,933.03 |
| 272 | Earlville American Legion | 2588222 | $4,981.55 | $5,850.19 |
| 273 | Earlville Cemetery Association | 624 | $28,143.91 | $28,628.43 |
| 274 | Earlville Conservation Club Inc. [Jacob Bohnert] | 396 | $35,711.89 | $36,857.80 |
| 275 | East Hamilton United Methodist Church | 600 | $21,726.99 | $22,371.11 |
| 276 | East Schuyler Miller Cemetery Association | 254 | $60,054.27 | $60,053.94 |
| 277 | Eaton Village Cemetery Association | 400 | $15,817.26 | $16,420.48 |
| 278 | Eaves, Amanda L. | 2588217 | $4,141.27 | $5,254.94 |
| 279 | Eaves, Bob W. and June | 2588218 | $64,550.07 | $70,375.32 |
| 280 | Eaves, Preston M. and Jeffrey | 2588230 | $4,414.58 | $4,787.81 |
| 281 | Eden J. Rittenburg & Rebekah E. Rittenburg | 247 | $10,411.52 | $10,456.25 |
| 282 | Edmund and Matthew Joy | 213 | $9,452.50 | $9,837.32 |
| 283 | Edward J. Peplinksi, Dorayne C. Peplinksi, Jason E. Peplinski, Matthew E. Peplinksi | 486 | $301,649.41 | $306,842.58 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 284 | Edward P. and Gail K. Palmer | 249 | $387,224.70 | $393,547.32 |
| 285 | Edwin A. Buell | 182 | $19,222.46 | $19,153.62 |
| 286 | Edwin Alan Vollmer [Edwin A. Vollmer] | 186, 274 | $14,484.16 and $14,484.16 | $14,752.32 |
| 287 | Eleanor P. Ferris | 347 | $432,994.05 | $440,929.02 |
| 288 | Elfriede Goedeker | 279 | $4,406.78 | $4,836.62 |
| 289 | Elgie, Robert A. and Pauline A. | 430 | $373,921.49 | $348,481.25 |
| 290 | Elizabeth Fiore | 652 | $175,038.36 | $177,625.45 |
| 291 | Elizabeth Ochs | 315 | $57,228.03 | $64,450.99 |
| 292 | Ellen A. Kennett | 79 | $94,399.68 | $95,473.53 |
| 293 | Ellen R Guernsey [Thomas Chase Guernsey is a minor] | 324 | $11,781.60 | $12,039.35 |
| 294 | Ellen R. Guernsey | 281, 288 | $19,982.48 and $458,362.75 | $494,468.04 |
| 295 | Elliott, Catherine | 2588229 | $119,714.24 | $121,934.67 |
| 296 | Elliott, Jordan A. | 2588233 | $410.71 | $422.72 |
| 297 | Elliott, Sarah B. | 2588231 | $829.48 | $886.09 |
| 298 | Emily A. Farina & Michael A. Farina JTWROS | 548 | $24,113.58 | $24,491.25 |
| 299 | Emily M. Sun | 434 | $64.90 | $70,329.24 |
| 300 | Engle Living Trust | 2588238 | $29,860.19 | $30,380.88 |
| 301 | Eric L. Cochran | 418 | $28,810.68 | $29,450.48 |
| 302 | Erieville Fire Department | 627 | $22,163.49 | $22,901.87 |
| 303 | Erin M. West | 252 | $76,767.91 | $76,767.91 |
| 304 | Estate of Charles M. Rodman | 741 | $62,761.47 | $64,127.55 |
| 305 | Estate of Joan C. Matthews | 408 | $10,051.83 | $11,721.34 |
| 306 | Estate of Johannes Koornstra | 2588237 | $101,508.44 | $104,276.91 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 307 | Estate of Sandra L. Brunschmid | 414 | $20,749.32 | $21,251.24 |
| 308 | Estate of Sidney R. Fisher | 2588240 | $55,930.74 | $56,856.40 |
| 309 | Estate of Wilber J. Raville | 2588244 | $47.74 | $61.33 |
| 310 | Eugene J. Corrigan, Jr. | 286 | $1,095,908.00 | $1,115,249.73 |
| 311 | Eustance, Amy E. | 2588242 | $45,447.92 | $49,226.49 |
| 312 | Everett P. and LouAnn M. Hance | 291 | $594,015.00 | $832,053.58 |
| 313 | Faith Bible Church | 578 | $53,341.71 | $54,627.09 |
| 314 | Fernando Plata Parga & Franziska L. Merklin | 163 | $39,796.33 | $40,613.97 |
| 315 | First Presbyterian Church | 2588261 | $80,412.37 | $81,707.50 |
| 316 | Florence S. Mitchell | 440 | $7,022.65 | $7,170.05 |
| 317 | Florenz, Garrett John | 2588260 | $355.18 | $369.48 |
| 318 | Florenz, Gaven Mark | 2588258 | $366.22 | $380.97 |
| 319 | Florenz, Tiffany A. and Mark F. | 2588274 | $512.29 | $688.87 |
| 320 | Florenz, Vincent S. | 2588266 | $9,266.63 | $9,576.31 |
| 321 | Ford, Sara M. | 2588275 | $2,011.37 | $2,082.62 |
| 322 | Frances Nespoli Irrevocable Trust | 512 | $342,325.64 | $343,922.89 |
| 323 | Francis E. M. Ogden | 606 | $90,034.34 | $91,464.45 |
| 324 | Frank E. Frair | 313 | $355,092.83 | $366,171.71 |
| 325 | Fred B. Chernoff | 354 | $32,692.12 | $33,363.79 |
| 326 | Frederick, Nellie I. | 2588285 | $137,216.55 | $149,112.17 |
| 327 | Furner, Michael S. | 2588281 | $1,174.72 | $1,195.72 |
| 328 | G. Glen Krouse | 348 | $126,794.60 | $135,872.89 |
| 329 | Gail E. Abrams | 369 | $61,254.70 | $61,215.15 |
| 330 | Gail R. Wernsing | 114 | $159,297.25 | $162,075.06 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 331 | Gail Y. Chrysler | 353 | $60,763.63 | $61,796.24 |
| 332 | Gaiser, Charles G. | 479 | $128,665.00 | $128,665.02 |
| 333 | Gaiser, Elaine S. | 480 | $106,116.00 | $106,116.72 |
| 334 | Gareth L. Omans | 614 | $644,756.76 | $659,717.53 |
| 335 | Garland, Richard | 2588290 | $2,147.68 | $2,210.87 |
| 336 | Garth G. Liddle | 174, 178 | $6,656.71 and $7,293.12 | $14,227.16 |
| 337 | Gary and Juanita Balla | 40 | $399,662.07 | $407,074.89 |
| 338 | Gary Macera | 504 | $10,762.88 | $11,000.73 |
| 339 | Gary R. and JoAnn L. Williams | 459 | $287,876.93 | $293,966.43 |
| 340 | Gass, Raymond J. | 2588288 | $139,930.77 | $142,557.22 |
| 341 | Gavin Blaine Waas Trust [Justin P. Waas, parent] | 541 | $2,695.64 | $2,693.48 |
| 342 | Geoffrey B. Worden [Daniel M. Worden] | 565 | $97,605.96 | $100,976.25 |
| 343 | George F. Cowen | 569, 577 | $260,678.55 and $260,678.55 | $266,150.04 |
| 344 | George Flanders [George Allen Flanders] | 311 | $327,936.99 | $337,749.05 |
| 345 | George P. Myers [Jennifer R. Myers] | 551 | $81,829.16 | $84,545.70 |
| 346 | Gerald A. Austin | 159 | $84,817.48 | $87,219.03 |
| 347 | Giovanna C. Crowe [Sierra M. Crowe and James V. Crowe] | 57 | $58,102.28 | $57,892.38 |
| 348 | Giselle E. Naef | 733 | $67,779.85 | $68,076.09 |
| 349 | Gladys Lamar [Gladys Brooks, Gladys Miles] | 219 | $40,609.83 | $41,669.53 |
| 350 | Glenn R. Osterhout [Linda Osterhout] | 749 | $9,288.60 | $9,479.44 |
| 351 | Gloria J Brooks | 193 | $36,073.22 | $37,342.83 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 352 | Godfrey, Alexander R. | 2588305 | $1,532.07 | $1,640.68 |
| 353 | Godfrey, Carson W. | 2588301 | $1,625.27 | $1,740.49 |
| 354 | Goodrich, Clyde R. | 2588302 | $10,731.44 | $10,949.54 |
| 355 | Goodrich, Margaret K. | 153 | $96,223.58 | $95,187.47 |
| 356 | Grant G Hansel | 212 | $448,148.47 | $448,148.29 |
| 357 | Grant, Shari S. | 2588309 | $7,251.12 | $7,469.30 |
| 358 | Gregory Owens & Stephanie McClintick | 715 | $6,732.59 | $6,887.12 |
| 359 | Grey, Brittany L. and Tammy Jennings | 2588307 | $4,962.29 | $5,727.33 |
| 360 | Grey, Carson James and Tammy Jennings | 2588310 | $2,680.99 | $3,094.32 |
| 361 | H.S.D. | 391 | $29,394.09 | $29,912.93 |
