**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**<u>This Form Is To Be Used For Motion[1] Calendar Only</u>.**

Case Name: M. Burton Marshall

Case No.: 23-60263 (PGR)

Division: Utica

Adversary Proceeding No. (if applicable):

☐ Adjournment Request[2] for Hearing on Motion at Docket No.: _____

    Reason for Adjournment Request:

    Original Return Date of Motion:

    Number of prior adjournment request that have been made _____

☒ Notification of Withdrawal of ☒ Motion; ☐ Opposition/Response; ☐ Other: _____
    at Docket No.: __410__

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: December 3, 2024 at 11:30

Requested Adjourned Hearing Date: N/A

Requesting Attorney's Name, Office Address, Phone <u>and</u> Email Address:
  Fred Stevens and Lauren C. Kiss
  Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th
  Floor, New York, 10036; Tel: (212) 972-3000; Email: fstevens@klestadt.com
  and lkiss@klestadt.com

Consent of All Parties Obtained?    ☐ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>. When E-Filing, This Form Must Be Linked to the <u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)