| 362 | Hagmann, Gregory J. | 2588319 | $91,785.21 | $93,365.38 |
| 363 | Hall, Charles L. | 2588318 | $28,525.43 | $29,073.51 |
| 364 | Hallam, Ronald J. | 2588337 | $9,484.32 | $10,542.52 |
| 365 | Hancock, Janet N. | 2588333 | $101,484.55 | $104,200.34 |
| 366 | Hanwinsel Farms Inc. | 2588325 | $50,884.03 | $52,302.19 |
| 367 | Harold C. Stapleton & Colleen J. Townsend | 155 | $639,853.04 | $652,999.11 |
| 368 | Harry and Linda Robbins | 276 | $38,826.44 | $38,826.04 |
| 369 | Harry N. Wyman [Zoe Anne Wyman] | 33 | $209,575.78 | $228,133.13 |
| 370 | Hatzinger, Jeffrey C. | 2588343 | $44,930.27 | $45,763.62 |
| 371 | Hawks Cherry Hill Cemetery | 2588342 | $29,437.16 | $30,355.60 |
| 372 | Head Living Trust | 2588336 | $59,700.00 | $60,767.54 |
| 373 | Heather L. MacDonald | 527 | $12,996.34 | $13,051.20 |

In re: M. Burton Marshall
Case Number: 23-60263 (PGR)

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 374 | Hennings, Linda S. | 2588362 | $6,402.52 | $6,579.54 |
| 375 | Hennings, Michael J. | 2588346 | $130,206.37 | $132,881.51 |
| 376 | Henrietta H Sterle | 221 | $20,909.82 | $20,900.54 |
| 377 | Henriksen, Melody E | 493 | $79,054.67 | $79,012.35 |
| 378 | Henty Farms LLP [Ward A. Henty] | 429 | $165,568.75 | $169,592.00 |
| 379 | Herman K. Lehman and Nancy E. Lehman | 484 | $146,776.25 | $151,779.20 |
| 380 | Hilliker, Helen V. | 2588360 | $24,639.16 | $26,825.43 |
| 381 | Hoffman, Patricia A. | 2588357 | $40,338.40 | $41,319.39 |
| 382 | Holbrook, Sandra S. | 2588355 | $131,835.11 | $134,514.45 |
| 383 | Hornovich, Kloe | 2588356 | $4,975.00 | $5,581.92 |
| 384 | Howard, Thomas W. and Rebecca M. | 2588354 | $96,499.17 | $99,173.54 |
| 385 | Hubert N. Wandover | 28 | $31,420.56 | $31,940.57 |
| 386 | Huntley Living Trust | 350 | $415,468.09 | $425,571.84 |
| 387 | Ian Birky [Beverly Birky] | 119 | $134,861.07 | $146,612.36 |
| 388 | Ian James Sole Revocable Trust | 99 | $174,918.07 | $178,744.80 |
| 389 | Iona May Phillips | 95, 203 | $256,663.61 and $256,663.61 | $256,976.60 |
| 390 | Ireland, Raelyn | 2588372 | $115.84 | $151.43 |
| 391 | Isaac Thompson | 665 | $13,412.34 | $13,911.18 |
| 392 | Jack A. Marti and Teresa N. Marti | 607 | $29,995.64 | $30,725.11 |
| 393 | Jack F.E. Murphy [Jack Murphy] | 97 | $18,018.86 | $18,309.07 |
| 394 | Jack L Sullivan | 437 | $37,039.90 | $37,052.65 |
| 395 | Jackson T. Loop | 529 | $10,663.43 | $12,223.82 |
| 396 | Jacobs, Daniel W. | 2588383 | $16,971.17 | $18,352.03 |
| 397 | Jacquays, Corlista | 2588381 | $27,406.39 | $30,421.07 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 398 | Jacquine B Harp | 602, 699 | $179,865.00 and $179,865.81 | $183,477.65 |
| 399 | James A. Dale | 561 | $60,618.08 | $62,009.39 |
| 400 | James A. Loop | 536 | $1,030.69 | $1,548.05 |
| 401 | James A. Sayler and Terry Ann Sayler | 386 | $43,502.40 | $44,251.34 |
| 402 | James Alden Wightman [Marie B. Wightman] | 14 | $11,144.15 | $116,702.29 |
| 403 | James B. Fallon | 640 | $69,350.67 | $70,452.27 |
| 404 | James D. and Wendy S. Morris | 227 | $91,436.43 | $92,636.88 |
| 405 | James F. Visentin | 322 | $9,370.00 | $10,257.84 |
| 406 | James M. Mlasgar Jr. | 6 | $67,072.15 | $68,937.48 |
| 407 | James M. Mlasgar Sr. | 18 | $185,209.85 | $188,070.00 |
| 408 | James R. Neary [as Trustee of the Neary Family Trust] | 31, 150, 166 | $107,453.72, $107,453.72 and $107,453.72 | $108,923.24 |
| 409 | James S. Powell | 621 | $61,942.22 | $64,521.03 |
| 410 | James W. Peptis & Gerogana Peptis | 22 | $27,000.00 | $28,080.48 |
| 411 | Jameson Petersen | 167, 194 | Unliquidated and Unliquidated | $7,338.95 |
| 412 | Jan F. Marcy | 409 | $33,643.96 | $36,400.14 |
| 413 | Jan M. Wentworth | 190 | $75,891.51 | $77,669.73 |
| 414 | Janella K. Kelley [Kevin P. Kelley] | 649 | $7,976.22 | $8,597.93 |
| 415 | Janice G. Ferris | 441, 636 | $156,607.29 and $156,607.29 | $159,998.66 |
| 416 | Janice I. Graham | 202, 204, 226, 228, 244 | $26,273.01, $9,085.09, $4,363.30, $16,454.05 and $7,915.39 | $65,349.62 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 417 | Jason E. Peplinski [Colleen R. Peplinski, Sadie J Peplinski, Edward J. Peplinski] | 485 | $52,525.83 | $53,500.07 |
| 418 | Jason McCulloch [Jason B. McCulloch] | 449 | $12,000.00 | $12,439.74 |
| 419 | Jason P. West | 275 | $115,137.75 | $115,137.83 |
| 420 | Jason V. Florenz | 375 | $95,515.98 | $99,257.19 |
| 421 | Jean L. Hewitt | 3 | $13,792.08 | $14,096.88 |
| 422 | Jeanette M. Lollman | 25, 601 | $6,324.84 and $6,324.84 | $6,655.55 |
| 423 | Jeanne Kellogg | 292 | $17,362.39 | $17,838.58 |
| 424 | Jeannine Jeter | 307 | $34,143.62 | $34,701.05 |
| 425 | Jeffery H. Chrysler and Gail Y. Chrysler | 361 | $82,541.17 | $83,943.87 |
| 426 | Jeffrey T. and Kelly J. Golley | 176 | $134,702.60 | $139,174.42 |
| 427 | Jeffris, Daisy | 2588377 | $5,977.83 | $6,091.36 |
| 428 | Jeffris, Joseph F. | 2588388 | $5,813.29 | $5,923.70 |
| 429 | Jennie N. Jones & Paul J. Jones | 584 | $9,641.03 | $9,907.58 |
| 430 | Jennifer A. Wynn | 672* | $34,289.59 | $34,819.03 |
| 431 | Jennings, Tammy R. | 2588374 | $6,449.68 | $7,444.03 |
| 432 | Jerrit O. WIlliams | 37 | $75,316.40 | $76,596.33 |
| 433 | Jerry E Winn | 698 | $25,000.00 | $20,868.53 |
| 434 | Jessie Deaner | 404 | $17,166.07 | $17,492.08 |
| 435 | Jessy Jean Petersen | 169 | $10,823.86 | $12,318.44 |
| 436 | Jill H. Baker | 421 | $133,268.85 | $135,563.19 |
| 437 | Jimmy A. Ramirez | 110 | $2,957.24 | $3,062.64 |
| 438 | Joan E. Beaton | 422 | $194,432.74 | $199,093.13 |
| 439 | Joan M Asma [John Asma/ Jon Asma] | 345*, 785 | $41,415.92 and $41,415.92 | $42,439.68 |
| 440 | Joan M. Stoker | 594 | $101,165.44 | $103,800.18 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 441 | Joan U. Kazlauskas | 310, 327 | $15,569.92 and $85,357.82 | $99,194.20 |
| 442 | John B. Sterling, III and Jan E. Sterling | 36 | $62,486.45 | $62,175.61 |
| 443 | John D. Murphy and Marilee J. Ensign | 98 | $66,140.22 | $67,205.47 |
| 444 | John E McCullough and Susan B McCullough | 767 | $55,698.56 | $57,325.09 |
| 445 | John E. Zasada | 242 | $304,226.95 | $304,160.87 |
| 446 | John Faville [Jack Faville] | 218 | $33,573.15 | $35,611.68 |
| 447 | John J and Kathleen A Pinney | 19*, 777 | $98,805.30 and $99,301.81 | $101,580.98 |
| 448 | John J. Dinneen | 666 | $135,163.57 | $146,551.19 |
| 449 | John L. Ferguson | 142 | $5,161.10 | $5,604.42 |
| 450 | John P. Lawrence | 53 | $25,859.15 | $26,333.04 |
| 451 | John T. Naughton [John Naughton] | 355 | $393,552.95 | $401,638.68 |
| 452 | Johnathan D. Miedema | 662 | $11,757.82 | $12,338.67 |
| 453 | Johnnye Dee Mullen | 468 | $102,444.00 | $104,074.64 |
| 454 | Johnston, Fay B. | 2588391 | $41,111.63 | $43,434.62 |
| 455 | Jonas Beiler | 701 | $117,619.89 | $121,020.88 |
| 456 | Jonathan A. Jacobs & Nancy L. Pruitt | 702 | $348,476.37 | $377,870.66 |
| 457 | Jonathan M Parry [Jon Parry] | 495 | $16,006.22 | $15,971.92 |
| 458 | Jones, Darrin and Jennifer R. | 2588387 | $99,876.27 | $101,915.73 |
| 459 | Jones, Douglas P. | 2588390 | $7,265.28 | $7,537.05 |
| 460 | Jones, Harvey B. and Becky North | 2588398 | $8,057.57 | $8,500.34 |
| 461 | Jones, Lamont F. | 2588389 | $18,347.63 | $18,679.80 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 462 | Joscelyn Godwin and Janet Godwin | 411 | Unliquidated | $239,492.19 |
| 463 | Joseph E Deyo & Jessica E Deyo | 631 | $45,406.67 | $46,984.62 |
| 464 | Joseph J. Eiholzer | 223 | $58,531.98 | $58,532.16 |
| 465 | Joseph L. Hadder | 282 | $393,760.47 | $401,937.86 |
| 466 | Joseph M. Bierworth | 754 | $240,000.00 | $243,494.23 |
| 467 | Joseph M. Hadder | 312 | $8,226.13 | $8,462.70 |
| 468 | Joseph R. Baker, IV and Jill H. Baker | 442 | $143,646.17 | $146,310.48 |
| 469 | Joshua J Lewis & Virginia L Whitford | 329 | $59,997.00 | $60,001.19 |
| 470 | Jubel I. Caudill | 725 | $109,346.20 | $111,689.86 |
| 471 | Judah Paul Rittenburg & Rebekah E. Rittenburg | 248 | $11,717.03 | $11,767.34 |
| 472 | Judith A. Williams [David E Williams] | 162 | $63,054.67 | $68,778.74 |
| 473 | Judith Ann Niles | 118 | $62,339.43 | $64,353.60 |
| 474 | Judy E Hinman | 135 | $164,234.02 | $167,717.65 |
| 475 | Judy F. Whitford | 170 | $100,000.00 | $107,043.66 |
| 476 | Juliana Ochs Dweck | 320 | $306,491.15 | $305,006.53 |
| 477 | Julie M. Boice [Julie Marie Boice] | 205 | $27,802.70 | $28,336.89 |
| 478 | Justin P. Waas and Kathleen Waas | 542 | $97,796.16 | $97,837.68 |
| 479 | Justin Wilcox and Paul Rejman | 30, 151 | $113,131.16 and $110,697.30 | $112,603.05 |
| 480 | Kajetan Klein | 351 | $29,270.03 | $29,754.37 |
| 481 | KAREN E. BRICE AND MARK ALAN LAMB JTWROS | 50 | $7,056.43 | $6,681.04 |
| 482 | Karen L. DeVaul-Turner | 413 | $53,850.99 | $54,766.14 |
| 483 | Karen M. Mirabella | 720 | $14,560.19 | $15,573.59 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 484 | Karen Summers | 341 | $229,074.25 | $229,074.25 |
| 485 | Karin L. Day | 563 | $20,931.65 | $21,626.53 |
| 486 | Karl Cook and Rae Anne Cook [Karl W. Cook] | 87, 88 | $138,058.95 and $168,425.07 | $306,484 |
| 487 | Karl L Brown | 752 | $316,175.03 | $316,174.73 |
| 488 | Karl Zinsmeister | 403 | $501,917.37 | $474,694.92 |
| 489 | Kascon, LLC | 2588399 | $74,137.52 | $75,331.59 |
| 490 | Kasprowicz, Vera | 2588396 | $788.71 | $808.83 |
| 491 | Kasprowicz, Victor | 2588410 | $561.26 | $575.58 |
| 492 | Katharine M. Saltus | 598 | $7,888.90 | $8,859.99 |
| 493 | Katherine Joffs | 168 | $400,525.21 | $404,764.29 |
| 494 | Kathleen M. Brennan Trust, Mary Beth Domachowski as Trustee | 439, 487 | $13,162.53 and $13,162.53 | $13,352.51 |
| 495 | Kathleen M. Donovan | 39 | $33,537.16 | $34,029.79 |
| 496 | Kathryn Nassimos [Carmen Nassimos and Lance M Nassimos, JTWROS] | 634 | $147,279.08 | $151,383.81 |
| 497 | Kathryn Whittaker [Katie Whittaker] | 470 | $5,691.56 | $6,154.65 |
| 498 | Kathy B. Morse | 663 | $67,737.30 | $69,008.71 |
| 499 | Keeney, Fritz T. and Robert W. | 2588415 | $4,975.00 | $5,094.25 |
| 500 | Keeney, Nolan R. and Robert W. | 2588421 | $4,975.00 | $5,094.25 |
| 501 | Keeney, Robert W. | 2588408 | $58,628.61 | $60,666.71 |
| 502 | Keith J. Tyburski | 641 | $24,067.92 | $24,668.16 |
| 503 | Keith P. and Mary M. Hyde | 762 | $93,138.17 | $101,832.75 |
| 504 | Keith, Dennis | 2588412 | $2,918.33 | $2,965.33 |
| 505 | Keith, George F. and Laurie C. | 2588403 | $155,034.57 | $159,974.88 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 506 | Kelby Hilts | 239 | $190,186.36 | $203,507.89 |
| 507 | Kelley, Allison P. | 2588407 | $4,853.10 | $5,320.15 |
| 508 | Kelley, Bonnie J. | 2588420 | $6,339.65 | $7,317.04 |
| 509 | Kelley, Daniel P. and Patricia E. | 2588406 | $11,117.23 | $11,967.50 |
| 510 | Kelley, David P. | 2588405 | $33,463.74 | $34,002.71 |
| 511 | Kelley, Kimberly A. | 2588425 | $3,345.19 | $3,487.43 |
| 512 | Kelly L. Manner | 683 | $151.79 | $156.66 |
| 513 | Kemp Living Trust - Gilbert A. Kemp and Joan C. Kemp Trustees [Gilbert Abner Kemp] | 402, 405, 406 | $24,875.00, $24,875.00 and $24,875.00 | $75,942.87 |
| 514 | Kenneth M. Pisiak | 756 | $1,161.60 | $1,260.76 |
| 515 | Kenneth W. and Lisa J. Clark | 579 | $10,770.20 | $10,941.27 |
| 516 | Kent, Darryl C. | 2588413 | $30,155.85 | $35,448.85 |
| 517 | Kerrigen Buschor c/o Amy Buschor | 650 | $15,706.52 | $16,604.47 |
| 518 | Kevin & Wendi Kiehn | 129 | $8,284.11 | $8,485.57 |
| 519 | Kevin and Carla Fuller | 477 | $916,161.22 | $916,161.22 |
| 520 | Kevin E. & Opal D. Palmer | 299 | $136,699.50 | $149,399.90 |
| 521 | Kevin E. and Sherry A. Sharpe | 455 | $1,525,848.43 | $1,568,374.49 |
| 522 | Kevin P. Kelley | 638 | $111,690.74 | $120,396.59 |
| 523 | Kevin Strasser | 141, 713 | $45,729.87 and $45,000.00 | $46,557.76 |
| 524 | Kimberly A. Manner and Kenneth J. Manner | 463 | $9,966.65 | $10,197.97 |
| 525 | King Living Trust, John C. & Carol A King, Trustees | 197 | $254,962.39 | $261,219.40 |
| 526 | Kirk T. Lallier | 111 | $35,851.17 | $36,341.46 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 527 | Kitti A. Crouch | 177 | $24,016.01 | $25,010.28 |
| 528 | Knapp, Linda E. | 2588430 | $36,677.87 | $42,016.83 |
| 529 | Knapp, Makayla S. | 2588429 | $13,027.18 | $14,006.17 |
| 530 | Knecht, John H and Lynn A. Schwarzer | 2588432 | $9,894.36 | $10,150.35 |
| 531 | Kogut, Diane K. and Todd M. | 2588439 | $9,950.00 | $13,007.93 |
| 532 | Kornbluth, Stephen S. and Linda M. | 2588434 | $100,372.33 | $102,234.01 |
| 533 | Kozlowski, Lukasz | 2588437 | $55,376.03 | $57,226.68 |
| 534 | Kraly, F. Scott and Ellen P. | 2588436 | $60,521.68 | $61,859.16 |
| 535 | Krzysztof Slimak | 560 | $52,909.31 | $53,609.51 |
| 536 | Kyle Buschor c/o Amy Buschor | 654 | $15,706.52 | $16,604.47 |
| 537 | Lacy E. Roberts Jr. | 643 | $30,480.30 | $31,213.54 |
| 538 | Lafferty, Joann | 492 | $157,445.03 | $157,376.83 |
| 539 | Landon C Lynch [Debra L. Kirley] | 591, 623 | $10,104.38 and $10,104.38 | $10,447.88 |
| 540 | Lane, Carolyn V. and Keith W. | 2588450 | $20,914.19 | $21,246.40 |
| 541 | LaRuffa, Lindsay A. | 2588449 | $88,609.02 | $90,549.70 |
| 542 | Lash, Virginia H. | 2588464 | $63,197.86 | $64,398.09 |
| 543 | Laub, John J. and Cecila M. | 2588469 | $6,310.88 | $6,455.19 |
| 544 | Laura Fuess | 687 | $23,328.57 | $23,814.32 |
| 545 | Laurie B. Omans | 554 | $301,526.34 | $309,930.02 |
| 546 | Lawrence and Karyn Briggs | 35 | $25,378.78 | $26,947.36 |
| 547 | Lawrence R. Clark & Carolyn M. Clark | 587 | $95,446.57 | $98,057.92 |
| 548 | Lawson, Benjamin T. | 2588454 | $258.39 | $294.61 |
| 549 | Lawson, Elizabeth M. | 2588460 | $308.14 | $351.33 |
| 550 | Lawson, James A. | 2588461 | $308.14 | $351.33 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 551 | Lawson, Lindsey S. | 2588472 | $5,524.61 | $5,857.83 |
| 552 | Lawson, Tanner M. | 2588455 | $1,973.87 | $2,205.54 |
| 553 | Leanna J Brown | 208 | $1,000.00 | $1,395.54 |
| 554 | Lebanon Valley Cemetery Association | 196 | $9,554.02 | $9,788.49 |
| 555 | Lee C. Stewart | 210 | $38,516.20 | $38,507.70 |
| 556 | Lee Ingraham | 681 | $45,155.73 | $46,524.50 |
| 557 | Lehr, James L. | 2588479 | $2,445.71 | $4,699.48 |
| 558 | Leon H Tayntor | 325 | $302,900.78 | $355,247.00 |
| 559 | LeRoy, Susan C. | 2588474 | $2,759.05 | $3,208.91 |
| 560 | Leslie P. Finster and Sandra L. Finster | 269, 497 | $513,510.07 and $514,812.65 | $514,811.81 |
| 561 | Lettie J. Nelson | 16 | $148,671.14 | $151,230.65 |
| 562 | Leuenberger Living Trust [Carol E. Leuenberger] | 342 | $132,631.62 | $133,874.60 |
| 563 | Lewis, Brenton P. and Caroline T. | 766 | $35,434.53 | $36,141.28 |
| 564 | Lewis, Liam Bentley | 761 | $5,988.76 | $6,135.77 |
| 565 | Lilah Reagan Havens & Rebekah E. Rittenburg | 232 | $1,072.13 | $1,076.71 |
| 566 | Lily Kate Fryer & Matthew Fryer | 540 | $42,757.97 | $43,503.58 |
| 567 | Linda M. Brown | 390 | $40,942.84 | $41,620.44 |
| 568 | Linda R. Tredway | 45 | $115,660.42 | $118,473.16 |
| 569 | Lisa Alt [Lisa Miedema] | 656 | $25,239.99 | $25,792.17 |
| 570 | Livermore Farms LLC [Brian Livermore] | 706 | $23,178.74 | $25,316.78 |
| 571 | Locascio, Gerard | 471 | $1,346,355.00 | $1,346,355.60 |
| 572 | Lohof, Christy | 2588480 | $94,780.48 | $97,422.04 |
| 573 | Lois A. Demmer | 688 | $126,786.73 | $132,881.32 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 574 | Lois A. Winn | 333, 365 | $18,491.55 and $18,491.55 | $18,493.08 |
| 575 | Loop, Gregory J. | 483 | $248,639.44 | $248,747.64 |
| 576 | Lori A. Davis | 737 | $8,027.87 | $8,210.63 |
| 577 | Lou Ann S. Turner | 595 | $101,165.44 | $103,800.18 |
| 578 | Lovely Living Trust c/o Susan J. Lovely | 199 | $78,341.48 | $78,291.14 |
| 579 | LuAnn R Beiler | 198 | $19,914.59 | $20,394.47 |
| 580 | Luke W Marshall | 426 | $17,286.06 | $17,827.32 |
| 581 | Lyle D Roelofs and Lauren M Roelofs [Note 3947] | 753 | $125,021.92 | $126,400.35 |
| 582 | Lyman C. Campbell | 668 | $346,672.61 | $384,190.67 |
| 583 | Lyman, Ronald E. | 2588483 | $51,640.21 | $55,280.25 |
| 584 | M. Anne Pitcher | 273 | $4,832.65 | $5,040.70 |
| 585 | Madison Village Cemetery | 2588500 | $28,666.96 | $29,383.20 |
| 586 | Malachi J. Rittenburg & Rebekah E. Rittenburg | 245 | $10,858.02 | $10,904.52 |
| 587 | Manner, Germaine E. | 2588493 | $29,850.00 | $30,860.83 |
| 588 | Manwaring, Colin C. | 2588514 | $2,246.74 | $2,284.42 |
| 589 | Manwaring, Tyler J. | 2588504 | $2,246.74 | $2,295.64 |
| 590 | Marc J. Colletti [Caitlin E. Colletti] | 435 | $131,966.74 | $131,398.07 |
| 591 | Marcy, Alan D. | 2588509 | $151,446.24 | $164,138.45 |
| 592 | Maren Meyer- Wendt | 731 | $397,835.08 | $404,684.17 |
| 593 | Margaret A. Miller | 412 | $152,847.87 | $160,609.52 |

In re: M. Burton Marshall
Case Number: 23-60263 (PGR)

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 594 | Margaret A. Pavela | 334, 335, 337, 377, 378, 379 | $58,095.94, $58,095.91, $58,096.00, $58,095.94, $58,095.91, and $58,096.00 | $174,212.04 |
| 595 | Margaret Earing | 106 | $520,323.87 | $516,535.49 |
| 596 | Maria C. Nicholls | 506 | $40,466.30 | $40,467.52 |
| 597 | Marie C. Jipson | 633 | $4,749.08 | $5,130.78 |
| 598 | Marie M. Grose | 265 | $14,409.16 | $14,411.00 |
| 599 | Marie N. Powell [James S. Powell] | 619 | $46,397.76 | $48,329.41 |
| 600 | Marietta N. Cheng | 180 | $108,147.41 | $109,674.18 |
| 601 | Marilyn Atkinson | 401 | $43,523.39 | $44,229.30 |
| 602 | Marilyn J. Beard | 105 | $35,716.41 | $36,402.07 |
| 603 | Marilyn W. Geruntino | 336 | $100,751.09 | $193,282.02 |
| 604 | Marjorie M. Wilcox [David L. Wilcox] | 473 | $93,725.42 | $95,338.40 |
| 605 | Mark A. and Erin R. Lamb | 63 | $7,094.50 | $7,260.47 |
| 606 | Mark A. Thall & Debra Thall | 316 | $87,047.87 | $89,048.85 |
| 607 | Mark Allison Manchester and Linda Jean Manchester | 4 | $230,660.53 | $234,529.16 |
| 608 | Mark Brennan | 417 | $1,138,238.83 | $1,141,011.72 |
| 609 | Mark L. Cappadonia and Tammy M. Cappadonia | 446 | $40,564.37 | $41,730.93 |
| 610 | Mark S. O'Dell | 76 | $61,111.95 | $61,098.84 |
| 611 | Markiewicz, Hillary | 2588520 | $518.22 | $531.32 |
| 612 | Markowski, Amy L. | 2588508 | $1,353.97 | $1,430.48 |
| 613 | Markowski, Stephen S. and Linda M. | 2588503 | $24,744.49 | $25,609.89 |
| 614 | Marla L. Anderson | 450 | $36,739.33 | $37,396.29 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 615 | Marleen F. Brennan | 32 | $50,435.55 | $52,520.46 |
| 616 | Marshall, Clark B. and Roxy U. | 2588510 | $47,127.11 | $48,095.36 |
| 617 | Marshall, Kevin J. and Susan L. | 2588530 | $19,959.49 | $20,303.11 |
| 618 | Martha J Suhs [Mardi Suhs] | 615 | $4,975.00 | $5,104.82 |
| 619 | Martha Jane Miedema | 644 | $17,470.80 | $17,853.01 |
| 620 | Martha Jane Miedema & S. John Miedema | 660 | $12,840.58 | $13,150.00 |
| 621 | Martin Julius Murray | 532 | $85,657.42 | $85,658.89 |
| 622 | Mary & Robert Koen | 175 | $72,866.06 | $75,010.08 |
| 623 | Mary A. Smith | 609 | $7,365.57 | $7,937.06 |
| 624 | Mary B. Pohl | 78 | $150,783.01 | $150,782.78 |
| 625 | Mary E Ford [Betty Ford] | 708 | $46,796.57 | $51,289.74 |
| 626 | Mary J. Calhoun | 241 | $62,694.63 | $72,541.23 |
| 627 | Mary M. Pisiak Irrevocable Trust | 758 | $109,129.51 | $110,862.93 |
| 628 | Mary Y VanAuken [Glenda, Jack, Warren, Bran VanAuken] | 680 | $200,967.94 | $205,632.22 |
| 629 | Mason, Gabriel E. and Lynn S. Elliot | 2588513 | $296.33 | $305.00 |
| 630 | Matthew Myles Malloy | 123, 147 | $54,549.90 and $122,120.75 | $181,232.83 |
| 631 | Matthew Ryan Sullivan | 566 | $7,562.23 | $8,122.83 |
| 632 | Matthews, Shelley | 2588518 | $28,839.25 | $29,643.02 |
| 633 | Maureen Ghent and Daniel Ghent | 620 | $181,826.75 | $188,830.11 |

In re: M. Burton Marshall
Case Number: 23-60263 (PGR)

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 634 | McBain, Maverick A. | 2588538 | $2,266.45 | $2,334.64 |
| 635 | McCarthy, Christa | 2588527 | $113,139.08 | $115,036.64 |
| 636 | McClennen, Hannah N. | 2588531 | $5,831.25 | $6,323.83 |
| 637 | McGhee, Donald H. and Gabrielle K. | 2588532 | $27,026.94 | $27,900.18 |
| 638 | McMullen, Bruce A. | 2588546 | $1,483.42 | $1,587.98 |
| 639 | McNamara, Cassondra L. | 2588547 | $1,248.53 | $1,307.33 |
| 640 | Megan Marshall | 393 | $8,763.81 | $10,168.88 |
| 641 | Meghan Klish | 573 | $995.00 | $1,138.30 |
| 642 | Meghan P. Brennan [Meg Brennan] | 508, 509, 511 | $54,268.50, $1,324.50, and $1,674.98 | $54,152.09 |
| 643 | Melissa R. Guernsey | 318 | $36,770.88 | $37,444.73 |
| 644 | Michael & Kelly Miller | 555 | Unliquidated | $34,239.13 |
| 645 | Michael & Sandra Richvalsky | 131 | $150,376.88 | $152,364.38 |
| 646 | Michael A. & Amy L. Sharpe | 743 | $202,345.02 | $207,984.46 |
| 647 | Michael A. Kemp | 507 | $110,671.29 | $108,401.61 |
| 648 | Michael C & Melody L Kimball | 346 | $172,715.72 | $175,689.18 |
| 649 | Michael F. Van Hatten | 80 | $106,534.11 | $107,071.62 |
| 650 | Michael Gilliam Jr. | 367 | $4,198.96 | $4,309.78 |
| 651 | Michael J. Asma | 423* | $38,609.65 | $39,632.25 |
| 652 | Michael O. Tanner | 755 | $500,398.36 | $508,457.43 |
| 653 | Michael P. Daley | 231 | $22,047.27 | $22,402.37 |
| 654 | Michael P. Spellicy and Anjanette Spellicy | 268 | $47,976.00 | $47,944.71 |
| 655 | Michael T. Hayes & Candace L. Hayes | 395 | $102,955.12 | $111,446.33 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 656 | Michael W. Hamblin | 352 | $84,675.21 | $92,034.69 |
| 657 | Michele W. Bailey | 69 | $231,911.47 | $235,543.69 |
| 658 | Michelle L. Steele | 349 | $139,576.46 | $142,351.18 |
| 659 | Miles, Linda M. and Ray L. | 2588555 | $17,491.63 | $17,960.98 |
| 660 | Miller, Alvin S. and Amanda | 2588548 | $36,028.68 | $36,712.93 |
| 661 | Miller, Dr. Merrill L. | 2588550 | $76,456.74 | $77,773.01 |
| 662 | Miller, Eldon J. | 2588549 | $1,309.10 | $1,336.00 |
| 663 | Miller, Joseph R. | 2588551 | $154,225.00 | $156,708.96 |
| 664 | Miller, Randy and Jolene | 2588544 | $1,162.68 | $1,187.22 |
| 665 | Miller, Titus | 2588571 | $11,277.79 | $12,826.24 |
| 666 | Milton & Denison Jr., Naomi R. Denison | 738 | $147,334.53 | $150,819.43 |
| 667 | Milton G. Brown | 745 | $25,642.82 | $25,645.58 |
| 668 | Minor Child [Robert Sawyer, Parent] | 222 | $381.49 | $403.07 |
| 669 | Minor Child [Robert Sawyer, Parent] | 531 | $281.98 | $297.93 |
| 670 | Minor Child [Robert Sawyer, Parent] | 533 | $270.80 | $286.12 |
| 671 | Monte C. Deaner and Vickie L. Deaner | 746 | $81,475.78 | $82,626.02 |
| 672 | Moody, Savanna A. | 2588558 | $13,027.18 | $14,006.17 |
| 673 | Moonlight Riders Snowmobile Club | 2588553 | $1,202.68 | $1,228.72 |
| 674 | Morgan Caudill | 710 | $10,719.13 | $11,084.49 |
| 675 | Morris, Michael F. | 2588582 | $8,720.01 | $10,168.90 |
| 676 | Moubray, Elizabeth J. | 2588568 | $160.20 | $163.49 |
| 677 | Muhlfeld, David E. | 2588566 | $13,392.84 | $13,733.40 |
| 678 | Myatt, Bradford P. and Kristin A. | 2588577 | $20,545.03 | $20,980.81 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 679 | Myles G. and Diane F. Cornish | 156 | $248,080.43 | $252,241.23 |
| 680 | Nadine Hotaling | 235 | $20,000.00 | $20,402.29 |
| 681 | Nakhimovsky, Sharon | 2588592 | $4,612.10 | $4,746.02 |
| 682 | Nancy E. Gangloff | 360 | $63,538.51 | $64,970.87 |
| 683 | Nancy L. Orth and Garth G. Liddle | 173 | $25,871.82 | $26,386.14 |
| 684 | Nancy M. Rodecap | 201, 304 | $2,626.10 and $2,626.10 | $2,783.39 |
| 685 | Natalie A. Strasser | 220, 732 | $34,491.41 and $34,664.73 | $35,337.86 |
| 686 | Nathan Jacobs | 675 | $35,020.76 | $38,165.62 |
| 687 | Natoli, Rhys H. | 2588590 | $299.33 | $470.81 |
| 688 | Nicholas F Vitulli | 125 | $148,673.88 | $151,967.70 |
| 689 | Nicholas J.E. Murphy | 100 | $3,457.91 | $3,566.56 |
| 690 | Nichole Vitulli | 132 | $16,272.57 | $16,632.18 |
| 691 | Nicole Petersen | 165 | $39,802.34 | $40,796.85 |
| 692 | North Brookfield Fire Department | 590 | $116,280.96 | $119,298.65 |
| 693 | Novak, John A. | 544 | $104,249.46 | $104,249.46 |
| 694 | Nower, Keith A. | 2588595 | $8,417.08 | $8,561.99 |
| 695 | Oley, Healther B. | 2588604 | $1,271.75 | $3,190.66 |
| 696 | Orlando P. Turco | 515, 516 | $157,894.11 and $48,489.61 | $210,944.64 |
| 697 | Ortola, Linda D. and Ronald Bagliere | 2588627 | $1,328.19 | $1,369.33 |
| 698 | Otis L Smith and Jean Smith Smith Living Trust | 58, 693 | $179,820.00 and $182,000.00 | $182,239.48 |
| 699 | Otto H. Muller | 93 | $40,533.32 | $41,651.63 |
| 700 | Overton, Timothy J. | 2588618 | $111,655.17 | $114,085.50 |
| 701 | Owen, Gary J. | 2588616 | $971,606.07 | $991,747.06 |
| 702 | Owen, Rachael A. | 2588637 | $107,246.52 | $109,449.94 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 703 | Palmer, Christopher J. and Donna B. | 34 | $84,096.02 | $85,954.48 |
| 704 | Pamela A. Shaul | 747 | $2,947.06 | $2,155.15 |
| 705 | Pamela L. Napolitano [Estate of Patricia O. Johnson] | 535 | $30,965.94 | $32,201.18 |
| 706 | Pamela M. Scalora | 267 | $83,205.15 | $85,616.46 |
| 707 | Pamela P. Moshure | 576 | $15,705.48 | $15,975.86 |
| 708 | Pamela Richardson | 344 | $95,015.85 | $98,064.70 |
| 709 | Patricia A. Wright | 133 | $56,614.64 | $57,777.81 |
| 710 | Patricia J. and John Bikowsky | 128 | $210,303.44 | $214,758.73 |
| 711 | Patricia W. Steigerwald [Patsy Steigerwald] | 436 | $59,091.00 | $60,108.30 |
| 712 | Pauhl Gazlay | 465 | $25,827.75 | $26,301.42 |
| 713 | Paul E. Bourdeau, Anjanette Spellicy, Scott D. Bourdeau and Chris P. Bourdeau [Paul Bourdeau] | 258, 722 | $157,514.62 and $157,514.62 | $157,411.70 |
| 714 | Paul G. Crawford | 46 | $15,204.73 | $16,257.93 |
| 715 | Paul M Orth | 126 | $292,927.05 | $299,985.70 |
| 716 | Paul O. Gunther / Patricia W. Gunther | 610 | $6,647.63 | $6,728.26 |
| 717 | Paul W. & Madaline M. Howes | 364 | $58,967.00 | $67,040.96 |
| 718 | Payne, Cheryl M. and Kenneth D. | 2588630 | $14,291.01 | $14,603.66 |
| 719 | Peach, Judith A. | 2588652 | $89,828.05 | $91,215.01 |
| 720 | Pedersen, Ann L. | 2588638 | $21,772.99 | $22,461.97 |
| 721 | Pedersen, David and Ann L. | 2588636 | $789.07 | $956.08 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 722 | Penoyer, David E. and Rita J. | 2588635 | $105,996.36 | $112,880.92 |
| 723 | Peter J. Crosby, Executor of the Estate of Muriel Clair Crosby aka Patricia C. Crosby | 23 | $28,906.21 | $28,895.12 |
| 724 | Peter J. Kazlauskas | 326 | $12,861.67 | $12,858.30 |
| 725 | Peter J. Stoker | 593 | $101,165.44 | $103,800.18 |
| 726 | Peter L. and Jo Waas Irrevoacble Trust, Justin P. Waas & Brandon E. Waas Trustees | 538 | $205,514.95 | $207,461.64 |
| 727 | Peter L. Owens | 474 | $88,303.00 | $88,270.55 |
| 728 | Peter L. Waas and Jo A Waas | 534 | $96,821.96 | $97,175.25 |
| 729 | Peter Ochs and Vanessa Ochs | 305 | $976,664.13 | $971,881.68 |
| 730 | Peterboro United Methodist Church | 588, 589 | $15,920.00 and $73,386.64 | $91,300.07 |
| 731 | Petersen, Mark D. | 2588647 | $11,382.90 | $13,097.50 |
| 732 | Petrasch, Addison and Andrea | 2588662 | $17,610.35 | $18,245.79 |
| 733 | Petrasch, John Garrett and Andrea | 2588649 | $5,227.49 | $7,277.30 |
| 734 | Philip B Uninsky | 502 | $202,479.81 | $202,479.31 |
| 735 | Philip C. Day | 572 | $31,559.08 | $34,491.16 |
| 736 | Pilachowski, David M. and Marshal | 2588658 | $29,250.28 | $32,045.76 |
| 737 | Pisiak, Nathan T. | 2588656 | $284.26 | $301.47 |
| 738 | Pisiak, Owen Edward | 2588669 | $155.63 | $165.05 |
| 739 | Pittman, Joseph A. | 2588660 | $236.70 | $242.56 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 740 | Powers Living Trust dated February 11. 2019 [Roger W. Powers & Roberta O. Powers, Trustees] | 2, 670 | $125,146.38 and $215,146.38 | $219,232.37 |
| 741 | Powrie Family Trust | 2588668 | $82,375.32 | $83,793.49 |
| 742 | Priscilla Kunizaki | 519 | $109,035.29 | $122,952.48 |
| 743 | Pruden, Denise F. | 2588688 | $3,178.13 | $3,402.02 |
| 744 | Pugh, Avarah | 2588692 | $3,162.39 | $3,257.55 |
| 745 | Rae Anne Cook And Karl W. Cook | 86 | $85,950.97 | $85,969.12 |
| 746 | Ralph M. Shortell | 530 | $44,847.79 | $46,223.94 |
| 747 | Ray & Debra Kirley | 597, 617 | $55,679.92 and $55,679.92 | $56,761.12 |
| 748 | Ray C. Hedger | 314 | $25,685.87 | $27,829.80 |
| 749 | Raylene S. Crossway | 726 | $44,162.81 | $33,601.20 |
| 750 | Raymond J. Buterbaugh | 21 | $149,696.14 | $152,273.29 |
| 751 | Reakes, Alan R. and Patricia M. | 2588680 | $87,639.19 | $92,163.22 |
| 752 | Rebecca B. Smith | 66 | $25,833.07 | $26,214.88 |
| 753 | Reese, Louise T. | 2588677 | $22,943.54 | $25,039.52 |
| 754 | Relf, Wendy | 2588683 | $12,263.04 | $12,543.46 |
| 755 | Renee L. Hadder | 277 | $314,838.17 | $321,376.55 |
| 756 | Revocable Trust of John N. McIntyre | 2588685 | $51,977.81 | $52,953.42 |
| 757 | Rhonda F. Levine | 9 | $28,750.71 | $31,319.75 |
| 758 | Rice, Andrea R. | 2588686 | $8,956.75 | $9,289.88 |
| 759 | Richard A. and Joan M. Ritenour | 302 | $525,647.12 | $525,216.77 |
| 760 | Richard and Helen Olmstead | 630 | $51,386.07 | $58,760.82 |
| 761 | Richard B Williams | 215 | $12,644.89 | $13,089.93 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 762 | Richard D. Bowie & Yvette M. Bowie [Note #4657] | 398 | $10,883.61 | $11,027.64 |
| 763 | Richard K Boice | 742 | $170,606.09 | $170,606.65 |
| 764 | Richard L. & Megan B. Peckham | 96 | $70,467.15 | $72,900.35 |
| 765 | Richard T. McNamara and Jodi J. McNamara Trustees [Richard T. McNamara] | 295, 622 | $39,602.74 and $39,602.74 | $40,447.30 |
| 766 | Richard V. Richardson and Lillian M. Richardson | 38 | $232,027.57 | $270,374.64 |
| 767 | Richard W. Stevenson | 613 | $47,316.68 | $48,288.82 |
| 768 | Richie L. Head  and Kathryn O. Head | 92 | $259,571.03 | $264,212.64 |
| 769 | Riley C. Baker | 557 | $7,010.73 | $7,610.73 |
| 770 | Ritter, Deborah M. | 2588710 | $952.62 | $2,030.97 |
| 771 | Robert and Susanna McVaugh | 392 | $80,458.07 | $80,458.07 |
| 772 | Robert B. Cook [Barbara J. Cook] | 138, 605 | $50,229.67 and $50,229.67 | $51,283.96 |
| 773 | Robert Braden Houston [Judith Aileen Houston] | 130, 608 | $21,099.50 and $21,099.54 | $21,355.48 |
| 774 | Robert E. Richvalsky & Rebecca S. Richvalsky | 293 | $438,006.72 | $445,158.51 |
| 775 | Robert F. and Mary L. Cook | 134 | $234,061.49 | $234,521.75 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 776 | ROBERT F. SOLLIVAN AND JOANNE M. SOLLIVAN JTWROS | 447 | $12,932.32 | $12,933.73 |
| 777 | Robert J. Smith | 72 | $356,023.26 | $355,946.06 |
| 778 | Robert P Sawyer | 491 | $8,885.11 | $9,168.25 |
| 779 | Robert S.J. Garland | 149 | $313,112.00 | $318,641.51 |
| 780 | Robert W. McCredy, Jr and Marilyn S. McCredy | 451 | $33,854.29 | $34,362.14 |
| 781 | Roberta J. Cheshire | 549 | $128,775.19 | $128,561.54 |
| 782 | Roberts, Arthur W. | 2588702 | $11,064.30 | $11,326.00 |
| 783 | Robin J. Cummings | 575 | $16,798.77 | $17,087.98 |
| 784 | Robin R. Schade and Carol A. Schade | 453 | $73,750.28 | $74,333.48 |
| 785 | Robyn G. Lamb | 117 | $2,399,432.57 | $2,456,433.50 |
| 786 | Rodney L Saint Clair [Saint Clair Living Trust] | 718 | $100,763.00 | $95,979.77 |
| 787 | Roger J Foster and Charles E Wilburn [Poolville Country Store LLC] | 457, 645 | $69,597.26 and $69,597.20 | $71,444.27 |
| 788 | Roger J.  Footer | 456, 639 | $97,801.28 and $97,801.28 | $100,396.80 |
| 789 | Rogers, Abigail L. | 2588708 | $2,871.93 | $3,048.32 |
| 790 | Ronald C. Everlith | 362 | $106,865.07 | $108,704.85 |
| 791 | Ronald E. Neff | 257, 284 | $43,706.41 and $43,487.88 | $44,892.96 |
| 792 | Ronald M. Brooks | 83 | $21,493.18 | $21,858.43 |
| 793 | Ronald W. Hoham | 189 | $130,460.93 | $130,432.19 |
| 794 | Ronda H. Winn | 657 | $224,323.59 | $227,976.95 |
| 795 | Rosalba Munevar | 499 | $10,000.00 | $10,225.10 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 796 | Rosalind Ann Hoffa | 394 | $38,261.84 | $39,990.66 |
| 797 | Rose M. Teuscher | 611 | $57,015.32 | $58,212.04 |
| 798 | Rosemary Fuoco | 42, 143 | $43,987.03 and $43,987.03 | $44,734.55 |
| 799 | Russell Lura | 719 | $21,575.82 | $22,580.90 |
| 800 | Ruth Ann Loveless | 629 | $43,293.79 | $44,019.73 |
| 801 | Ruth E. Berry and Michael J. Boardman | 464 | $35,754.30 | $35,427.47 |
| 802 | Ryan Asma | 669 | $9,962.13 | $10,129.21 |
| 803 | Ryan Chrysler | 424 | $38,831.40 | $39,543.01 |
| 804 | Ryan J. Hallam Living Trust [ Cheryl A. Hallam, Trustee] | 526 | $137,298.50 | $138,018.18 |
| 805 | S. John Miedema | 642 | $6,882.37 | $7,032.94 |
| 806 | Sabra Kerr Williams [Sabra A Williams Meadows] | 234 | $17,084.56 | $18,645.29 |
| 807 | Sacco, Amelia | 2588717 | $4,876.05 | $4,955.67 |
| 808 | Sacco, Jennifer L. | 2588713 | $250,055.86 | $254,416.31 |
| 809 | Sacco, Michael P | 2588716 | $270,077.87 | $275,087.20 |
| 810 | Sacco, Peter C. and Kathleen A. | 2588718 | $233,160.14 | $240,693.50 |
| 811 | Sally A Tanner | 757 | $555,502.05 | $562,240.20 |
| 812 | Sally A. Calhoun | 371 | $52,711.30 | $59,679.52 |
| 813 | Samuel N. McClure [Donna Lee McClure] | 101 | $113,420.79 | $116,179.06 |
| 814 | Samuel T.  Sharpe | 458 | $84,038.81 | $86,381.00 |
| 815 | Sanborn Revocable Family Trust | 2588722 | $69,602.21 | $72,005.54 |
| 816 | Sandra A. Raymond | 380 | $41,790.00 | $42,509.46 |
| 817 | Sandra A. Raymond Revocable Trust | 383 | $320,509.33 | $324,397.06 |
| 818 | Sandra L. Bocchino | 296 | $694,428.59 | $707,830.01 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 819 | Sangerfield Cemetery Association | 2588732 | $8,392.54 | $8,576.15 |
| 820 | Saunders, David E. | 2588742 | $14,463.22 | $14,895.21 |
| 821 | SAWYER LIVING TRUST, ELLEN S. SAWYER - TST [MAURICE P SAWYER - TST] | 547 | $269,828.07 | $269,886.77 |
| 822 | Schram, David F. and Jean M. | 2588753 | $57,799.73 | $59,166.87 |
| 823 | Schram, Hannah | 2588737 | $6,310.88 | $6,460.15 |
| 824 | Schworm, Norman | 2588729 | $106,378.35 | $108,256.97 |
| 825 | SCOTT & CAMILLA DEVEREUX | 181, 187 | $436,945.11 and $436,945.11 | $442,148.67 |
| 826 | Scott and Susan Williams | 433, 773 | $125,051.78 and $125,051.78 | $128,557.19 |
| 827 | Scott D. Orth | 301 | $33,607.94 | $34,238.75 |
| 828 | Scott F. and Betty L. Clark | 632 | $413,767.82 | $434,759.61 |
| 829 | Scott P. Kelley | 564 | $91,498.52 | $91,076.27 |
| 830 | Seamans, James E. and Lois A. | 2588735 | $29,824.42 | $30,761.56 |
| 831 | Sehn, Brooke A. | 2588736 | $203.40 | $267.55 |
| 832 | Sehn, Jacob W. | 2588749 | $645.01 | $848.44 |
| 833 | Selleck, Anne Caitlyn | 2588744 | $174,125.00 | $178,452.05 |
| 834 | Sellers, Tracey L. and Philip J. | 2588743 | $10,456.39 | $13,890.45 |
| 835 | Seth E. Thompson | 664 | $18,309.18 | $18,990.16 |
| 836 | Sexton, Wendy C. | 2588738 | $19,900.00 | $20,433.97 |
| 837 | Sharon K. Hitchcock | 419 | $167,062.36 | $167,025.72 |
| 838 | Sharon T. Ogrydziak | 513 | $209,816.43 | $209,837.27 |
| 839 | Sharpe, Gregory T. and Holly A. | 2588746 | $5,786.34 | $5,919.35 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 840 | Shawn E. Bish | 461 | $12,204.85 | $13,292.72 |
| 841 | Shawn H Golley | 723 | $7,535.03 | $7,767.89 |
| 842 | Shawn P. Guernsey | 294 | $29,063.81 | $29,576.83 |
| 843 | Sherwood, Bradley T. and Darlene K. | 2588755 | $97,774.79 | $106,750.28 |
| 844 | Sierra E. Barker | 280 | $14,839.27 | $15,206.74 |
| 845 | Smalley, Alyssa B | 2588758 | $1,165.81 | $1,192.61 |
| 846 | Smith Valley Cemetery Association | 103 | $13,845.30 | $14,185.08 |
| 847 | Smith, Anthony T. | 2588763 | $5,065.54 | $5,190.98 |
| 848 | Smith, Renate K. | 2588776 | $62,864.31 | $65,079.79 |
| 849 | Smith, Richard F. and Kathleen E | 2588772 | $140,030.58 | $143,311.65 |
| 850 | Smith, Ryan | 2588767 | $1,310.66 | $1,641.32 |
| 851 | Smith, Scott N | 2588780 | $1,684.40 | $1,717.90 |
| 852 | Snyder, Jerry L. and Stacy L. | 2588788 | $579,678.65 | $596,382.26 |
| 853 | Snyder, Kevin A. | 2588775 | $141,260.79 | $153,287.52 |
| 854 | Sobel , Marcia G. | 2588771 | $7,916.13 | $8,091.07 |
| 855 | Solomon, Sara H. | 2588777 | $100.71 | $107.79 |
| 856 | St. Germain, Jessica D. and Todd D. | 488 | $46,344.63 | $46,532.71 |
| 857 | Stanimer, Joanna L. and Edward M. | 2588804 | $1,714.88 | $1,760.01 |
| 858 | Stanton, Stephen F. | 2588796 | $19,246.55 | $19,945.30 |
| 859 | Staudt, Marc J. and Leigh Ann Staudt | 2588798 | $2,671.11 | $2,727.17 |
| 860 | Staudt, Michael J. | 2588793 | $418.74 | $429.76 |
| 861 | Stayer, Kathy | 2588795 | $1,586.55 | $3,235.58 |
| 862 | Stefan G Ferraro | 503 | $4,926.09 | $5,288.57 |
| 863 | Steinberg, Marci | 481 | $91,270.78 | $91,270.58 |
| 864 | Steneri Living Trust [Arthur I. Steneri & Rose B. Steneri] | 321 | $44,027.30 | $44,795.05 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 865 | Stengel, Janet A | 2588794 | $60,838.09 | $62,277.10 |
| 866 | Stephanie K. Broomfield | 637 | $62,228.39 | $63,686.46 |
| 867 | Stephanowski-Casscles, Mary B. | 2588790 | $18,107.99 | $18,455.91 |
| 868 | Stephen D. and Debra L. Barker | 285 | $52,246.16 | $56,752.31 |
| 869 | Stephen G. Spudie | 603 | $245,879.51 | $250,112.56 |
| 870 | Stephenson, Carolyn M. | 2588797 | $312,837.10 | $323,298.75 |
| 871 | Sterle, James E. and Carolyn | 2588803 | $37,413.63 | $39,610.71 |
| 872 | Stetson, Darlene T. and Wayne K. | 689 | $74,668.46 | $76,507.34 |
| 873 | Steven and Susan Grandis Goldstein | 136 | $212,656.47 | $216,883.98 |
| 874 | Steven J. Scheinman and Kelly B. Scheinman | 148 | $78,081.62 | $77,710.93 |
| 875 | Stevens, Anita L. | 2588823 | $50,753.18 | $52,426.81 |
| 876 | Stockton, John E. and Susan B. | 2588808 | $99,500.00 | $102,101.94 |
| 877 | Stockton, Judy N | 2588818 | $13,250.78 | $13,746.56 |
| 878 | Stockton, Victoria J. G. and James G | 2588813 | $152,538.43 | $159,151.54 |
| 879 | Stoddard, Elizabeth and Brett | 2588815 | $15,400.98 | $16,742.82 |
| 880 | Strong, Gail A. | 2588814 | $87,984.48 | $96,295.60 |
| 881 | Strong, Shirley H. | 2588810 | $48,931.22 | $52,434.62 |
| 882 | Stubai Holdings LLC | 2588816 | $113,453.53 | $116,615.53 |
| 883 | Sue Carlson | 115, 152 | $399,749.33 and $399,749.33 | $406,696.99 |
| 884 | Sullivan, Andrew | 2588822 | $1,627.55 | $1,742.93 |
| 885 | Sullivan, Brady | 2588821 | $1,338.66 | $1,433.56 |
| 886 | Summers, Eulalia | 2588820 | $4,138.17 | $4,248.29 |
| 887 | Summers, Leon | 2588839 | $4,138.17 | $4,248.29 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 888 | Susan E. Fleming-Brusino | 407 | $10,799.02 | $11,578.75 |
| 889 | Susan J. Kmiec | 272 | $58,267.18 | $57,973.86 |
| 890 | Susan J. Wilcox | 112 | $23,308.71 | $24,991.69 |
| 891 | Susan S. Beattie & Sarah OYong | 690 | $4,441.94 | $4,530.25 |
| 892 | Suzanne Garland Summers | 724, 728 | $40,160.96 and $149,148.37 | $194,072.90 |
| 893 | Suzanne H. Haight | 122 | $12,000.00 | $11,960.50 |
| 894 | Sydney D. Smith & Debra A. Smith | 67 | $30,000.00 | $30,834.33 |
| 895 | Sylvester P. Kelley | 553 | $220,026.02 | $224,009.33 |
| 896 | Tammy Boratyn | 648 | $110,583.80 | $112,193.82 |
| 897 | Tanney, Annette S. and Joseph E. | 528 | $24,414.42 | $26,303.35 |
| 898 | Teresa Hanrahan | 494 | $51,113.31 | $53,400.13 |
| 899 | Terrence T Havens | 224 | $14,161.88 | $24,521.26 |
| 900 | Terri A. Hughes | 298 | $19,091.21 | $19,466.50 |
| 901 | The James and Patricia Wallace Family Trust [Kathy Olson (POA)] | 482 | $269,015.31 | $275,143.88 |
| 902 | Thea F. Wheeler | 498 | $48,459.97 | $49,670.74 |
| 903 | Thomas & Amanda Richvalsky | 250 | $252,767.75 | $257,119.38 |
| 904 | Thomas E. and Elizabeth Brackett | 102 | $26,321.27 | $26,774.42 |
| 905 | Thomas E. Thompson & Melody A. Thompson | 651, 679 and 682 | $37,817.76, $7,792.07 and $36,911.12 | $223,172.80 |
| 906 | Thomas F.  Wilcox | 452 | $18,590.62 | $18,980.83 |
| 907 | Thomas Fallon [James Fallon] | 659 | $10,213.16 | $10,323.50 |
| 908 | Thomas H. Parish and Anna M. Nicholls | 415 | $28,797.02 | $29,209.92 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 909 | Thomas H. Parish and Anna M. Nicholls | 428 | $32,500.00 | $33,005.75 |
| 910 | Thomas J. Gentile | 206 | $112,059.72 | $113,199.02 |
| 911 | Thomas J. Myers | 431 | $43,034.51 | $43,746.99 |
| 912 | Thomas M. and Victoria A. Whittaker | 332 | $47,664.82 | $48,718.17 |
| 913 | Thomas Murray | 109 | $74,625.00 | $76,853.92 |
| 914 | Thomas R. Klenck | 56 | $60,114.74 | $61,590.01 |
| 915 | Tiffany Drape | 124 | $10,249.32 | $10,792.20 |
| 916 | Timothy & Kristen McVaugh | 338 | $258,081.87 | $258,083.20 |
| 917 | Timothy and Beth Greenwood | 211 | $91,111.82 | $91,091.69 |
| 918 | Timothy J. Madden and Karen M. Wallace, JTwROS [Timothy J. Madden and Karen M. Madden] | 478 | $74,625.00 | $76,633.05 |
| 919 | Tina M. Brown | 382 | $14,337.08 | $14,558.48 |
| 920 | Tomasz Rekiel | 376 | $201,458.65 | $204,837.51 |
| 921 | Tori Buschor | 658 | $15,682.56 | $17,076.92 |
| 922 | Tracy L. Skinner | 44, 116 | $5,976.53 and $5,976.53 | $6,108.60 |
| 923 | Tracy R. Broadbent [Tracy R. Broadbent and Timothy Broadbent] | 237 | $3,134.08 | $3,128.97 |
| 924 | Tristen Thompson | 673 | $32,463.41 | $33,786.12 |
| 925 | Troy J. Rodman [Troy Rodman] | 740 | $48,065.47 | $49,687.84 |
| 926 | Tubbs, Julie A. | 2588848 | $12,331.15 | $12,715.88 |
| 927 | Tucker J Florenz c/o Tiffany Florenz | 388 | $4,522.28 | $4,692.44 |
| 928 | Tyler M. Will & Gary Will | 317 | $13,989.14 | $14,267.23 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 929 | Unadilla Forks Fire Co. Ladies Auxiliary | 308 | $4,229.80 | $4,299.80 |
| 930 | Unadilla Forks Fire Volunteer Fire Dept | 2588873 | $43,540.79 | $44,309.71 |
| 931 | Urton, Gary | 2588864 | $5,085.80 | $5,509.76 |
| 932 | Urton, Noah J | 2588863 | $9,154.21 | $10,037.05 |
| 933 | Urtz, Jacob M | 2588872 | $567.73 | $740.78 |
| 934 | Urtz, John M. | 2588880 | $91,521.21 | $94,315.73 |
| 935 | Valente, Kenneth G | 2588879 | $32,630.50 | $33,445.77 |
| 936 | Valerie Clark | 635 | $64,360.10 | $65,482.41 |
| 937 | Vande Bogart, Donna J. | 2588875 | $161,915.23 | $164,630.87 |
| 938 | Vanessa Ochs | 290 | $245,718.12 | $248,252.31 |
| 939 | VanRiper, James C. and Carrie A | 2588869 | $14,253.53 | $14,888.07 |
| 940 | VanWormer, James R | 2588883 | $19,658.78 | $20,333.22 |
| 941 | Vaughn Behn Supplemental Needs Trust/ Vida Chernoff, Trustee | 646 | $20,000.00 | $30,595.07 |
| 942 | Vera P. Shotwell and Walter D. Shotwell | 692 | $29,572.74 | $30,081.86 |
| 943 | Vetter, Sally A. | 2588887 | $14,502.27 | $14,845.29 |
| 944 | Vickers, David B | 2588868 | $16,919.15 | $17,221.70 |
| 945 | Vicki Case Whitford & Ronald L. Whitford | 107 | $23,412.37 | $23,800.49 |
| 946 | Vickie Deaner | 729 | $24,188.08 | $24,529.56 |
| 947 | Vikki L. Lollman [Rebecca J. Lollman] | 775, 784 | $0.00 and $46,344.31 | $47,563.94 |
| 948 | Virden, Joy Furman | 2588874 | $17,100.67 | $17,653.19 |
| 949 | Virgil, Michael K. and Barbra E. | 2588877 | $69,626.38 | $71,505.08 |
| 950 | Vivienne M. Munz | 70 | $25,882.73 | $26,638.56 |

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 951 | W. Jackson Loop | 475 | $124,963.00 | $297,298.58 |
| 952 | Wade M. Tehan | 71 | $3,000.00 | $3,893.11 |
| 953 | Waffner, Frederick C. and Valorie S. | 2588890 | $55,878.18 | $56,840.17 |
| 954 | Wagner, Daniel L. | 490 | $43,427.05 | $43,398.93 |
| 955 | Walker Family Trust | 2588901 | $112,447.14 | $114,308.14 |
| 956 | Wayne E. Russell III | 256 | $122,473.23 | $122,386.87 |
| 957 | Weaver, Joyce A. | 2588912 | $46,984.33 | $48,502.38 |
| 958 | Webb, Kristine D. | 2588889 | $51,301.41 | $56,101.85 |
| 959 | Weitz, David and Jo-Anne F. Hart | 2588896 | $129,350.00 | $131,691.73 |
| 960 | Welch, Pamela J | 2588908 | $5,492.52 | $5,639.50 |
| 961 | Welsh, Deborah J | 2588911 | $18,506.93 | $18,829.65 |
| 962 | Welsh, Garret E. | 2588903 | $9,933.44 | $10,134.20 |
| 963 | West Edmeston Cemetery Association | 2588898 | $4,975.00 | $5,144.57 |
| 964 | White, Winton C. | 2588922 | $254,923.49 | $259,187.40 |
| 965 | Wickwire, Stephen H. | 2588907 | $18,908.89 | $20,627.90 |
| 966 | Wiediger, Joseph R. | 2588916 | $13,027.18 | $14,006.17 |
| 967 | Wilcox, Steven H | 2588931 | $4,975.00 | $5,115.87 |
| 968 | Willard L. Fuller | 145, 525 | $114,161.69 and $116,152.43 | $116,152.43 |
| 969 | William and Glenda Penoyer | 678 | $92,707.56 | $94,612.28 |
| 970 | William C. Beach Jr. and Joyce E. Beach | 612 | $280,318.22 | $289,810.81 |
| 971 | William E. Baltusnik | 59 | $147,977.25 | $161,243.63 |
| 972 | William J. Head | 389 | $53,865.09 | $54,828.30 |
| 973 | William S. Land [Kathleen E. Land] | 416 | $139,300.00 | $142,192.90 |
| 974 | William W Brooks | 700, 739 | $13,930.00 and $28,975.33 | $43,815.41 |

In re: M. Burton Marshall
Case Number: 23-60263 (PGR)

| Seq. No. | Creditor Name | Claim Number or Schedule Number | Filed or Scheduled Claim Amount | Trustee's Calculation of the General Unsecured Claim Amount |
|---|---|---|---|---|
| 975 | William W Phillips Special Needs Trust | 55 | $8,022.29 | $11,089.65 |
| 976 | Williams, Brylee Grace | 2588942 | $2,989.94 | $3,272.36 |
| 977 | Williams, Chad E. | 2588932 | $295.65 | $303.91 |
| 978 | Williams, Douglas E. and Teri L. | 2588934 | $15,063.65 | $15,379.82 |
| 979 | Williams, Mason Evan | 2588929 | $1,448.69 | $1,496.78 |
| 980 | Williams, Richard C. | 2588938 | $26,865.00 | $27,875.84 |
| 981 | Winifred R. Bish | 469 | $24,875.00 | $31,719.21 |
| 982 | Wyatt R. Lynch [Debra L. Kirley] | 592, 596 | $10,023.99 and $10,023.99 | $10,838.53 |
| 983 | Youth Policy Institute, Inc. | 270, 438 | $309,005.35 and $309,005.35 | $304,964.11 |
| 984 | Zachary Alan Lamb | 61 | $3,362.70 | $3,421.66 |
| 985 | Zenon, Patrick C. | 2588952 | $18,614.35 | $18,910.02 |
| | | | | |
| | **TOTAL:** | | | **$94,200,768.61** |
| | | | | |
| * Indicates that the claim was improperly filed as a secured claim. | | | | |